requests that the Court deny Defendants improper motion to strike and that the Court grant Plaintiff's motion and order that Plaintiff may serve R. Paul Detwiler by email and text message in accordance with the proposed that Plaintiff filed on Sep. 28 (ECF 113-1).

                                                  Respectfully submitted,

Dated: October 4, 2023                    */s/ John J. Powell*
                                              John J. Powell
                                              MONTGOMERY McCRACKEN
                                              WALKER & RHOADS LLP
                                              1735 Market Street
                                              Philadelphia, PA 19103
                                              (215) 772-7298
                                              jpowell@mmwr.com

                                              *Counsel for Dr. Ayyakkannu Manivannan*

## CERTIFICATE OF SERVICE

      I certify that today I served the foregoing documents on all counsel of record in the above-captioned action via the Court's electronic filing system.

Dated:  October 4, 2023                      */s/ John J. Powell*
                                                 John J. Powell