

### County of Centre

COMMONWEALTH OF PENNSYLVANIA
**OFFICE OF THE DISTRICT ATTORNEY**

**STACY PARKS MILLER**
District Attorney

**MARK S. SMITH**
First Assistant District Attorney

102 S. Allegheny Street
Courthouse, Room 404
Bellefonte, PA 16823
Telephone (814) 355-6735
Victim/Witness (814) 548-1107
FAX (814) 355-6756

March 21, 2016

Karen Gwyn Muir
1315 W College Ave Ste 300
State College, PA 16801-2776

   Re: Commonwealth v. Ayyakkannu Manivannan
     No. CP-14-CR-0001124-2015
      CP-14-CR-0000016-2016

Dear Attorney Muir:

Please accept this letter as a confirmation of the Commonwealth's ongoing compliance with discovery obligations.

This letter will confirm that today you received the following information:

Department of Energy employee records

If you have any questions, please do not hesitate to contact me.

       Sincerely,

       *Megan McGoron*

       Megan A. McGoron
       Assistant District Attorney

MAM/EFW

CONFIDENTIAL              MANI_008164

**DECLARATION BY CUSTODIAN OR OTHER QUALIFIED PERSON
PURSUANT TO PA.R.E. 902(11):
DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY**

*IN ACCORDANCE WITH PENNSYLVANIA RULE OF EVIDENCE 902(11):*

I,    MICHAEL J. MONAHAN(name)

      CHIEF of STAFF _____ (title)

                              *, HEREBY CERTIFY THE FOLLOWING:*

1.  The attached documents are original or duplicate copies of one or more memoranda, reports, records, and/or data compilations, in any form, of acts, events, or conditions, made at or near the time by, or from information transmitted by, a person with knowledge of such matters;

2.  Said memoranda, reports, records, and/or data compilations were kept in the course of the regularly conducted activity of a business, institution, association, profession, occupation or any other calling;

3.  Said memoranda, reports, records, and/or data compilations were made by such regularly conducted activity as a regular practice of the business, institution, association, profession, occupation or any other calling; and

4.  I am the custodian of said memoranda, reports, records, and/or data compilations, and/or I possess the necessary knowledge to attest to the accuracy of this Declaration pursuant to Pennsylvania Rules of Evidence 803(6) and 902(11).

I verify that the facts set forth in this Declaration are true and correct to the best of my knowledge, information and belief.  This verification is made subject to the penalties of Section 4904 of the Pennsylvania Crimes Code, 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

Date: ___3/16/2016___                    _____
                                         Signature

CONFIDENTIAL

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, May 15, 2015 2:41 PM |
| **To:** | amanivan@wvu.edu |
| **Subject:** | 2014_1 |
| **Attachments:** | Re: Electrochimica acta-Sn/graphene; Re:; Re: plan; Re:; Dear Mani; Re: JSEL: Manuscript entitled Synthesis and Electrochemical Studies of Na0.79CoO2 and Na0.79Co0.7Mn0.3O2 Cathodes for Sodium-ion Batteries returned to author; 1 more chemical; Re: Na paper; Test; Re:; Can we pick a time to talk every day?; REVISIONS FOR TIN GRAPHENE; paper; Re: please respond to the e-mails I send; Re: please respond to the e-mails I send; Fwd: Chemicals to order; Re:; You must hate me. cruel. Goodbye; paper; Re: important; Re: Please call me; Re:; --; dear mani; Re: Can we pick a time to talk every day?; Re:; also, i put my phone on silent during the day. it keeps me less stressed; Please respond to my texts; Re: plan; Will call soon the plan is to leave from here Saturday morning; Re: Plan; Re: Na paper; Re:; Fwd: ME 410; Re: paper attached; Test; Re:; Re: JSEL: Manuscript entitled Synthesis and Electrochemical Studies of Na0.79CoO2 and Na0.79Co0.7Mn0.3O2 Cathodes for Sodium-ion Batteries returned to author; Please call me |

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Sunday, January 26, 2014 10:07 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: |

Please emergency

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 26, 2014, at 9:38 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
wrote:

> do not send mails like this. I have to block it.

>> >>> Faith Beck <faith.r.beck@gmail.com> 1/26/2014 9:31 PM >>>
>> You must hate me.  cruel. Goodbye

>> **Faith Beck**

>> Graduate Student
>> Department of Mechanical and Nuclear Engineering
>> The Pennsylvania State University, University Park

1

CONFIDENTIAL                                                   MANI_008167

x

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Monday, January 27, 2014 11:23 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: plan |

Dear Mani:

The plan is to make all of the pellets (LLZO) and sinter them at 1200. For the next trip I will measure all of the conductivities.

PS. did you block my email from DOE?

Thanks

Faith


On Mon, Jan 27, 2014 at 4:56 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:

  Dear Faith:
  
  You made a plan last time. Follow that and send a mail so that we know what we plan to do.
  Thanks
  Mani
  
  
  Mani
  --------------------------
  A. Manivannan, Ph.D
  US DOE/NETL
  Materials PerformanceDivision
  3610 Collins Ferry Rd.
  P.O. Box 880
  Morgantown, WV 26507-0880

  Tel: (304) 285-2078
  Fax:(304) 285-0903
  e-mail: manivana@netl.doe.gov



--
Faith Beck

CONFIDENTIAL          MANI_008168

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

**CONFIDENTIAL**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, January 16, 2014 6:38 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: |

Please call and tell me what help you need.

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 16, 2014, at 12:24 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
wrote:

> Dear Faith:
>
> Call me for 5 minutes to fix all the questions. too many e-mails difficult.
> Mani
>
> >>> Faith Beck <faith.r.beck@gmail.com> 1/16/2014 11:32 AM >>>
> Dear mani
>
> May I also request to leave Also Sunday or Monday early because need to check over hw with
> my group. Not sure if they will meet Sunday or Monday but they will meet.
>
> This will be enough time to make the last of the compounds.
>
> Talk soon
>
> **Faith Beck**
>
> Graduate Student
> Department of Mechanical and Nuclear Engineering
> The Pennsylvania State University, University Park
>
> On Jan 16, 2014, at 10:05 AM, "Ayyakkannu Manivannan"
> <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:
>
> > Dear Faith:
> >
> > Do no get stressed. It is not that much to worry about.

1

**CONFIDENTIAL**                                                      **MANI_008170**

Let me know a convenient time to talk as I said in my previous mail. (5 minutes)
Mani


Mani
---------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> Faith Beck <faith.r.beck@gmail.com> 1/16/2014 9:12 AM >>>
also, i put my phone on silent during the day. it keeps me less stressed


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park


<Manivannan, Ayyakkannu.vcf>

CONFIDENTIAL                                                  MANI_008171

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Saturday, January 11, 2014 2:37 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: Electrochimica acta-Sn/graphene |

Dear Mani:

I am busy today

Will check as soon as i can

On Sat, Jan 11, 2014 at 2:29 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
Dear Faith:

Please try to address these comments. They are pretty simple. Especially, #3 reviewer.
Mani

-----Original Message-----
From: ees.electacta.1c9.263534.326bf91c@eesmail.elsevier.com
[mailto:ees.electacta.1c9.263534.326bf91c@eesmail.elsevier.com] On Behalf Of Ruediger Koetz
Sent: Saturday, December 28, 2013 5:53 AM
To: Kumta, Prashant N
Subject: Electrochimica Acta - Your Submission (KR13-404)

Ms. Ref. No.:  KR13-404
Title: Microwave Derived Facile Approach to Sn/Graphene Composite Anodes for  Lithium-Ion Batteries Electrochimica
Acta

Dear Edward R. Weidlein Chair Professor P.N. Kumta,

The manuscript you submitted for publication was sent out to referees for review. Please find enclosed their reports. I
am happy to tell you that the referees recommend publication of your paper, although with REVISIONS.

In the preparation of a revised manuscript, I would be grateful if you could try to comply with the referees'
recommendations giving adequate reasons for your views where you may disagree with their criticisms. It would be
helpful if you could enclose a detailed description of amendments in a separate WORD file (Replies to Referees -
please provide separate replies to each referee) together with the electronic version (WORD or LATEX) of the revised
manuscript (PLEASE HIGHLIGHT CHANGESWITH A YELLOW BACKGROUND).

Recommended date for resubmission: ON or BEFORE Jan 27, 2014

A PAPER UNDER REVISION NOT RETURNED AFTER TWO MONTHS OF THE DATE OF THIS LETTER WILL BE
CONSIDERED AS WITHDRAWN.

To submit a revision, please go to http://ees.elsevier.com/electacta/ and login as an Author.
Your username is: pkumta

If you cannot remember your password, please click the "Send Username/Password" link on the Login page.

1

CONFIDENTIAL

MANI_008172

On your Main Menu page is a folder entitled "Submissions Needing Revision". You will find your submission record there.  Also, the reviewer(s) may have uploaded a file with detailed comments on your manuscript. Click on "View Reviewer Attachments" to access any detailed comments from the reviewer(s) that may have been included.

Please note that this journal offers a new, free service called AudioSlides: brief, webcast-style presentations that are shown next to published articles on ScienceDirect (see also http://www.elsevier.com/audioslides). If your paper is accepted for publication, you will automatically receive an invitation to create an AudioSlides presentation.

Yours sincerely,

Ruediger Koetz, Dr.
Associate Editor
Electrochimica Acta

Reviewers' comments:

Reviewer #1: The manuscript entitled "Microwave Derived Facile Approach to Sn/Graphene Composite Anodes for Lithium-Ion Batteries" describes synthesis and electrochemical characterization of Sn/graphene composite anode for Li-ion battery. SnO2/graphene has been reported previously but pure Sn/graphene composite is more challenging due to melting of Sn during heat treatment making this composite difficult to cycle. Current manuscript is interesting in terms of synthesis and performance. The manuscript is well written and characterized. Therefore, I recommend current manuscript to be published in Electrochimica Acta. Here are some comments.

1. I recommend citing following paper which is related to the current manuscript.
Donghai Wang, Rong Kou, Daiwon Choi, Zhenguo Yang, Zimin Nie, Juan Li, Laxmikant V. Saraf, Jiguang Zhang, Gordon L. Graff, Jun Liu, Micheal A. Pope, Ilhan A. Aksay, "Ternary Self-assembly of Metal-Oxide-Graphene Nanocomposites for Electrochemical Energy Storage", ACS Nano, 4(3), p.1587-1595 (2010)

Reviewer #3: In the paper, the authors present the synthesis of Sn/graphene via a microwave process and subsequent annealing in argon. The composite electrode exhibits improved specific capacity and stability. However, there are several minor questions before the paper to be in publication.

(1) The synthesis of graphene-SnO2 has been reported.  It would be helpful to explain the difference in mesostructure transition from graphene-SnO2 to graphene-Sn during the post microwave treatment. The author should cite the original paper of graphene-SnO2 nanocomposite (ACS Nano 2010, 4, 1587) to explain the transition.

(2) In the abstract part, one minor error is that SnCl2 is totally different from SnCl2·2H2O. From the experimental part, the tin precursor is SnCl2·2H2O, thus SnCl2 should be changed to SnCl2·2H2O.

(3) In Table 1, there are four samples: Sn-1(34 wt.%), Sn-2(43 wt.%), Sn-3(86 wt.%), Sn-1(90 wt.%), and their electrochemical performance. In order to examine the relationship between the first discharge capacity and the amount of Sn, the author should provide three more samples：Sn-5(50 wt.%), Sn-6(60 wt.%), Sn-7(70 wt.%) and their electrochemical performance. Then we will know the best amount of Sn to get highest first discharge capacity.

(4) In Table 1, the difference in first discharge capacity between Sn-3(86 wt.%) and Sn-1(90 wt.%) is not clearly explained in the paper. In Line 14, Page 10, the authors explains that:
However, in the Sn-4 (90 wt.%Sn) sample, the composite can be realized to be mainly composed of spherical Sn droplets held loosely by a small fraction of graphene layers. We speculate that this could result in a scenario where some of the Sn droplets are isolated and thus not well connected electrically to the whole composite, resulting in a decreased overall first discharge capacity.
If the explanation is reasonable, how about first discharge capaicity of Sn-x(80 wt.%) and Sn-y(95 wt.%)?

CONFIDENTIAL

MANI_008173

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

CONFIDENTIAL                                                    MANI_008174



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 314 of 1455
**Bill Cycle Date:** 12/20/13 - 01/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X01272014

Visit us online at: **www.att.com/business**

### 304 552-5840
AYYAKKKANNU MANIVANNAN

## Call Detail - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|-------|--------|------|---------|-----|---------|---------|
| Sunday, 01/12 | | | | | | | |
| 02:35p | PITTSB PA | 412-977-5721 | 5KNW | | 2 | 0.00 | 0.00 |
| 06:44p | PITTSB PA | 412-977-5721 | 5KNW | | 3 | 0.00 | 0.00 |
| Subtotal | | | | | 36 | 0.00 | 1.95 |

Rate Code:
5KNW = 5000 Night & Weekend
GVPM = GOVTPooling400
MMEO = Unltd Mobile to AT&T Mobile

Feature Code:
M2MC = Expanded Mobile To Mobile

## Data Detail

` charges reflected in Other Charges & Credits section (page 313)

| | To/From | Type/Unit | | Rate Code | |
|---|---------|-----------|---|-----------|---|
| Data Plans | | | | | |
| Friday, 12/20 | | | | | |
| 12:33a | Data Transfer | 1,295KB | | EMBA2 | 0.00 |
| Saturday, 12/21 | | | | | |
| 12:33a | Data Transfer | 1,412KB | | EMBA2 | 0.00 |
| Sunday, 12/22 | | | | | |
| 12:26a | Data Transfer | 1,399KB | | EMBA2 | 0.00 |
| Monday, 12/23 | | | | | |
| 12:26a | Data Transfer | 1,422KB | | EMBA2 | 0.00 |
| Tuesday, 12/24 | | | | | |
| 12:26a | Data Transfer | 1,390KB | | EMBA2 | 0.00 |
| Wednesday, 12/25 | | | | | |
| 12:26a | Data Transfer | 1,692KB | | EMBA2 | 0.00 |
| Thursday, 12/26 | | | | | |
| 12:26a | Data Transfer | 1,410KB | | EMBA2 | 0.00 |
| Friday, 12/27 | | | | | |
| 12:26a | Data Transfer | 1,404KB | | EMBA2 | 0.00 |
| Saturday, 12/28 | | | | | |
| 12:26a | Data Transfer | 1,376KB | | EMBA2 | 0.00 |
| Sunday, 12/29 | | | | | |
| 12:26a | Data Transfer | 1,393KB | | EMBA2 | 0.00 |
| Monday, 12/30 | | | | | |
| 12:26a | Data Transfer | 1,476KB | | EMBA2 | 0.00 |
| Tuesday, 12/31 | | | | | |
| 12:26a | Data Transfer | 1,415KB | | EMBA2 | 0.00 |
| Wednesday, 01/01 | | | | | |
| 12:26a | Data Transfer | 1,392KB | | EMBA2 | 0.00 |
| Thursday, 01/02 | | | | | |
| 12:26a | Data Transfer | 1,414KB | | EMBA2 | 0.00 |
| y, 01/03 | | | | | |
| Ja | Data Transfer | 1,451KB | | EMBA2 | 0.00 |

| Time | To/From | Type/Unit | Rate Code | |
|------|---------|-----------|-----------|---|
| Data Plans | | | | |
| Saturday, 01/04 | | | | |
| 12:27a | Data Transfer | 1,385KB | EMBA2 | 0.00 |
| Sunday, 01/05 | | | | |
| 12:27a | Data Transfer | 1,193KB | EMBA2 | 0.00 |
| 08:27p | Data Transfer | 1,673KB | EMBA2 | 0.00 |
| Tuesday, 01/07 | | | | |
| 12:27a | Data Transfer | 1,001KB | EMBA2 | 0.00 |
| Wednesday, 01/08 | | | | |
| 12:27a | Data Transfer | 1,294KB | EMBA2 | 0.00 |
| Thursday, 01/09 | | | | |
| 12:27a | Data Transfer | 1,163KB | EMBA2 | 0.00 |
| 06:55p | Data Transfer | 514KB | EMBA2 | 0.00 |
| 11:55p | Data Transfer | 1,492KB | EMBA2 | 0.00 |
| Friday, 01/10 | | | | |
| 11:55p | Data Transfer | 1,419KB | EMBA2 | 0.00 |
| Sunday, 01/12 | | | | |
| 12:55a | Data Transfer | 603KB | EMBA2 | 0.00 |
| 11:26a | Data Transfer | 632KB | EMBA2 | 0.00 |
| Monday, 01/13 | | | | |
| 12:05a | Data Transfer | 1,844KB | EMBA2 | 0.00 |
| Tuesday, 01/14 | | | | |
| 12:05a | Data Transfer | 1,284KB | EMBA2 | 0.00 |
| 11:26a | Data Transfer | 1KB | EMBA2 | 0.00 |
| 11:26a | Data Transfer | 2KB | EMBA2 | 0.00 |
| 11:59a | Data Transfer | 1KB | EMBA2 | 0.00 |
| 11:59a | Data Transfer | 2KB | EMBA2 | 0.00 |
| 06:22p | Data Transfer | 227KB | EMBA2 | 0.00 |
| Wednesday, 01/15 | | | | |
| 12:22a | Data Transfer | 276KB | EMBA2 | 0.00 |
| 05:30a | Data Transfer | 330KB | EMBA2 | 0.00 |
| 10:48a | Data Transfer | 340KB | EMBA2 | 0.00 |
| 08:08p | Data Transfer | 252KB | EMBA2 | 0.00 |
| Thursday, 01/16 | | | | |
| 12:08a | Data Transfer | 1,067KB | EMBA2 | 0.00 |
| 10:36p | Data Transfer | 264KB | EMBA2 | 0.00 |
| 10:36p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Friday, 01/17 | | | | |
| 12:36a | Data Transfer | 1,217KB | EMBA2 | 0.00 |
| 08:43p | Data Transfer | 134KB | EMBA2 | 0.00 |
| 10:53p | Data Transfer | 93KB | EMBA2 | 0.00 |
| Saturday, 01/18 | | | | |
| 12:10a | Data Transfer | 1,375KB | EMBA2 | 0.00 |
| Subtotal for Data Plans: | | 42,422KB | | 0.00 |
| Subtotal for KB's: | | 42,422KB | | 0.00 |
| Total Data Detail | | | | 0.00 |

Rate Code:
EMBA2 = BBRY W/UNLIM MSGS

001464

MANI_008175

 **at&t**

DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 351 of 1541
**Bill Cycle Date:** 01/20/14 - 02/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X02272

Visit us online at: **www.att.com/business**

---

**304 552-5840**
**AYYAKKKANNU MANIVANNAN**

**GOVTNBPNTN400UM5000** - Includes 400 POOLED MINS,
5000 Nght & Wknd Min, Nation GSM, Unlimited M2M Expnd,
Direct Bill Detail, Call Waiting, Caller ID, Call Hold,
Call Forward Immediate, Call Forward Conditional, Three
Way Calling.

**CRU Detail Bill ZC - BAN** - Includes CRU Detail Bill ZC - BAN.

**Monthly Charges** - Jan 20 thru Feb 19

| | | |
|---|---|---|
| 1. | GOVTNBPNTN400UM5000 | 44.00 |
| 2. | Credit for GOVTNBPNTN400UM5000 | 12.75CR |
| 3. | CRU Detail Bill ZC - BAN | 0.00 |
| 4. | BBRY W/UNLIM MSGS | 65.00 |
| 5. | Credit for BBRY W/UNLIM MSGS | 36.25CR |
| 6. | UNL INTL BB GOVTONLY | 19.99 |
| 7. | National Account Discount | 16.00CR |

*Get help and manage your purchases several ways:*
*- Go to att.com/directbill*
*- To speak with a service representative, dial 611 from your*
*mobile phone, or 1 800-331-0500 from any phone.*

*To stop a subscription, text STOP to the Short Code using the*
*mobile phone associated with those charges. If a Short Code is*
*not listed go to att.com/directbill.*

**AT&T Monthly Subscriptions**

| | Date | Cost | Tax | |
|---|---|---|---|---|
| 8. | 02/04 | 9.99 | 0.65 | 10.64 |
| | | ApplicationsSub: ATT Navigator with promo | | |
| | | Provider: Telenav Inc | | |
| | | Contact: www.att.com/mobilepurchases | | |
| | | Renew Date: 03/03/2014 | | |

Total AT&T Monthly Subscriptions                    10.64

**Total Monthly Charges**                    **74.63**

**Other Charges and Credits**

**Voice Usage Summary**
GOVTNBPNTN400UM5000

| | |
|---|---|
| Total Minutes Used | 78 |
| Plan Minutes | 400 |
| Mobile to Mobile Minutes | Unlimited |
| Minutes Used | 1 |
| Night & Weekend Minutes | 5,000 |
| Minutes Used | 1 |

**Other Charges and Credits** - Continued
International Long Distance

| | | | |
|---|---|---|---|
| 9. | Minutes Billed | 47 | 18.33 |

**Data Usage Summary**

| | |
|---|---|
| MSG UNLIMITED | Unlimited |
| Used | 21 |

| | |
|---|---|
| BBRY W/UNLIM MSGS | |
| Plan KB | Unlimited |
| Blackberry | |
| KB Used | 52,821 |
| DATA ACCESS | |
| KB Used | 139 |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

**Surcharges and Other Fees**

| | |
|---|---|
| 10. Federal Universal Service Charge | 4.27 |

**Government Fees and Taxes**

| | |
|---|---|
| 11. WV Wireless E-9-1-1 | 3.00 |

**Total Other Charges & Credits**                    **25.60**

**Total for 304 552-5840**                    **100.23**

**Call Detail**
*Call charges reflected in Other Charges & Credits section (page 351)*

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|---|---|---|---|---|---|---|---|
| Wednesday, 01/22 | | | | | | | |
| 07:46a | MORGAN WV | 304-285-4075 | GVPM | | 1 | 0.00 | 0.00 |
| 12:23p | INCOMI CL | 321-632-8549 | GVPM | | 1 | 0.00 | 0.00 |
| Friday, 01/24 | | | | | | | |
| 02:19p | MONTRE QC | 514-239-0921 | GVPM | | 22 | 0.00 | 8.19 |
| Monday, 01/27 | | | | | | | |
| 04:51p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| Tuesday, 01/28 | | | | | | | |
| 08:19p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| Wednesday, 01/29 | | | | | | | |
| 11:12a | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| 06:55p | MONTRE QC | 514-239-0921 | GVPM | | 13 | 0.00 | 5.07 |
| Thursday, 01/30 | | | | | | | |
| 10:52a | INCOMI CL | 866-293-7222 | GVPM | | 1 | 0.00 | 0.00 |
| 02:42p | PITTSB PA | 412-266-2168 | MMEO | M2MC | 1 | 0.00 | 0.00 |
| Friday, 02/07 | | | | | | | |
| 12:15p | INCOMI CL | 509-372-6515 | GVPM | | 5 | 0.00 | 0.00 |
| 12:23p | INCOMI CL | 514-239-0921 | GVPM | | 3 | 0.00 | 0.00 |
| Monday, 02/10 | | | | | | | |
| 04:20p | STATEC PA | 814-238-1881 | GVPM | | 3 | 0.00 | 0.00 |
| 05:55p | STATEC PA | 814-238-1881 | GVPM | | 2 | 0.00 | ( |
| 08:50p | STATEC PA | 814-238-1881 | GVPM | | 1 | 0.00 | ( |

001465

CONFIDENTIAL

MANI_008176

 **AT&T**

DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

| | |
|---|---|
| **Page:** | 352 of 1541 |
| **Bill Cycle Date:** | 01/20/14 - 02/19/14 |
| **Account:** | 287252609769 |
| **Foundation Account:** | FAN 02613092 |
| **Invoice:** | 287252609769X02272014 |

Visit us online at: **www.att.com/business**

### 304 552-5840
### AYYAKKKANNU MANIVANNAN

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|---|---|---|---|---|---|---|---|
| Sunday, 02/16 | | | | | | | |
| 07:42p | ESCOND CA | 760-705-8888 | 5KNW | | 1 | 0.00 | 0.00 |
| Monday, 02/17 | | | | | | | |
| 09:54a | INCOMI CL | 504-831-6995 | GVPM | | 1 | 0.00 | 0.00 |
| 04:25p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| 05:46p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| 05:46p | MONTRE QC | 514-239-0921 | GVPM | | 8 | 0.00 | 3.12 |
| Tuesday, 02/18 | | | | | | | |
| 04:24p | INCOMI CL | 509-372-6515 | GVPM | | 2 | 0.00 | 0.00 |
| 04:59p | INCOMI CL | 509-372-6515 | GVPM | | 10 | 0.00 | 0.00 |
| Subtotal | | | | | 80 | 0.00 | 18.33 |

**Rate Code:**
5KNW  = 5000 Night & Weekend
GVPM  = GOVTPooling400
͡2)   = Unltd Mobile to AT&T Mobile

**_ature Code:**
M2MC  = Expanded Mobile To Mobile

**Data Detail**

*Data charges reflected in Other Charges & Credits section (page 351)*

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Text Messages | | | | |
| Wednesday, 01/22 | | | | |
| 05:10p Rcvd | 412-977-5721 | Text Message | MSEG | 0.00 |
| Thursday, 01/30 | | | | |
| 10:38a Rcvd | 42265 | Text Message | MSEG | 0.00 |
| Saturday, 02/01 | | | | |
| 04:52p Rcvd | 25625 | Text Message | MSEG | 0.00 |
| Wednesday, 02/05 | | | | |
| 02:26p Rcvd | 25625 | Text Message | MSEG | 0.00 |
| Saturday, 02/08 | | | | |
| 02:47a Rcvd | 42265 | Text Message | MSEG | 0.00 |
| 07:42p Rcvd | 42265 | Text Message | MSEG | 0.00 |
| 07:56p Rcvd | 42265 | Text Message | MSEG | 0.00 |
| Monday, 02/10 | | | | |
| 09:58a Rcvd | 42265 | Text Message | MSEG | 0.00 |
| 04:12p Rcvd | 42265 | Text Message | MSEG | 0.00 |
| 05:37p Rcvd | 42265 | Text Message | MSEG | 0.00 |
| 06:24p Rcvd | 42265 | Text Message | MSEG | 0.00 |
| 08:09p Rcvd | 42265 | Text Message | MSEG | 0.00 |
| Tuesday, 02/11 | | | | |
| 09:22a Rcvd | 42265 | Text Message | MSEG | 0.00 |
| ͡0͡39a Rcvd | 42265 | Text Message | MSEG | 0.00 |
| a Rcvd | 42265 | Text Message | MSEG | 0.00 |
| ͡p Rcvd | 42265 | Text Message | MSEG | 0.00 |

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Text Messages | | | | |
| Wednesday, 02/12 | | | | |
| 12:00a Rcvd | 42265 | Text Message | MSEG | 0.00 |
| Friday, 02/14 | | | | |
| 01:17p Rcvd | 42265 | Text Message | MSEG | 0.00 |
| 01:22p Rcvd | 42265 | Text Message | MSEG | 0.00 |
| 01:25p Sent | 42265 | Text Message | MSEG | 0.00 |
| 01:26p Rcvd | 42265 | Text Message | MSEG | 0.00 |
| Subtotal for Text Messages: 21 | | | | 0.00 |
| | | | | |
| Data Plans | | | | |
| Sunday, 01/19 | | | | |
| 12:10a | Data Transfer | 1,374KB | EMBA2 | 0.00 |
| Monday, 01/20 | | | | |
| 12:10a | Data Transfer | 1,341KB | EMBA2 | 0.00 |
| Tuesday, 01/21 | | | | |
| 12:50a | Data Transfer | 1,476KB | EMBA2 | 0.00 |
| Wednesday, 01/22 | | | | |
| 12:50a | Data Transfer | 1,161KB | EMBA2 | 0.00 |
| 09:07p | Data Transfer | 197KB | EMBA2 | 0.00 |
| Thursday, 01/23 | | | | |
| 12:07a | Data Transfer | 1,425KB | EMBA2 | 0.00 |
| Friday, 01/24 | | | | |
| 12:07a | Data Transfer | 965KB | EMBA2 | 0.00 |
| 03:45p | Data Transfer | 308KB | EMBA2 | 0.00 |
| 08:45p | Data Transfer | 1,633KB | EMBA2 | 0.00 |
| Sunday, 01/26 | | | | |
| 12:45a | Data Transfer | 1,436KB | EMBA2 | 0.00 |
| Monday, 01/27 | | | | |
| 12:45a | Data Transfer | 1,451KB | EMBA2 | 0.00 |
| Tuesday, 01/28 | | | | |
| 12:45a | Data Transfer | 1,479KB | EMBA2 | 0.00 |
| Wednesday, 01/29 | | | | |
| 12:45a | Data Transfer | 3,218KB | EMBA2 | 0.00 |
| Thursday, 01/30 | | | | |
| 12:45a | Data Transfer | 2,862KB | EMBA2 | 0.00 |
| 04:14p | Data Transfer | 2KB | EMBA2 | 0.00 |
| 04:14p | Data Transfer | 9KB | EMBA2 | 0.00 |
| 04:46p | Data Transfer | 1KB | EMBA2 | 0.00 |
| 04:46p | Data Transfer | 3KB | EMBA2 | 0.00 |
| 07:07p | Data Transfer | 334KB | EMBA2 | 0.00 |
| Friday, 01/31 | | | | |
| 12:07a | Data Transfer | 1,543KB | EMBA2 | 0.00 |
| 01:55p | Data Transfer | 8KB | EMBA2 | 0.00 |
| 01:55p | Data Transfer | 2KB | EMBA2 | 0.00 |
| 01:56p | Data Transfer | 869KB | EMBA2 | 0.00 |
| 02:05p | Data Transfer | 7KB | EMBA2 | 0.00 |
| 02:07p | Data Transfer | 29KB | EMBA2 | 0.00 |
| 02:13p | Data Transfer | 1KB | EMBA2 | 0.00 |
| 11:56p | Data Transfer | 1,432KB | EMBA2 | 0.00 |
| Saturday, 02/01 | | | | |
| 02:12p | Data Transfer | 2KB | EMBA2 | 0.00 |
| Sunday, 02/02 | | | | |
| 12:19a | Data Transfer | 1,205KB | EMBA2 | 0.00 |

001466

CONFIDENTIAL

MANI_008177



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 353 of 1541
**Bill Cycle Date:** 01/20/14 - 02/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X02277

Visit us online at: **www.att.com/business**

## 304 552-5840
### AYYAKKKANNU MANIVANNAN

**Data Detail** - Continued

| Time | To/From | Type/Unit | Rate Code | |
|------|---------|-----------|-----------|---|
| Data Plans | | | | |
| Sunday, 02/02 | | | | |
| 02:12p | Data Transfer | 3KB | EMBA2 | 0.00 |
| 08:58p | Data Transfer | 206KB | EMBA2 | 0.00 |
| Monday, 02/03 | | | | |
| 12:23a | Data Transfer | 1,229KB | EMBA2 | 0.00 |
| 02:13p | Data Transfer | 2KB | EMBA2 | 0.00 |
| Tuesday, 02/04 | | | | |
| 12:23a | Data Transfer | 1,534KB | EMBA2 | 0.00 |
| 02:13p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Wednesday, 02/05 | | | | |
| 12:44a | Data Transfer | 1,210KB | EMBA2 | 0.00 |
| 02:13p | Data Transfer | 2KB | EMBA2 | 0.00 |
| 08:45p | Data Transfer | 1,035KB | EMBA2 | 0.00 |
| 10:45p | Data Transfer | 192KB | EMBA2 | 0.00 |
| Thursday, 02/06 | | | | |
| 04:45a | Data Transfer | 60KB | EMBA2 | 0.00 |
| 08:45a | Data Transfer | 1,213KB | EMBA2 | 0.00 |
| 02:13p | Data Transfer | 3KB | EMBA2 | 0.00 |
| 04:00p | Data Transfer | 2KB | EMBA2 | 0.00 |
| 04:00p | Data Transfer | 27KB | EMBA2 | 0.00 |
| 04:29p | Data Transfer | 1KB | EMBA2 | 0.00 |
| 04:30p | Data Transfer | 2KB | EMBA2 | 0.00 |
| 08:06p | Data Transfer | 261KB | EMBA2 | 0.00 |
| Friday, 02/07 | | | | |
| 12:06a | Data Transfer | 1,258KB | EMBA2 | 0.00 |
| 04:36p | Data Transfer | 723KB | EMBA2 | 0.00 |
| 04:36p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Saturday, 02/08 | | | | |
| 12:36a | Data Transfer | 1,470KB | EMBA2 | 0.00 |
| Sunday, 02/09 | | | | |
| 12:36a | Data Transfer | 1,493KB | EMBA2 | 0.00 |
| Monday, 02/10 | | | | |
| 12:36a | Data Transfer | 2,720KB | EMBA2 | 0.00 |
| 10:00a | Data Transfer | 9KB | EMBA2 | 0.00 |
| 10:00a | Data Transfer | 2KB | EMBA2 | 0.00 |
| 10:47a | Data Transfer | 1KB | EMBA2 | 0.00 |
| 10:47a | Data Transfer | 3KB | EMBA2 | 0.00 |
| Tuesday, 02/11 | | | | |
| 12:52a | Data Transfer | 1,435KB | EMBA2 | 0.00 |
| 10:47a | Data Transfer | 3KB | EMBA2 | 0.00 |
| Wednesday, 02/12 | | | | |
| 12:52a | Data Transfer | 1,505KB | EMBA2 | 0.00 |
| 10:47a | Data Transfer | 3KB | EMBA2 | 0.00 |
| Thursday, 02/13 | | | | |
| 12:52a | Data Transfer | 826KB | EMBA2 | 0.00 |
| 10:47a | Data Transfer | 3KB | EMBA2 | 0.00 |
| 01:43p | Data Transfer | 823KB | EMBA2 | 0.00 |
| 01:44p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Friday, 02/14 | | | | |
| 12:43a | Data Transfer | 1,652KB | EMBA2 | 0.00 |

| Time | To/From | Type/Unit | Rate Code | |
|------|---------|-----------|-----------|---|
| Data Plans | | | | |
| Saturday, 02/15 | | | | |
| 12:43a | Data Transfer | 1,436KB | EMBA2 | 0.00 |
| Sunday, 02/16 | | | | |
| 12:43a | Data Transfer | 1,598KB | EMBA2 | 0.00 |
| Monday, 02/17 | | | | |
| 12:43a | Data Transfer | 1,388KB | EMBA2 | 0.00 |
| Tuesday, 02/18 | | | | |
| 12:43a | Data Transfer | 1,845KB | EMBA2 | 0.00 |
| Subtotal for Data Plans: | | 52,960KB | | 0.00 |
| Subtotal for KB's: | | 52,960KB | | 0.00 |
| Total Data Detail | | | | 0.00 |

Rate Code:
EMBA2   = BBRY W/UNLIM MSGS
MSEG    = MSG UNLIMITED

001467

MANI_008178



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 354 of 1541
**Bill Cycle Date:** 01/20/14 - 02/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X02272014

Visit us online at: **www.att.com/business**

001468

CONFIDENTIAL



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 349 of 1463
**Bill Cycle Date:** 02/20/14 - 03/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X03272

Visit us online at: **www.att.com/business**

---

### 304 552-5840
**AYYAKKKANNU MANIVANNAN**

**GOVTNBPNTN400UM5000** - Includes 400 POOLED MINS,
5000 Nght & Wknd Min, Nation GSM, Unlimited M2M Expnd,
Direct Bill Detail, Call Waiting, Caller ID, Call Hold,
Call Forward Immediate, Call Forward Conditional, Three
Way Calling.

**CRU Detail Bill ZC - BAN** - Includes CRU Detail Bill ZC - BAN.

**Monthly Charges** - Feb 20 thru Mar 19

| | | |
|---|---|---|
| 1. GOVTNBPNTN400UM5000 | | 44.00 |
| 2. Credit for GOVTNBPNTN400UM5000 | | 12.75CR |
| 3. CRU Detail Bill ZC - BAN | | 0.00 |
| 4. BBRY W/UNLIM MSGS | | 65.00 |
| 5. Credit for BBRY W/UNLIM MSGS | | 36.25CR |
| 6. UNL INTL BB GOVTONLY | | 19.99 |
| 7. National Account Discount | | 16.00CR |

*Get help and manage your purchases several ways:*
*- Go to att.com/directbill*
*- To speak with a service representative, dial 611 from your*
*mobile phone, or 1 800-331-0500 from any phone.*

*To stop a subscription, text STOP to the Short Code using the*
*mobile phone associated with those charges. If a Short Code is*
*not listed go to att.com/directbill.*

**AT&T Monthly Subscriptions**

| | Date | Cost | Tax | |
|---|---|---|---|---|
| 8. | 03/04 | 9.99 | 0.65 | 10.64 |
| | | ApplicationsSub: ATT Navigator with promo | | |
| | | Provider: Telenav Inc | | |
| | | Contact: www.att.com/mobilepurchases | | |
| | | Renew Date: 04/03/2014 | | |
| Total AT&T Monthly Subscriptions | | | | 10.64 |

**Total Monthly Charges** **74.63**

**Other Charges and Credits**
**Voice Usage Summary**
GOVTNBPNTN400UM5000

| | |
|---|---|
| Total Minutes Used | 64 |
| Plan Minutes | 400 |
| Mobile to Mobile Minutes | Unlimited |
| Minutes Used | 15 |
| Night & Weekend Minutes | 5,000 |
| Minutes Used | 4 |

---

**Other Charges and Credits** - Continued
International Long Distance

| | | | |
|---|---|---|---|
| 9. | Minutes Billed | 18 | 7.02 |

**Data Usage Summary**
BBRY W/UNLIM MSGS

| | | |
|---|---|---|
| Plan KB | | Unlimited |
| Blackberry | | |
| KB Used | | 47,555 |
| DATA ACCESS | | |
| KB Used | | 109 |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

**Surcharges and Other Fees**

| | | |
|---|---|---|
| 10. Federal Universal Service Charge | | 2.42 |

**Government Fees and Taxes**

| | | |
|---|---|---|
| 11. WV Wireless E-9-1-1 | | 3.00 |

**Total Other Charges & Credits** **12.44**

**Total for 304 552-5840** **87.07**

**Call Detail**
*Call charges reflected in Other Charges & Credits section (page 349)*

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|---|---|---|---|---|---|---|---|
| Thursday, 02/20 | | | | | | | |
| 06:02p | MONTRE QC | 514-239-0921 | GVPM | | 5 | 0.00 | 1.95 |
| Monday, 02/24 | | | | | | | |
| 11:42a | PITTSB PA | 412-849-2162 | MMEO | M2MC | 10 | 0.00 | 0.00 |
| 04:25p | INCOMI CL | 412-849-2162 | MMEO | M2MC | 4 | 0.00 | 0.00 |
| Tuesday, 02/25 | | | | | | | |
| 10:24a | MORGAN WV | 304-285-4182 | GVPM | | 1 | 0.00 | 0.00 |
| 12:07p | MORGAN WV | 304-285-4182 | GVPM | | 1 | 0.00 | 0.00 |
| Thursday, 02/27 | | | | | | | |
| 12:48p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| Saturday, 03/01 | | | | | | | |
| 01:24p | GUELPH ON | 226-979-4129 | 5KNW | | 2 | 0.00 | 0.39 |
| 03:19p | GUELPH ON | 226-979-4129 | 5KNW | | 2 | 0.00 | 0.39 |
| Monday, 03/03 | | | | | | | |
| 03:50p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| Tuesday, 03/04 | | | | | | | |
| 07:22p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| Wednesday, 03/05 | | | | | | | |
| 12:46p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| Friday, 03/07 | | | | | | | |
| 02:52p | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |
| 02:53p | OAK RI TN | 865-574-6912 | GVPM | | 1 | 0.00 | 0.00 |
| 05:13p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| 06:01p | OAK RI TN | 865-574-1751 | GVPM | | 2 | 0.00 | 0. |
| Monday, 03/10 | | | | | | | |
| 11:31a | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.. |

001469



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 350 of 1463
**Bill Cycle Date:** 02/20/14 - 03/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X03272014

Visit us online at: **www.att.com/business**

### 304 552-5840
AYYAKKKANNU MANIVANNAN

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|------|------|------|------|------|------|------|------|
| Monday, 03/10 | | | | | | | |
| 11:38a | OAK RI TN | 865-574-6912 | GVPM | | 1 | 0.00 | 0.00 |
| 11:43a | OAK RI TN | 865-574-1751 | GVPM | | 3 | 0.00 | 0.00 |
| 05:21p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| 06:32p | OAK RI TN | 865-574-6912 | GVPM | | 1 | 0.00 | 0.00 |
| 06:46p | MONTRE QC | 514-239-0921 | GVPM | | 5 | 0.00 | 1.95 |
| Tuesday, 03/11 | | | | | | | |
| 09:27a | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |
| 09:28a | OAK RI TN | 865-574-6912 | GVPM | | 1 | 0.00 | 0.00 |
| 09:42a | OAK RI TN | 865-574-1751 | GVPM | | 4 | 0.00 | 0.00 |
| 10:29a | PITTSB PA | 412-977-5721 | GVPM | | 1 | 0.00 | 0.00 |
| Monday, 03/17 | | | | | | | |
| 01:36p | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 01:47p | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 02:09p | PITTSB PA | 412-977-5721 | GVPM | | 1 | 0.00 | 0.00 |
| ·16p | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 2p | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| ∠3p | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 04:24p | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 04:28p | MORGAN WV | 304-685-8185 | GVPM | | 2 | 0.00 | 0.00 |
| 05:31p | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 06:02p | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |
| Tuesday, 03/18 | | | | | | | |
| 07:35a | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 07:35a | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 07:37a | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 07:40a | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 07:46a | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 09:15a | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 09:40a | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 10:46a | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 10:51a | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 11:00a | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 11:31a | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 12:17p | PLEASN PA | 412-386-5705 | GVPM | | 1 | 0.00 | 0.00 |
| 12:24p | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |
| 12:25p | OAK RI TN | 865-574-6912 | GVPM | | 1 | 0.00 | 0.00 |
| 12:29p | PITTSB PA | 412-977-5721 | GVPM | | 1 | 0.00 | 0.00 |
| 01:35p | PENNIN NJ | 609-737-1902 | GVPM | | 1 | 0.00 | 0.00 |
| 04:43p | SANTUR PR | 787-949-2291 | MMEO | M2MC | 1 | 0.00 | 0.00 |
| Wednesday, 03/19 | | | | | | | |
| 02:13p | INCOMI CL | 484-404-0094 | GVPM | | 1 | 0.00 | 0.00 |
| 02:14p | BANGOR PA | 484-404-0094 | GVPM | | 1 | 0.00 | 0.00 |
| Subtotal | | | | | 83 | 0.00 | 7.02 |

**Rate Code:**
= 5000 Night & Weekend
= GOVTPooling400
...c0 = Unltd Mobile to AT&T Mobile

**Feature Code:**
M2MC = Expanded Mobile To Mobile

### Data Detail

Data charges reflected in Other Charges & Credits section (page 349)

| Time | To/From | Type/Unit | Rate Code | |
|------|------|------|------|------|
| Data Plans | | | | |
| Wednesday, 02/19 | | | | |
| 12:43a | Data Transfer | 1,459KB | EMBA2 | 0.00 |
| Thursday, 02/20 | | | | |
| 12:43a | Data Transfer | 2,307KB | EMBA2 | 0.00 |
| 04:08p | Data Transfer | 2KB | EMBA2 | 0.00 |
| 04:08p | Data Transfer | 9KB | EMBA2 | 0.00 |
| 04:43p | Data Transfer | 1KB | EMBA2 | 0.00 |
| 04:43p | Data Transfer | 2KB | EMBA2 | 0.00 |
| Friday, 02/21 | | | | |
| 12:55a | Data Transfer | 1,445KB | EMBA2 | 0.00 |
| 04:43p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Saturday, 02/22 | | | | |
| 12:55a | Data Transfer | 1,047KB | EMBA2 | 0.00 |
| 04:43p | Data Transfer | 3KB | EMBA2 | 0.00 |
| 06:48p | Data Transfer | 288KB | EMBA2 | 0.00 |
| 06:48p | Data Transfer | 3KB | EMBA2 | 0.00 |
| 08:48p | Data Transfer | 359KB | EMBA2 | 0.00 |
| 09:48p | Data Transfer | 121KB | EMBA2 | 0.00 |
| 11:48p | Data Transfer | 1,449KB | EMBA2 | 0.00 |
| Monday, 02/24 | | | | |
| 05:39a | Data Transfer | 1,140KB | EMBA2 | 0.00 |
| Tuesday, 02/25 | | | | |
| 12:39a | Data Transfer | 295KB | EMBA2 | 0.00 |
| 01:40a | Data Transfer | 1KB | EMBA2 | 0.00 |
| 01:48a | Data Transfer | 1,925KB | EMBA2 | 0.00 |
| 01:48a | Data Transfer | 3KB | EMBA2 | 0.00 |
| Wednesday, 02/26 | | | | |
| 12:48a | Data Transfer | 1,083KB | EMBA2 | 0.00 |
| 06:11p | Data Transfer | 1,523KB | EMBA2 | 0.00 |
| 06:11p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Thursday, 02/27 | | | | |
| 12:11a | Data Transfer | 1,506KB | EMBA2 | 0.00 |
| Friday, 02/28 | | | | |
| 12:43a | Data Transfer | 184KB | EMBA2 | 0.00 |
| 03:26a | Data Transfer | 488KB | EMBA2 | 0.00 |
| 11:47a | Data Transfer | 976KB | EMBA2 | 0.00 |
| 11:47a | Data Transfer | 3KB | EMBA2 | 0.00 |
| Saturday, 03/01 | | | | |
| 12:47a | Data Transfer | 1,434KB | EMBA2 | 0.00 |
| Sunday, 03/02 | | | | |
| 12:47a | Data Transfer | 1,451KB | EMBA2 | 0.00 |
| Monday, 03/03 | | | | |
| 12:48a | Data Transfer | 1,735KB | EMBA2 | 0.00 |
| Tuesday, 03/04 | | | | |
| 12:48a | Data Transfer | 1,697KB | EMBA2 | 0.00 |
| Wednesday, 03/05 | | | | |
| 12:48a | Data Transfer | 1,444KB | EMBA2 | 0.00 |

CONFIDENTIAL

MANI_008181



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 351 of 1463
**Bill Cycle Date:** 02/20/14 - 03/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X032721

Visit us online at: **www.att.com/business**

### 304 552-5840
### AYYAKKKANNU MANIVANNAN

**Data Detail** - Continued

| Time | To/From | Type/Unit | Rate Code | |
|------|---------|-----------|-----------|---|
| Data Plans | | | | |
| Thursday, 03/06 | | | | |
| 12:49a | Data Transfer | 1,376KB | EMBA2 | 0.00 |
| Friday, 03/07 | | | | |
| 12:49a | Data Transfer | 520KB | EMBA2 | 0.00 |
| 10:03a | Data Transfer | 1,102KB | EMBA2 | 0.00 |
| 10:03a | Data Transfer | 3KB | EMBA2 | 0.00 |
| 08:37p | Data Transfer | 9KB | EMBA2 | 0.00 |
| 08:37p | Data Transfer | 3KB | EMBA2 | 0.00 |
| 09:10p | Data Transfer | 1KB | EMBA2 | 0.00 |
| 09:10p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Saturday, 03/08 | | | | |
| 12:03a | Data Transfer | 1,382KB | EMBA2 | 0.00 |
| 09:10p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Sunday, 03/09 | | | | |
| 12:03a | Data Transfer | 1,384KB | EMBA2 | 0.00 |
| 10:10p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Monday, 03/10 | | | | |
| 12:04a | Data Transfer | 999KB | EMBA2 | 0.00 |
| 07:00p | Data Transfer | 133KB | EMBA2 | 0.00 |
| 10:10p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Tuesday, 03/11 | | | | |
| 06:53a | Data Transfer | 1,899KB | EMBA2 | 0.00 |
| 06:53a | Data Transfer | 3KB | EMBA2 | 0.00 |
| Wednesday, 03/12 | | | | |
| 12:53a | Data Transfer | 2,136KB | EMBA2 | 0.00 |
| Thursday, 03/13 | | | | |
| 12:53a | Data Transfer | 1,319KB | EMBA2 | 0.00 |
| Friday, 03/14 | | | | |
| 05:57a | Data Transfer | 1,431KB | EMBA2 | 0.00 |
| 05:57a | Data Transfer | 3KB | EMBA2 | 0.00 |
| Saturday, 03/15 | | | | |
| 12:57a | Data Transfer | 1,030KB | EMBA2 | 0.00 |
| 06:37p | Data Transfer | 354KB | EMBA2 | 0.00 |
| Sunday, 03/16 | | | | |
| 12:37a | Data Transfer | 1,719KB | EMBA2 | 0.00 |
| Monday, 03/17 | | | | |
| 12:37a | Data Transfer | 949KB | EMBA2 | 0.00 |
| 04:03p | Data Transfer | 35KB | EMBA2 | 0.00 |
| 04:58p | Data Transfer | 15KB | EMBA2 | 0.00 |
| 05:10p | Data Transfer | 834KB | EMBA2 | 0.00 |
| 05:45p | Data Transfer | 37KB | EMBA2 | 0.00 |
| 05:45p | Data Transfer | 2KB | EMBA2 | 0.00 |
| 06:03p | Data Transfer | 1KB | EMBA2 | 0.00 |
| 06:03p | Data Transfer | 2KB | EMBA2 | 0.00 |
| 06:56p | Data Transfer | 2KB | EMBA2 | 0.00 |
| Tuesday, 03/18 | | | | |
| 12:51a | Data Transfer | 116KB | EMBA2 | 0.00 |
| 01:47a | Data Transfer | 1KB | EMBA2 | 0.00 |
| 01:50a | Data Transfer | 1,803KB | EMBA2 | 0.00 |

| Time | To/From | Type/Unit | Rate Code | |
|------|---------|-----------|-----------|---|
| Data Plans | | | | |
| Wednesday, 03/19 | | | | |
| 12:20a | Data Transfer | 822KB | EMBA2 | 0.00 |
| 02:07p | Data Transfer | 685KB | EMBA2 | 0.00 |
| 10:08p | Data Transfer | 153KB | EMBA2 | 0.00 |
| Subtotal for Data Plans: | | 47,664KB | | 0.00 |
| Subtotal for KB's: | | 47,664KB | | 0.00 |
| Total Data Detail | | | | 0.00 |

Rate Code:
EMBA2   = BBRY W/UNLIM MSGS

001471

**CONFIDENTIAL**

**MANI_008182**



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

| | |
|---|---|
| **Page:** | 352 of 1463 |
| **Bill Cycle Date:** | 02/20/14 - 03/19/14 |
| **Account:** | 287252609769 |
| **Foundation Account:** | FAN 02613092 |
| **Invoice:** | 287252609769X03272014 |

Visit us online at: **www.att.com/business**

001472

CONFIDENTIAL

MANI_008183



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 367 of 1539
**Bill Cycle Date:** 03/20/14 - 04/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X04272f

Visit us online at: **www.att.com/business**

## 304 552-5840
### AYYAKKKANNU MANIVANNAN

**GOVTNBPNTN400UM5000** - Includes 400 POOLED MINS,
5000 Nght & Wknd Min, Nation GSM, Unlimited M2M Expnd,
Direct Bill Detail, Call Waiting, Caller ID, Call Hold,
Call Forward Immediate, Call Forward Conditional, Three
Way Calling.

**CRU Detail Bill ZC - BAN** - Includes CRU Detail Bill ZC - BAN.

### Monthly Charges - Mar 20 thru Apr 19

| | | | |
|---|---|---|---|
| 1. | GOVTNBPNTN400UM5000 | | 44.00 |
| 2. | Credit for GOVTNBPNTN400UM5000 | | 12.75CR |
| 3. | CRU Detail Bill ZC - BAN | | 0.00 |
| 4. | BBRY W/UNLIM MSGS | | 65.00 |
| 5. | Credit for BBRY W/UNLIM MSGS | | 36.25CR |
| 6. | UNL INTL BB GOVTONLY | | 19.99 |
| 7. | National Account Discount | | 16.00CR |

*Get help and manage your purchases several ways:*
*- Go to att.com/directbill*
*- To speak with a service representative, dial 611 from your*
*mobile phone, or 1 800-331-0500 from any phone.*

*To stop a subscription, text STOP to the Short Code using the*
*mobile phone associated with those charges. If a Short Code is*
*not listed go to att.com/directbill.*

### AT&T Monthly Subscriptions

| | Date | Cost | Tax | |
|---|---|---|---|---|
| 8. | 04/04 | 9.99 | 0.65 | 10.64 |
| | ApplicationsSub: ATT Navigator with promo | | | |
| | Provider: Telenav Inc | | | |
| | Contact: www.att.com/mobilepurchases | | | |
| | Renew Date: 05/03/2014 | | | |
| Total AT&T Monthly Subscriptions | | | | 10.64 |

**Total Monthly Charges**      **74.63**

### Other Charges and Credits

**Voice Usage Summary**
GOVTNBPNTN400UM5000

| | |
|---|---|
| Total Minutes Used | 60 |
| Plan Minutes | 400 |
| Mobile to Mobile Minutes | Unlimited |
| Minutes Used | 31 |
| Night & Weekend Minutes | 5,000 |
| Minutes Used | 38 |

### Other Charges and Credits - Continued

| | International Long Distance | | |
|---|---|---|---|
| 9. | Minutes Billed | 16 | 6.24 |

| | Roaming | | |
|---|---|---|---|
| 10. | Minutes Billed | 215 | 215.00 |

| Total Voice Usage Summary | | 221.24 |
|---|---|---|

**Data Usage Summary**

| MSG UNLIMITED | | |
|---|---|---|
| | Used | Unlimited |
| | | 14 |

| TextMessaging | | | |
|---|---|---|---|
| 11. | Int'l Text Messaging Billed at $0.25 | 1 | 0.25 |

| BBRY W/UNLIM MSGS | | |
|---|---|---|
| Plan KB | Unlimited | |
| Blackberry | | |
| KB Used | 44,740 | |
| DATA ACCESS | | |
| KB Used | 214 | |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

| Roaming | | | |
|---|---|---|---|
| 12. | Text/Instant Msgs Billed | 12 | 6.00 |
| | Data KB Used | 95,662 | |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

| Total Data Usage Summary | | 6.25 |
|---|---|---|

**Surcharges and Other Fees**

| 13. Federal Universal Service Charge | | 13.36 |
|---|---|---|

**Government Fees and Taxes**

| 14. WV Wireless E-9-1-1 | | 3.00 |
|---|---|---|

**Total Other Charges & Credits**      **243.85**

**Total for 304 552-5840**      **318.48**

### Call Detail

*Call charges reflected in Other Charges & Credits section (page 367)*

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|---|---|---|---|---|---|---|---|
| Thursday, 03/20 | | | | | | | |
| 05:48p | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |
| Friday, 03/21 | | | | | | | |
| 06:34p | PITTSB PA | 412-977-5721 | GVPM | | 1 | 0.00 | 0.^^ |
| 06:36p | PITTSB PA | 412-977-5721 | GVPM | | 1 | 0.00 | f |
| 09:10p | PITTSB PA | 412-977-5721 | 5KNW | | 1 | 0.00 | 0. |

CONFIDENTIAL

MANI_008184



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 368 of 1539
**Bill Cycle Date:** 03/20/14 - 04/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X04272014

Visit us online at: **www.att.com/business**

## 304 552-5840
### AYYAKKKANNU MANIVANNAN

### Call Detail - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|---|---|---|---|---|---|---|---|
| Saturday, 03/22 | | | | | | | |
| 12:31p | PITTSB PA | 412-977-5721 | 5KNW | | 1 | 0.00 | 0.00 |
| Monday, 03/24 | | | | | | | |
| 10:02a | STATEC PA | 814-238-1881 | GVPM | | 3 | 0.00 | 0.00 |
| 12:02p | PLEASN PA | 412-386-7523 | GVPM | | 1 | 0.00 | 0.00 |
| 04:05p | PITTSB PA | 412-977-5721 | GVPM | | 1 | 0.00 | 0.00 |
| 04:32p | PITTSB PA | 412-977-5721 | GVPM | | 1 | 0.00 | 0.00 |
| Tuesday, 03/25 | | | | | | | |
| 10:30a | PITTSB PA | 412-977-5721 | GVPM | | 1 | 0.00 | 0.00 |
| Friday, 03/28 | | | | | | | |
| 02:02p | MONTRE QC | 514-239-0921 | GVPM | | 3 | 0.00 | 0.78 |
| 02:04p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| 10:35p | MORGAN WV | 304-685-8185 | 5KNW | | 1 | 0.00 | 0.00 |
| Sunday, 03/30 | | | | | | | |
| 08:52p | MONTRE QC | 514-239-0921 | 5KNW | | 2 | 0.00 | 0.39 |
| `:14p | PLEASN PA | 412-386-7523 | 5KNW | | 3 | 0.00 | 0.00 |
| 8p | TUSCAL AL | 205-239-9269 | MMEO | M2MC | 8 | 0.00 | 0.00 |
| .25p | GREENS PA | 724-640-8766 | 5KNW | | 13 | 0.00 | 0.00 |
| 09:39p | ALLENT PA | 610-674-8747 | MMEO | M2MC | 5 | 0.00 | 0.00 |
| 09:43p | PITTSB PA | 412-877-3293 | MMEO | M2MC | 3 | 0.00 | 0.00 |
| 09:46p | SANTUR PR | 787-949-2291 | MMEO | M2MC | 1 | 0.00 | 0.00 |
| 10:55p | VIENNA VA | 703-471-9500 | 5KNW | | 6 | 0.00 | 0.00 |
| 11:01p | VIENNA VA | 703-471-9500 | 5KNW | | 3 | 0.00 | 0.00 |
| 11:09p | Toll F CL | 877-655-9966 | 5KNW | | 2 | 0.00 | 0.00 |
| 11:15p | Toll F CL | 800-654-3131 | 5KNW | | 6 | 0.00 | 0.00 |
| Monday, 03/31 | | | | | | | |
| 09:29a | INCOMI CL | 514-239-0921 | GVPM | | 1 | 0.00 | 0.00 |
| 10:37a | SANTUR PR | 787-949-2291 | MMEO | M2MC | 13 | 0.00 | 0.00 |
| Wednesday, 04/09 | | | | | | | |
| 03:34p | BRYAN TX | 979-690-7251 | GVPM | | 1 | 0.00 | 0.00 |
| 03:36p | BRYAN TX | 979-690-2761 | GVPM | | 1 | 0.00 | 0.00 |
| 03:36p | BRYAN TX | 979-690-2751 | GVPM | | 1 | 0.00 | 0.00 |
| 03:37p | BRYAN TX | 979-690-2751 | GVPM | | 3 | 0.00 | 0.00 |
| 06:41p | MONTRE QC | 514-239-0921 | GVPM | | 12 | 0.00 | 4.29 |
| Thursday, 04/10 | | | | | | | |
| 12:58p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| Monday, 04/14 | | | | | | | |
| 12:29p | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |
| 01:52p | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |
| 02:33p | OAK RI TN | 865-574-1751 | GVPM | | 7 | 0.00 | 0.00 |
| Tuesday, 04/15 | | | | | | | |
| 11:49a | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |
| 04:49p | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |
| 04:50p | OAK RI TN | 865-574-6912 | GVPM | | 5 | 0.00 | 0.00 |
| Wednesday, 04/16 | | | | | | | |
| 12:17p | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |
| `8p | OAK RI TN | 865-574-6912 | GVPM | | 5 | 0.00 | 0.00 |
| Jp | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |
| .day, 04/18 | | | | | | | |
| 10:50a | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|---|---|---|---|---|---|---|---|
| Friday, 04/18 | | | | | | | |
| 10:50a | OAK RI TN | 865-574-6912 | GVPM | | 1 | 0.00 | 0.00 |
| 10:54a | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |
| 03:00p | SANTUR PR | 787-949-2291 | MMEO | M2MC | 1 | 0.00 | 0.00 |
| Subtotal | | | | | 129 | 0.00 | 6.24 |

Rate Code:
5KNW  = 5000 Night & Weekend
GVPM  = GOVTPooling400
MMEO  = Unltd Mobile to AT&T Mobile

Feature Code:
M2MC  = Expanded Mobile To Mobile

### Roaming Call Detail

Roaming Call charges reflected in Other Charges & Credits (page 367)

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|---|---|---|---|---|---|---|---|
| Charges incurred while Roaming in Southern, QC | | | | | | | |
| Monday, 03/31 | | | | | | | |
| 12:24p | MONTRE QC | 514-239-0921 | INC1 | | 1 | 1.00 | 0.00 |
| 01:59p | MONTRE QC | 514-239-0921 | INC1 | | 5 | 5.00 | 0.00 |
| 02:09p | INCOMI CL | 304-552-5840 | INC1 | | 1 | 1.00 | 0.00 |
| 02:25p | INCOMI CL | 304-552-5840 | INC1 | | 1 | 1.00 | 0.00 |
| 06:25p | MONTRE QC | 514-239-0921 | INC1 | | 1 | 1.00 | 0.00 |
| 09:30p | PUERTO CL | 787-949-2291 | INC1 | | 6 | 6.00 | 0.00 |
| 11:48p | INCOMI CL | 304-552-5840 | INC1 | | 36 | 36.00 | 0.00 |
| Tuesday, 04/01 | | | | | | | |
| 11:36a | INCOMI CL | 304-552-5840 | INC1 | | 23 | 23.00 | 0.00 |
| 06:39p | PUERTO CL | 787-949-2291 | INC1 | | 1 | 1.00 | 0.00 |
| 06:39p | INCOMI CL | 304-552-5840 | INC1 | | 5 | 5.00 | 0.00 |
| Wednesday, 04/02 | | | | | | | |
| 09:48a | INCOMI CL | 304-552-5840 | INC1 | | 39 | 39.00 | 0.00 |
| 11:53a | INCOMI CL | 304-552-5840 | INC1 | | 5 | 5.00 | 0.00 |
| 03:33p | PUERTO CL | 787-949-2291 | INC1 | | 1 | 1.00 | 0.00 |
| 03:35p | INCOMI CL | 304-552-5840 | INC1 | | 7 | 7.00 | 0.00 |
| 03:42p | PUERTO CL | 787-903-4213 | INC1 | | 2 | 2.00 | 0.00 |
| 03:56p | PUERTO CL | 787-949-2291 | INC1 | | 5 | 5.00 | 0.00 |
| 04:14p | INCOMI CL | 304-552-5840 | INC1 | | 25 | 25.00 | 0.00 |
| 06:13p | INCOMI CL | 304-552-5840 | INC1 | | 1 | 1.00 | 0.00 |
| 06:36p | BOUCHE QC | 450-655-9966 | INC1 | | 1 | 1.00 | 0.00 |
| 09:58p | INCOMI CL | 304-552-5840 | INC1 | | 1 | 1.00 | 0.00 |
| 11:19p | INCOMI CL | 304-552-5840 | INC1 | | 3 | 3.00 | 0.00 |
| Thursday, 04/03 | | | | | | | |
| 12:20a | INCOMI CL | 304-552-5840 | INC1 | | 27 | 27.00 | 0.00 |
| 08:31p | MONTRE QC | 514-239-0921 | INC1 | | 1 | 1.00 | 0.00 |
| 09:27p | INCOMI CL | 304-552-5840 | INC1 | | 1 | 1.00 | 0.00 |
| 09:32p | MONTRE QC | 514-239-0921 | INC1 | | 1 | 1.00 | 0.00 |
| Friday, 04/04 | | | | | | | |
| 01:44p | INCOMI CL | 304-552-5840 | INC1 | | 3 | 3.00 | 0.00 |
| 04:31p | Toll F CL | 800-225-8900 | INC1 | | 10 | 10.00 | 0.00 |

001474

CONFIDENTIAL

MANI_008185

 **at&t**

DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 369 of 1539
**Bill Cycle Date:** 03/20/14 - 04/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X04272

Visit us online at: **www.att.com/business**

## 304 552-5840
### AYYAKKKANNU MANIVANNAN

### Roaming Call Detail - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|-----|------|------|
| Friday, 04/04 | | | | | | | |
| 06:19p | MONTRE QC | 514-239-0921 | INC1 | | 1 | 1.00 | 0.00 |
| 06:42p | MONTRE QC | 514-239-0921 | INC1 | | 1 | 1.00 | 0.00 |
| Subtotal Southern, QC | | | | | 215 | 215.00 | 0.00 |
| Total Roaming Call Detail | | | | | 215 | 215.00 | 0.00 |

Rate Code:
INC1  = INCOLLECT 1.00

### Data Detail

Data charges reflected in Other Charges & Credits section (page 367)

| Time | To/From | Type/Unit | Rate Code | |
|------|------|------|------|------|
| Text Messages | | | | |
| Thursday, 03/20 | | | | |
| 03:03p Rcvd | 610-674-8747 | MTM TEXT MESSAG | MSEG | 0.00 |
| Monday, 03/31 | | | | |
| 08:33a Sent | 514-239-0921 | INTL TXT | MKT2 | 0.25 |
| 02:01p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 03:13p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 03:14p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 10:47p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 11:14p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| Wednesday, 04/02 | | | | |
| 03:49p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 04:13p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 04:54p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 04:54p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 04:55p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 10:27p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 10:28p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| Friday, 04/18 | | | | |
| 03:46p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| Subtotal for Text Messages: 15 | | | | 0.25 |
| Data Plans | | | | |
| Thursday, 03/20 | | | | |
| 12:26a | Data Transfer | | 2,016KB | EMBA2 | 0.00 |
| 10:35a | Data Transfer | | 166KB | EMBA2 | 0.00 |
| 03:03p | Data Transfer | | 861KB | EMBA2 | 0.00 |
| 09:12p | Data Transfer | | 2KB | EMBA2 | 0.00 |
| 09:12p | Data Transfer | | 8KB | EMBA2 | 0.00 |
| 09:31p | Data Transfer | | 1KB | EMBA2 | 0.00 |
| 09:31p | Data Transfer | | 2KB | EMBA2 | 0.00 |
| 09:57p | Data Transfer | | 20KB | EMBA2 | 0.00 |
| 10:59p | Data Transfer | | 10KB | EMBA2 | 0.00 |
| 11:59p | Data Transfer | | 1,561KB | EMBA2 | 0.00 |
| Friday, 03/21 | | | | |
| 11:59p | Data Transfer | | 1,280KB | EMBA2 | 0.00 |

| Time | To/From | Type/Unit | Rate Code | |
|------|------|------|------|------|
| Data Plans | | | | |
| Saturday, 03/22 | | | | |
| 08:59p | Data Transfer | 2,087KB | EMBA2 | 0.00 |
| 09:59p | Data Transfer | 182KB | EMBA2 | 0.00 |
| Sunday, 03/23 | | | | |
| 03:59a | Data Transfer | 1,251KB | EMBA2 | 0.00 |
| Monday, 03/24 | | | | |
| 04:14p | Data Transfer | 9KB | EMBA2 | 0.00 |
| 04:14p | Data Transfer | 2KB | EMBA2 | 0.00 |
| 04:23p | Data Transfer | 11KB | EMBA2 | 0.00 |
| 04:23p | Data Transfer | 2KB | EMBA2 | 0.00 |
| 04:37p | Data Transfer | 1KB | EMBA2 | 0.00 |
| 04:37p | Data Transfer | 2KB | EMBA2 | 0.00 |
| 11:59p | Data Transfer | 128KB | EMBA2 | 0.00 |
| Tuesday, 03/25 | | | | |
| 02:13a | Data Transfer | 1,383KB | EMBA2 | 0.00 |
| 04:37p | Data Transfer | 2KB | EMBA2 | 0.00 |
| Wednesday, 03/26 | | | | |
| 12:13a | Data Transfer | 924KB | EMBA2 | 0.00 |
| 03:07p | Data Transfer | 788KB | EMBA2 | 0.00 |
| 03:07p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Thursday, 03/27 | | | | |
| 12:07a | Data Transfer | 1,509KB | EMBA2 | 0, |
| Friday, 03/28 | | | | |
| 12:07a | Data Transfer | 2,690KB | EMBA2 | 0.00 |
| 11:44a | Data Transfer | 2KB | EMBA2 | 0.00 |
| 11:44a | Data Transfer | 25KB | EMBA2 | 0.00 |
| 12:20p | Data Transfer | 1KB | EMBA2 | 0.00 |
| 12:20p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Saturday, 03/29 | | | | |
| 12:07a | Data Transfer | 1,421KB | EMBA2 | 0.00 |
| 12:20p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Sunday, 03/30 | | | | |
| 12:47a | Data Transfer | 767KB | EMBA2 | 0.00 |
| 12:20p | Data Transfer | 3KB | EMBA2 | 0.00 |
| 02:59p | Data Transfer | 257KB | EMBA2 | 0.00 |
| 05:37p | Data Transfer | 408KB | EMBA2 | 0.00 |
| 07:46p | Data Transfer | 8KB | EMBA2 | 0.00 |
| 07:46p | Data Transfer | 4KB | EMBA2 | 0.00 |
| 07:52p | Data Transfer | 1KB | EMBA2 | 0.00 |
| Monday, 03/31 | | | | |
| 12:44a | Data Transfer | 1,061KB | EMBA2 | 0.00 |
| 12:44a | Data Transfer | 3KB | EMBA2 | 0.00 |
| 08:25a | Data Transfer | 8KB | EMBA2 | 0.00 |
| 08:25a | Data Transfer | 3KB | EMBA2 | 0.00 |
| 08:32a | Data Transfer | 1KB | EMBA2 | 0.00 |
| 08:32a | Data Transfer | 7KB | EMBA2 | 0.00 |
| 09:06a | Data Transfer | 145KB | EMBA2 | 0.00 |
| Friday, 04/04 | | | | |
| 09:02p | Data Transfer | 18KB | EMBA2 | 0.00 |
| 11:14p | Data Transfer | 10KB | EMBA2 | 0.00 |
| Saturday, 04/05 | | | | |
| 12:14a | Data Transfer | 1,336KB | EMBA2 | 0 ˋ |
| Sunday, 04/06 | | | | |
| 12:14a | Data Transfer | 1,443KB | EMBA2 | 0. |

CONFIDENTIAL

MANI_008186



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

| | |
|---|---|
| **Page:** | 370 of 1539 |
| **Bill Cycle Date:** | 03/20/14 - 04/19/14 |
| **Account:** | 287252609769 |
| **Foundation Account:** | FAN 02613092 |
| **Invoice:** | 287252609769X04272014 |

Visit us online at: **www.att.com/business**

## 304 552-5840
### AYYAKKKANNU MANIVANNAN

### Data Detail - Continued

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Data Plans | | | | |
| Monday, 04/07 | | | | |
| 12:14a | Data Transfer | 738KB | EMBA2 | 0.00 |
| 12:53a | Data Transfer | 39KB | EMBA2 | 0.00 |
| 12:21p | Data Transfer | 913KB | EMBA2 | 0.00 |
| 12:21p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Tuesday, 04/08 | | | | |
| 12:21a | Data Transfer | 557KB | EMBA2 | 0.00 |
| Wednesday, 04/09 | | | | |
| 12:21a | Data Transfer | 2,138KB | EMBA2 | 0.00 |
| 07:50p | Data Transfer | 2KB | EMBA2 | 0.00 |
| 07:50p | Data Transfer | 9KB | EMBA2 | 0.00 |
| 08:23p | Data Transfer | 1KB | EMBA2 | 0.00 |
| 08:23p | Data Transfer | 2KB | EMBA2 | 0.00 |
| Thursday, 04/10 | | | | |
| 12:21a | Data Transfer | 1,544KB | EMBA2 | 0.00 |
| ⋅23p | Data Transfer | 3KB | EMBA2 | 0.00 |
| ay, 04/11 | | | | |
| ∠1a | Data Transfer | 1,392KB | EMBA2 | 0.00 |
| 08:24p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Saturday, 04/12 | | | | |
| 12:01a | Data Transfer | 1,443KB | EMBA2 | 0.00 |
| 08:24p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Sunday, 04/13 | | | | |
| 12:12a | Data Transfer | 1,408KB | EMBA2 | 0.00 |
| 08:24p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Monday, 04/14 | | | | |
| 12:12a | Data Transfer | 1,504KB | EMBA2 | 0.00 |
| 08:24p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Tuesday, 04/15 | | | | |
| 12:12a | Data Transfer | 1,630KB | EMBA2 | 0.00 |
| 04:49p | Data Transfer | 2KB | EMBA2 | 0.00 |
| 04:49p | Data Transfer | 10KB | EMBA2 | 0.00 |
| 04:59p | Data Transfer | 2KB | EMBA2 | 0.00 |
| Wednesday, 04/16 | | | | |
| 12:12a | Data Transfer | 665KB | EMBA2 | 0.00 |
| 10:57a | Data Transfer | 1,990KB | EMBA2 | 0.00 |
| 10:57a | Data Transfer | 3KB | EMBA2 | 0.00 |
| 08:57p | Data Transfer | 470KB | EMBA2 | 0.00 |
| Thursday, 04/17 | | | | |
| 01:57a | Data Transfer | 196KB | EMBA2 | 0.00 |
| 08:57a | Data Transfer | 61KB | EMBA2 | 0.00 |
| 09:55a | Data Transfer | 978KB | EMBA2 | 0.00 |
| 09:56a | Data Transfer | 3KB | EMBA2 | 0.00 |
| 10:56p | Data Transfer | 923KB | EMBA2 | 0.00 |
| Friday, 04/18 | | | | |
| 10:49a | Data Transfer | 537KB | EMBA2 | 0.00 |
| ⋅9a | Data Transfer | 3KB | EMBA2 | 0.00 |
| ⋅p | Data Transfer | 593KB | EMBA2 | 0.00 |
| ..3p | Data Transfer | 3KB | EMBA2 | 0.00 |

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Data Plans | | | | |
| Saturday, 04/19 | | | | |
| 12:33a | Data Transfer | 1,338KB | EMBA2 | 0.00 |
| Subtotal for Data Plans: | | 44,954KB | | 0.00 |
| Subtotal for KB's: | | 44,954KB | | 0.00 |
| Total Data Detail | | | | 0.25 |

Rate Code:

| | | |
|---|---|---|
| EMBA2 | = BBRY W/UNLIM MSGS | |
| MKT2 | = TextMessaging | |
| MSEG | = MSG UNLIMITED | |

### Roaming Data Detail

*Roaming Data charges reflected in Other Charges & Credits section (page 367)*

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Text charges incurred while Roaming in Canada | | | | |
| Monday, 03/31 | | | | |
| 03:13p Sent | 787-949-2291 | MTM TEXT MESSAG | MK11 | 0.50 |
| 03:13p Sent | 787-949-2291 | MTM TEXT MESSAG | MK11 | 0.50 |
| 10:21p Sent | 787-949-2291 | MTM TEXT MESSAG | MK11 | 0.50 |
| 10:22p Sent | 787-949-2291 | MTM TEXT MESSAG | MK11 | 0.50 |
| 10:44p Sent | 787-949-2291 | MTM TEXT MESSAG | MK11 | 0.50 |
| 10:45p Sent | 787-949-2291 | MTM TEXT MESSAG | MK11 | 0.50 |
| 10:47p Sent | 787-949-2291 | MTM TEXT MESSAG | MK11 | 0.50 |
| 10:47p Sent | 787-949-2291 | MTM TEXT MESSAG | MK11 | 0.50 |
| 11:14p Sent | 787-949-2291 | MTM TEXT MESSAG | MK11 | 0.50 |
| Wednesday, 04/02 | | | | |
| 05:01p Sent | 787-949-2291 | MTM TEXT MESSAG | MK11 | 0.50 |
| Thursday, 04/03 | | | | |
| 08:32p Sent | 514-239-0921 | INTL TXT | MK11 | 0.50 |
| 09:25p Sent | 787-949-2291 | MTM TEXT MESSAG | MK11 | 0.50 |
| Subtotal Canada: 12 | | | | 6.00 |
| Subtotal for Text Messages: 12 | | | | 6.00 |

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Data charges incurred while Roaming in Canada | | | | |
| Monday, 03/31 | | | | |
| 12:08p | Data Transfer | 160KB | IRRV | 0.00 |
| 12:19p | Data Transfer | 86KB | IRRV | 0.00 |
| 12:30p | Data Transfer | 65KB | IRRV | 0.00 |
| 12:37p | Data Transfer | 87KB | IRRV | 0.00 |
| 12:49p | Data Transfer | 19KB | IRRV | 0.00 |
| 12:54p | Data Transfer | 19KB | IRRV | 0.00 |
| 01:00p | Data Transfer | 36KB | IRRV | 0.00 |
| 01:09p | Data Transfer | 23KB | IRRV | 0.00 |
| 01:59p | Data Transfer | 818KB | IRRV | 0.00 |
| 01:59p | Data Transfer | 89KB | IRRV | 0.00 |
| 02:08p | Data Transfer | 3KB | IRRV | 0.00 |
| 02:08p | Data Transfer | 1KB | IRRV | 0.00 |
| 02:14p | Data Transfer | 59KB | IRRV | 0.00 |
| 03:11p | Data Transfer | 4,837KB | IRRV | 0.00 |
| Tuesday, 04/01 | | | | |
| 12:11a | Data Transfer | 266KB | IRRV | 0.00 |

001476



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

| | |
|---|---|
| **Page:** | 371 of 1539 |
| **Bill Cycle Date:** | 03/20/14 - 04/19/14 |
| **Account:** | 287252609769 |
| **Foundation Account:** | FAN 02613092 |
| **Invoice:** | 287252609769X04272 |

Visit us online at: **www.att.com/business**

---

**304 552-5840**
**AYYAKKKANNU MANIVANNAN**

**Roaming Data Detail** - Continued

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Tuesday, 04/01 | | | | |
| 04:38a | Data Transfer | 2,505KB | IRRV | 0.00 |
| 11:38a | Data Transfer | 5,812KB | IRRV | 0.00 |
| 12:03p | Data Transfer | 3KB | IRRV | 0.00 |
| 12:03p | Data Transfer | 97KB | IRRV | 0.00 |
| 12:09p | Data Transfer | 6KB | IRRV | 0.00 |
| 12:09p | Data Transfer | 6KB | IRRV | 0.00 |
| 12:09p | Data Transfer | 6KB | IRRV | 0.00 |
| 12:10p | Data Transfer | 6KB | IRRV | 0.00 |
| 12:44p | Data Transfer | 2KB | IRRV | 0.00 |
| 12:44p | Data Transfer | 7KB | IRRV | 0.00 |
| 02:12p | Data Transfer | 2,455KB | IRRV | 0.00 |
| 04:02p | Data Transfer | 337KB | IRRV | 0.00 |
| 09:02p | Data Transfer | 20,771KB | IRRV | 0.00 |
| Wednesday, 04/02 | | | | |
| 12:02a | Data Transfer | 60KB | IRRV | 0.00 |
| 01:02a | Data Transfer | 20,459KB | IRRV | 0.00 |
| 02:02a | Data Transfer | 16,957KB | IRRV | 0.00 |
| 07:22p | Data Transfer | 3KB | IRRV | 0.00 |
| 07:22p | Data Transfer | 62KB | IRRV | 0.00 |
| 07:37p | Data Transfer | 2KB | IRRV | 0.00 |
| 07:37p | Data Transfer | 1KB | IRRV | 0.00 |
| Thursday, 04/03 | | | | |
| 06:27p | Data Transfer | 9,295KB | IRRV | 0.00 |
| 07:37p | Data Transfer | 2KB | IRRV | 0.00 |
| 09:33p | Data Transfer | 43KB | IRRV | 0.00 |
| 09:33p | Data Transfer | 3KB | IRRV | 0.00 |
| 09:38p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:39p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:39p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:39p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:41p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:41p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:41p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:42p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:42p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:42p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:43p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:43p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:43p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:44p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:44p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:45p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:45p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:45p | Data Transfer | 7KB | IRRV | 0.00 |
| 09:45p | Data Transfer | 7KB | IRRV | 0.00 |
| 09:46p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:46p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:47p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:47p | Data Transfer | 6KB | IRRV | 0.00 |
| 09:47p | Data Transfer | 7KB | IRRV | 0.00 |

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Thursday, 04/03 | | | | |
| 10:03p | Data Transfer | 19KB | IRRV | 0.00 |
| 10:03p | Data Transfer | 2KB | IRRV | 0.00 |
| Friday, 04/04 | | | | |
| 12:27a | Data Transfer | 437KB | IRRV | 0.00 |
| 08:02a | Data Transfer | 1,488KB | IRRV | 0.00 |
| 07:16p | Data Transfer | 62KB | IRRV | 0.00 |
| Subtotal Canada: | | 87,623KB | | 0.00 |

Data charges incurred while Roaming in Canada/S. America

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Monday, 03/31 | | | | |
| 12:05p | Data Transfer | 12KB | IRRV | 0.00 |
| 12:28p | Data Transfer | 60KB | IRRV | 0.00 |
| 12:34p | Data Transfer | 61KB | IRRV | 0.00 |
| 12:46p | Data Transfer | 17KB | IRRV | 0.00 |
| 12:52p | Data Transfer | 17KB | IRRV | 0.00 |
| 12:58p | Data Transfer | 17KB | IRRV | 0.00 |
| 01:06p | Data Transfer | 19KB | IRRV | 0.00 |
| 01:12p | Data Transfer | 5,800KB | IRRV | 0.00 |
| 01:15p | Data Transfer | 7KB | IRRV | 0.00 |
| 01:20p | Data Transfer | 2KB | IRRV | 0.00 |
| 01:20p | Data Transfer | 6KB | IRRV | 0.0^ |
| 01:24p | Data Transfer | 42KB | IRRV | 0 |
| 01:31p | Data Transfer | 6KB | IRRV | 0. |
| 01:31p | Data Transfer | 72KB | IRRV | 0.00 |
| 02:43p | Data Transfer | 109KB | IRRV | 0.00 |
| 02:44p | Data Transfer | 2KB | IRRV | 0.00 |
| Tuesday, 04/01 | | | | |
| 04:35a | Data Transfer | 20KB | IRRV | 0.00 |
| 03:56p | Data Transfer | 1,046KB | IRRV | 0.00 |
| 03:56p | Data Transfer | 33KB | IRRV | 0.00 |
| Thursday, 04/03 | | | | |
| 06:17p | Data Transfer | 589KB | IRRV | 0.00 |
| Friday, 04/04 | | | | |
| 08:00a | Data Transfer | 21KB | IRRV | 0.00 |
| 07:12p | Data Transfer | 81KB | IRRV | 0.00 |
| Subtotal Canada/S. America: | | 8,039KB | | 0.00 |
| Subtotal for KB's: | | 95,662KB | | 0.00 |
| Total Roaming Data Detail | | | | 6.00 |

**Rate Code:**
IRRV = UNL INTL BB GOVTONLY
MK11 = INTL ROAM PPU SMS

001477

CONFIDENTIAL

MANI_008188



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 372 of 1539
**Bill Cycle Date:** 03/20/14 - 04/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X04272014

Visit us online at: **www.att.com/business**

001478

**CONFIDENTIAL**

MANI_008189

 **at&t**

DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 351 of 1533
**Bill Cycle Date:** 04/20/14 - 05/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X05272

Visit us online at: **www.att.com/business**

---

### 304 552-5840
**AYYAKKKANNU MANIVANNAN**

**GOVTNBPNTN400UM5000** - Includes 400 POOLED MINS, 5000 Nght & Wknd Min, Nation GSM, Unlimited M2M Expnd, Direct Bill Detail, Call Waiting, Caller ID, Call Hold, Call Forward Immediate, Call Forward Conditional, Three Way Calling.

**CRU Detail Bill ZC - BAN** - Includes CRU Detail Bill ZC - BAN.

**Monthly Charges** - Apr 20 thru May 19

| | | |
|---|---|---|
| 1. GOVTNBPNTN400UM5000 | 44.00 |
| 2. Credit for GOVTNBPNTN400UM5000 | 12.75CR |
| 3. CRU Detail Bill ZC - BAN | 0.00 |
| 4. BBRY W/UNLIM MSGS | 65.00 |
| 5. Credit for BBRY W/UNLIM MSGS | 36.25CR |
| 6. UNL INTL BB GOVTONLY | 19.99 |
| 7. National Account Discount | 15.36CR |

*Get help and manage your purchases several ways:*
*- Go to att.com/directbill*
*- To speak with a service representative, dial 611 from your mobile phone, or 1 800-331-0500 from any phone.*

*To stop a subscription, text STOP to the Short Code using the mobile phone associated with those charges. If a Short Code is not listed go to att.com/directbill.*

**AT&T Monthly Subscriptions**

| | Date | Cost | Tax | |
|---|---|---|---|---|
| 8. | 05/04 | 9.99 | 0.65 | 10.64 |
| | | ApplicationsSub: ATT Navigator with promo | | |
| | | Provider: Telenav Inc | | |
| | | Contact: www.att.com/mobilepurchases | | |
| | | Renew Date: 06/03/2014 | | |
| Total AT&T Monthly Subscriptions | | | | 10.64 |

**Total Monthly Charges**     75.27

**Other Charges and Credits**
**Account Activity**
**Credit Update 05/13**

| | | |
|---|---|---|
| 9. | Credit for GOVTNBPNTN400UM5000 | 3.21CR |
| | *This credit is $13.75 per month for* | |
| | *GOVTNBPNTN400UM5000. The credit was applied from* | |
| | *05/13 - 05/19.* | |

---

**Other Charges and Credits** - Continued
**Voice Usage Summary**
GOVTNBPNTN400UM5000

| | |
|---|---|
| Total Minutes Used | 21 |
| Plan Minutes | 400 |
| Mobile to Mobile Minutes | Unlimited |
| Minutes Used | 1 |
| Night & Weekend Minutes | 5,000 |
| Minutes Used | 2 |

International Long Distance

| | | | |
|---|---|---|---|
| 10. | Minutes Billed | 7 | 2.73 |

**Data Usage Summary**

| | |
|---|---|
| MSG UNLIMITED | Unlimited |
| Used | 1 |

| | |
|---|---|
| BBRY W/UNLIM MSGS | |
| Plan KB | Unlimited |
| Blackberry | |
| KB Used | 43,850 |
| DATA ACCESS | |
| KB Used | 107 |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

**Surcharges and Other Fees**

| | | |
|---|---|---|
| 11. | Federal Universal Service Charge | 1.61 |

**Government Fees and Taxes**

| | | |
|---|---|---|
| 12. | WV Wireless E-9-1-1 | 3.00 |

**Total Other Charges & Credits**     **4.13**

**Total for 304 552-5840**     **79.40**

**Call Detail**

*Call charges reflected in Other Charges & Credits section (page 351)*

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|---|---|---|---|---|---|---|---|
| **Tuesday, 04/22** | | | | | | | |
| 07:42p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| 09:19p | MONTRE QC | 514-239-0921 | 5KNW | | 1 | 0.00 | 0.39 |
| **Wednesday, 04/23** | | | | | | | |
| 08:05a | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| 08:56a | INCOMI CL | 514-239-0921 | GVPM | | 8 | 0.00 | 0.00 |
| **Thursday, 04/24** | | | | | | | |
| 11:42a | OAK RI TN | 865-574-6912 | GVPM | | 3 | 0.00 | 0.00 |
| 11:45a | VMAIL CL | 304-552-5840 | GVPM | | 1 | 0.00 | 0.00 |
| 02:45p | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |
| 03:11p | OAK RI TN | 865-241-6459 | GVPM | | 1 | 0.00 | 0 |
| **Friday, 04/25** | | | | | | | |
| 06:33p | ALBANY OR | 541-918-4479 | GVPM | | 1 | 0.00 | 0. |

001479

CONFIDENTIAL

MANI_008190

1
\n



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

| | |
|---|---|
| **Page:** | 352 of 1533 |
| **Bill Cycle Date:** | 04/20/14 - 05/19/14 |
| **Account:** | 287252609769 |
| **Foundation Account:** | FAN 02613092 |
| **Invoice:** | 287252609769X05272014 |

Visit us online at: **www.att.com/business**

---

## 304 552-5840
### AYYAKKKANNU MANIVANNAN

### Call Detail - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|---|---|---|---|---|---|---|---|
| Sunday, 05/11 | | | | | | | |
| 09:07p | MONTRE QC | 514-239-0921 | 5KNW | | 1 | 0.00 | 0.39 |
| Tuesday, 05/13 | | | | | | | |
| 09:04a | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| Thursday, 05/15 | | | | | | | |
| 06:06p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| 06:07p | MORGAN WV | 304-285-4199 | GVPM | | 1 | 0.00 | 0.00 |
| Sunday, 05/18 | | | | | | | |
| 07:46p | INCOMI CL | 304-807-5284 | MME0 | M2MC | 1 | 0.00 | 0.00 |
| Monday, 05/19 | | | | | | | |
| 06:25p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| Subtotal | | | | | 24 | 0.00 | 2.73 |

**Rate Code:**
5KNW  = 5000 Night & Weekend
  'M  = GOVTPooling400
  )  = Unltd Mobile to AT&T Mobile

**Feature Code:**
M2MC  = Expanded Mobile To Mobile

### Data Detail

*Data charges reflected in Other Charges & Credits section (page 351)*

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Text Messages | | | | |
| Thursday, 05/15 | | | | |
| 06:40p Sent | 407-641-4621 | Text Message | MSEG | 0.00 |
| Subtotal for Text Messages: 1 | | | | 0.00 |
| | | | | |
| Data Plans | | | | |
| Sunday, 04/20 | | | | |
| 12:14a | Data Transfer | 1,374KB | EMBA2 | 0.00 |
| Monday, 04/21 | | | | |
| 12:14a | Data Transfer | 1,175KB | EMBA2 | 0.00 |
| 08:14p | Data Transfer | 1,561KB | EMBA2 | 0.00 |
| Wednesday, 04/23 | | | | |
| 12:14a | Data Transfer | 1,412KB | EMBA2 | 0.00 |
| Thursday, 04/24 | | | | |
| 12:14a | Data Transfer | 1,882KB | EMBA2 | 0.00 |
| 08:49p | Data Transfer | 196KB | EMBA2 | 0.00 |
| 08:49p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Friday, 04/25 | | | | |
| 06:33p | Data Transfer | 89KB | EMBA2 | 0.00 |
| 06:33p | Data Transfer | 3KB | EMBA2 | 0.00 |
| ``:33p` | Data Transfer | 508KB | EMBA2 | 0.00 |
| `5p` | Data Transfer | 6KB | EMBA2 | 0.00 |
| ,rday, 04/26 | | | | |
| 12:33a | Data Transfer | 1,539KB | EMBA2 | 0.00 |

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Data Plans | | | | |
| Sunday, 04/27 | | | | |
| 12:33a | Data Transfer | 1,155KB | EMBA2 | 0.00 |
| 08:14p | Data Transfer | 348KB | EMBA2 | 0.00 |
| 08:14p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Monday, 04/28 | | | | |
| 12:14a | Data Transfer | 2,341KB | EMBA2 | 0.00 |
| Tuesday, 04/29 | | | | |
| 12:23a | Data Transfer | 1,443KB | EMBA2 | 0.00 |
| Wednesday, 04/30 | | | | |
| 12:46a | Data Transfer | 1,451KB | EMBA2 | 0.00 |
| Thursday, 05/01 | | | | |
| 12:17a | Data Transfer | 1,487KB | EMBA2 | 0.00 |
| Friday, 05/02 | | | | |
| 12:17a | Data Transfer | 1,296KB | EMBA2 | 0.00 |
| 09:46p | Data Transfer | 327KB | EMBA2 | 0.00 |
| 09:46p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Saturday, 05/03 | | | | |
| 12:46a | Data Transfer | 1,432KB | EMBA2 | 0.00 |
| Sunday, 05/04 | | | | |
| 12:46a | Data Transfer | 1,438KB | EMBA2 | 0.00 |
| Monday, 05/05 | | | | |
| 12:46a | Data Transfer | 1,489KB | EMBA2 | 0.00 |
| Tuesday, 05/06 | | | | |
| 12:46a | Data Transfer | 1,299KB | EMBA2 | 0.00 |
| 10:15p | Data Transfer | 123KB | EMBA2 | 0.00 |
| Wednesday, 05/07 | | | | |
| 12:15a | Data Transfer | 1,429KB | EMBA2 | 0.00 |
| Thursday, 05/08 | | | | |
| 12:15a | Data Transfer | 2,155KB | EMBA2 | 0.00 |
| Friday, 05/09 | | | | |
| 12:40a | Data Transfer | 1,398KB | EMBA2 | 0.00 |
| Saturday, 05/10 | | | | |
| 12:07a | Data Transfer | 866KB | EMBA2 | 0.00 |
| 02:52p | Data Transfer | 203KB | EMBA2 | 0.00 |
| 08:35p | Data Transfer | 228KB | EMBA2 | 0.00 |
| Sunday, 05/11 | | | | |
| 12:35a | Data Transfer | 1,450KB | EMBA2 | 0.00 |
| Monday, 05/12 | | | | |
| 12:35a | Data Transfer | 1,195KB | EMBA2 | 0.00 |
| 08:35p | Data Transfer | 1,342KB | EMBA2 | 0.00 |
| Tuesday, 05/13 | | | | |
| 06:35p | Data Transfer | 1,716KB | EMBA2 | 0.00 |
| Thursday, 05/15 | | | | |
| 12:35a | Data Transfer | 1,292KB | EMBA2 | 0.00 |
| 11:35p | Data Transfer | 1,432KB | EMBA2 | 0.00 |
| Friday, 05/16 | | | | |
| 08:47p | Data Transfer | 57KB | EMBA2 | 0.00 |
| Saturday, 05/17 | | | | |
| 12:47a | Data Transfer | 1,363KB | EMBA2 | 0.00 |
| 10:48a | Data Transfer | 97KB | EMBA2 | 0.00 |
| 01:44p | Data Transfer | 978KB | EMBA2 | 0.00 |

001480

 at&t

DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 353 of 1533
**Bill Cycle Date:** 04/20/14 - 05/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X05272

Visit us online at: **www.att.com/business**

## 304 552-5840
### AYYAKKKANNU MANIVANNAN

### Data Detail - Continued

| Time | To/From | Type/Unit | Rate Code | |
|------|---------|-----------|-----------|------|
| Data Plans | | | | |
| Sunday, 05/18 | | | | |
| 12:44a | Data Transfer | 1,373KB | EMBA2 | 0.00 |
| Subtotal for Data Plans: | | 43,957KB | | 0.00 |
| Subtotal for KB's: | | 43,957KB | | 0.00 |
| Total Data Detail | | | | 0.00 |

**Rate Code:**
EMBA2   = BBRY W/UNLIM MSGS
MSEG    = MSG UNLIMITED

001481

**CONFIDENTIAL**

**MANI_008192**

 **at&t**

DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

| | |
|---:|:---|
| **Page:** | 343 of 1585 |
| **Bill Cycle Date:** | 05/20/14 - 06/19/14 |
| **Account:** | 287252609769 |
| **Foundation Account:** | FAN 02613092 |
| **Invoice:** | 287252609769X06272014 |

Visit us online at: **www.att.com/business**

---

### 304 552-5840
### AYYAKKKANNU MANIVANNAN

**GOVTNBPNTN400UM5000** - Includes 400 POOLED MINS,
5000 Nght & Wknd Min, Nation GSM, Unlimited M2M Expnd,
Direct Bill Detail, Call Waiting, Caller ID, Call Hold,
Call Forward Immediate, Call Forward Conditional, Three
Way Calling.

**CRU Detail Bill ZC - BAN** - Includes CRU Detail Bill ZC - BAN.

**Monthly Charges -** May 20 thru Jun 19

| | | |
|---|---|---:|
| 1. | GOVTNBPNTN400UM5000 | 44.00 |
| 2. | Credit for GOVTNBPNTN400UM5000 | 12.75CR |
| 3. | CRU Detail Bill ZC - BAN | 0.00 |
| 4. | BBRY W/UNLIM MSGS | 65.00 |
| 5. | Credit for BBRY W/UNLIM MSGS | 36.25CR |
| 6. | UNL INTL BB GOVTONLY | 19.99 |
| 7. | National Account Discount | 15.27CR |

*! help and manage your purchases several ways:*
*Go to att.com/directbill*
*- To speak with a service representative, dial 611 from your*
*mobile phone, or 1 800-331-0500 from any phone.*

*To stop a subscription, text STOP to the Short Code using the*
*mobile phone associated with those charges. If a Short Code is*
*not listed go to att.com/directbill.*

**AT&T Monthly Subscriptions**

| | Date | Cost | Tax | |
|---|---|---|---|---:|
| 8. | 06/04 | 9.99 | 0.65 | 10.64 |
| | ApplicationsSub: ATT Navigator with promo | | | |
| | Provider: Telenav Inc | | | |
| | Contact: www.att.com/mobilepurchases | | | |
| | Renew Date: 07/03/2014 | | | |
| Total AT&T Monthly Subscriptions | | | | 10.64 |

**Total Monthly Charges**      **75.36**

**Other Charges and Credits**
**Account Activity**
Removed 05/20

| | | |
|---|---|---:|
| 9. | Credit for GOVTNBPNTN400UM5000 | 3.67CR |

*The removal of GOVTNBPNTN400UM5000 on 00/00*
*resulted in the plan credit being applied for the*
*days the plan was active 05/20 - 05/27.*

---

**Other Charges and Credits** - Continued
**Voice Usage Summary**
GOVTNBPNTN400UM5000

| | | |
|---|---:|---:|
| Total Minutes Used | 83 | |
| Plan Minutes | 400 | |
| Mobile to Mobile Minutes | Unlimited | |
| Minutes Used | 1 | |
| Night & Weekend Minutes | 5,000 | |
| Minutes Used | 2 | |

| International Long Distance | | |
|---|---:|---:|
| 10.   Minutes Billed | 8 | 3.12 |

| Roaming | | |
|---|---:|---:|
| 11.   Minutes Billed | 57 | 57.00 |

| Total Voice Usage Summary | | 60.12 |
|---|---|---:|

**Data Usage Summary**

| MSG UNLIMITED | | |
|---|---:|---|
| Used | Unlimited | |
| | 10 | |

| BBRY W/UNLIM MSGS | | |
|---|---:|---|
| Plan KB | Unlimited | |
| Blackberry | | |
| KB Used | 41,723 | |
| DATA ACCESS | | |
| KB Used | 3 | |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

| Roaming | | | |
|---|---|---:|---:|
| 12.   Text/Instant Msgs Billed | | 5 | 2.50 |
| Data KB Used | | 5,749 | |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

**Surcharges and Other Fees**

| 13. Federal Universal Service Charge | 4.58 |
|---|---:|

**Government Fees and Taxes**

| 14. WV Wireless E-9-1-1 | 3.00 |
|---|---:|

**Total Other Charges & Credits**      **66.53**

**Total for 304 552-5840**      **141.89**

**Call Detail**
*Call charges reflected in Other Charges & Credits section (page 343)*

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|---|---|---|---|---|---|---|---|
| **Tuesday, 05/20** | | | | | | | |
| 05:56p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |

CONFIDENTIAL

MANI_008193


**at&t**

DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 344 of 1585
**Bill Cycle Date:** 05/20/14 - 06/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X06272'

Visit us online at: **www.att.com/business**

## 304 552-5840
### AYYAKKKANNU MANIVANNAN

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|-----|------|------|
| Tuesday, 05/20 | | | | | | | |
| 07:28p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| 07:32p | INCOMI CL | 304-549-2211 | MMEO | M2MC | 1 | 0.00 | 0.00 |
| Wednesday, 05/21 | | | | | | | |
| 07:15p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| 08:21p | INCOMI CL | 514-239-0921 | GVPM | | 4 | 0.00 | 0.00 |
| Thursday, 05/22 | | | | | | | |
| 10:37a | MORGAN WV | 304-285-5209 | GVPM | | 1 | 0.00 | 0.00 |
| Thursday, 05/29 | | | | | | | |
| 10:10a | INCOMI CL | 304-344-2581 | GVPM | | 1 | 0.00 | 0.00 |
| Friday, 05/30 | | | | | | | |
| 02:20p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| Monday, 06/02 | | | | | | | |
| 06:51p | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| Tuesday, 06/03 | | | | | | | |
| 03:39p | INCOMI CL | 855-363-1407 | GVPM | | 1 | 0.00 | 0.00 |
| 04:37p | INCOMI CL | 855-363-1407 | GVPM | | 1 | 0.00 | 0.00 |
| Wednesday, 06/04 | | | | | | | |
| 01:07p | INCOMI CL | 540-777-1818 | GVPM | | 1 | 0.00 | 0.00 |
| Monday, 06/09 | | | | | | | |
| 01:43p | PLEASN PA | 412-386-7523 | GVPM | | 1 | 0.00 | 0.00 |
| Tuesday, 06/10 | | | | | | | |
| 11:30a | ALUM C WV | 304-756-9646 | GVPM | | 1 | 0.00 | 0.00 |
| 08:44p | PENNIN NJ | 609-474-4866 | GVPM | | 1 | 0.00 | 0.00 |
| Thursday, 06/12 | | | | | | | |
| 11:30a | ALBANY OR | 541-918-4479 | GVPM | | 3 | 0.00 | 0.00 |
| Tuesday, 06/17 | | | | | | | |
| 10:44a | INCOMI CL | 514-239-0921 | GVPM | | 3 | 0.00 | 0.00 |
| 11:30a | MONTRE QC | 514-239-0921 | GVPM | | 1 | 0.00 | 0.39 |
| 12:20p | Toll F CL | 888-205-2369 | GVPM | | 1 | 0.00 | 0.00 |
| 12:21p | Toll F CL | 888-205-2369 | GVPM | | 9 | 0.00 | 0.00 |
| 02:03p | PLEASN PA | 412-386-7523 | GVPM | | 1 | 0.00 | 0.00 |
| 09:48p | MONTRE QC | 514-239-0921 | 5KNW | | 1 | 0.00 | 0.39 |
| 10:58p | MONTRE QC | 514-239-0921 | 5KNW | | 1 | 0.00 | 0.39 |
| Wednesday, 06/18 | | | | | | | |
| 01:34p | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |
| 01:35p | OAK RI TN | 865-241-6459 | GVPM | | 2 | 0.00 | 0.00 |
| 01:44p | OAK RI TN | 865-574-1751 | GVPM | | 4 | 0.00 | 0.00 |
| 01:47p | OAK RI TN | 865-576-6500 | GVPM | | 8 | 0.00 | 0.00 |
| 02:05p | Toll F CL | 888-205-2369 | GVPM | | 2 | 0.00 | 0.00 |
| 02:06p | VMAIL CL | 304-552-5840 | GVPM | VM | 1 | 0.00 | 0.00 |
| 02:07p | Toll F CL | 888-205-2369 | GVPM | | 3 | 0.00 | 0.00 |
| 02:10p | Toll F CL | 888-205-2369 | GVPM | | 6 | 0.00 | 0.00 |
| 02:20p | KNOXVI TN | 865-243-3800 | GVPM | | 10 | 0.00 | 0.00 |
| 02:52p | Toll F CL | 888-205-2369 | GVPM | | 3 | 0.00 | 0.00 |
| 02:57p | LOSANG CA | 213-629-1200 | GVPM | | 8 | 0.00 | 0.00 |
| Subtotal | | | | | 86 | 0.00 | 3.12 |

**Rate Code:**
5KNW  = 5000 Night & Weekend

GVPM = GOVTPooling400
MMEO = Unltd Mobile to AT&T Mobile

**Feature Code:**
M2MC  = Expanded Mobile To Mobile
VM  = VoiceMail

### Roaming Call Detail
*Roaming Call charges reflected in Other Charges & Credits (page 343)*

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|-----|------|------|
| Charges incurred while Roaming in Ste.Therese, QC | | | | | | | |
| Saturday, 05/24 | | | | | | | |
| 09:47p | NORTHB CL | 847-707-9108 | INC1 | | 3 | 3.00 | 0.00 |
| 11:55p | INCOMI CL | 304-552-5840 | INC1 | | 13 | 13.00 | 0.00 |
| Monday, 05/26 | | | | | | | |
| 11:28p | INCOMI CL | 304-552-5840 | INC1 | | 27 | 27.00 | 0.00 |
| 11:56p | INCOMI CL | 304-552-5840 | INC1 | | 3 | 3.00 | 0.00 |
| Wednesday, 05/28 | | | | | | | |
| 03:33p | MORGAN CL | 304-685-8583 | INC1 | | 3 | 3.00 | 0.00 |
| 03:37p | BOUNDB CL | 732-595-6034 | INC1 | | 1 | 1.00 | 0.0^ |
| 03:38p | TOLEDO CL | 419-699-2480 | INC1 | | 2 | 2.00 | 0.0^ |
| 04:21p | TOLEDO CL | 419-699-2480 | INC1 | | 1 | 1.00 | 0; |
| 04:49p | MORGAN CL | 304-685-8583 | INC1 | | 1 | 1.00 | 0.. |
| Subtotal Ste.Therese, QC | | | | | 54 | 54.00 | 0.00 |
| | | | | | | | |
| Charges incurred while Roaming in Toronto, ON | | | | | | | |
| Wednesday, 05/28 | | | | | | | |
| 08:11p | TOLEDO CL | 419-699-2480 | INC1 | | 2 | 2.00 | 0.00 |
| 09:06p | TOLEDO CL | 419-699-2480 | INC1 | | 1 | 1.00 | 0.00 |
| Subtotal Toronto, ON | | | | | 3 | 3.00 | 0.00 |
| Total Roaming Call Detail | | | | | 57 | 57.00 | 0.00 |

**Rate Code:**
INC1  = INCOLLECT 1.00

### Data Detail
*Data charges reflected in Other Charges & Credits section (page 343)*

| Time | To/From | Type/Unit | Rate Code | |
|------|------|------|------|------|
| Text Messages | | | | |
| Monday, 05/26 | | | | |
| 11:27p | Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 11:27p | Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 11:30p | Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| Wednesday, 05/28 | | | | |
| 04:50p | Rcvd | 304-685-8583 | Text Message | MSEG | 0.00 |
| 04:50p | Rcvd | 304-685-8583 | Text Message | MSEG | 0.00 |
| 04:51p | Rcvd | 304-685-8583 | Text Message | MSEG | 0.00 |
| 04:51p | Rcvd | 304-685-8583 | Text Message | MSEG | 0.00 |
| 07:11p | Rcvd | 304-685-8583 | Text Message | MSEG | 0.00 |
| 07:19p | Rcvd | 304-685-8583 | Text Message | MSEG | 0.0^ |

CONFIDENTIAL

MANI_008194



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 345 of 1585
**Bill Cycle Date:** 05/20/14 - 06/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X06272014

Visit us online at: **www.att.com/business**

## 304 552-5840
### AYYAKKKANNU MANIVANNAN

### Data Detail - Continued

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Text Messages | | | | |
| Wednesday, 05/28 | | | | |
| 11:03p Rcvd | 304-685-8583 | Text Message | MSEG | 0.00 |
| Subtotal for Text Messages: 10 | | | | 0.00 |
| | | | | |
| Data Plans | | | | |
| Monday, 05/19 | | | | |
| 12:44a | Data Transfer | 1,399KB | EMBA2 | 0.00 |
| Tuesday, 05/20 | | | | |
| 12:43a | Data Transfer | 1,485KB | EMBA2 | 0.00 |
| Wednesday, 05/21 | | | | |
| 12:51a | Data Transfer | 2,916KB | EMBA2 | 0.00 |
| Thursday, 05/22 | | | | |
| 12:51a | Data Transfer | 1,370KB | EMBA2 | 0.00 |
| Friday, 05/23 | | | | |
| 12:51a | Data Transfer | 537KB | EMBA2 | 0.00 |
| 01a | Data Transfer | 470KB | EMBA2 | 0.00 |
| rday, 05/24 | | | | |
| .58p | Data Transfer | 157KB | EMBA2 | 0.00 |
| 01:58p | Data Transfer | 3KB | EMBA2 | 0.00 |
| 02:40p | Data Transfer | 132KB | EMBA2 | 0.00 |
| 03:42p | Data Transfer | 52KB | EMBA2 | 0.00 |
| Wednesday, 05/28 | | | | |
| 10:23p | Data Transfer | 36KB | EMBA2 | 0.00 |
| Thursday, 05/29 | | | | |
| 12:23a | Data Transfer | 1,376KB | EMBA2 | 0.00 |
| Friday, 05/30 | | | | |
| 12:23a | Data Transfer | 1,381KB | EMBA2 | 0.00 |
| Saturday, 05/31 | | | | |
| 12:23a | Data Transfer | 1,255KB | EMBA2 | 0.00 |
| Sunday, 06/01 | | | | |
| 12:23a | Data Transfer | 1,371KB | EMBA2 | 0.00 |
| Monday, 06/02 | | | | |
| 12:23a | Data Transfer | 1,307KB | EMBA2 | 0.00 |
| Tuesday, 06/03 | | | | |
| 12:29a | Data Transfer | 1,385KB | EMBA2 | 0.00 |
| Wednesday, 06/04 | | | | |
| 12:29a | Data Transfer | 1,742KB | EMBA2 | 0.00 |
| 11:53p | Data Transfer | 2,417KB | EMBA2 | 0.00 |
| Thursday, 06/05 | | | | |
| 11:53p | Data Transfer | 1,412KB | EMBA2 | 0.00 |
| Saturday, 06/07 | | | | |
| 12:13a | Data Transfer | 1,349KB | EMBA2 | 0.00 |
| Sunday, 06/08 | | | | |
| 12:13a | Data Transfer | 1,368KB | EMBA2 | 0.00 |
| Monday, 06/09 | | | | |
| 12:13a | Data Transfer | 1,506KB | EMBA2 | 0.00 |
| 1ay, 06/10 | | | | |
| ia | Data Transfer | 1,443KB | EMBA2 | 0.00 |
| ...nesday, 06/11 | | | | |
| 12:36a | Data Transfer | 1,496KB | EMBA2 | 0.00 |

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Data Plans | | | | |
| Thursday, 06/12 | | | | |
| 12:36a | Data Transfer | 2,044KB | EMBA2 | 0.00 |
| Friday, 06/13 | | | | |
| 12:36a | Data Transfer | 1,430KB | EMBA2 | 0.00 |
| Saturday, 06/14 | | | | |
| 12:36a | Data Transfer | 1,554KB | EMBA2 | 0.00 |
| Sunday, 06/15 | | | | |
| 12:36a | Data Transfer | 1,325KB | EMBA2 | 0.00 |
| Monday, 06/16 | | | | |
| 12:24a | Data Transfer | 2,724KB | EMBA2 | 0.00 |
| Tuesday, 06/17 | | | | |
| 12:44a | Data Transfer | 1,365KB | EMBA2 | 0.00 |
| Wednesday, 06/18 | | | | |
| 12:44a | Data Transfer | 1,919KB | EMBA2 | 0.00 |
| Subtotal for Data Plans: | | 41,726KB | | 0.00 |
| Subtotal for KB's: | | 41,726KB | | 0.00 |
| Total Data Detail | | | | 0.00 |

Rate Code:
EMBA2  = BBRY W/UNLIM MSGS
MSEG  = MSG UNLIMITED

### Roaming Data Detail

*Roaming Data charges reflected in Other Charges & Credits section (page 343)*

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Text charges incurred while Roaming in Canada/S. America | | | | |
| Monday, 05/26 | | | | |
| 11:12p Sent | 787-949-2291 | MTM TEXT MESSAG | MK11 | 0.50 |
| 11:27p Sent | 787-949-2291 | MTM TEXT MESSAG | MK11 | 0.50 |
| Wednesday, 05/28 | | | | |
| 04:51p Sent | 304-685-8583 | Text Message | MK11 | 0.50 |
| 07:18p Sent | 304-685-8583 | Text Message | MK11 | 0.50 |
| 07:25p Sent | 304-685-8583 | Text Message | MK11 | 0.50 |
| Subtotal Canada/S. America: 5 | | | | 2.50 |
| Subtotal for Text Messages: 5 | | | | 2.50 |

| | | | | |
|---|---|---|---|---|
| Data charges incurred while Roaming in Canada | | | | |
| Saturday, 05/24 | | | | |
| 07:00p | Data Transfer | 19KB | IRRV | 0.00 |
| Subtotal Canada: | | 19KB | | 0.00 |

| | | | | |
|---|---|---|---|---|
| Data charges incurred while Roaming in Canada/S. America | | | | |
| Saturday, 05/24 | | | | |
| 07:07p | Data Transfer | 1,126KB | IRRV | 0.00 |
| Sunday, 05/25 | | | | |
| 12:07a | Data Transfer | 1,544KB | IRRV | 0.00 |
| Monday, 05/26 | | | | |
| 11:10p | Data Transfer | 204KB | IRRV | 0.00 |
| 11:10p | Data Transfer | 3KB | IRRV | 0.00 |
| Tuesday, 05/27 | | | | |
| 12:10a | Data Transfer | 1,822KB | IRRV | 0.00 |
| Wednesday, 05/28 | | | | |
| 12:08a | Data Transfer | 933KB | IRRV | 0.00 |

001484

 at&t

DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

| | |
|---|---|
| **Page:** | 346 of 1585 |
| **Bill Cycle Date:** | 05/20/14 - 06/19/14 |
| **Account:** | 287252609769 |
| **Foundation Account:** | FAN 02613092 |
| **Invoice:** | 287252609769X06272 |

Visit us online at: **www.att.com/business**

**304 552-5840**
**AYYAKKKANNU MANIVANNAN**

### Roaming Data Detail - Continued

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Wednesday, 05/28 | | | | |
| 07:14p | Data Transfer | 98KB | IRRV | 0.00 |
| Subtotal Canada/S. America: | | 5,730KB | | 0.00 |
| Subtotal for KB's: | | 5,749KB | | 0.00 |
| Total Roaming Data Detail | | | | 2.50 |

**Rate Code:**
IRRV  = UNL INTL BB GOVTONLY
MK11  = INTL ROAM PPU SMS

001485

**CONFIDENTIAL**                     **MANI_008196**

 **at&t**

DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

| | |
|---|---|
| **Page:** | 325 of 1573 |
| **Bill Cycle Date:** | 06/20/14 - 07/19/14 |
| **Account:** | 287252609769 |
| **Foundation Account:** | FAN 02613092 |
| **Invoice:** | 287252609769X07272014 |

Visit us online at: **www.att.com/business**

---

**304 552-5840**
AYYAKKKANNU MANIVANNAN

**GOVTNBPNTN400UM5000** - Includes 400 POOLED MINS, 5000 Nght & Wknd Min, Nation GSM, Unlimited M2M Expnd, Direct Bill Detail, Call Waiting, Caller ID, Call Hold, Call Forward Immediate, Call Forward Conditional, Three Way Calling.

**CRU Detail Bill ZC - BAN** - Includes CRU Detail Bill ZC - BAN.

**Monthly Charges - Jun 20 thru Jul 19**

| | | |
|---|---|---|
| 1. | GOVTNBPNTN400UM5000 | 44.00 |
| 2. | Credit for GOVTNBPNTN400UM5000 | 12.75CR |
| 3. | CRU Detail Bill ZC - BAN | 0.00 |
| 4. | BBRY W/UNLIM MSGS | 65.00 |
| 5. | Credit for BBRY W/UNLIM MSGS | 36.25CR |
| 6. | UNL INTL BB GOVTONLY | 19.99 |
| 7. | National Account Discount | 16.00CR |

*: help and manage your purchases several ways:*
*Go to att.com/directbill*
*- To speak with a service representative, dial 611 from your mobile phone, or 1 800-331-0500 from any phone.*

*To stop a subscription, text STOP to the Short Code using the mobile phone associated with those charges. If a Short Code is not listed go to att.com/directbill.*

**AT&T Monthly Subscriptions**

| | Date | Cost | Tax | |
|---|---|---|---|---|
| 8. | 07/04 | 9.99 | 0.65 | 10.64 |

ApplicationsSub: ATT Navigator with promo
Provider: Telenav Inc
Contact: www.att.com/mobilepurchases
Renew Date: 08/03/2014

Total AT&T Monthly Subscriptions     10.64

**Total Monthly Charges**     **74.63**

**Other Charges and Credits**

**Voice Usage Summary**
GOVTNBPNTN400UM5000

| | |
|---|---|
| Total Minutes Used | 57 |
| Plan Minutes | 400 |
| Mobile to Mobile Minutes | Unlimited |
| Minutes Used | 124 |
| Night & Weekend Minutes | 5,000 |
| Minutes Used | 2 |

**Other Charges and Credits** - Continued
International Long Distance

| | | | |
|---|---|---|---|
| 9. | Minutes Billed | 1 | 0.39 |

**Data Usage Summary**

| | |
|---|---|
| MSG UNLIMITED | Unlimited |
| Used | 26 |

| | |
|---|---|
| BBRY W/UNLIM MSGS | |
| Plan KB | Unlimited |
| Blackberry | |
| KB Used | 42,781 |
| DATA ACCESS | |
| KB Used | 13 |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

**Surcharges and Other Fees**

| | | |
|---|---|---|
| 10. | Federal Universal Service Charge | 1.29 |

**Government Fees and Taxes**

| | | |
|---|---|---|
| 11. | WV Wireless E-9-1-1 | 3.00 |

**Total Other Charges & Credits**     **4.68**

**Total for 304 552-5840**     **79.31**

**Call Detail**

*Call charges reflected in Other Charges & Credits section (page 325)*

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|---|---|---|---|---|---|---|---|
| Sunday, 06/22 | | | | | | | |
| 07:35p | MORGAN WV | 304-685-8583 | 5KNW | | 1 | 0.00 | 0.00 |
| Monday, 06/23 | | | | | | | |
| 08:53a | LAWREN MA | 978-701-1914 | MME0 | M2MC | 1 | 0.00 | 0.00 |
| 02:46p | PLEASN PA | 412-386-4722 | GVPM | | 2 | 0.00 | 0.00 |
| 02:58p | OAK RI TN | 865-574-5054 | GVPM | | 2 | 0.00 | 0.00 |
| 03:01p | OAK RI TN | 865-574-1751 | GVPM | | 1 | 0.00 | 0.00 |
| 03:02p | SANTUR PR | 787-949-2291 | MME0 | M2MC | 3 | 0.00 | 0.00 |
| 03:29p | CENTER PA | 484-205-5348 | GVPM | | 1 | 0.00 | 0.00 |
| 03:29p | LAWREN MA | 978-701-1914 | MME0 | M2MC | 1 | 0.00 | 0.00 |
| Tuesday, 06/24 | | | | | | | |
| 11:44a | INCOMI CL | 787-903-4213 | MME0 | M2MC | 1 | 0.00 | 0.00 |
| 04:53p | MORGAN WV | 304-599-9661 | GVPM | | 1 | 0.00 | 0.00 |
| 04:53p | MORGAN WV | 304-598-9661 | GVPM | | 4 | 0.00 | 0.00 |
| 05:00p | MORGAN WV | 304-685-8185 | GVPM | | 1 | 0.00 | 0.00 |
| 05:14p | MORGAN WV | 304-685-8185 | GVPM | | 1 | 0.00 | 0.00 |
| 05:18p | SANTUR PR | 787-949-2291 | MME0 | M2MC | 1 | 0.00 | 0.00 |
| 05:22p | INCOMI CL | 787-949-2291 | MME0 | M2MC | 36 | 0.00 | 0.00 |
| Wednesday, 06/25 | | | | | | | |
| 10:16a | ALBANY NY | 541-918-4479 | GVPM | | 3 | 0.00 | 0.00 |
| 05:25p | SANTUR PR | 787-949-2291 | MME0 | M2MC | 1 | 0.00 | 0.00 |
| 06:57p | INCOMI CL | 787-949-2291 | MME0 | M2MC | 45 | 0.00 | 0.00 |

001486

CONFIDENTIAL

MANI_008197



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 326 of 1573
**Bill Cycle Date:** 06/20/14 - 07/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X07272

Visit us online at: **www.att.com/business**

## 304 552-5840
### AYYAKKKANNU MANIVANNAN

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|------|------|------|
| Thursday, 06/26 | | | | | | | |
| 10:28a | VMAIL CL | 304-552-5840 | GVPM | | 1 | 0.00 | 0.00 |
| 10:29a | VMAIL CL | 304-552-5840 | GVPM | | 1 | 0.00 | 0.00 |
| Friday, 06/27 | | | | | | | |
| 10:37a | PLEASN PA | 412-386-7400 | GVPM | | 2 | 0.00 | 0.00 |
| Saturday, 06/28 | | | | | | | |
| 02:28p | SANTUR PR | 787-949-2291 | MMEO | M2MC | 13 | 0.00 | 0.00 |
| 09:06p | SANTUR PR | 787-949-2291 | MMEO | M2MC | 19 | 0.00 | 0.00 |
| Sunday, 06/29 | | | | | | | |
| 01:14p | MORGAN WV | 304-598-9661 | 5KNW | | 1 | 0.00 | 0.00 |
| 01:15p | SANTUR PR | 787-949-2291 | MMEO | M2MC | 1 | 0.00 | 0.00 |
| 02:16p | SANTUR PR | 787-949-2291 | MMEO | M2MC | 2 | 0.00 | 0.00 |
| Monday, 06/30 | | | | | | | |
| 11:23a | ALBANY OR | 541-918-4479 | GVPM | | 2 | 0.00 | 0.00 |
| 11:25a | OAK RI TN | 865-574-6912 | GVPM | | 2 | 0.00 | 0.00 |
| 12:22p | ALBANY OR | 541-918-4479 | GVPM | | 1 | 0.00 | 0.00 |
| 02:26p | ALBANY OR | 541-918-4479 | GVPM | | 1 | 0.00 | 0.00 |
| 02:50p | ALBANY OR | 541-918-4479 | GVPM | | 1 | 0.00 | 0.00 |
| Tuesday, 07/01 | | | | | | | |
| 04:17p | SNFC C CA | 415-318-6422 | GVPM | | 1 | 0.00 | 0.00 |
| 05:45p | SNFC C CA | 415-318-6422 | GVPM | | 1 | 0.00 | 0.00 |
| 08:30p | SNFC C CA | 415-318-6422 | GVPM | | 1 | 0.00 | 0.00 |
| Thursday, 07/03 | | | | | | | |
| 12:04p | MONTRE QC | 51423909212 | GVPM | | 1 | 0.00 | 0.39 |
| 12:05p | INCOMI CL | 213-744-2203 | GVPM | | 5 | 0.00 | 0.00 |
| 02:58p | INCOMI CL | 514-239-0921 | GVPM | | 5 | 0.00 | 0.00 |
| Friday, 07/04 | | | | | | | |
| 09:20a | INCOMI CL | 415-318-6422 | GVPM | | 4 | 0.00 | 0.00 |
| 10:50a | SNFC C CA | 415-318-6422 | GVPM | | 1 | 0.00 | 0.00 |
| 11:10a | SNFC C CA | 415-318-6422 | GVPM | | 2 | 0.00 | 0.00 |
| 11:50a | SNFC C CA | 415-318-6422 | GVPM | | 2 | 0.00 | 0.00 |
| 12:04p | SNFC C CA | 415-318-6422 | GVPM | | 1 | 0.00 | 0.00 |
| Tuesday, 07/08 | | | | | | | |
| 03:29p | ALBANY OR | 541-918-4479 | GVPM | | 3 | 0.00 | 0.00 |
| Thursday, 07/10 | | | | | | | |
| 10:05a | RALEIG NC | 919-782-8320 | GVPM | | 2 | 0.00 | 0.00 |
| Friday, 07/11 | | | | | | | |
| 03:39p | Toll F CL | 888-205-2369 | GVPM | | 1 | 0.00 | 0.00 |
| Subtotal | | | | | 183 | 0.00 | 0.39 |

**Rate Code:**
5KNW = 5000 Night & Weekend
GVPM = GOVTPooling400
MMEO = Unltd Mobile to AT&T Mobile

**Feature Code:**
M2MC = Expanded Mobile To Mobile

### Data Detail

*Data charges reflected in Other Charges & Credits section (page 325)*

| Time | To/From | Type/Unit | Rate Code | |
|------|------|------|------|------|
| **Text Messages** | | | | |
| Monday, 06/23 | | | | |
| 04:29p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 04:29p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 07:08p Sent | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| Wednesday, 06/25 | | | | |
| 10:56a Sent | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 10:59a Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 10:59a Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 11:15a Sent | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 11:16a Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 11:20a Sent | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 01:12p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 02:45p Sent | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 06:29p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 07:46p Sent | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| Thursday, 06/26 | | | | |
| 02:45p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 02:46p Sent | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| Saturday, 06/28 | | | | |
| 08:59p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0. |
| 08:59p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.. |
| Sunday, 06/29 | | | | |
| 01:00p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 01:14p Sent | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 01:16p Sent | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 01:24p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 02:11p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 02:15p Sent | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 03:38p Rcvd | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| 11:30p Sent | 787-949-2291 | MTM TEXT MESSAG | MSEG | 0.00 |
| Friday, 07/04 | | | | |
| 02:49p Rcvd | 415-318-6422 | Text Message | MSEG | 0.00 |
| Subtotal for Text Messages: 26 | | | | 0.00 |
| **Data Plans** | | | | |
| Thursday, 06/19 | | | | |
| 12:44a | Data Transfer | 1,236KB | EMBA2 | 0.00 |
| 09:44p | Data Transfer | 3,663KB | EMBA2 | 0.00 |
| Friday, 06/20 | | | | |
| 10:44p | Data Transfer | 2,705KB | EMBA2 | 0.00 |
| Saturday, 06/21 | | | | |
| 10:44p | Data Transfer | 1,022KB | EMBA2 | 0.00 |
| Sunday, 06/22 | | | | |
| 02:18p | Data Transfer | 249KB | EMBA2 | 0.00 |
| 07:41p | Data Transfer | 288KB | EMBA2 | 0.00 |
| Monday, 06/23 | | | | |
| 12:41a | Data Transfer | 1,441KB | EMBA2 | 0.00 |
| Tuesday, 06/24 | | | | |
| 12:41a | Data Transfer | 1,195KB | EMBA2 | 0.00 |

001487

 **at&t**

DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 327 of 1573
**Bill Cycle Date:** 06/20/14 - 07/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X07272014

Visit us online at: **www.att.com/business**

### 304 552-5840
### AYYAKKKANNU MANIVANNAN

**Data Detail** - Continued

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Data Plans | | | | |
| Wednesday, 06/25 | | | | |
| 12:04a | Data Transfer | 948KB | EMBA2 | 0.00 |
| Thursday, 06/26 | | | | |
| 12:04a | Data Transfer | 1,255KB | EMBA2 | 0.00 |
| 07:57p | Data Transfer | 55KB | EMBA2 | 0.00 |
| 10:44p | Data Transfer | 79KB | EMBA2 | 0.00 |
| Friday, 06/27 | | | | |
| 12:08a | Data Transfer | 1,605KB | EMBA2 | 0.00 |
| Saturday, 06/28 | | | | |
| 12:12a | Data Transfer | 1,203KB | EMBA2 | 0.00 |
| Sunday, 06/29 | | | | |
| 12:12a | Data Transfer | 844KB | EMBA2 | 0.00 |
| 09:43p | Data Transfer | 187KB | EMBA2 | 0.00 |
| Monday, 06/30 | | | | |
| 12:43a | Data Transfer | 1,207KB | EMBA2 | 0.00 |
| ·sday, 07/01 | | | | |
| 1a | Data Transfer | 1,445KB | EMBA2 | 0.00 |
| ·nesday, 07/02 | | | | |
| 12:33a | Data Transfer | 1,328KB | EMBA2 | 0.00 |
| Thursday, 07/03 | | | | |
| 12:33a | Data Transfer | 1,134KB | EMBA2 | 0.00 |
| 11:12p | Data Transfer | 60KB | EMBA2 | 0.00 |
| Friday, 07/04 | | | | |
| 12:30a | Data Transfer | 1,059KB | EMBA2 | 0.00 |
| Saturday, 07/05 | | | | |
| 12:09a | Data Transfer | 879KB | EMBA2 | 0.00 |
| Sunday, 07/06 | | | | |
| 12:11a | Data Transfer | 1,170KB | EMBA2 | 0.00 |
| Monday, 07/07 | | | | |
| 12:11a | Data Transfer | 1,210KB | EMBA2 | 0.00 |
| Tuesday, 07/08 | | | | |
| 12:11a | Data Transfer | 1,407KB | EMBA2 | 0.00 |
| Wednesday, 07/09 | | | | |
| 12:38a | Data Transfer | 1,186KB | EMBA2 | 0.00 |
| 11:58p | Data Transfer | 1,446KB | EMBA2 | 0.00 |
| Friday, 07/11 | | | | |
| 12:39a | Data Transfer | 1,154KB | EMBA2 | 0.00 |
| 11:58p | Data Transfer | 1,038KB | EMBA2 | 0.00 |
| Saturday, 07/12 | | | | |
| 08:58p | Data Transfer | 1,405KB | EMBA2 | 0.00 |
| 09:58p | Data Transfer | 1,154KB | EMBA2 | 0.00 |
| Monday, 07/14 | | | | |
| 12:59p | Data Transfer | 1KB | EMBA2 | 0.00 |
| 11:58p | Data Transfer | 690KB | EMBA2 | 0.00 |
| Tuesday, 07/15 | | | | |
| 12:50p | Data Transfer | 127KB | EMBA2 | 0.00 |
| ·9p | Data Transfer | 598KB | EMBA2 | 0.00 |
| ·p | Data Transfer | 3KB | EMBA2 | 0.00 |
| ·nesday, 07/16 | | | | |
| 12:39a | Data Transfer | 1,430KB | EMBA2 | 0.00 |

| Time | To/From | Type/Unit | Rate Code | |
|---|---|---|---|---|
| Data Plans | | | | |
| Thursday, 07/17 | | | | |
| 12:52a | Data Transfer | 1,662KB | EMBA2 | 0.00 |
| Friday, 07/18 | | | | |
| 12:40a | Data Transfer | 1,422KB | EMBA2 | 0.00 |
| 10:59a | Data Transfer | 9KB | EMBA2 | 0.00 |
| Saturday, 07/19 | | | | |
| 12:40a | Data Transfer | 595KB | EMBA2 | 0.00 |
| Subtotal for Data Plans: | | 42,794KB | | 0.00 |
| Subtotal for KB's: | | 42,794KB | | 0.00 |
| Total Data Detail | | | | 0.00 |

Rate Code:
EMBA2 = BBRY W/UNLIM MSGS
MSEG = MSG UNLIMITED

001488

CONFIDENTIAL

MANI_008199

 **at&t**

DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 357 of 1523
**Bill Cycle Date:** 07/20/14 - 08/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X08272

Visit us online at: **www.att.com/business**

## 304 552-5840
AYYAKKKANNU MANIVANNAN

**GOVTNBPNTN400UM5000** - Includes 400 POOLED MINS,
5000 Nght & Wknd Min, Nation GSM, Unlimited M2M Expnd,
Direct Bill Detail, Call Waiting, Caller ID, Call Hold,
Call Forward Immediate, Call Forward Conditional, Three
Way Calling.

**CRU Detail Bill ZC - BAN** - Includes CRU Detail Bill ZC - BAN.

**Monthly Charges** - Jul 20 thru Aug 19

| | | |
|---|---|---|
| 1. GOVTNBPNTN400UM5000 | | 44.00 |
| 2. Credit for GOVTNBPNTN400UM5000 | | 12.75CR |
| 3. CRU Detail Bill ZC - BAN | | 0.00 |
| 4. BBRY W/UNLIM MSGS | | 65.00 |
| 5. Credit for BBRY W/UNLIM MSGS | | 36.25CR |
| 6. UNL INTL BB GOVTONLY | | 19.99 |
| 7. National Account Discount | | 16.00CR |

*Get help and manage your purchases several ways:*
*- Go to att.com/directbill*
*- To speak with a service representative, dial 611 from your*
*mobile phone, or 1 800-331-0500 from any phone.*

*To stop a subscription, text STOP to the Short Code using the*
*mobile phone associated with those charges. If a Short Code is*
*not listed go to att.com/directbill.*

**AT&T Monthly Subscriptions**

| | Date | Cost | Tax | |
|---|---|---|---|---|
| 8. | 08/04 | 9.99 | 0.65 | 10.64 |
| | | ApplicationsSub: ATT Navigator with promo | | |
| | | Provider: Telenav Inc | | |
| | | Contact: www.att.com/mobilepurchases | | |
| | | Renew Date: 09/03/2014 | | |
| Total AT&T Monthly Subscriptions | | | | 10.64 |

**Total Monthly Charges** **74.63**

**Other Charges and Credits**
**Voice Usage Summary**
GOVTNBPNTN400UM5000

| | |
|---|---|
| Total Minutes Used | 1 |
| Plan Minutes | 400 |
| Mobile to Mobile Minutes | Unlimited |
| Minutes Used | 16 |
| Night & Weekend Minutes | 5,000 |
| Minutes Used | 3 |

**Other Charges and Credits** - Continued
**Data Usage Summary**
BBRY W/UNLIM MSGS

| | |
|---|---|
| Plan KB | Unlimited |
| Blackberry | |
| KB Used | 39,069 |
| DATA ACCESS | |
| KB Used | 15 |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

**Surcharges and Other Fees**
| 9. Federal Universal Service Charge | 1.23 |
|---|---|

**Government Fees and Taxes**
| 10. WV Wireless E-9-1-1 | 3.00 |
|---|---|

**Total Other Charges & Credits** **4.23**

**Total for 304 552-5840** **78.86**

**Call Detail**
*Call charges reflected in Other Charges & Credits section (page 357)*

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|---|---|---|---|---|---|---|---|
| Thursday, 07/24 | | | | | | | |
| 10:48a | ALBANY OR | 541-918-4479 | GVPM | | 1 | 0.00 | 0.00 |
| 12:12p | PITTSB PA | 412-215-8071 | MME0 | M2MC | 2 | 0.00 | 0.00 |
| 12:48p | PITTSB PA | 412-215-8071 | MME0 | M2MC | 1 | 0.00 | 0.00 |
| 12:58p | PITTSB PA | 412-215-8071 | MME0 | M2MC | 1 | 0.00 | 0.00 |
| 03:24p | PITTSB PA | 412-215-8071 | MME0 | M2MC | 4 | 0.00 | 0.00 |
| Sunday, 07/27 | | | | | | | |
| 06:43p | MORGAN WV | 304-685-8583 | 5KNW | | 1 | 0.00 | 0.00 |
| 06:50p | MORGAN WV | 304-685-8583 | 5KNW | | 1 | 0.00 | 0.00 |
| 08:02p | NEW YO NY | 917-214-6078 | 5KNW | | 1 | 0.00 | 0.00 |
| Wednesday, 07/30 | | | | | | | |
| 09:48a | PITTSB PA | 412-215-8071 | MME0 | M2MC | 1 | 0.00 | 0.00 |
| Friday, 08/01 | | | | | | | |
| 11:18a | PITTSB PA | 412-215-8071 | MME0 | M2MC | 2 | 0.00 | 0.00 |
| 11:54a | PITTSB PA | 412-215-8071 | MME0 | M2MC | 1 | 0.00 | 0.00 |
| 12:07p | PITTSB PA | 412-215-8071 | MME0 | M2MC | 1 | 0.00 | 0.00 |
| Friday, 08/15 | | | | | | | |
| 11:38a | PITTSB PA | 412-215-8071 | MME0 | M2MC | 2 | 0.00 | 0.00 |
| 11:47a | PITTSB PA | 412-215-8071 | MME0 | M2MC | 1 | 0.00 | 0.00 |
| Subtotal | | | | | 20 | 0.00 | 0.00 |

**Rate Code:**
5KNW = 5000 Night & Weekend
GVPM = GOVTPooling400
MME0 = Unltd Mobile to AT&T Mobile

**Feature Code:**
M2MC = Expanded Mobile To Mobile

001489

CONFIDENTIAL

MANI_008200



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 358 of 1523
**Bill Cycle Date:** 07/20/14 - 08/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X08272014

Visit us online at: **www.att.com/business**

### 304 552-5840
### AYYAKKKANNU MANIVANNAN

#### Data Detail

Data charges reflected in Other Charges & Credits section (page 357)

| Time | To/From | Type/Unit | Rate Code | |
|------|---------|-----------|-----------|---|
| Data Plans | | | | |
| Saturday, 07/19 | | | | |
| 11:16a | Data Transfer | 402KB | EMBA2 | 0.00 |
| 08:55p | Data Transfer | 1,297KB | EMBA2 | 0.00 |
| 09:55p | Data Transfer | 1,188KB | EMBA2 | 0.00 |
| 10:55p | Data Transfer | 1,408KB | EMBA2 | 0.00 |
| Tuesday, 07/22 | | | | |
| 11:55p | Data Transfer | 1,498KB | EMBA2 | 0.00 |
| Thursday, 07/24 | | | | |
| 12:55a | Data Transfer | 1,496KB | EMBA2 | 0.00 |
| Friday, 07/25 | | | | |
| 12:55a | Data Transfer | 1,262KB | EMBA2 | 0.00 |
| 08:41p | Data Transfer | 1,531KB | EMBA2 | 0.00 |
| Sunday, 07/27 | | | | |
| 12:41a | Data Transfer | 1,377KB | EMBA2 | 0.00 |
| ~day, 07/28 | | | | |
| 1a | Data Transfer | 733KB | EMBA2 | 0.00 |
| ₅5p | Data Transfer | 3,280KB | EMBA2 | 0.00 |
| Wednesday, 07/30 | | | | |
| 08:59p | Data Transfer | 2,826KB | EMBA2 | 0.00 |
| Friday, 08/01 | | | | |
| 09:09p | Data Transfer | 183KB | EMBA2 | 0.00 |
| Saturday, 08/02 | | | | |
| 12:09a | Data Transfer | 1,411KB | EMBA2 | 0.00 |
| Sunday, 08/03 | | | | |
| 12:09a | Data Transfer | 1,337KB | EMBA2 | 0.00 |
| Monday, 08/04 | | | | |
| 12:09a | Data Transfer | 1,401KB | EMBA2 | 0.00 |
| Tuesday, 08/05 | | | | |
| 12:42a | Data Transfer | 281KB | EMBA2 | 0.00 |
| 05:35a | Data Transfer | 220KB | EMBA2 | 0.00 |
| 08:38a | Data Transfer | 681KB | EMBA2 | 0.00 |
| 08:38p | Data Transfer | 54KB | EMBA2 | 0.00 |
| 09:38p | Data Transfer | 1,061KB | EMBA2 | 0.00 |
| Wednesday, 08/06 | | | | |
| 03:38a | Data Transfer | 1,221KB | EMBA2 | 0.00 |
| Thursday, 08/07 | | | | |
| 12:36p | Data Transfer | 528KB | EMBA2 | 0.00 |
| Friday, 08/08 | | | | |
| 12:36a | Data Transfer | 598KB | EMBA2 | 0.00 |
| 11:30a | Data Transfer | 115KB | EMBA2 | 0.00 |
| Saturday, 08/09 | | | | |
| 11:24a | Data Transfer | 993KB | EMBA2 | 0.00 |
| 11:24a | Data Transfer | 3KB | EMBA2 | 0.00 |
| Sunday, 08/10 | | | | |
| 12:24a | Data Transfer | 1,358KB | EMBA2 | 0.00 |
| ~ay, 08/11 | | | | |
| ₋a | Data Transfer | 1,198KB | EMBA2 | 0.00 |
| ₋sday, 08/12 | | | | |
| 12:01a | Data Transfer | 1,410KB | EMBA2 | 0.00 |

| Time | To/From | Type/Unit | Rate Code | |
|------|---------|-----------|-----------|---|
| Data Plans | | | | |
| Wednesday, 08/13 | | | | |
| 12:01a | Data Transfer | 1,389KB | EMBA2 | 0.00 |
| Thursday, 08/14 | | | | |
| 12:12a | Data Transfer | 100KB | EMBA2 | 0.00 |
| 02:08a | Data Transfer | 1,099KB | EMBA2 | 0.00 |
| Friday, 08/15 | | | | |
| 12:28a | Data Transfer | 1,854KB | EMBA2 | 0.00 |
| Saturday, 08/16 | | | | |
| 12:39a | Data Transfer | 1,179KB | EMBA2 | 0.00 |
| Sunday, 08/17 | | | | |
| 03:21p | Data Transfer | 527KB | EMBA2 | 0.00 |
| 03:21p | Data Transfer | 3KB | EMBA2 | 0.00 |
| 03:21p | Data Transfer | 6KB | EMBA2 | 0.00 |
| Monday, 08/18 | | | | |
| 12:21a | Data Transfer | 137KB | EMBA2 | 0.00 |
| 07:15p | Data Transfer | 436KB | EMBA2 | 0.00 |
| 07:15p | Data Transfer | 3KB | EMBA2 | 0.00 |
| Subtotal for Data Plans: | | 39,084KB | | 0.00 |
| Subtotal for KB's: | | 39,084KB | | 0.00 |
| Total Data Detail | | | | 0.00 |

Rate Code:
EMBA2   = BBRY W/UNLIM MSGS

001490

 **at&t**

DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

| | |
|---|---|
| **Page:** | 363 of 1614 |
| **Bill Cycle Date:** | 08/20/14 - 09/19/14 |
| **Account:** | 287252609769 |
| **Foundation Account:** | FAN 02613092 |
| **Invoice:** | 287252609769X09272 |

Visit us online at: **www.att.com/business**

---

### 304 552-5840
**AYYAKKKANNU MANIVANNAN**

**GOVTNBPNTN400UM5000** - Includes 400 POOLED MINS,
5000 Nght & Wknd Min, Nation GSM, Unlimited M2M Expnd,
Direct Bill Detail, Call Waiting, Caller ID, Call Hold,
Call Forward Immediate, Call Forward Conditional, Three
Way Calling.

**CRU Detail Bill ZC - BAN** - Includes CRU Detail Bill ZC - BAN.

**Monthly Charges** - Aug 20 thru Sep 19

| | | |
|---|---|---|
| 1. | GOVTNBPNTN400UM5000 | 44.00 |
| 2. | Credit for GOVTNBPNTN400UM5000 | 12.75CR |
| 3. | CRU Detail Bill ZC - BAN | 0.00 |
| 4. | BBRY W/UNLIM MSGS | 65.00 |
| 5. | Credit for BBRY W/UNLIM MSGS | 36.25CR |
| 6. | UNL INTL BB GOVTONLY | 19.99 |
| 7. | National Account Discount | 16.00CR |

*Get help and manage your purchases several ways:*
*- Go to att.com/directbill*
*- To speak with a service representative, dial 611 from your*
*mobile phone, or 1 800-331-0500 from any phone.*

*To stop a subscription, text STOP to the Short Code using the*
*mobile phone associated with those charges. If a Short Code is*
*not listed go to att.com/directbill.*

**AT&T Monthly Subscriptions**

| | Date | Cost | Tax | |
|---|---|---|---|---|
| 8. | 09/04 | 9.99 | 0.65 | 10.64 |
| | | ApplicationsSub: ATT Navigator with promo | | |
| | | Provider: Telenav Inc | | |
| | | Contact: www.att.com/mobilepurchases | | |
| | | Renew Date: 10/03/2014 | | |
| Total AT&T Monthly Subscriptions | | | | 10.64 |

**Total Monthly Charges**      **74.63**

**Other Charges and Credits**
**Voice Usage Summary**
GOVTNBPNTN400UM5000

| | |
|---|---|
| Total Minutes Used | 9 |
| Plan Minutes | 400 |
| Mobile to Mobile Minutes | Unlimited |
| Minutes Used | 9 |
| Night & Weekend Minutes | 5,000 |
| Minutes Used | 0 |

---

**Other Charges and Credits** - Continued
Roaming

| | | | |
|---|---|---|---|
| 9. | Minutes Billed | 17 | 42.50 |

**Data Usage Summary**
BBRY W/UNLIM MSGS

| | |
|---|---|
| Plan KB | Unlimited |
| Blackberry | |
| KB Used | 34,829 |
| DATA ACCESS | |
| KB Used | 19 |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

Roaming

| | |
|---|---|
| Data KB Used | 22,570 |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

**Surcharges and Other Fees**

| | | |
|---|---|---|
| 10. | Federal Universal Service Charge | 3.33 |

**Government Fees and Taxes**

| | | |
|---|---|---|
| 11. | WV Wireless E-9-1-1 | 3.00 |

**Total Other Charges & Credits**    **48.83**

**Total for 304 552-5840**      **123.46**

**Call Detail**

*Call charges reflected in Other Charges & Credits section (page 363)*

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|---|---|---|---|---|---|---|---|
| Friday, 08/22 | | | | | | | |
| 10:02p | SANTUR PR | 787-949-2291 | MME0 | M2MC | 8 | 0.00 | 0.00 |
| Thursday, 09/11 | | | | | | | |
| 04:03p | ALBANY OR | 541-967-5856 | GVPM | | 3 | 0.00 | 0.00 |
| 04:07p | ROCKVI MD | 301-975-8438 | GVPM | | 3 | 0.00 | 0.00 |
| 04:09p | ALBANY OR | 541-967-5856 | GVPM | | 2 | 0.00 | 0.00 |
| Friday, 09/19 | | | | | | | |
| 01:32p | ALBANY OR | 541-967-5885 | GVPM | | 1 | 0.00 | 0.00 |
| 01:32p | ALBANY OR | 541-979-7007 | MME0 | M2MC | 1 | 0.00 | 0.00 |
| Subtotal | | | | | 18 | 0.00 | 0.00 |

**Rate Code:**
GVPM  = GOVTPooling400
MME0  = Unltd Mobile to AT&T Mobile

**Feature Code:**
M2MC  = Expanded Mobile To Mobile

CONFIDENTIAL

MANI_008202



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 364 of 1614
**Bill Cycle Date:** 08/20/14 - 09/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X09272014

Visit us online at: **www.att.com/business**

## 304 552-5840
### AYYAKKKANNU MANIVANNAN

### Roaming Call Detail

Roaming Call charges reflected in Other Charges & Credits (page 363)

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|-------|--------|------|------|-----|---------|---------|
| Charges incurred while Roaming in Japan | | | | | | | |
| Sunday, 08/24 | | | | | | | |
| 04:41p | INTERN CL | 818050500448 | INC2 | | 1 | 2.50 | 0.00 |
| 04:54p | INCOMI CL | 304-552-5840 | INC2 | | 2 | 5.00 | 0.00 |
| 07:35p | INTERN CA | 661-748-0240 | INC2 | | 1 | 2.50 | 0.00 |
| 07:35p | INTERN CL | 818050500448 | INC2 | | 1 | 2.50 | 0.00 |
| 08:01p | INCOMI CL | 304-552-5840 | INC2 | | 2 | 5.00 | 0.00 |
| Monday, 08/25 | | | | | | | |
| 10:23a | INCOMI CL | 304-552-5840 | INC2 | | 1 | 2.50 | 0.00 |
| 04:36p | INTERN CA | 661-748-0240 | INC2 | | 1 | 2.50 | 0.00 |
| Tuesday, 08/26 | | | | | | | |
| 03:04p | INTERN CL | 818050500448 | INC2 | | 1 | 2.50 | 0.00 |
| Thursday, 08/28 | | | | | | | |
| 08:46a | INTERN CL | 818050500448 | INC2 | | 1 | 2.50 | 0.00 |
| 51a | INCOMI CL | 304-552-5840 | INC2 | | 1 | 2.50 | 0.00 |
| 3a | INCOMI CL | 304-552-5840 | INC2 | | 2 | 5.00 | 0.00 |
| 43a | INTERN CL | 819049299852 | INC2 | | 1 | 2.50 | 0.00 |
| 11:46a | INTERN CL | 819025523723 | INC2 | | 1 | 2.50 | 0.00 |
| Saturday, 08/30 | | | | | | | |
| 10:02a | INTERN CL | 818050500448 | INC2 | | 1 | 2.50 | 0.00 |
| Subtotal Japan | | | | | 17 | 42.50 | 0.00 |
| Total Roaming Call Detail | | | | | 17 | 42.50 | 0.00 |

Rate Code:
INC2  = IR_DEFAULT_RATE_250

### Data Detail

Data charges reflected in Other Charges & Credits section (page 363)

| Time | To/From | Type/Unit | Rate Code | |
|------|---------|-----------|-----------|---|
| Data Plans | | | | |
| Tuesday, 08/19 | | | | |
| 12:15a | Data Transfer | 1,468KB | EMBA2 | 0.00 |
| Wednesday, 08/20 | | | | |
| 12:15a | Data Transfer | 1,435KB | EMBA2 | 0.00 |
| Thursday, 08/21 | | | | |
| 12:13a | Data Transfer | 1,419KB | EMBA2 | 0.00 |
| Friday, 08/22 | | | | |
| 12:13a | Data Transfer | 1,440KB | EMBA2 | 0.00 |
| Saturday, 08/23 | | | | |
| 12:13a | Data Transfer | 348KB | EMBA2 | 0.00 |
| 07:15a | Data Transfer | 284KB | EMBA2 | 0.00 |
| Saturday, 08/30 | | | | |
| 06:44a | Data Transfer | 41KB | EMBA2 | 0.00 |
| 10:19a | Data Transfer | 803KB | EMBA2 | 0.00 |
| 0p | Data Transfer | 201KB | EMBA2 | 0.00 |
| ay, 08/31 | | | | |
| 2:50a | Data Transfer | 377KB | EMBA2 | 0.00 |

| Time | To/From | Type/Unit | Rate Code | |
|------|---------|-----------|-----------|---|
| Data Plans | | | | |
| Monday, 09/01 | | | | |
| 03:34p | Data Transfer | 6KB | EMBA2 | 0.00 |
| 03:34p | Data Transfer | 538KB | EMBA2 | 0.00 |
| Tuesday, 09/02 | | | | |
| 12:34a | Data Transfer | 1,513KB | EMBA2 | 0.00 |
| Wednesday, 09/03 | | | | |
| 12:34a | Data Transfer | 1,632KB | EMBA2 | 0.00 |
| Thursday, 09/04 | | | | |
| 12:41a | Data Transfer | 1,435KB | EMBA2 | 0.00 |
| Friday, 09/05 | | | | |
| 12:41a | Data Transfer | 1,483KB | EMBA2 | 0.00 |
| Saturday, 09/06 | | | | |
| 12:56a | Data Transfer | 1,293KB | EMBA2 | 0.00 |
| 11:56p | Data Transfer | 1,935KB | EMBA2 | 0.00 |
| Monday, 09/08 | | | | |
| 12:56a | Data Transfer | 1,398KB | EMBA2 | 0.00 |
| Tuesday, 09/09 | | | | |
| 12:36a | Data Transfer | 1,464KB | EMBA2 | 0.00 |
| Wednesday, 09/10 | | | | |
| 12:36a | Data Transfer | 1,584KB | EMBA2 | 0.00 |
| Thursday, 09/11 | | | | |
| 12:25a | Data Transfer | 1,556KB | EMBA2 | 0.00 |
| Friday, 09/12 | | | | |
| 12:24a | Data Transfer | 170KB | EMBA2 | 0.00 |
| 02:07a | Data Transfer | 1,232KB | EMBA2 | 0.00 |
| 03:48a | Data Transfer | 5KB | EMBA2 | 0.00 |
| 10:28p | Data Transfer | 8KB | EMBA2 | 0.00 |
| 10:28p | Data Transfer | 77KB | EMBA2 | 0.00 |
| 10:40p | Data Transfer | 47KB | EMBA2 | 0.00 |
| Saturday, 09/13 | | | | |
| 03:30a | Data Transfer | 26KB | EMBA2 | 0.00 |
| 05:14a | Data Transfer | 25KB | EMBA2 | 0.00 |
| 08:49a | Data Transfer | 799KB | EMBA2 | 0.00 |
| Sunday, 09/14 | | | | |
| 12:29a | Data Transfer | 1,367KB | EMBA2 | 0.00 |
| Monday, 09/15 | | | | |
| 12:53a | Data Transfer | 1,419KB | EMBA2 | 0.00 |
| Tuesday, 09/16 | | | | |
| 12:53a | Data Transfer | 1,394KB | EMBA2 | 0.00 |
| Wednesday, 09/17 | | | | |
| 12:53a | Data Transfer | 1,480KB | EMBA2 | 0.00 |
| Thursday, 09/18 | | | | |
| 12:53a | Data Transfer | 1,436KB | EMBA2 | 0.00 |
| Friday, 09/19 | | | | |
| 12:25a | Data Transfer | 1,710KB | EMBA2 | 0.00 |
| Subtotal for Data Plans: | | 34,848KB | | 0.00 |
| Subtotal for KB's: | | 34,848KB | | 0.00 |
| Total Data Detail | | | | 0.00 |

Rate Code:
EMBA2  = BBRY W/UNLIM MSGS

001492

CONFIDENTIAL

MANI_008203



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 365 of 1614
**Bill Cycle Date:** 08/20/14 - 09/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X0927

Visit us online at: **www.att.com/business**

### 304 552-5840
**AYYAKKKANNU MANIVANNAN**

#### Roaming Data Detail

*Roaming Data charges reflected in Other Charges & Credits section (page 363)*

Data charges incurred while Roaming in Japan

| Time | To/From | Type/Unit | | Rate Code | |
|------|---------|-----------|--|-----------|--|
| **Sunday, 08/24** | | | | | |
| 02:47p | Data Transfer | 417KB | IRRV | 0.00 |
| 02:56p | Data Transfer | 49KB | IRRV | 0.00 |
| 02:59p | Data Transfer | 90KB | IRRV | 0.00 |
| 03:57p | Data Transfer | 11KB | IRRV | 0.00 |
| 04:00p | Data Transfer | 75KB | IRRV | 0.00 |
| 04:06p | Data Transfer | 217KB | IRRV | 0.00 |
| 09:11p | Data Transfer | 18KB | IRRV | 0.00 |
| 09:15p | Data Transfer | 18KB | IRRV | 0.00 |
| 09:25p | Data Transfer | 10KB | IRRV | 0.00 |
| 10:11p | Data Transfer | 20KB | IRRV | 0.00 |
| 10:40p | Data Transfer | 6KB | IRRV | 0.00 |
| 10:55p | Data Transfer | 2KB | IRRV | 0.00 |
| 11:10p | Data Transfer | 31KB | IRRV | 0.00 |
| 11:55p | Data Transfer | 24KB | IRRV | 0.00 |
| **Monday, 08/25** | | | | | |
| 01:21a | Data Transfer | 5KB | IRRV | 0.00 |
| 02:07a | Data Transfer | 1KB | IRRV | 0.00 |
| 04:47a | Data Transfer | 54KB | IRRV | 0.00 |
| 07:04a | Data Transfer | 36KB | IRRV | 0.00 |
| 07:27a | Data Transfer | 6KB | IRRV | 0.00 |
| 07:34a | Data Transfer | 19KB | IRRV | 0.00 |
| 08:00a | Data Transfer | 1KB | IRRV | 0.00 |
| 08:01a | Data Transfer | 23KB | IRRV | 0.00 |
| 08:08a | Data Transfer | 2KB | IRRV | 0.00 |
| 08:10a | Data Transfer | 2KB | IRRV | 0.00 |
| 08:13a | Data Transfer | 39KB | IRRV | 0.00 |
| 08:57a | Data Transfer | 933KB | IRRV | 0.00 |
| 09:40a | Data Transfer | 61KB | IRRV | 0.00 |
| 10:16a | Data Transfer | 1KB | IRRV | 0.00 |
| 10:17a | Data Transfer | 22KB | IRRV | 0.00 |
| 10:26a | Data Transfer | 4KB | IRRV | 0.00 |
| 10:27a | Data Transfer | 62KB | IRRV | 0.00 |
| 11:31a | Data Transfer | 23KB | IRRV | 0.00 |
| 12:01p | Data Transfer | 45KB | IRRV | 0.00 |
| 12:49p | Data Transfer | 24KB | IRRV | 0.00 |
| 01:09p | Data Transfer | 20KB | IRRV | 0.00 |
| 01:14p | Data Transfer | 2KB | IRRV | 0.00 |
| 01:17p | Data Transfer | 18KB | IRRV | 0.00 |
| 01:21p | Data Transfer | 19KB | IRRV | 0.00 |
| 01:23p | Data Transfer | 2KB | IRRV | 0.00 |
| 01:31p | Data Transfer | 4KB | IRRV | 0.00 |
| 01:32p | Data Transfer | 449KB | IRRV | 0.00 |
| 02:32p | Data Transfer | 1,366KB | IRRV | 0.00 |
| 04:32p | Data Transfer | 336KB | IRRV | 0.00 |
| 10:36p | Data Transfer | 37KB | IRRV | 0.00 |
| 10:38p | Data Transfer | 83KB | IRRV | 0.00 |
| **Tuesday, 08/26** | | | | | |
| 12:49a | Data Transfer | 1,444KB | IRRV | 0.00 |

| Time | To/From | Type/Unit | | Rate Code | |
|------|---------|-----------|--|-----------|--|
| **Tuesday, 08/26** | | | | | |
| 08:09a | Data Transfer | 722KB | IRRV | 0.00 |
| 01:09p | Data Transfer | 82KB | IRRV | 0.00 |
| 02:18p | Data Transfer | 21KB | IRRV | 0.00 |
| 02:21p | Data Transfer | 971KB | IRRV | 0.00 |
| 04:56p | Data Transfer | 18KB | IRRV | 0.00 |
| 04:58p | Data Transfer | 1,075KB | IRRV | 0.00 |
| 09:16p | Data Transfer | 20KB | IRRV | 0.00 |
| 09:18p | Data Transfer | 24KB | IRRV | 0.00 |
| 09:39p | Data Transfer | 1,081KB | IRRV | 0.00 |
| **Wednesday, 08/27** | | | | | |
| 12:48a | Data Transfer | 311KB | IRRV | 0.00 |
| 01:09a | Data Transfer | 247KB | IRRV | 0.00 |
| 05:20a | Data Transfer | 40KB | IRRV | 0.00 |
| 05:52a | Data Transfer | 63KB | IRRV | 0.00 |
| 07:28a | Data Transfer | 169KB | IRRV | 0.00 |
| 10:03a | Data Transfer | 18KB | IRRV | 0.00 |
| 10:06a | Data Transfer | 2,879KB | IRRV | 0.00 |
| 01:05p | Data Transfer | 20KB | IRRV | 0.00 |
| 01:14p | Data Transfer | 17KB | IRRV | 0.00 |
| 01:17p | Data Transfer | 18KB | IRRV | 0.00 |
| 01:20p | Data Transfer | 3KB | IRRV | 0.00 |
| 01:27p | Data Transfer | 35KB | IRRV | 0.00 |
| 01:38p | Data Transfer | 2,141KB | IRRV | 0.00 |
| 02:33p | Data Transfer | 3KB | IRRV | 0.00 |
| 02:35p | Data Transfer | 9KB | IRRV | 0.00 |
| 03:17p | Data Transfer | 5KB | IRRV | 0.00 |
| 03:17p | Data Transfer | 37KB | IRRV | 0.00 |
| 03:47p | Data Transfer | 9KB | IRRV | 0.00 |
| 04:17p | Data Transfer | 24KB | IRRV | 0.00 |
| 04:28p | Data Transfer | 19KB | IRRV | 0.00 |
| 04:31p | Data Transfer | 4KB | IRRV | 0.00 |
| 04:33p | Data Transfer | 25KB | IRRV | 0.00 |
| 05:19p | Data Transfer | 1KB | IRRV | 0.00 |
| 05:19p | Data Transfer | 4KB | IRRV | 0.00 |
| 05:20p | Data Transfer | 42KB | IRRV | 0.00 |
| 05:28p | Data Transfer | 3KB | IRRV | 0.00 |
| 05:29p | Data Transfer | 15KB | IRRV | 0.00 |
| 05:41p | Data Transfer | 17KB | IRRV | 0.00 |
| 05:49p | Data Transfer | 2KB | IRRV | 0.00 |
| 05:59p | Data Transfer | 7KB | IRRV | 0.00 |
| 06:18p | Data Transfer | 1KB | IRRV | 0.00 |
| 06:18p | Data Transfer | 23KB | IRRV | 0.00 |
| 06:45p | Data Transfer | 2KB | IRRV | 0.00 |
| 07:41p | Data Transfer | 2KB | IRRV | 0.00 |
| 07:55p | Data Transfer | 6KB | IRRV | 0.00 |
| 07:58p | Data Transfer | 259KB | IRRV | 0.00 |
| 08:10p | Data Transfer | 1,506KB | IRRV | 0.00 |
| 08:37p | Data Transfer | 5KB | IRRV | 0.00 |
| 09:06p | Data Transfer | 5KB | IRRV | 0.00 |
| 09:37p | Data Transfer | 5KB | IRRV | 0.00 |
| 10:08p | Data Transfer | 5KB | IRRV | 0.00 |
| **Thursday, 08/28** | | | | | |
| 12:29a | Data Transfer | 1KB | IRRV | 0.00 |
| 09:24a | Data Transfer | 1KB | IRRV | 0.00 |
| 09:42a | Data Transfer | 143KB | IRRV | 0.00 |

001493

CONFIDENTIAL

MANI_008204



DOE OAK RIDGE FINANCE
PO DE-DT0005488
ATTN: DOE OAK RIDGE FINANCE
PO BOX 4967
OAK RIDGE, TN 37831-4967

**Page:** 366 of 1614
**Bill Cycle Date:** 08/20/14 - 09/19/14
**Account:** 287252609769
**Foundation Account:** FAN 02613092
**Invoice:** 287252609769X09272014

Visit us online at: **www.att.com/business**

---

### 304 552-5840
### AYYAKKKANNU MANIVANNAN

**Roaming Data Detail** - Continued

| Time | To/From | Type/Unit | Rate Code | |
|------|---------|-----------|-----------|------|
| Thursday, 08/28 | | | | |
| 09:54a | Data Transfer | 4KB | IRRV | 0.00 |
| 10:02a | Data Transfer | 2KB | IRRV | 0.00 |
| 10:05a | Data Transfer | 19KB | IRRV | 0.00 |
| 10:08a | Data Transfer | 1,216KB | IRRV | 0.00 |
| 12:11p | Data Transfer | 105KB | IRRV | 0.00 |
| 01:28p | Data Transfer | 2,201KB | IRRV | 0.00 |
| Friday, 08/29 | | | | |
| 01:36p | Data Transfer | 91KB | IRRV | 0.00 |
| Saturday, 08/30 | | | | |
| 12:39a | Data Transfer | 636KB | IRRV | 0.00 |
| Subtotal Japan: | | 22,570KB | | 0.00 |
| Subtotal for KB's: | | 22,570KB | | 0.00 |
| Total Roaming Data Detail | | | | 0.00 |

**Rate Code:**
  ' = UNL INTL BB GOVTONLY

001494

CONFIDENTIAL

MANI_008205

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

## Automated Time and Attendance Report By Employee

| | |
|---|---|
| Command Designator: | Activity Code: NT |
| Installation: NT | Installation Code: NT |
| Employee: MANIVANNAN, AYYAKKANNU | |
| Leave Concurrence: No | |
| Certified: Yes | |
| Primary Certifying Officer: ALVIN, MARY ANNE | |
| Phone: 4123865498 | |

| UIC: | 726000 |
|---|---|
| SSN: | |
| Work Schedule: | F |
| Review Date: | NOT Reviewed |

| Team: | 150019 |
|---|---|
| Work Center: | 00150 |
| Status: | A |
| Roster: | 150019 |

| Run Date: | 07/06/2015 |
|---|---|
| Pay Period Start Date: | 06/01/2014 |
| Pay Period End Date: | 06/14/2014 |

### Week 1

| | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Prem Hrs | 00:00 | 00:00 | 02:00 | 02:00 | 01:00 | 00:00 | 00:00 | 05:00 |

### Week 2

| | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Prem Hrs | 00:00 | 00:00 | 01:00 | 02:00 | 02:00 | 00:00 | 00:00 | 05:00 |

| Labor Date | Task | Task Description | Sub Acct Code | Job Order | Type Hours | Hours | Night Diff | Last Hour | Injury No | Shift Ovr | FLSA | User Data | Hazard | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/02/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 06/03/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 02:00 | 00:00 | n | | | | | | |
| 06/03/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 06/04/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 02:00 | 00:00 | n | | | | | | |
| 06/04/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 06/05/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 01:00 | 00:00 | n | | | | | | |
| 06/05/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 06/06/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 06/09/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 06/10/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 01:00 | 00:00 | n | | | | | | |
| 06/10/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 06/11/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 02:00 | 00:00 | n | | | | | | |
| 06/11/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 06/12/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 02:00 | 00:00 | n | | | | | | |
| 06/12/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |

All hours have been reviewed and are certified correct as of the end of the reporting period.  All premium hours have been approved and worked according to the appropriate laws and regulations.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

001143

CONFIDENTIAL

MANI_008206

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

## Automated Time and Attendance Report By Employee

| | | | | | | |
|---|---|---|---|---|---|---|
| **Command Designator:** | **Activity Code:** NT | **UIC:** 726000 | **Team:** 150019 | **Run Date:** | 07/06/2015 |
| **Installation:** NT | **Installation Code:** NT | **SSN:** | **Work Center:** 00150 | **Pay Period Start Date:** | 06/01/2014 |
| **Employee:** MANIVANNAN, AYYAKKANNU | | **Work Schedule:** F | **Status:** A | **Pay Period End Date:** | 06/14/2014 |
| **Leave Concurrence:** No | | **Review Date:** NOT Reviewed | **Roster:** 150019 | | |
| **Certified:** Yes | | | | | |
| **Primary Certifying Officer:** ALVIN, MARY ANNE | | | | | |
| **Phone:** 4123865498 | | | | | |

### Week 1

| | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Prem Hrs | 00:00 | 00:00 | 02:00 | 02:00 | 01:00 | 00:00 | 00:00 | 05:00 |

### Week 2

| | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Prem Hrs | 00:00 | 00:00 | 00:00 | 01:00 | 02:00 | 00:00 | 00:00 | 05:00 |

| Labor Date | Task | Task Description | Sub Acct Code | Job Order | Type Hours | Hours | Night Diff | Last Hour | Injury No | Shift Ovr | FLSA | User Data | Hazard | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/13/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |

All hours have been reviewed and are certified correct as of the end of the reporting period.  All premium hours have been approved and worked according to the appropriate laws and regulations.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

CONFIDENTIAL

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

## Automated Time and Attendance Report By Employee

Command Designator:     Activity Code: NT        UIC:            726000      Team:               150019      Run Date:               07/06/2015
Installation: NT        Installation Code: NT    SSN:                        Work Center: 00150      Pay Period Start Date:  06/15/2014
Employee: MANIVANNAN, AYYAKKANNU                 Work Schedule: F            Status:         A       Pay Period End Date:    06/28/2014
Leave Concurrence: No                            Review Date:    NOT Reviewed    Roster:     150019
Certified: Yes
Primary Certifying Officer:  ALVIN, MARY ANNE
Phone:  4123865498

### Week 1

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Prem Hrs | 04:00 | 00:00 | 00:00 | 00:00 | 00:00 | 04:00 | 00:00 | 08:00 |

### Week 2

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Prem Hrs | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 02:00 | 00:00 | 02:00 |

| Labor Date | Task | Task Description | Sub Acct Code | Job Order | Type Hours | Hours | Night Diff | Last Hour | Injury No | Shift Ovr | FLSA | User Data | Hazard | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/15/2014 | 200001936 | VT1201000 - EERE Si-ANODE PROJECT - 2014 | | GT7080 | CB - Travel Comp Time Earned | 04:00 | 00:00 | n | | | | | | |
| 06/16/2014 | 200001936 | VT1201000 - EERE Si-ANODE PROJECT - 2014 | | GT7080 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 06/17/2014 | 200001936 | VT1201000 - EERE Si-ANODE PROJECT - 2014 | | GT7080 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 06/18/2014 | 200001936 | VT1201000 - EERE Si-ANODE PROJECT - 2014 | | GT7080 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 06/19/2014 | 200001936 | VT1201000 - EERE Si-ANODE PROJECT - 2014 | | GT7080 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 06/20/2014 | 200001936 | VT1201000 - EERE Si-ANODE PROJECT - 2014 | | GT7080 | CB - Travel Comp Time Earned | 04:00 | 00:00 | n | | | | | | |
| 06/20/2014 | 200001936 | VT1201000 - EERE Si-ANODE PROJECT - 2014 | | GT7080 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 06/23/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CN - Credit Hours Taken | 08:00 | 00:00 | n | | | | | | |
| 06/24/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CN - Credit Hours Taken | 08:00 | 00:00 | n | | | | | | |
| 06/25/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CN - Credit Hours Taken | 08:00 | 00:00 | n | | | | | | |
| 06/26/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | LA - Annual | 08:00 | 00:00 | n | | | | | | |
| 06/27/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 02:00 | 00:00 | n | | | | | | |
| 06/27/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |

All hours have been reviewed and are certified correct as of the end of the reporting period.  All premium hours have been approved and worked according to the appropriate laws and regulations.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

CONFIDENTIAL

MANI_008208

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

## Automated Time and Attendance Report By Employee

| | | | | | | |
|---|---|---|---|---|---|---|
| Command Designator: | Activity Code: NT | UIC: 726000 | Team: 150019 | Run Date: 07/06/2015 |
| Installation: NT | Installation Code: NT | SSN: | Work Center: 00150 | Pay Period Start Date: 06/29/2014 |
| Employee:MANIVANNAN, AYYAKKANNU | | Work Schedule: F | Status: A | Pay Period End Date: 07/12/2014 |
| Leave Concurrence: No | | Review Date: NOT Reviewed | Roster: 150019 | |
| Certified: Yes | | | | |
| Primary Certifying Officer: ALVIN, MARY ANNE | | | | |
| Phone: 4123865498 | | | | |

### Week 1

| | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | | 40:00 |
| Prem Hrs | 06:00 | 00:00 | 00:00 | 00:00 | 00:00 | 07:00 | | 13:00 |

### Week 2

| | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | | 40:00 |
| Prem Hrs | 00:00 | 01:00 | 02:00 | 02:00 | 01:00 | 00:00 | | 06:00 |

| Labor Date | Task | Task Description | Sub Acct Code | Job Order | Type Hours | Hours | Night Diff | Last Hour | Injury No | Shift Ovr | FLSA | User Data | Hazard | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2014 | 200001936 | VT1201000 - EERE Si-ANODE PROJECT - 2014 | | G17080 | CB - Travel Comp Time Earned | 06:00 | 00:00 | n | | | | | | |
| 06/30/2014 | 200001936 | VT1201000 - EERE Si-ANODE PROJECT - 2014 | | G17080 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 07/01/2014 | 200001936 | VT1201000 - EERE Si-ANODE PROJECT - 2014 | | G17080 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 07/02/2014 | 200001936 | VT1201000 - EERE Si-ANODE PROJECT - 2014 | | G17080 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 07/03/2014 | 200001936 | VT1201000 - EERE Si-ANODE PROJECT - 2014 | | G17080 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 07/04/2014 | 200001936 | VT1201000 - EERE Si-ANODE PROJECT - 2014 | | G17080 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 07/05/2014 | 200001936 | VT1201000 - EERE Si-ANODE PROJECT - 2014 | | G17080 | CB - Travel Comp Time Earned | 07:00 | 00:00 | n | | | | | | |
| 07/07/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 01:00 | 00:00 | n | | | | | | |
| 07/07/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 07/08/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 02:00 | 00:00 | n | | | | | | |
| 07/08/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 07/09/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 02:00 | 00:00 | n | | | | | | |
| 07/09/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 07/10/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 01:00 | 00:00 | n | | | | | | |
| 07/10/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |

All hours have been reviewed and are certified correct as of the end of the reporting period.  All premium hours have been approved and worked according to the appropriate laws and regulations.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

CONFIDENTIAL

MANI_008209

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

## Automated Time and Attendance Report By Employee

| | | | | |
|---|---|---|---|---|
| Command Designator: | Activity Code: NT | UIC: 726000 | Team: 150019 | Run Date: 07/06/2015 |
| Installation: NT | Installation Code: NT | SSN: | Work Center: 00150 | Pay Period Start Date: 06/29/2014 |
| Employee: MANIVANNAN, AYYAKKANNU | | Work Schedule: F | Status: A | Pay Period End Date: 07/12/2014 |
| Leave Concurrence: No | | Review Date: NOT Reviewed | Roster: 150019 | |
| Certified: Yes | | | | |
| Primary Certifying Officer: ALVIN, MARY ANNE | | | | |
| Phone: 4123865498 | | | | |

### Week 1

| | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Prem Hrs | 06:00 | 00:00 | 00:00 | 00:00 | 00:00 | 07:00 | 13:00 |

### Week 2

| | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Prem Hrs | 00:00 | 01:00 | 02:00 | 02:00 | 01:00 | 00:00 | 06:00 |

| Labor Date | Task | Task Description | Sub Acct Code | Job Order | Type Hours | Hours | Night Diff | Last Hour | Injury No | Shift Ovr | FLSA | User Data | Hazard | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |

All hours have been reviewed and are certified correct as of the end of the reporting period.  All premium hours have been approved and worked according to the appropriate laws and regulations.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

CONFIDENTIAL                                                                        MANI_008210

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

Automated Time and Attendance Report By Employee

Command Designator:         Activity Code: NT       UIC:        726000          Team:        150019          Run Date:                07/06/2015
Installation: NT            Installation Code: NT   SSN:                        Work Center: 00150          Pay Period Start Date:   07/13/2014
Employee:MANIVANNAN, AYYAKKANNU                     Work Schedule: F            Status:      A              Pay Period End Date:     07/26/2014
Leave Concurrence:  No                              Review Date:  NOT Reviewed  Roster:      150019
Certified:  Yes
Primary Certifying Officer:  ALVIN, MARY ANNE
Phone:  4123865498

### Week 1

|  | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Prem Hrs | 00:00 | 00:00 | 02:00 | 02:00 | 01:00 | 00:00 | 00:00 | 05:00 |

### Week 2

|  | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Prem Hrs | 00:00 | 00:00 | 00:00 | 02:00 | 02:00 | 00:00 | 00:00 | 04:00 |

| Labor Date | Task | Task Description | Sub Acct Code | Job Order | Type Hours | Hours | Night Diff | Last Hour | Injury No | Shift Ovr | FLSA | User Data | Hazard | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/14/2014 | 200001936 | VT1201000 - EERE SI-ANODE PROJECT - 2014 | | GT7080 | RG - Regular (Graded) | 02:00 | 00:00 | n | | | | | | |
| 07/14/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 06:00 | 00:00 | n | | | | | | |
| 07/15/2014 | 200001936 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 01:30 | 00:00 | n | | | | | | |
| 07/15/2014 | 200001936 | VT1201000 - EERE SI-ANODE PROJECT - 2014 | | GT7080 | CD - Credit Hours Earned | 00:30 | 00:00 | n | | | | | | |
| 07/15/2014 | 200001936 | VT1201000 - EERE SI-ANODE PROJECT - 2014 | | GT7080 | RG - Regular (Graded) | 02:00 | 00:00 | n | | | | | | |
| 07/15/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 06:00 | 00:00 | n | | | | | | |
| 07/16/2014 | 200001936 | VT1201000 - EERE SI-ANODE PROJECT - 2014 | | GT7080 | CD - Credit Hours Earned | 00:30 | 00:00 | n | | | | | | |
| 07/16/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 01:30 | 00:00 | n | | | | | | |
| 07/16/2014 | 200001936 | VT1201000 - EERE SI-ANODE PROJECT - 2014 | | GT7080 | RG - Regular (Graded) | 02:00 | 00:00 | n | | | | | | |
| 07/16/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 06:00 | 00:00 | n | | | | | | |
| 07/17/2014 | 200001936 | VT1201000 - EERE SI-ANODE PROJECT - 2014 | | GT7080 | CD - Credit Hours Earned | 00:15 | 00:00 | n | | | | | | |
| 07/17/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 00:45 | 00:00 | n | | | | | | |
| 07/17/2014 | 200001936 | VT1201000 - EERE SI-ANODE PROJECT - 2014 | | GT7080 | RG - Regular (Graded) | 02:00 | 00:00 | n | | | | | | |
| 07/17/2014 | 200001936 | VT1201000 - EERE SI-ANODE PROJECT - 2014 | | GT7080 | RG - Regular (Graded) | 02:00 | 00:00 | n | | | | | | |
| 07/18/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 06:00 | 00:00 | n | | | | | | |

All hours have been reviewed and are certified correct as of the end of the reporting period.  All premium hours have been approved and worked according to the appropriate laws and regulations.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

CONFIDENTIAL                                                    MANI_008211

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

## Automated Time and Attendance Report By Employee

**Command Designator:** **Activity Code:** NT
**Installation:** NT **Installation Code:** NT
**Employee:** MANIVANNAN, AYYAKKANNU
**Leave Concurrence:** No
**Certified:** Yes
**Primary Certifying Officer:** ALVIN, MARY ANNE
**Phone:** 4123865498

**UIC:** 726000
**SSN:** [redacted]
**Work Schedule:** F
**Review Date:** NOT Reviewed

**Team:** 150019
**Work Center:** 00150
**Status:** A
**Roster:** 150019

**Run Date:** 07/06/2015
**Pay Period Start Date:** 07/13/2014
**Pay Period End Date:** 07/26/2014

Week 1

| | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Prem Hrs | 00:00 | 00:00 | 02:00 | 02:00 | 01:00 | 00:00 | 00:00 | 05:00 |

Week 2

| | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Prem Hrs | 00:00 | 00:00 | 00:00 | 02:00 | 02:00 | 00:00 | 00:00 | 04:00 |

| Labor Date | Task | Task Description | Sub Acct Code | Job Order | Type Hours | Hours | Night Diff | Last Hour | Injury No | Shift Ovr | FLSA | User Data | Hazard | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/18/2014 | 200001936 | VT1201000 - EERE SI-ANODE PROJECT - 2014 | | GT7080 | RG - Regular (Graded) | 02:00 | 00:00 | n | | | | | | |
| 07/21/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 06:00 | 00:00 | n | | | | | | |
| 07/21/2014 | 200001936 | VT1201000 - EERE SI-ANODE PROJECT - 2014 | | GT7080 | RG - Regular (Graded) | 02:00 | 00:00 | n | | | | | | |
| 07/22/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 06:00 | 00:00 | n | | | | | | |
| 07/22/2014 | 200001936 | VT1201000 - EERE SI-ANODE PROJECT - 2014 | | GT7080 | RG - Regular (Graded) | 02:00 | 00:00 | n | | | | | | |
| 07/23/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 01:30 | 00:00 | n | | | | | | |
| 07/23/2014 | 200001936 | VT1201000 - EERE SI-ANODE PROJECT - 2014 | | GT7080 | CD - Credit Hours Earned | 00:30 | 00:00 | n | | | | | | |
| 07/23/2014 | 200001936 | VT1201000 - EERE SI-ANODE PROJECT - 2014 | | GT7080 | RG - Regular (Graded) | 02:00 | 00:00 | n | | | | | | |
| 07/23/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 06:00 | 00:00 | n | | | | | | |
| 07/24/2014 | 200001936 | VT1201000 - EERE SI-ANODE PROJECT - 2014 | | GT7080 | CD - Credit Hours Earned | 00:30 | 00:00 | n | | | | | | |
| 07/24/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 01:30 | 00:00 | n | | | | | | |
| 07/24/2014 | 200001936 | VT1201000 - EERE SI-ANODE PROJECT - 2014 | | GT7080 | RG - Regular (Graded) | 02:00 | 00:00 | n | | | | | | |
| 07/24/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 06:00 | 00:00 | n | | | | | | |
| 07/25/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |

All hours have been reviewed and are certified correct as of the end of the reporting period. All premium hours have been approved and worked according to the appropriate laws and regulations.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

### Automated Time and Attendance Report By Employee

| | | | |
|---|---|---|---|
| **Command Designator:** | **Activity Code:** NT | **UIC:** 726000 | **Team:** 150019 |
| **Installation:** NT | **Installation Code:** NT | **SSN:** | **Work Center:** 00150 |
| **Employee:** MANIVANNAN, AYYAKKANNU | | **Work Schedule:** F | **Status:** A |
| **Leave Concurrence:** No | | **Review Date:** NOT Reviewed | **Roster:** 150019 |
| **Certified:** Yes | | | |
| **Primary Certifying Officer:** ALVIN, MARY ANNE | | | |
| **Phone:** 4123865498 | | | |

| | |
|---|---|
| **Run Date:** | 07/06/2015 |
| **Pay Period Start Date:** | 07/27/2014 |
| **Pay Period End Date:** | 08/09/2014 |

#### Week 1

| | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Prem Hrs | 00:00 | 00:00 | 02:00 | 01:00 | 01:00 | 00:00 | 00:00 | 04:00 |

#### Week 2

| | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Scheduled | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Regular Hrs | 00:00 | 08:00 | 08:00 | 08:00 | 08:00 | 08:00 | 00:00 | 40:00 |
| Prem Hrs | 00:00 | 00:00 | 01:00 | 01:00 | 00:00 | 00:00 | 00:00 | 02:00 |

| Labor Date | Task | Task Description | Sub Acct Code | Job Order | Type Hours | Hours | Night Diff | Last Hour | Injury No | Shift Ovr | FLSA | User Data | Hazard | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/28/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 07/29/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 02:00 | 00:00 | n | | | | | | |
| 07/29/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 07/30/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 01:00 | 00:00 | n | | | | | | |
| 07/30/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 07/31/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 01:00 | 00:00 | n | | | | | | |
| 07/31/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 08/01/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 08/04/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 08/05/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 01:00 | 00:00 | n | | | | | | |
| 08/05/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 08/06/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CD - Credit Hours Earned | 01:00 | 00:00 | n | | | | | | |
| 08/06/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 08:00 | 00:00 | n | | | | | | |
| 08/07/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | CN - Credit Hours Taken | 03:00 | 00:00 | n | | | | | | |
| 08/07/2014 | 200001893 | FT JA AA9500000 COAL R&D DIRECT PROG - FY14/15 | | JA1002 | RG - Regular (Graded) | 05:00 | 00:00 | n | | | | | | |

All hours have been reviewed and are certified correct as of the end of the reporting period.  All premium hours have been approved and worked according to the appropriate laws and regulations.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED - FOR OFFICIAL USE ONLY

001150

CONFIDENTIAL

MANI_008213

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MANIVANNAN,AYYAKKANNU NMN | TV20546XC | PITTSBURGH PA | | 10/14/2011 | 10/14/2011 | 116.6 | 116.6 | 116.6 |
| MANIVANNAN,AYYAKKANNU NMN | TV20S5HCO | HYATTSVILLE MD | | 12/7/2011 | 12/9/2011 | 859.78 | 859.78 | 859.78 |
| MANIVANNAN,AYYAKKANNU NMN | TV20S5I5U | PITTSBURGH PA | | 11/16/2011 | 11/16/2011 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20S5I68 | PITTSBURGH PA | | 11/17/2011 | 11/17/2011 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20S5WF2 | PITTSBURGH PA | | 11/22/2011 | 11/22/2011 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20S79MV | PITTSBURGH PA | | 12/15/2011 | 12/15/2011 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20S79N2 | PITTSBURGH PA | | 12/16/2011 | 12/16/2011 | 0 | 0 | 0 |
| MANIVANNAN,AYYAKKANNU NMN | TV20S7WNH | PITTSBURGH PA | | 12/21/2011 | 12/21/2011 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20S7WO1 | PITTSBURGH PA | | 12/22/2011 | 12/22/2011 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SBPQR | PITTSBURGH PA | | 1/3/2012 | 1/3/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SAMUP | PITTSBURGH PA | | 2/3/2012 | 2/3/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SBIEH | PITTSBURGH PA | | 2/7/2012 | 2/7/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SBTB9 | DISTRICT OF COLUMBIA DC | | 2/26/2012 | 3/1/2012 | 2390.62 | 2390.62 | 2390.62 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SCOKE | PITTSBURGH PA | | 2/17/2012 | 2/17/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SO4OU | PITTSBURGH PA | | 2/24/2012 | 2/24/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SEKIO | BERKELEY CA | | 3/25/2012 | 4/3/2012 | 3103.7 | 3103.7 | 3103.7 |
| MANIVANNAN,AYYAKKANNU NMN | IV20SF6OI | CHERU KOR | | 6/15/2012 | 6/26/2012 | 5453.82 | 5453.82 | 5453.82 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SHVBT | PITTSBURGH PA | | 4/12/2012 | 4/12/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SHV9F | PITTSBURGH PA | | 4/13/2012 | 4/13/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SIVAK | PITTSBURGH PA | | 4/18/2012 | 4/18/2012 | 123.8 | 123.8 | 123.8 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SHVBA | PITTSBURGH PA | | 4/19/2012 | 4/19/2012 | 123.8 | 123.8 | 123.8 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SI1JZ | SEATTLE (KING) WA | | 5/5/2012 | 5/11/2012 | 3027.56 | 3027.56 | 3027.56 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SIKM1 | CRYSTAL CITY VA | | 5/14/2012 | 5/19/2012 | 1744.4 | 1744.4 | 1744.4 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SJB7Z | PITTSBURGH PA | | 5/1/2012 | 5/1/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SJBAR | PITTSBURGH PA | | 5/2/2012 | 5/2/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SJBB1 | PITTSBURGH PA | | 5/3/2012 | 5/3/2012 | 123.8 | 123.8 | 123.8 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SL1E0 | PITTSBURGH PA | | 5/23/2012 | 5/23/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SL1EV | PITTSBURGH PA | | 5/25/2012 | 5/25/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SLUHZ | ARLINGTON VA | | 6/6/2012 | 6/7/2012 | 394.9 | 394.9 | 394.9 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SN54R | LOS ANGELES CA | | 7/1/2012 | 7/8/2012 | 2819.35 | 2819.35 | 2819.35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SPQRS | PITTSBURGH PA | | 7/17/2012 | 7/17/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SPROD | KNOXVILLE TN | | 7/24/2012 | 7/29/2012 | 839.3 | 839.3 | 839.3 |
| MANIVANNAN,AYYAKKANNU NMN | IV20SRQ43 | AUSTIN (TRAVIS COUNTY) TX | | 8/12/2012 | 8/26/2012 | 5051.27 | 5051.27 | 5051.27 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SW0ET | PITTSBURGH PA | | 9/12/2012 | 9/12/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | IV20SW0E3 | PITTSBURGH PA | | 9/14/2012 | 9/14/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SW4YW | DULLES VA | | 10/4/2012 | 10/4/2012 | 0 | 0 | 0 |
| MANIVANNAN,AYYAKKANNU NMN | TV20SWOE3 | AUSTIN (TRAVIS COUNTY) TX | | 10/25/2012 | 10/29/2012 | 1822.04 | 1822.04 | 1822.04 |
| MANIVANNAN,AYYAKKANNU NMN | TV30SXUOO | TOKYO CITY JPN | ✗ | 11/10/2012 | 11/18/2012 | 4968.5 | 4968.5 | 4968.5 |
| MANIVANNAN,AYYAKKANNU NMN | TV30SZ68R | PITTSBURGH PA | | 10/18/2012 | 10/18/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV30SZ6BW | PITTSBURGH PA | | 10/19/2012 | 10/19/2012 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV30T0BTE | PITTSBURGH PA | | 11/1/2012 | 11/1/2012 | 142.17 | 142.17 | 142.17 |
| MANIVANNAN,AYYAKKANNU NMN | TV30T0BTO | PITTSBURGH PA | | 11/2/2012 | 11/2/2012 | 0 | 0 | 0 |
| MANIVANNAN,AYYAKKANNU NMN | TV3DT082Q | DULLES VA | | 10/5/2012 | 10/14/2012 | 3978.02 | 3978.02 | 3978.02 |
| MANIVANNAN,AYYAKKANNU NMN | TV3DT4WGB | STATE COLLEGE PA | | 1/17/2013 | 1/19/2013 | 365.96 | 365.96 | 365.96 |
| MANIVANNAN,AYYAKKANNU NMN | TV30T559X | FALLS CHURCH VA | | 1/31/2013 | 2/1/2013 | 348.92 | 348.92 | 348.92 |
| MANIVANNAN,AYYAKKANNU NMN | TV30T5APY | PITTSBURGH PA | | 2/6/2013 | 2/6/2013 | 30 | 30 | 30 |
| MANIVANNAN,AYYAKKANNU NMN | TV30T6AZO | BERKELEY CA | | 2/11/2013 | 2/15/2013 | 1622.37 | 1622.37 | 1622.37 |
| MANIVANNAN,AYYAKKANNU NMN | TV30T6H32 | PITTSBURGH PA | | 2/7/2013 | 2/7/2013 | 25 | 25 | 25 |
| MANIVANNAN,AYYAKKANNU NMN | TV30T9ILL | PITTSBURGH PA | | 3/21/2013 | 3/21/2013 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV30TA4S7 | GREENBELT MD | | 4/4/2013 | 4/6/2013 | 500.68 | 500.68 | 500.68 |
| MANIVANNAN,AYYAKKANNU NMN | TV30TBBNO | PITTSBURGH PA | | 4/16/2013 | 4/16/2013 | 35 | 35 | 35 |
| MANIVANNAN,AYYAKKANNU NMN | TV30TBQ20 | ARLINGTON VA | | 5/12/2013 | 5/18/2013 | 1894.73 | 1894.73 | 1894.73 |

000264

EXHIBIT 3

CONFIDENTIAL MANI_008214

| MANIVANNAN,AYYAKKANNU NMN | TV30T8VMA | DAYTON (MONTGOMERY COUNTY) OH | 4/29/2013 | 5/1/2013 | 344.32 | 344.32 | 344.32 |
|---|---|---|---|---|---|---|---|
| MANIVANNAN,AYYAKKANNU NMN | TV30TGMUP | WASHINGTON DC | 7/2/2013 | 7/3/2013 | 310.78 | 310.78 | 310.78 |
| MANIVANNAN,AYYAKKANNU NMN | TV30TH37O | STATE COLLEGE PA | 7/7/2013 | 7/9/2013 | 385.96 | 385.96 | 385.96 |
| MANIVANNAN,AYYAKKANNU NMN | TV30TKZ7N | KNOXVILLE TN | 8/14/2013 | 8/17/2013 | 481.42 | 481.42 | 481.42 |
| MANIVANNAN,AYYAKKANNU NMN | TV30TM2J8 | PROVIDENCE RI | 9/11/2013 | 9/14/2013 | 2330.16 | 2330.16 | 2330.16 |
| MANIVANNAN,AYYAKKANNU NMN | TV4QA07MR | BERKELEY CA | 3/17/2014 | 3/20/2014 | 0 | 0 | 0 |
| MANIVANNAN,AYYAKKANNU NMN | TV4QA09D0 | STATE COLLEGE PA | 3/24/2014 | 3/25/2014 | 224.02 | 224.02 | 224.02 |
| MANIVANNAN,AYYAKKANNU NMN | TV40A0AMJ | BERKELEY CA | 3/17/2014 | 3/20/2014 | 1800.87 | 1800.87 | 1800.87 |
| MANIVANNAN,AYYAKKANNU NMN | TV4QA0CTW | ORLANDO FL | 5/10/2014 | 5/17/2014 | 2858.33 | 2858.33 | 2858.33 |
| MANIVANNAN,AYYAKKANNU NMN | TV4QA0ECV | MILAN ITA | 6/7/2014 | 6/13/2014 | 50.75 | 50.75 | 50.75 |
| MANIVANNAN,AYYAKKANNU NMN | TV4QA0JR5 | WASHINGTON DC | 6/15/2014 | 6/21/2014 | 1917.65 | 1917.65 | 1917.65 |
| MANIVANNAN,AYYAKKANNU NMN | TV4QA0PAA | LOS ANGELES CA | 6/29/2014 | 7/6/2014 | 2981.68 | 2981.68 | 2981.68 |
| MANIVANNAN,AYYAKKANNU NMN | TV50A1L3U | WEST LAFAYETTE IN | 10/20/2014 | 10/23/2014 | 488.93 | 488.93 | 488.93 |
| MANIVANNAN,AYYAKKANNU NMN | TV50A1OVR | STATE COLLEGE PA | 11/17/2014 | 11/18/2014 | 193.15 | 193.15 | 193.15 |
| MANIVANNAN,AYYAKKANNU NMN | TV50A1UAU | WASHINGTON DC | 12/22/2014 | 12/24/2014 | 320.73 | 320.73 | 320.73 |
| MANIVANNAN,AYYAKKANNU NMN | TV50A1YBH | SAN FRANCISCO CA | 1/20/2015 | 1/23/2015 | 1970.07 | 1970.07 | 1970.07 |
| MANIVANNAN,AYYAKKANNU NMN | TV50A23JT | DENVER CO | 3/21/2015 | 3/25/2015 | 2785.34 | 2785.34 | 2785.34 |
| MANIVANNAN,AYYAKKANNU NMN | TV50A24NJ | ROCHESTER NY | 2/10/2015 | 2/12/2015 | 793.75 | 793.75 | 793.75 |
| MANIVANNAN,AYYAKKANNU NMN | TV50A24U8 | LIVERMORE CA | 3/9/2015 | 3/12/2015 | 1825.17 | 1825.17 | 1825.17 |
| MANIVANNAN,AYYAKKANNU NMN | TV50A2FQH | SAN FRANCISCO CA | 4/8/2015 | 4/10/2015 | 1404.95 | 1404.95 | 1404.95 |
| MANIVANNAN,AYYAKKANNU NMN | TV50A2ITC | CHICAGO IL | 5/23/2015 | 5/29/2015 | 2788.67 | 2788.67 | 2788.67 |
| MANIVANNAN,AYYAKKANNU NMN | TV50A2Q92 | WASHINGTON DC | 5/11/2015 | 5/12/2015 | 607.73 | 607.73 | 607.73 |
| MANIVANNAN,AYYAKKANNU NMN | TV50A2QGM | WASHINGTON DC | 5/30/2015 | 6/12/2015 | 1966.25 | 1966.25 | 1966.25 |
| MANIVANNAN,AYYAKKANNU NMN | TV50A34IF | ALBANY OR | 8/3/2015 | 8/16/2015 | 0 | 0 | 0 |

000265

CONFIDENTIAL

MANI_008215

## Maryanne Alvin - Re: FY14Q3 Performance Review

| | |
|---|---|
| **From:** | Maryanne Alvin |
| **To:** | Alvin, Maryanne; Manivannan, Ayyakkannu |
| **Date:** | 6/24/2014 3:37 PM |
| **Subject:** | Re: FY14Q3 Performance Review |
| **CC:** | Gemmen, Randall |
| **Attachments:** | Mani 062414 PerformancePlan[3].pdf |

Mani -

Per your email below (6/23/2014 at 3:02 pm), your preference has been not to discuss the performance comments, and therefore I have attached the review per this quarter. For the process of my releasing the review to you, my signature would indicate that this plan was discussed -- which it had not been, per your choice. I therefore have followed HR's guidance to sign and release the form, with comments that indicted your comment not to meet to discuss this performance review, and then I subsequently followed HR's instructions for completing the required efforts at this time.

Note: The original form coming into this review had not been acknowledged/signed by yourself back on March 2014, when all FMDD employees were requested to go into e-performance and review/sign the required NETL/DOE goal changes. This only reflected changes to the goals, while all items in the Critical Elements remained as originally discussed prior to March 2014.

Note: The purpose of the FY14-Q3 performance review meeting with myself, as your current supervisor at this time, was to not only address your past performance, but also what is needed to support future plans both as you may desire, as well as from the division and organizational needs.

My understanding is that you are on leave this week, and on EERE travel to San Fran, CA, during the week of June 30, 2014, to be returning to the office on July 7, 2014. I will be scheduling a meeting with you on July 7, 2014, to discuss with you changes to your division assignment for FY15. Should you wish to discuss the performance review at that time, we can do so.

MAA


>>> Ayyakkannu Manivannan 6/23/2014 3:02 PM >>>
I let you evaluate and judge by yourself. I accept whatever you decide.
Mani
-----Original Message-----
From: Maryanne Alvin
To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>
Cc: Gemmen, Randall <Randall.Gemmen@NETL.DOE.GOV>
To: Alvin, Maryanne <Maryanne.Alvin@NETL.DOE.GOV>
Cc: Downey, Constance <Constance.Downey@NETL.DOE.GOV>

000501

CONFIDENTIAL

MANI_008216

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Wednesday, January 01, 2014 5:03 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | paper |
| **Attachments:** | Manuscript_revised_final_5_highlighted corrections.docx |

check my minor corrections....some repeated sentences and word choice

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, January 02, 2014 6:13 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: paper attached |

I will be calling this evening

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park


On Jan 2, 2014, at 4:27 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
wrote:

> Dear Maria:
>
> I forgot to mention. Faith will get back from her doctor appointment and take a final look at the
> manuscript.
> Mani
>
> >>> "Abreu-Sepulveda, Maria" <m.abreu-sepulveda@rochester.edu> 1/2/2014 4:09 PM >>>
> Hi Mani,
>
>
> I have attached the latest version with some minor modifications... I noticed Figure 3 was
> replaced... What is the white dots on the surface of the new figure 3?
>
>
> also, what will be my affiliation? :)
>
>
> Maria
>
> ----- Original Message -----
> From: "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
> To: "faith r beck" <faith.r.beck@gmail.com>, "Maria Abreu-Sepulveda"
> <mabreuse@hse.rochester.edu>
> Sent: Thursday, January 2, 2014 2:30:07 PM
> Subject: paper attached
>
>
> I have attached the paper. Please take a final look.
> Thanks

1

CONFIDENTIAL

MANI_008218

Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

2

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, January 02, 2014 9:28 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | paper |
| **Attachments:** | Mat.Lett_Doped LLZrO and LLTO_10.docx |

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Saturday, January 04, 2014 3:00 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: please respond to the e-mails I send |

I will. havent been well


On Sat, Jan 4, 2014 at 12:27 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
Dear Faith:
�
Please, Please respond to the e-mails. Professionally it is important.
Thanks
Mani
�
�
Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance�Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV� 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov




--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Sunday, January 05, 2014 1:08 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: please respond to the e-mails I send |

Dear DR. Mani

PLEASE order:

LaNO3--------MW=433.01
and more titanium MW=294

On Sat, Jan 4, 2014 at 2:58 PM, Faith Beck <faith.r.beck@gmail.com> wrote:
 I will. havent been well

 On Sat, Jan 4, 2014 at 12:27 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
   Dear Faith:
   �
   Please, Please respond to the e-mails. Professionally it is important.
   Thanks
   Mani
   �
   �
   Mani
   --------------------------
   A. Manivannan, Ph.D
   US DOE/NETL
   Materials Performance�Division
   3610 Collins Ferry Rd.
   P.O. Box 880
   Morgantown, WV� 26507-0880

   Tel: (304) 285-2078
   Fax:(304) 285-0903
   e-mail: manivana@netl.doe.gov

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**CONFIDENTIAL**

**MANI_008222**

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

**CONFIDENTIAL**                                   **MANI_008223**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Sunday, January 05, 2014 1:03 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Fwd: Chemicals to order |

---------- Forwarded message ----------
From: **Faith Beck** <faith.r.beck@gmail.com>
Date: Sun, Jan 5, 2014 at 1:00 PM
Subject: Chemicals to order
To: Shimeng Hao <shhao@mix.wvu.edu>

Dearest Shimeng:

Can you please order the following chemicals?

1. LaNO3--------MW=433.01-----500g
2. 1 L of Nitric Acid
3. http://www.alfa.com/en/catalog/10895---the 50 g case

Thank you soooo much

Talk soon

Faith

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**MANI_008224**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Monday, January 06, 2014 5:37 PM |
| **To:** | Hao, Shimeng |
| **Cc:** | Manivannan, Ayyakkannu |
| **Subject:** | 1 more chemical..... |

60820-50GShips on 01/06/14 - FROM�32.20

# Cobalt(II) chloride hexahydrate

Dear Shimeng can you buy 50 g of this chemical?

Thanks so much

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008225

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Saturday, January 11, 2014 2:38 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: Electrochimica acta-Sn/graphene |

Dear Mani:

I am busy today

Will check as soon as i can


On Sat, Jan 11, 2014 at 2:29 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
Dear Faith:

Please try to address these comments. They are pretty simple. Especially, #3 reviewer.
Mani

-----Original Message-----
From: ees.electacta.1c9.263534.326bf91c@eesmail.elsevier.com
[mailto:ees.electacta.1c9.263534.326bf91c@eesmail.elsevier.com] On Behalf Of Ruediger Koetz
Sent: Saturday, December 28, 2013 5:53 AM
To: Kumta, Prashant N
Subject: Electrochimica Acta - Your Submission (KR13-404)

Ms. Ref. No.:  KR13-404
Title: Microwave Derived Facile Approach to Sn/Graphene Composite Anodes for  Lithium-Ion Batteries Electrochimica
Acta

Dear Edward R. Weidlein Chair Professor P.N. Kumta,

The manuscript you submitted for publication was sent out to referees for review. Please find enclosed their reports. I
am happy to tell you that the referees recommend publication of your paper, although with REVISIONS.

In the preparation of a revised manuscript, I would be grateful if you could try to comply with the referees'
recommendations giving adequate reasons for your views where you may disagree with their criticisms. It would be
helpful if you could enclose a detailed description of amendments in a separate WORD file (Replies to Referees -
please provide separate replies to each referee) together with the electronic version (WORD or LATEX) of the revised
manuscript (PLEASE HIGHLIGHT CHANGESWITH A YELLOW BACKGROUND).

Recommended date for resubmission: ON or BEFORE Jan 27, 2014

A PAPER UNDER REVISION NOT RETURNED AFTER TWO MONTHS OF THE DATE OF THIS LETTER WILL BE
CONSIDERED AS WITHDRAWN.

To submit a revision, please go to http://ees.elsevier.com/electacta/ and login as an Author.
Your username is: pkumta

If you cannot remember your password, please click the "Send Username/Password" link on the Login page.

CONFIDENTIAL

MANI_008226

On your Main Menu page is a folder entitled "Submissions Needing Revision". You will find your submission record there. Also, the reviewer(s) may have uploaded a file with detailed comments on your manuscript. Click on "View Reviewer Attachments" to access any detailed comments from the reviewer(s) that may have been included.

Please note that this journal offers a new, free service called AudioSlides: brief, webcast-style presentations that are shown next to published articles on ScienceDirect (see also http://www.elsevier.com/audioslides). If your paper is accepted for publication, you will automatically receive an invitation to create an AudioSlides presentation.

Yours sincerely,

Ruediger Koetz, Dr.
Associate Editor
Electrochimica Acta

Reviewers' comments:

Reviewer #1: The manuscript entitled "Microwave Derived Facile Approach to Sn/Graphene Composite Anodes for Lithium-Ion Batteries" describes synthesis and electrochemical characterization of Sn/graphene composite anode for Li-ion battery. SnO2/graphene has been reported previously but pure Sn/graphene composite is more challenging due to melting of Sn during heat treatment making this composite difficulty to cycle. Current manuscript is interesting in terms of synthesis and performance. The manuscript is well written and characterized. Therefore, I recommend current manuscript to be published in Electrochimica Acta. Here are some comments.

1. I recommend citing following paper which is related to the current manuscript.
Donghai Wang, Rong Kou, Daiwon Choi, Zhenguo Yang, Zimin Nie, Juan Li, Laxmikant V. Saraf, Jiguang Zhang, Gordon L. Graff, Jun Liu, Micheal A. Pope, Ilhan A. Aksay, "Ternary Self-assembly of Metal-Oxide-Graphene Nanocomposites for Electrochemical Energy Storage", ACS Nano, 4(3), p.1587-1595 (2010)

Reviewer #3: In the paper, the authors present the synthesis of Sn/graphene via a microwave process and subsequent annealing in argon. The composite electrode exhibits improved specific capacity and stability. However, there are several minor questions before the paper to be in publication.

(1) The synthesis of graphene-SnO2 has been reported.  It would be helpful to explain the difference in mesostructure transition from graphene-SnO2 to graphene-Sn during the post microwave treatment. The author should cite the original paper of graphene-SnO2 nanocomposite (ACS Nano 2010, 4, 1587) to explain the transition.

(2) In the abstract part, one minor error is that SnCl2 is totally different from SnCl2·2H2O. From the experimental part, the tin precursor is SnCl2·2H2O, thus SnCl2 should be changed to SnCl2·2H2O.

(3) In Table 1, there are four samples: Sn-1(34 wt.%), Sn-2(43 wt.%), Sn-3(86 wt.%), Sn-1(90 wt.%), and their electrochemical performance. In order to examine the relationship between the first discharge capacity and the amount of Sn, the author should provide three more samples：Sn-5(50 wt.%), Sn-6(60 wt.%), Sn-7(70 wt.%) and their electrochemical performance. Then we will know the best amount of Sn to get highest first discharge capacity.

(4) In Table 1, the difference in first discharge capacity between Sn-3(86 wt.%) and Sn-1(90 wt.%) is not clearly explained in the paper. In Line 14, Page 10, the authors explains that:
However, in the Sn-4 (90 wt.%Sn) sample, the composite can be realized to be mainly composed of spherical Sn droplets held loosely by a small fraction of graphene layers. We speculate that this could result in a scenario where some of the Sn droplets are isolated and thus not well connected electrically to the whole composite, resulting in a decreased overall first discharge capacity.
If the explanation is reasonable, how about first discharge capaicity of Sn-x(80 wt.%) and Sn-y(95 wt.%)?

CONFIDENTIAL

MANI_008227

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

3

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Tuesday, January 14, 2014 8:49 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | -- |
| **Attachments:** | ME 410 Heat Transfer.pptx |

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**CONFIDENTIAL**

**MANI_008229**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Wednesday, January 15, 2014 8:04 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: Plan |

it is critical
that is why i told you

On Wed, Jan 15, 2014 at 12:06 AM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov>
wrote:
 Be clear with the plan on 18,19,20.
 Always, send a quick mail and follow.
 Change is not good unless critical.
 Mani

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

CONFIDENTIAL

MANI_008230

## Hunzeker, Mark T.

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, January 16, 2014 8:36 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Fwd: ME 410 |

I found it- been stressed lately and forgot where he told me
---------- Forwarded message ----------
From: **Stephen Lynch** <spl11@engr.psu.edu>
Date: Tues, Jan 14, 2014 at 9:10 AM
Subject: ME 410
To: Faith Beck <faith.r.beck@gmail.com>

Faith,



Can we meet in the afternoon (around 3pm) Friday to clear up any confusion about the grading schedule with Dr. Thynell's student?

Thanks,

Steve



**Steve Lynch, Ph.D.**

**Assistant Professor, Mechanical & Nuclear Engineering**

**The Pennsylvania State University**

**331 Reber Building**

**University Park, PA 16802**

**Office: 814-867-4768**

**Cell: 860-993-2652**

**Email: splynch@psu.edu**



1

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

CONFIDENTIAL

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, January 16, 2014 9:48 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: Na paper |

was it rejected from the other journal?

On Thu, Jan 16, 2014 at 6:44 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
> Dear Faith:
> 
> We plan to submit to Journal of Solid State Electrochemistry. Please change the reference format intothe attached
> pdf document.
> Mani
> 
> 
> Mani
> --------------------------
> A. Manivannan, Ph.D
> US DOE/NETL
> Materials PerformanceDivision
> 3610 Collins Ferry Rd.
> P.O. Box 880
> Morgantown, WV 26507-0880
>
> Tel: (304) 285-2078
> Fax:(304) 285-0903
> e-mail: manivana@netl.doe.gov

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008233

## Hunzeker, Mark T.

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, January 16, 2014 10:45 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: Na paper |

**Dear Mani:**

**the references should be fine as they are. Read below**

**References�**

There are no strict requirements on reference formatting at submission. References can be in any style or format as long as the style is consistent. Where applicable, author(s) name(s), journal title/book title, chapter title/article title, year of publication, volume number/book chapter and the pagination must be present. Use of DOI is highly encouraged. The reference style used by the journal will be applied to the accepted article by Elsevier at the proof stage. Note that missing data will be highlighted at proof stage for the author to correct.

On Thu, Jan 16, 2014 at 9:46 PM, Faith Beck <faith.r.beck@gmail.com> wrote:
  was it rejected from the other journal?

On Thu, Jan 16, 2014 at 6:44 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:

    Dear Faith:
    �
    We plan to submit to Journal of Solid State Electrochemistry. Please change the reference format into�the attached pdf document.
    Mani�
    �
    �
    Mani
    --------------------------
    A. Manivannan, Ph.D
    US DOE/NETL
    Materials Performance�Division
    3610 Collins Ferry Rd.
    P.O. Box 880
    Morgantown, WV� 26507-0880

    Tel: (304) 285-2078
    Fax:(304) 285-0903
    e-mail: manivana@netl.doe.gov

--
Faith Beck

1

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

## Hunzeker, Mark T.

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Friday, January 17, 2014 12:04 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: JSEL: Manuscript entitled Synthesis and Electrochemical Studies of Na0.79CoO2 and Na0.79Co0.7Mn0.3O2 Cathodes for Sodium-ion Batteries returned to author |

will check when get back to room after professor appt

On Fri, Jan 17, 2014 at 11:22 AM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
check this ASAP. files attached.

>>> "Editorial Office JOSSEC" <jossec@michael-hermes.com> 1/17/2014 11:09 AM >>>
Dear Professor Manivannan,

The manuscript cannot start the review process until the following corrections are made to meet the journal's requirements (see Instructions for authors and the MANUSCRIPT CHECK LIST (PDF), as well):

- Please write physical symbols IN ITALICS, and subscripts or superscripts - UPRIGHT! Correct the symbols theta, chi, M, H, Q, U, μ, x, S, G, r, I, V (potential), y, Z, please! (including in Figures, Tables)

- Please put a blank between number and unit, respectively, e.g. '900 °C', '18 h'! (exceptions: Y° for angles, X%)

- Please use the abbreviation 'h' for hours!

- Please re-write the references according to JOSSEC's rules: See format examples in the MANUSCRIPT CHECK LIST (PDF on the web site: "Instructions for authors")!

Please edit your submission and make the necessary changes by logging into the Editorial Manager at:
http://jsel.edmgr.com/
and clicking on "Submissions Waiting for Author's Approval".

You must then click on "Edit Submission", make the necessary changes, upload your revised manuscript, remove your old manuscript, and approve your submission.

If you have any questions, please do not hesitate to contact me.

Kind regards,

Michael Hermes
Editorial Office
Journal of Solid State Electrochemistry


--
Faith Beck

CONFIDENTIAL

MANI_008236

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

MANI_008237

**Hunzeker, Mark T.**

| | |
|---|---|
| From: | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| Sent: | Friday, January 17, 2014 12:25 PM |
| To: | Manivannan, Ayyakkannu |
| Subject: | Re: JSEL: Manuscript entitled Synthesis and Electrochemical Studies of Na0.79CoO2 and Na0.79Co0.7Mn0.3O2 Cathodes for Sodium-ion Batteries returned to author |

I will call when I finish my appt around 1

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 17, 2014, at 12:18 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

> you said you will give me a call.
>
> >>> Faith Beck <faith.r.beck@gmail.com> 1/17/2014 12:01 PM >>>
> will check when get back to room after professor appt

> On Fri, Jan 17, 2014 at 11:22 AM, Ayyakkannu Manivannan
> <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
>> check this ASAP. files attached.
>>
>> >>> "Editorial Office JOSSEC" <jossec@michael-hermes.com> 1/17/2014 11:09 AM >>>
>> Dear Professor Manivannan,
>>
>> The manuscript cannot start the review process until the following corrections are made to meet the journal's requirements (see Instructions for authors and the MANUSCRIPT CHECK LIST (PDF), as well):
>>
>> - Please write physical symbols IN ITALICS, and subscripts or superscripts - UPRIGHT! Correct the symbols theta, chi, M, H, Q, U, µ, x, S, G, r, I, V (potential), y, Z, please! (including in Figures, Tables)
>>
>> - Please put a blank between number and unit, respectively, e.g. '900 °C', '18 h'! (exceptions: Y° for angles, X%)
>>
>> - Please use the abbreviation 'h' for hours!
>>
>> - Please re-write the references according to JOSSEC's rules: See format examples in the MANUSCRIPT CHECK LIST (PDF on the web site: "Instructions for authors")!
>>
>> Please edit your submission and make the necessary changes by logging into the Editorial Manager at:
>> http://jsel.edmgr.com/

1

and clicking on "Submissions Waiting for Author's Approval".

You must then click on "Edit Submission", make the necessary changes, upload your revised manuscript, remove your old manuscript, and approve your submission.

If you have any questions, please do not hesitate to contact me.

Kind regards,

Michael Hermes
Editorial Office
Journal of Solid State Electrochemistry


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

CONFIDENTIAL

MANI_008239

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, January 23, 2014 1:59 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Dear Mani |
| **Attachments:** | comments.docx |

Dear Mani
Sn paper comments are attached

please let me know


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008240

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Tuesday, January 28, 2014 1:19 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: attached your paper |

I will�

On Tue, Jan 28, 2014 at 1:13 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:

You can give a simple reply. You can lead it but need to tell me. If you do not reply I will take it as "No" Maria will only help me.
Mani

>>> Ayyakkannu Manivannan 1/28/2014 11:32 AM >>>
Realized your are busy. I found the paper. I have attached the paper draft you sent me in November. You can check it and tell me. It should be ASAP.
SEM, XRD are same as the other paper. Include only ionic conductivity data that is available from the slides.
Please respond.
plan to submit this week.
Mani

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**CONFIDENTIAL**                                                                **MANI_008241**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Tuesday, January 28, 2014 4:21 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: attached your paper |

Tremendously busy today. Will give answer tonight when I get back to room

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park


On Jan 28, 2014, at 2:46 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
wrote:

> Please give me a clear answer how and when? My plan is to submit this week.
> Mani
>
> >>> Faith Beck <faith.r.beck@gmail.com> 1/28/2014 1:17 PM >>>
> I will
>
>
> On Tue, Jan 28, 2014 at 1:13 PM, Ayyakkannu Manivannan
> <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
>> You can give a simple reply. You can lead it but need to tell me. If you do not reply I will take it as "No"
>> Maria will only help me.
>> Mani
>>
>> >>> Ayyakkannu Manivannan 1/28/2014 11:32 AM >>>
>> Realized your are busy. I found the paper. I have attached the paper draft you sent me in November.
>> You can check it and tell me. It should be ASAP.
>> SEM, XRD are same as the other paper. Include only ionic conductivity data that is available from the
>> slides.
>> Please respond.
>> plan to submit this week.
>> Mani
>>
>>
>>
>> --
>> Faith Beck

CONFIDENTIAL                                                                      MANI_008242

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

CONFIDENTIAL

## Hunzeker, Mark T.

| | |
|---|---|
| **From:** | Donghai Wang <dwang@engr.psu.edu> <dwang@engr.psu.edu> |
| **Sent:** | Wednesday, January 29, 2014 4:10 PM |
| **To:** | Beck, Faith |
| **Cc:** | Manivannan, Ayyakkannu |
| **Subject:** | Faith, |

Faith,

Please let us meet next Monday morning during the individual meeting time.  and please also start to complete lab training so that you can start to warm up on experiments.  Thanks.

Donghai

1

CONFIDENTIAL                                                                                                              MANI_008244

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Donghai Wang <dwang@engr.psu.edu> <dwang@engr.psu.edu> |
| **Sent:** | Wednesday, January 29, 2014 5:30 PM |
| **To:** | Beck, Faith |
| **Cc:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: |

Sure, Faith. Talk to you at 11:15 am Monday morning.

Thanks,

Donghai

On Jan 29, 2014, at 4:42 PM, "Faith Beck" <faith.r.beck@gmail.com> wrote:

> Dear Dr. Wang:
> may I come at 11:15am? I have class until that time
>
> Thanks so much
>
> Faith
>
> **Faith Beck**
>
> Graduate Student
> Department of Mechanical and Nuclear Engineering
> The Pennsylvania State University, University Park
>
>
> On Jan 29, 2014, at 4:08 PM, Donghai Wang <dwang@engr.psu.edu> wrote:
>
>> Faith,
>>
>> Please let us meet next Monday morning during the individual meeting time. and please
>> also start to complete lab training so that you can start to warm up on
>> experiments. Thanks.
>>
>> Donghai

1

CONFIDENTIAL

MANI_008245

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, January 30, 2014 5:29 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | i need a letter of recommendation from faculty for the ECS award |

can you send me a letter of recommendation for ECS?

\--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008246

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Friday, January 31, 2014 12:02 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | please send ECS letter so I can apply |

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Friday, January 31, 2014 12:51 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | slides for bi-weekly |
| **Attachments:** | Bi-weekly Report_02032014.pptx |

Mani:

attached are the slides I will show Donghai next monday. Please send me the ECS recommendation letter which is due tomorrow. I will ask Donghai if I dont hear from you.

Faith

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**CONFIDENTIAL**

**MANI_008248**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Friday, January 31, 2014 1:01 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | electrochem paper |

Dear Mani

you never answered my questions on the draft of the electrochem paper. the questions are in red. please provide me with the answers

thanks

faith
--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008249

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Friday, February 14, 2014 10:09 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: ORISE |

You said no pressure.

There is no rush

You and dr wang said no stress

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Feb 14, 2014, at 1:25 AM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
wrote:

> Tomorrow morning will be the last day. I had to due to administrative and project deadlines.
> -----Original Message-----
> From: Faith Beck <faith.r.beck@gmail.com>
> To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>
>
> Sent: 2/14/2014 1:08:11 AM
> Subject: Re: Fw: ORISE
>
> will discuss during normal hours
>
>
> On Fri, Feb 14, 2014 at 12:59 AM, Ayyakkannu Manivannan <
> Ayyakkannu.Manivannan@netl.doe.gov> wrote:
>
>
>> No reply.
>>
>> ---------- Forwarded message ----------
>> From: "Ayyakkannu Manivannan"
>> <Ayyakkannu.Manivannan@NETL.DOE.GOV>
>> To: "Faith Beck" <faith.r.beck@gmail.com>
>> Cc:

1

CONFIDENTIAL

MANI_008250

Date: Thu, 13 Feb 2014 15:48:20 -0500
Subject: Re: ORISE
Dear Faith:

I need to discuss with you. It seems your are too excited. Please let me
know the time to talk to. As I said, it is all for your good and it is the
same as we discussed before.
We need to discuss soberly the method not your decision. Please do
understand my constrains at NETL.
Please do that and talk nicely. I look forward to talk to you. You are a
wonderful researcher.
I appreciate it.
Mani

> Faith Beck
> <faith.r.beck@gmail.com>
> 2/13/2014 3:31 PM >>>
I will let you know my plan about orise

*Faith Beck*

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Feb 13, 2014, at 2:58 PM, "Ayyakkannu Manivannan" <
Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

Terry:

Let me talk to Faith and let you know.
Thanks
Mani

Mani

2

MANI_008251

--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

<Manivannan, Ayyakkannu.vcf>

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

3

MANI_008252

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Saturday, February 15, 2014 1:38 PM |
| **To:** | Manivannan, Ayyakkannu;mabreuse@z.rochester.edu;Abreu-Sepulveda, Maria A. (CONTR) |
| **Subject:** | Pellet Making |

Dear Maria and Dr. Mani

Below you will find a list of the samples which need to be pressed into pellets and sintered for 6 hrs (6 hr ramp) at 1200C.◆

Three (3) pellets should be made of each material in case one breaks.◆

I will be coming in March to make them if you would like to wait until that time

SN67- ◆ $Li7La3Zr1Ti1O12$
SN68- ◆ $Li7La3Zr1.2Ti0.8O12$
SN44C- $Li7La3Zr1.4Ti0.6O12$
SN69- ◆ $Li7La3Zr1.6Ti0.4O12$
SN70- ◆ $Li7La3Zr1.8Ti0.2O12$

please let me know if you have any questions. All of these materials have already been annealed at 1000C for 6hrs

Talk soon

Faith

Sincerely

Faith
--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**CONFIDENTIAL**

**MANI_008253**

**Hunzeker, Mark T.**

| From: | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
|---|---|
| Sent: | Sunday, March 09, 2014 11:21 PM |
| To: | Manivannan, Ayyakkannu;Tucker, David A. |
| Subject: | MLEF 2014 |

Dear Mani and Dave:

I am reconfirming my acceptance of the MLEF 2014 program to work with Dave this summer.

This is a postponement of the ORISE appointment until Fall 2014.?

Please contact me if there are any questions

Thanks so much


Faith


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

CONFIDENTIAL

**Hunzeker, Mark T.**

| | |
|---|---|
| From: | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| Sent: | Sunday, March 16, 2014 10:20 PM |
| To: | mikhail.gordin@gmail.com |
| Cc: | Manivannan, Ayyakkannu;Wang, Donghai |
| Subject: | Re: XPS samples |

Dear Mikhail:

I already provided Jim Poston (who runs the samples) with all of the information that I was given by Duhai and Zhaoxin

If Jim needs any other information, he will let me know.


Thanks,◆

Faith


On Sun, Mar 16, 2014 at 7:42 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:

Dear Mikhail:
◆
We received some XPS samples from Faith. Could you please send me the details on the nature of the samples and the specific oxidations states to examine.
◆
regards
Mani
◆
◆
Mani
-------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance◆Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV◆ 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov


--
Faith Beck

1

CONFIDENTIAL

MANI_008255

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, March 20, 2014 10:19 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: Register Today for Orlando Short Courses |
| **Attachments:** | Part.013; Part.008; Part.012; Part.005; Part.015; Part.002; Part.004; Part.014; Part.011; Part.007; Part.010; Part.006; Part.003; Part.009 |

This course is 200 dollars I think

On Tuesday, March 18, 2014, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
Impedance course by Mark Orazem. free course.

>>> ECS Educational Services <ecs@electrochem.org> 3/18/2014 6:09 AM >>>

1

                                                                 MANI_008257

*Take an inside look at the four Short Courses available...*

- Grid-Scale Energy Storage introduces students to the concepts associated with the "smart grid" and the demands that intermittent renewable power sources place on the grid from the perspective of distribution. Instructor Jeremy P. Meyers, and his colleagues, received the George Mead Medal for engineering achievement | More

- More-than-Moore Technologies: Device, Circuit and System Perspectives, presented by the IBM Invention Achievement Award recipient Yiyu Shi, helps the attendee develop a basic understanding of fundamental mechanisms behind various More-than-Moore technologies, and their possible applications in computer circuit and system designs | More

- Advanced Impedance Spectroscopy, presented by recognized expert Mark E. Orazem, helps attendees develop a basic understanding of the technique, the sources of errors in impedance measurements, the manner in which experiments can be optimized to reduce these errors, and the use of graphical methods to interpret measurements in terms of meaningful physical properties | More

- Fundamentals of Electrochemistry - Basic Theory and Thermodynamic Methods presented by electrochemist and corrosion specialist Jamie Noël, covers the basic theory and application of electrochemical science. It is targeted toward people with a physical sciences or engineering background who have not been trained as electrochemists, but who want to add electrochemical methods to their repertoire of research approaches | More

- View all 225th ECS Meeting Short Courses: Space is limited for each Short Course and pre-registration is required - please sign-up today.



*Here's what past attendees have said about some ECS Short Courses...*

2

- "Great opportunity to learn from someone at the forefront of the topic." — *Masters student*
- "The instructor did a good job of explaining complex ideas, while understanding that it is a difficult field for those not working in it." — *Postdoctoral fellow*
- "This course fulfilled my expectations." — *R&D scientist at electroplating company*
- "Gained a broad and fundamental knowledge of electrochemistry." — *Membrane scientist for electrolyzer company*
- "This topic was new to me... very valuable." — *Fuel cell researcher*

If you have any questions about ECS Short Courses
please click here or contact: education@electrochem.org

If you have any questions about the 225th ECS Meeting in Orlando
please click here or contact: meetings@electrochem.org

**Leading the world in electrochemistry and solid-state science and technology for more than 110 years**
Founded in 1902 as an international nonprofit, educational organization concerned with a broad range of phenomena relating to electrochemical and solid-state science and technology, The Electrochemical Society today has more than 9,000 members worldwide. ECS publishes *Journal of The Electrochemical Society*, the oldest peer-reviewed journal in electrochemistry, as well as other journals and books. ECS meetings are a forum for the latest scientific and technical developments in the field through a variety of formats, such as technical symposia, oral presentations, poster sessions, panel discussions, tutorial sessions, and special summits and professional development workshops. www.electrochem.org

3

CONFIDENTIAL

MANI_008259

If you have received this e-mail in error, have received multiple copies, or would like to update your contact information, please do not unsubscribe using the link below. Contact customerservice@electrochem.org for more information and assistance.

**Forward email**



This email was sent to manivana@netl.doe.gov by ecs@electrochem.org
Instant removal with SafeUnsubscribe™   Privacy Policy.

The Electrochemical Society | 65 South Main Street | Building D | Pennington | NJ | 08534

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

CONFIDENTIAL

MANI_008260

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Saturday, March 22, 2014 10:14 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: Fw: Meeting |

Mani

I am confused by what you are saying

Please explain further

Faith


On Fri, Mar 21, 2014 at 10:57 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov>
wrote:
 It seems you will not call and confirm.
 I need to make my plan.

 ---------- Forwarded message ----------
 From:?"Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
 To:?<faith.r.beck@gmail.com>
 Cc:?
 Date:?Fri, 21 Mar 2014 21:24:02 -0400
 Subject:?Meeting
 Dave called you. ButI am reluctant to have meeting until you call and confirm.
 Mani




--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008261

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Donghai Wang <dwang@engr.psu.edu> <dwang@engr.psu.edu> |
| **Sent:** | Monday, March 24, 2014 4:00 PM |
| **To:** | Beck, Faith |
| **Cc:** | Manivannan, Ayyakkannu |
| **Subject:** | chat |

Faith,

Just want to let you know that Dr. Mani is at PSU today. I wonder if you can come to the group meeting today earlier so that you can talk with him on the fellowship. Any time before 7:30 would be ok to Dr. Mani.

Thanks.

Donghai

1

MANI_008262

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Tuesday, April 01, 2014 4:58 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: ECS Journals: MS #JES-14-0679 Decision Letter |

I have exam. Will send Thursday morning

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Mar 30, 2014, at 12:48 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
wrote:

> Please follow the reviewers suggestions and incorporate them in the attached the word
> document. Send to me ASAP.
>
> >>> <nlw001@ntu.edu.tw> 3/29/2014 11:55 AM >>>
>
> Dear Prof. Manivannan,
>
> I am pleased to inform you that your manuscript, referenced below, has received a positive
> review.
>
> "Synthesis and Electrochemical Studies of Na0.79CoO2 and Na0.79Co0.7Mn0.3O2 Cathodes
> for Sodium-ion Batteries"
>
> The reviewers have suggested minor modifications which will render the work suitable for
> publication in the Batteries and Energy Storage (ES&T) section in the Journal of The
> Electrochemical Society.
>
> Please submit within the next two weeks a separate list of changes and/or rebuttal comments
> reflecting
> each of the issues raised by the reviewer. In addition, please highlight or underline the changes
> made
> within the revised article file. After we receive your revised manuscript, we should be able to
> complete
> the evaluation, probably without further outside review.
>
> FOR LETTERS-LENGTH JOURNALS ONLY: When making your revisions, please remember
> the length
> limitations for letters-length journals. Papers published ECS Electrochemistry Letters and ECS
> Solid State

1

Letters are generally limited to four (4) printed journal pages. To ensure that your paper can be published upon acceptance, please limit the text length to no more than 2500 words, subtracting
220 words for each figure part and/or table to allow for the space these will occupy in the printed paper.

Please go to the URL below to login and then submit the revised manuscript, including figures.


http://ecsjournals.msubmit.net/cgi-bin/main.plex

Thank you for the opportunity to examine this work. If you have any questions, feel free to contact us at
publications@electrochem.org.

Sincerely,

Nae-Lih Wu
Associate Editor
The Electrochemical Society Journals



-----------------------------------------------------------------------------

Manuscript #JES-14-0679:


Editor's Comments:

please edit the language carefully.


Reviewer Comments:

Reviewer #1 Evaluations:
Overall Rating: Publish with revision optional
Significance Level (4 = highest, 1 = lowest): 3

Reviewer #1 (Significance Level Comment):

The authors ensure that the Mn and Co will be homogeneously distributed in the host active material by using a Pechini method - a new approach to make layered Na TM oxides. Substitution with Mn has been analyzed with ND - also a new approach not yet discussed in the literature. These two new aspects add significance to the paper.

Reviewer #1 (Remarks):

Wasn't clear from the interpretation data analysis of ND: are the Mn and Co ordered in any special way?, or just randomly distributed? Any models used?

2

Capacity is a bit low for these types of materials typically seen in the literature? Any reasons why this is so?

Does the presence of Mn change the vacancy ordering of Na?

Consider not calling the Mn a doping effect, but a substitution effect.

The paper would benefit from some language/style editing.


Reviewer #2 Evaluations:
Overall Rating: Publish with revision optional
Significance Level (4 = highest, 1 = lowest): 3

Reviewer #2 (Significance Level Comment):

In the paper, the neutron diffraction was applied to provide reliable evidence for readers to understand the Mn doping on Co sites without forming Mn-Co ordering. It is a valuable work.

Reviewer #2 (Remarks):

The article entitled "Synthesis and Electrochemical Studies of Na0.79CoO2 and Na0.79Co0.7Mn0.3O2 Cathodes for Sodium-ion Batteries" employed x-ray diffraction (XRD) and neutron diffraction to probe composition and crystal structure changes after Mn doped in Na0.79CoO2 electrodes. More detail information about these electrodes was given by maganetic measurements, inductively coupled plasma (ICP), cyclic voltammetry (CV) and electrochemical charge-discharge cycling measurements. The neutron diffraction data provide reliable evidence for readers to understand the Mn doping on Co sites without forming Mn-Co ordering. The paper is well organized and the conclusion is meaningful, so I recommend its publication in the journal after the following minor revision:

1. The authors should provide all data about the cycle performance from the 1st to the 60th cycle in Figure 9 and Figure 10.

2. Spelling mistakes, such as "wouldassist" (Line 236), missing full stop (Line 241), please correct.

-----------------------------------------------------------------------------

<ManuscriptjesC.docx>

3

CONFIDENTIAL

MANI_008265

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Tuesday, April 15, 2014 8:56 AM |
| **To:** | Alvin, Maryanne |
| **Cc:** | Manivannan, Ayyakkannu;Powell, Cynthia A.;Gemmen, Randall S. |
| **Subject:** | Teleconference (4/16/14) Faith Beck: FY14 EERE Project |

Dear Mrs. Alvin:

I regret that I will not be able to participate in the teleconference since I will not be returning to my ORISE appointment in June 2014.

I was given the opportunity to work here on my campus recently and I am taking this time to focus on my studies.

I appreciate the opportunity of having been part of the project.


Thank you

Sincerely

Faith
--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008266

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | "Howard, Terry" <Terry.Howard@orau.org> <Terry.Howard@orau.org> |
| **Sent:** | Tuesday, April 15, 2014 9:23 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Cc:** | Layman, Craig |
| **Subject:** | FW: FW: NETL_AMEND LTR_BECK |

Mani,

Per your request, here is the email I received back from Faith.

Thank you,

Terry Howard
Phone: (865) 574-6912
Fax: (865) 574-2850
E-mail: terry.howard@orau.org

**From:** Faith Beck [mailto:faith.r.beck@gmail.com]
**Sent:** Tuesday, April 15, 2014 8:36 AM
**To:** Howard, Terry
**Subject:** Re: FW: NETL_AMEND LTR_BECK

Dear Terry:

Yes, I will not be returning on June 1. I was going to contact you myself about this once my plans had been finalized.
Thank you for being so helpful over these years, I always enjoyed interacting with you.

I wish you the best

Sincerely

Faith Beck

On Mon, Apr 14, 2014 at 11:41 AM, Howard, Terry <Terry.Howard@orau.org> wrote:
Hi Faith,

I understand that you will not be returning to your PIP appointment on June 1, as previously scheduled.   Please confirm that this is correct.

Thank you,

Terry Howard
Phone: (865) 574-6912
Fax: (865) 574-2850
E-mail: terry.howard@orau.org

**From:** Layman, Craig
**Sent:** Tuesday, March 11, 2014 9:47 AM

1

CONFIDENTIAL

MANI_008267

**To:** 'Faith Beck'
**Cc:** Ayyakkannu Manivannan (Ayyakkannu.Manivannan@NETL.DOE.GOV); Howard, Terry
**Subject:** RE: FW: NETL_AMEND LTR_BECK

Faith:

One additional clarification –

* Should NETL ask you to participate between February 8 and May 31, please notify ORISE so that your February 19 amendment letter may be revised allowing you to conduct research.

Thanks,
Craig

Craig T. Layman, Ed.D.
Group Manager
Science Education Programs, MS 36
Oak Ridge Institute for Science and Education
P.O. Box 117
Oak Ridge, Tennessee 37831-0117
Phone: (865) 574-1751
Facsimile: (865) 576-1609

The Oak Ridge Institute for Science and Education is a Department of Energy (DOE) Facility managed by Oak Ridge Associated Universities.

**From:** Layman, Craig
**Sent:** Tuesday, March 11, 2014 8:31 AM
**To:** 'Faith Beck'
**Cc:** Ayyakkannu Manivannan (Ayyakkannu.Manivannan@NETL.DOE.GOV); Howard, Terry
**Subject:** RE: FW: NETL_AMEND LTR_BECK

Faith and Mani:

Just to clarify confusion, there is no need to sign the document. The original Terms of Appointment document, not original offer letter, remain the same. Your appointment will now follow the written guidance from the February 19, 2014 amendment letter. For the period of February 8- May 31, 2014, Faith should not participant on or off-site.

Faith:

Please contact Mani this morning for further guidance.

Take care,
Craig

Craig T. Layman, Ed.D.
Group Manager
Science Education Programs, MS 36
Oak Ridge Institute for Science and Education
P.O. Box 117
Oak Ridge, Tennessee 37831-0117
Phone: (865) 574-1751
Facsimile: (865) 576-1609

2

CONFIDENTIAL

MANI_008268

The Oak Ridge Institute for Science and Education is a Department of Energy (DOE) Facility managed by Oak Ridge Associated Universities.

**From:** Layman, Craig
**Sent:** Friday, February 21, 2014 12:32 PM
**To:** Faith Beck
**Subject:** RE: FW: NETL_AMEND LTR_BECK

No, the Terms of the Appointment do no change.

Craig T. Layman, Ed.D.
Group Manager
Oak Ridge Institute for Science and Education
P.O. Box 117, MS36
Oak Ridge, Tennessee 37831-0117

865.574.1751 ORAU
865.241.6459 ORNL
Craig.layman@orau.org

Oak Ridge Institute for Science and Education is a Department of Energy Institute managed by ORAU.

**From:** Faith Beck [mailto:faith.r.beck@gmail.com]
**Sent:** Friday, February 21, 2014 12:24 PM
**To:** Layman, Craig
**Subject:** Re: FW: NETL_AMEND LTR_BECK

Dear Craig,

What do you mean by "the conditions do not change"?

Do you still need my signature?

Thanks
Faith

On Fri, Feb 21, 2014 at 11:30 AM, Layman, Craig <Craig.Layman@orau.org> wrote:
Faith:

Please ignore the signature lines.  The conditions do not change.

Thanks,
Craig

**Craig T. Layman, Ed.D.**
Group Manager
Science Education Programs, MS 36
Oak Ridge Institute for Science and Education
P.O. Box 117
Oak Ridge, Tennessee 37831-0117
Phone: (865) 574-1751
Facsimile: (865) 576-1609

3

CONFIDENTIAL

MANI_008269

The Oak Ridge Institute for Science and Education is a Department of Energy (DOE) Facility managed by Oak Ridge Associated Universities.

**From:** Howard, Terry
**Sent:** Wednesday, February 19, 2014 2:48 PM
**To:** Layman, Craig; Terry, Cheryl
**Subject:** FW: NETL_AMEND LTR_BECK

Done.

Terry Howard
Phone: (865) 574-6912
Fax: (865) 574-2850
E-mail: terry.howard@orau.org

**From:** Howard, Terry
**Sent:** Wednesday, February 19, 2014 2:46 PM
**To:** ayyakkannu.manivannan@netl.doe.gov; Debra Smerkol; 'Tracy Giltner'; 'Nancy Andres'
**Subject:** FW: NETL_AMEND LTR_BECK

FYI -

Terry Howard
Phone: (865) 574-6912
Fax: (865) 574-2850
E-mail: terry.howard@orau.org

**From:** Howard, Terry
**Sent:** Wednesday, February 19, 2014 2:43 PM
**To:** 'Faith Beck' (faith.r.beck@gmail.com); Faith Beck (Faith.Beck@CONTR.NETL.DOE.GOV)
**Subject:** NETL_AMEND LTR_BECK

Faith,

A letter regarding your NETL appointment is attached.  Please sign and return at your earliest convenience.

Thank you,

Terry Howard
Science Education Programs
Oak Ridge Institute for Science and Education
**ORAU**
Phone: (865) 574-6912
Fax: (865) 574-2850
terry.howard@orau.org

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

4

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

**CONFIDENTIAL**

**MANI_008271**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Alvin, Maryanne |
| **Sent:** | Wednesday, April 16, 2014 7:10 AM |
| **To:** | Smerkol, Debra S. (CONTR);Beck, Faith;Alvin, Maryanne |
| **Cc:** | Manivannan, Ayyakkannu;Powell, Cynthia A.;Gemmen, Randall S. |
| **Subject:** | Re: Teleconference (4/16/14) Faith Beck: FY14 EERE Project |

Faith -

Thank you for at the least commenting to my email.  I still will want to have a conversation with you with respect to the EERE effort and experiences here at NETL.

MAA


>>> Faith Beck <faith.r.beck@gmail.com> 4/15/2014 8:54 AM >>>
Dear Mrs. Alvin:

I regret that I will not be able to participate in the teleconference since I will not be returning to my ORISE appointment in June 2014.

I was given the opportunity to work here on my campus recently and I am taking this time to focus on my studies.

I appreciate the opportunity of having been part of the project.



Thank you

Sincerely

Faith
--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008272

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 08, 2014 11:34 AM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | check it |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Dear Faith:

http://sites.nationalacademies.org/PGA/FordFellowships/index.htm

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

CONFIDENTIAL

MANI_008273

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 08, 2014 2:09 PM |
| **To:** | Haynes, Daniel J.;faith.r.beck@gmail.com |
| **Subject:** | paper |
| **Attachments:** | Manivannan, Ayyakkannu.vcf; ja406016j.pdf |

attached.
Mani

Mani

--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

CONFIDENTIAL                                                  MANI_008274

## Hunzeker, Mark T.

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 09, 2014 9:44 AM |
| **To:** | amanivan@wvu.edu |
| **Subject:** | Fwd: MORE PICS |
| **Attachments:** | DSCN1552.JPG; DSCN1544.JPG; DSCN1460.JPG; Manivannan, Ayyakkannu.vcf; DSCN1561.JPG; DSCN1550.JPG |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> Faith Beck <faith.r.beck@gmail.com> 1/9/2014 9:29 AM >>>

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

CONFIDENTIAL

MANI_008275



MANI_008276



CONFIDENTIAL



MANI_008278



CONFIDENTIAL

MANI_008279



CONFIDENTIAL

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 09, 2014 9:47 AM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | wvu id |

amanivan@wvu.edu

CONFIDENTIAL                                          MANI_008281

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 09, 2014 10:34 AM |
| **To:** | amanivan@wvu.edu |
| **Subject:** | Fwd: JAPAN PICS |
| **Attachments:** | DSCN1224.JPG; DSCN1235.JPG; DSCN1226.JPG; DSCN1225.JPG; DSCN1241.JPG; DSCN1232.JPG; DSCN1243.JPG; DSCN1246.JPG; DSCN1227.JPG; DSCN1250.JPG; DSCN1236.JPG |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

>>> Faith Beck <faith.r.beck@gmail.com> 1/9/2014 9:29 AM >>>

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008282



MANI_008283



MANI_008284



MANI_008285



MANI_008286



MANI_008287



MANI_008288



MANI_008289



MANI_008290



MANI_008291



CONFIDENTIAL

MANI_008292



MANI_008293

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 09, 2014 2:54 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: |

>>> Ayyakkannu Manivannan 1/9/2014 1:39 PM >>>

Dear Mani,

We have currently difficulties with Fedex ...Please use UPS number: 33RV79.

We pay upon reception of package with check.

If you have other questions, do not hesitate to contact me!

Best regards,

Caroline

1

**CONFIDENTIAL**

**MANI_008294**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 15, 2014 12:07 AM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Plan |

Be clear with the plan on 18,19,20.
Always, send a quick mail and follow.
Change is not good unless critical.
Mani

1

**CONFIDENTIAL**

**MANI_008295**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 15, 2014 8:06 AM |
| **To:** | Beck, Faith |
| **Subject:** | Re: Plan |

make it clear. what do you mean?
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 1/15/2014 8:02 AM >>>
it is critical
that is why i told you

On Wed, Jan 15, 2014 at 12:06 AM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
 Be clear with the plan on 18,19,20.
 Always, send a quick mail and follow.
 Change is not good unless critical.
 Mani

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

CONFIDENTIAL

MANI_008296

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Wednesday, January 15, 2014 6:45 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Will call soon the plan is to leave from here Saturday morning |

Will call soon the plan is to leave from here Saturday morning

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008297

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 15, 2014 7:46 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Re: |

Fix a time to call my office tomorrow.
In the morning only 5 minutes.
Let me know if you cannot. Administrative questions.
-----Original Message-----
From: Faith Beck <faith.r.beck@gmail.com>
To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>

Sent: 1/15/2014 6:43:00 PM
Subject:

Will call soon the plan is to leave from here Saturday morning

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering The Pennsylvania State University, University Park

1

CONFIDENTIAL

MANI_008298

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 15, 2014 8:35 PM |
| **To:** | faithr.beck@gmail.com |
| **Subject:** | Fw: |
| **Attachments:** | Mail |

Call 10am my office number.
Let me know.

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <Faith.Beck@CONTR.NETL.DOE.GOV> |
| **Sent:** | Wednesday, January 15, 2014 11:32 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | training |
| **Attachments:** | emergency_response_training_FB.pdf; NETL_global_harmonized_system_FB.pdf; propertyprotetion_FB.pdf |

Dear Mani

attached

1

CONFIDENTIAL

MANI_008300

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, January 16, 2014 9:11 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | dear mani |

dear mani
i feel hurt because I felt like I cant personally ask you to come on saturday, myself. i didnt realize orise was getting so nit-picky. i will consider it this month.

I will call quickly before class. i will call in the evenings if i need to. but will call in the afternoon. please do not expect skype. i wont take a pill next time

talk soon
--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008301

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, January 16, 2014 9:14 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | also, i put my phone on silent during the day. it keeps me less stressed |

also, i put my phone on silent during the day. it keeps me less stressed

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**CONFIDENTIAL**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 16, 2014 10:06 AM |
| **To:** | Beck, Faith |
| **Subject:** | Re: |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Dear Faith:

Do no get stressed. It is not that much to worry about.
Let me know a convenient time to talk as I said in my previous mail. (5 minutes)
Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> Faith Beck <faith.r.beck@gmail.com> 1/16/2014 9:12 AM >>>
also, i put my phone on silent during the day. it keeps me less stressed

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**CONFIDENTIAL**                                                                                          **MANI_008303**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, January 16, 2014 11:34 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: |

Dear mani

May I also request to leave Also Sunday or Monday early because need to check over hw with my group. Not sure if they will meet Sunday or Monday but they will meet.

This will be enough time to make the last of the compounds.

Talk soon

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 16, 2014, at 10:05 AM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

> Dear Faith:
>
> Do no get stressed. It is not that much to worry about.
> Let me know a convenient time to talk as I said in my previous mail. (5 minutes)
> Mani
>
>
> Mani
> ---------------------------
> A. Manivannan, Ph.D
> US DOE/NETL
> Materials Performance Division
> 3610 Collins Ferry Rd.
> P.O. Box 880
> Morgantown, WV  26507-0880
>
> Tel: (304) 285-2078
> Fax:(304) 285-0903
> e-mail: manivana@netl.doe.gov
> >>> Faith Beck <faith.r.beck@gmail.com> 1/16/2014 9:12 AM >>>
> also, i put my phone on silent during the day. it keeps me less stressed

1

CONFIDENTIAL                                                                                          MANI_008304

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

<Manivannan, Ayyakkannu.vcf>

2

MANI_008305

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 16, 2014 12:24 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: |

Dear Faith:

Call me for 5 minutes to fix all the questions. too many e-mails difficult.
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 1/16/2014 11:32 AM >>>
Dear mani

May I also request to leave Also Sunday or Monday early because need to check over hw with my group. Not sure if they will meet Sunday or Monday but they will meet.

This will be enough time to make the last of the compounds.

Talk soon

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 16, 2014, at 10:05 AM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

Dear Faith:

Do no get stressed. It is not that much to worry about.
Let me know a convenient time to talk as I said in my previous mail. (5 minutes)
Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078

1

Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> Faith Beck <faith.r.beck@gmail.com> 1/16/2014 9:12 AM >>>
also, i put my phone on silent during the day. it keeps me less stressed

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

<Manivannan, Ayyakkannu.vcf>

2

CONFIDENTIAL                                                                    MANI_008307

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, January 16, 2014 6:40 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: |

Please call and tell me what help you need.

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 16, 2014, at 12:24 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

> Dear Faith:
>
> Call me for 5 minutes to fix all the questions. too many e-mails difficult.
> Mani
>
> >>> Faith Beck <faith.r.beck@gmail.com> 1/16/2014 11:32 AM >>>
> Dear mani
>
> May I also request to leave Also Sunday or Monday early because need to check over hw with my group. Not sure if they will meet Sunday or Monday but they will meet.
>
> This will be enough time to make the last of the compounds.
>
> Talk soon
>
> **Faith Beck**
>
> Graduate Student
> Department of Mechanical and Nuclear Engineering
> The Pennsylvania State University, University Park
>
> On Jan 16, 2014, at 10:05 AM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:
>
> > Dear Faith:
> >
> > Do no get stressed. It is not that much to worry about.

1

Let me know a convenient time to talk as I said in my previous mail. (5 minutes)
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> Faith Beck <faith.r.beck@gmail.com> 1/16/2014 9:12 AM >>>
also, i put my phone on silent during the day. it keeps me less stressed


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park


<Manivannan, Ayyakkannu.vcf>


2

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, January 16, 2014 6:40 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: |

Please call and tell me what help you need.

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park


On Jan 16, 2014, at 12:24 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
wrote:

> Dear Faith:
>
> Call me for 5 minutes to fix all the questions. too many e-mails difficult.
> Mani
>
> >>> Faith Beck <faith.r.beck@gmail.com> 1/16/2014 11:32 AM >>>
> Dear mani
>
> May I also request to leave Also Sunday or Monday early because need to check over hw with
> my group. Not sure if they will meet Sunday or Monday but they will meet.
>
> This will be enough time to make the last of the compounds.
>
> Talk soon
>
> **Faith Beck**
>
> Graduate Student
> Department of Mechanical and Nuclear Engineering
> The Pennsylvania State University, University Park
>
>
> On Jan 16, 2014, at 10:05 AM, "Ayyakkannu Manivannan"
> <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:
>
> > Dear Faith:
> >
> > Do no get stressed. It is not that much to worry about.

1

Let me know a convenient time to talk as I said in my previous mail. (5 minutes)
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> Faith Beck <faith.r.beck@gmail.com> 1/16/2014 9:12 AM >>>
also, i put my phone on silent during the day. it keeps me less stressed


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park


<Manivannan, Ayyakkannu.vcf>

2

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, January 20, 2014 7:09 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | this is good course |

Dear Faith:

Taka a look at these sites when you have time. iT is a very good course and free.
http://pd.chem.ucl.ac.uk/pdnn/chapter.htm

http://pd.chem.ucl.ac.uk/pdnn/relnotes/rel05.htm

Mani

1

**CONFIDENTIAL**

**MANI_008312**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Tuesday, January 21, 2014 9:24 PM |
| **To:** | faith.r.beck@gmail.com;Paranthaman, Mariappan |
| **Subject:** | paper attached to read |
| **Attachments:** | Manuscript_J.docx; Manivannan, Ayyakkannu.vcf; Table 1-5.docx; Figures1-10.docx |

let me know.
Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

MANI_008313

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Tuesday, January 21, 2014 11:34 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: paper attached to read |
| **Attachments:** | Manivannan, Ayyakkannu.vcf; Manuscript_J.docx; Figures1-10.docx; Table 1-5.docx |

can't you reply to this??


>>> Ayyakkannu Manivannan 1/21/2014 9:24 PM >>>
let me know.
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

CONFIDENTIAL

MANI_008314

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 22, 2014 12:03 AM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: paper attached to read |
| **Attachments:** | Table 1-5.docx; Manivannan, Ayyakkannu.vcf; Manuscript_J.docx; Figures1-10.docx |

Since I did not get any response from you, I have completed and submitted.
Mani

>>> Ayyakkannu Manivannan 1/21/2014 11:34 PM >>>
can't you reply to this??


>>> Ayyakkannu Manivannan 1/21/2014 9:24 PM >>>
let me know.
Mani


Mani
-------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

MANI_008315

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Wednesday, January 22, 2014 4:06 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Please call me |

Please call me back this is just so sad

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008316

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 22, 2014 5:35 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: Please call me |

send me a mail.
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 1/22/2014 4:04 PM >>>
Please call me back this is just so sad

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

                    MANI_008317

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Wednesday, January 22, 2014 7:51 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: Please call me |

So you won't take my calls anymore?
Still finishing assignment

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park


On Jan 22, 2014, at 5:35 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
wrote:

> send me a mail.
> Mani
>
> >>> Faith Beck <faith.r.beck@gmail.com> 1/22/2014 4:04 PM >>>
> Please call me back this is just so sad
>
> **Faith Beck**
>
> Graduate Student
> Department of Mechanical and Nuclear Engineering
> The Pennsylvania State University, University Park

1

**CONFIDENTIAL**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 22, 2014 7:55 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: Please call me |

send mail what you need?
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 1/22/2014 7:49 PM >>>
So you won't take my calls anymore?
Still finishing assignment

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 22, 2014, at 5:35 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

send me a mail.
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 1/22/2014 4:04 PM >>>
Please call me back this is just so sad

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008319

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 23, 2014 9:55 AM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | apply ASAP for Italy |

*call me later*

http://www.imlb.org/

Elettrochimica ed Energia
(Financial support for students and young scientists)
Tel: +39 06 4991 3530
sonia.cirinna@gmail.com
www.elettrochimicaenergia.com

This message serves as confirmation that your submission was received as noted below:

Title:    Effect of Doping and Preparation Methods in Solid Electrolyte for Lithium Ion Batteries
ID:    34744
Password: 239307

You submitted this for 17th International Meeting on Lithium Batteries (June 10-14, 2014) (Symposia).

You may revise your submission until Friday, 10 January 2014.

We recommend that you look at your submission one more time, just to be sure that it is complete and accurate and free of any embarrassing spelling errors.

To see your submission, simply click on the link below.

https://ecs.confex.com/ecs/imlb2014/imlbsymp/papers/index.cgi?username=34744&password=239307

Thank you for using the ECS Online Abstract Submission System.

1

CONFIDENTIAL                                              MANI_008320

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 23, 2014 5:23 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: |

Dear Faith:

take a look at our answer as well. You have done good.
talk to me if you want me to explain.
Mani

> > > Faith Beck <faith.r.beck@gmail.com> 1/23/2014 1:56 PM > > >
Dear Mani
Sn paper comments are attached

please let me know


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008321

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Sunday, January 26, 2014 8:28 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Please respond to my texts |

Please. Can't focus

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008322

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Sunday, January 26, 2014 8:34 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Can we pick a time to talk every day? |

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**CONFIDENTIAL**

**MANI_008323**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Sunday, January 26, 2014 9:33 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | You must hate me.  cruel. Goodbye |

You must hate me.  cruel. Goodbye

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008324

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Sunday, January 26, 2014 9:35 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: Can we pick a time to talk every day? |

not necessary. why suddenly worried about work? discuss with Donghai. will see your progress. I am really tired.
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 1/26/2014 8:32 PM >>>

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

CONFIDENTIAL                                                                    MANI_008325

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Sunday, January 26, 2014 9:38 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: from now |

check your old mails

>>> Ayyakkannu Manivannan 12/3/2013 1:36 AM >>>
Faith:

I recommend communicating with me by mail. This will solve most of the problem. Plan yourself the goals that will help
your future. I thought I gave good advise yesterday. I think that did not help you.
take care
Mani

1

**CONFIDENTIAL**

MANI_008326

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Sunday, January 26, 2014 9:39 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: |

do not send mails like this. I have to block it.

>>> Faith Beck <faith.r.beck@gmail.com> 1/26/2014 9:31 PM >>>
You must hate me.  cruel. Goodbye

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008327

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Sunday, January 26, 2014 10:03 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: |

I don't understand. Please

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 26, 2014, at 9:38 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
wrote:

> do not send mails like this. I have to block it.

> >>> Faith Beck <faith.r.beck@gmail.com> 1/26/2014 9:31 PM >>>
> You must hate me.  cruel. Goodbye

> **Faith Beck**

> Graduate Student
> Department of Mechanical and Nuclear Engineering
> The Pennsylvania State University, University Park

1

**CONFIDENTIAL**

**MANI_008328**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Sunday, January 26, 2014 10:04 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: |

I beg you. Say something nice to me please

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 26, 2014, at 9:38 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

> do not send mails like this. I have to block it.
>
>
> >>> Faith Beck <faith.r.beck@gmail.com> 1/26/2014 9:31 PM >>>
> You must hate me.  cruel. Goodbye
>
> **Faith Beck**
>
> Graduate Student
> Department of Mechanical and Nuclear Engineering
> The Pennsylvania State University, University Park

1

**CONFIDENTIAL**

**MANI_008329**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Sunday, January 26, 2014 10:08 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: |

Please emergency

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 26, 2014, at 9:38 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

> do not send mails like this. I have to block it.

> >>> Faith Beck <faith.r.beck@gmail.com> 1/26/2014 9:31 PM >>>
> You must hate me.  cruel. Goodbye

> **Faith Beck**

> Graduate Student
> Department of Mechanical and Nuclear Engineering
> The Pennsylvania State University, University Park

1

**MANI_008330**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Sunday, January 26, 2014 10:08 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: |

Will call tomorrow. Please take the call. Emergency

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 26, 2014, at 9:38 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

> do not send mails like this. I have to block it.
>
>
> >>> Faith Beck <faith.r.beck@gmail.com> 1/26/2014 9:31 PM >>>
> You must hate me.  cruel. Goodbye
>
> **Faith Beck**
>
> Graduate Student
> Department of Mechanical and Nuclear Engineering
> The Pennsylvania State University, University Park

1

**CONFIDENTIAL**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Sunday, January 26, 2014 10:36 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Re: |

Call
-----Original Message-----
From: Faith Beck <faith.r.beck@gmail.com>
To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>

Sent: 1/26/2014 10:08:53 PM
Subject: Re:

I held you when you needed me. Now I can't have you when I need?

Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering The Pennsylvania State University, University Park


> On Jan 26, 2014, at 9:38 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:
>
> do not send mails like this. I have to block it.
>
>
> >>> Faith Beck <faith.r.beck@gmail.com> 1/26/2014 9:31 PM >>>
> You must hate me.  cruel. Goodbye
>
> Faith Beck
>
> Graduate Student
> Department of Mechanical and Nuclear Engineering The Pennsylvania
> State University, University Park
>
>

1

MANI_008332

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, January 27, 2014 9:43 AM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | important |

Based on your inconsistent nature, it is important to make a decision on your work at NETL.

examples:
make me wait for several hours
ionic conductivity paper pending for 3 months
paper revisions not performed on time.

I have asked Maria to complete the ionic conductivity paper now after waiting for you for three months. You also said you will complete it yesterday.

Mani

1

CONFIDENTIAL

MANI_008333

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Monday, January 27, 2014 10:17 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: important |

I sent revisions to you. Paper is almost done. Need SEM and icp data. Will discuss. After class

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 27, 2014, at 9:42 AM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
wrote:

> Based on your inconsistent nature, it is important to make a decision on your work at NETL.
>
> examples:
> make me wait for several hours
> ionic conductivity paper pending for 3 months
> paper revisions not performed on time.
>
> I have asked Maria to complete the ionic conductivity paper now after waiting for you for three
> months. You also said you will complete it yesterday.
>
> Mani

1

MANI_008334

**Hunzeker, Mark T.**

| From: | Manivannan, Ayyakkannu |
|---|---|
| Sent: | Monday, January 27, 2014 10:29 AM |
| To: | Beck, Faith |
| Subject: | Re: important |

explained to you many times that you have not done properly. no class now.
Mani

I sent revisions to you. Paper is almost done. Need SEM and icp data. Will discuss. After class

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 27, 2014, at 9:42 AM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

Based on your inconsistent nature, it is important to make a decision on your work at NETL.

examples:
make me wait for several hours
ionic conductivity paper pending for 3 months
paper revisions not performed on time.

I have asked Maria to complete the ionic conductivity paper now after waiting for you for three months.
You also said you will complete it yesterday.

Mani

CONFIDENTIAL                                                    MANI_008335

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, January 27, 2014 12:43 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: important |

call

>>> Faith Beck <faith.r.beck@gmail.com> 1/27/2014 10:14 AM >>>
I sent revisions to you. Paper is almost done. Need SEM and icp data. Will discuss. After class

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park


On Jan 27, 2014, at 9:42 AM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

> Based on your inconsistent nature, it is important to make a decision on your work at NETL.
>
> examples:
> make me wait for several hours
> ionic conductivity paper pending for 3 months
> paper revisions not performed on time.
>
> I have asked Maria to complete the ionic conductivity paper now after waiting for you for three months.
> You also said you will complete it yesterday.
>
> Mani

CONFIDENTIAL                                                          MANI_008336

## Hunzeker, Mark T.

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Monday, January 27, 2014 1:11 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Test |

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**CONFIDENTIAL**

**MANI_008337**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Monday, January 27, 2014 1:27 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Test |

Test

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008338

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, January 27, 2014 4:27 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | plan |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Dear Faith:
Lithium is not arrived in Donghai's lab. Therefore, I may not go to PSU this week. You can plan your trip.
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

**CONFIDENTIAL**

MANI_008339

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, January 27, 2014 4:56 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | plan |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Dear Faith:

You made a plan last time. Follow that and send a mail so that we know what we plan to do.
Thanks
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

**CONFIDENTIAL**

**MANI_008340**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Monday, January 27, 2014 11:25 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: plan |

Dear Mani:

The plan is to make all of the pellets (LLZO) and sinter them at 1200. For the next trip I will measure all of the conductivities.

PS. did you block my email from DOE?

Thanks

Faith


On Mon, Jan 27, 2014 at 4:56 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:

Dear Faith:

You made a plan last time. Follow that and send a mail so that we know what we plan to do.
Thanks
Mani
�
�
Mani
-------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance�Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV� 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov



--
Faith Beck


1

**CONFIDENTIAL**                                                                          **MANI_008341**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

MANI_008342

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Tuesday, January 28, 2014 8:40 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: plan |

But I already started it.

It is unfair

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 28, 2014, at 2:39 AM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
wrote:

> No.block now. Did you talk to Maria. She will lead ionic conductivity paper (electrochem.
> communication) since she is writing. You plan on the complete paper.
> Mani
> -----Original Message-----
> From: Faith Beck <faith.r.beck@gmail.com>
> To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>
>
> Sent: 1/27/2014 11:23:16 PM
> Subject: Re: plan
>
> Dear Mani:
>
> The plan is to make all of the pellets (LLZO) and sinter them at 1200. For
> the next trip I will measure all of the conductivities.
>
> PS. did you block my email from DOE?
>
> Thanks
>
> Faith
>
>
> On Mon, Jan 27, 2014 at 4:56 PM, Ayyakkannu Manivannan <
> Ayyakkannu.Manivannan@netl.doe.gov> wrote:

1

**CONFIDENTIAL**

MANI_008343

Dear Faith:

You made a plan last time. Follow that and send a mail so that we know
what we plan to do.
Thanks
Mani


Mani

--------------------------

A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov




--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

CONFIDENTIAL                                                                   MANI_008344

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Tuesday, January 28, 2014 9:39 AM |
| **To:** | Beck, Faith |
| **Subject:** | Re: plan |

Lot more work to be done on writing. If you can please do it fast. It should b by this week.
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 1/28/2014 8:38 AM >>>
But I already started it.

It is unfair

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 28, 2014, at 2:39 AM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

> No.block now. Did you talk to Maria. She will lead ionic conductivity paper (electrochem.
> communication) since she is writing. You plan on the complete paper.
> Mani
> -----Original Message-----
> From: Faith Beck <faith.r.beck@gmail.com>
> To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>
>
> Sent: 1/27/2014 11:23:16 PM
> Subject: Re: plan
>
> Dear Mani:
>
> The plan is to make all of the pellets (LLZO) and sinter them at 1200. For
> the next trip I will measure all of the conductivities.
>
> PS. did you block my email from DOE?
>
> Thanks
>
> Faith
>
> On Mon, Jan 27, 2014 at 4:56 PM, Ayyakkannu Manivannan <
> Ayyakkannu.Manivannan@netl.doe.gov> wrote:

1

MANI_008345

Dear Faith:

You made a plan last time. Follow that and send a mail so that we know
what we plan to do.
Thanks
Mani


Mani

--------------------------

A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov



--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

CONFIDENTIAL

MANI_008346

## Hunzeker, Mark T.

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Tuesday, January 28, 2014 9:42 AM |
| **To:** | faith.r.beck@gail.com |
| **Subject:** | Fwd: Re: plan |

Let me know soon. You have to also understand that Maria did all the ionic conductivity measurement on the Texas sample with Shimeng. But anyway, you can complete the full paper.
Mani

>>> Ayyakkannu Manivannan 1/28/2014 2:39 AM >>>
No.block now. Did you talk to Maria. She will lead ionic conductivity paper (electrochem. communication) since she is writing. You plan on the complete paper.
Mani
-----Original Message-----
From: Faith Beck <faith.r.beck@gmail.com>
To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>

Sent: 1/27/2014 11:23:16 PM
Subject: Re: plan

Dear Mani:

The plan is to make all of the pellets (LLZO) and sinter them at 1200. For
the next trip I will measure all of the conductivities.

PS. did you block my email from DOE?

Thanks

Faith


On Mon, Jan 27, 2014 at 4:56 PM, Ayyakkannu Manivannan <
Ayyakkannu.Manivannan@netl.doe.gov> wrote:

> Dear Faith:
>
> You made a plan last time. Follow that and send a mail so that we know
> what we plan to do.
> Thanks
> Mani
>
>
> Mani
> --------------------------
> A. Manivannan, Ph.D
> US DOE/NETL
> Materials Performance Division

1

CONFIDENTIAL                                                    MANI_008347

> 3610 Collins Ferry Rd.
> P.O. Box 880
> Morgantown, WV  26507-0880
>
> Tel: (304) 285-2078
> Fax:(304) 285-0903
> e-mail: manivana@netl.doe.gov
>


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

MANI_008348

## Hunzeker, Mark T.

| | |
|---|---|
| **From:** | Postmaster |
| **Sent:** | Tuesday, January 28, 2014 9:42 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Delivery Status |
| **Attachments:** | deliverystatus.txt; Mail |

--- The following addresses had delivery problems ---

<faith.r.beck@gail.com>   (5.1.1 <faith.r.beck@gail.com> recipient rejected)

1

CONFIDENTIAL                                                                                      MANI_008349

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Tuesday, January 28, 2014 9:43 AM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: Re: plan |

Let me know soon. You have to also understand that Maria did all the ionic conductivity measurement on the Texas sample with Shimeng. But anyway, you can complete the full paper.
Mani


>>> Ayyakkannu Manivannan 1/28/2014 9:38 AM >>>
Lot more work to be done on writing. If you can please do it fast. It should b by this week.
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 1/28/2014 8:38 AM >>>
But I already started it.

It is unfair

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park


On Jan 28, 2014, at 2:39 AM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

> No.block now. Did you talk to Maria. She will lead ionic conductivity paper (electrochem.
> communication) since she is writing. You plan on the complete paper.
> Mani
> -----Original Message-----
> From: Faith Beck <faith.r.beck@gmail.com>
> To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>
>
> Sent: 1/27/2014 11:23:16 PM
> Subject: Re: plan
>
> Dear Mani:
>
> The plan is to make all of the pellets (LLZO) and sinter them at 1200. For
> the next trip I will measure all of the conductivities.
>
> PS. did you block my email from DOE?
>
> Thanks

1

**CONFIDENTIAL**

MANI_008350

Faith

On Mon, Jan 27, 2014 at 4:56 PM, Ayyakkannu Manivannan <
Ayyakkannu.Manivannan@netl.doe.gov> wrote:

>     Dear Faith:
>
>     You made a plan last time. Follow that and send a mail so that we know
>     what we plan to do.
>     Thanks
>     Mani
>
>
>     Mani
>     --------------------------
>     A. Manivannan, Ph.D
>     US DOE/NETL
>     Materials Performance Division
>     3610 Collins Ferry Rd.
>     P.O. Box 880
>     Morgantown, WV  26507-0880
>
>     Tel: (304) 285-2078
>     Fax:(304) 285-0903
>     e-mail: manivana@netl.doe.gov

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

MANI_008351

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 29, 2014 6:02 PM |
| **To:** | dwang@engr.psu.edu;faith.r.beck@gmail.com |
| **Subject:** | Re: |

Thanks
-----Original Message-----
From: Donghai Wang <dwang@engr.psu.edu>
Cc: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>
To: Beck, Faith <faith.r.beck@gmail.com>

Sent: 1/29/2014 5:28:46 PM
Subject: Re:

Sure, Faith. Talk to you at 11:15 am Monday morning.

Thanks,

Donghai

On Jan 29, 2014, at 4:42 PM, "Faith Beck" <faith.r.beck@gmail.com<mailto:faith.r.beck@gmail.com>> wrote:

Dear Dr. Wang:
may I come at 11:15am? I have class until that time

Thanks so much

Faith

Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering The Pennsylvania State University, University Park

On Jan 29, 2014, at 4:08 PM, Donghai Wang <dwang@engr.psu.edu<mailto:dwang@engr.psu.edu>> wrote:

Faith,

Please let us meet next Monday morning during the individual meeting time.  and please also start to complete lab training so that you can start to warm up on experiments.  Thanks.

Donghai

1

CONFIDENTIAL

MANI_008352

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 30, 2014 1:27 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: Travel Grant Deadline Extended Until January 31 |

FYI. Please apply if you have time.

>>> <travelgrant@electrochem.org> 1/29/2014 10:11 AM >>>
**Breaking News:**

The ECS Student and Young Professionals/Early Career travel grants deadline for the Orlando meeting
has been extended until January 31.

- Students may apply online here.
- Young Professionals/Early Career participants may apply online here.

Please do not miss this important deadline which is just a few days away!

Please apply using the online submissions system only. *PDF and e-mail submissions will not be accepted.*

Recipients will be notified by early March.

If you have any questions, please email travelgrant@electrochem.org.

1

MANI_008353

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, January 31, 2014 8:45 AM |
| **To:** | amanivan@wvu.edu |
| **Subject:** | Fwd: important |

> > > Faith Beck <faith.r.beck@gmail.com> 1/31/2014 8:26 AM > > >

Mani:

Due to your actions this past weekend, my mother is ready to call HR at DOE and a labor employment lawyer.
I had to report the issue to the police.
If you have to discuss anything work related from now onward, send me an email.
I will not be taking any phone calls.
If you do not stop calling me or <u>any other students</u> to ask about me, I will report the harassment.

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008354

**Hunzeker, Mark T.**

**From:** Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com>
**Sent:** Sunday, February 09, 2014 1:34 PM
**To:** Manivannan, Ayyakkannu
**Subject:** Invitation to connect on LinkedIn



### From Faith Beck

Student at Penn State University
Greater Pittsburgh Area

I'd like to add you to my professional network on LinkedIn.

- Faith

**Confirm that you know Faith**

You are receiving Invitation to Connect emails. Unsubscribe
© 2014, LinkedIn Corporation. 2029 Stierlin Ct. Mountain View, CA 94043, USA

1

CONFIDENTIAL

MANI_008355

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Sunday, February 09, 2014 4:59 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: Invitation to connect on LinkedIn |
| **Attachments:** | IMAGE.gif; IMAGE.png |

what it means?

>>> Faith Beck <faith.r.beck@gmail.com> 2/9/2014 1:32 PM >>>



### From Faith Beck

Student at Penn State University
Greater Pittsburgh Area

I'd like to add you to my professional network on LinkedIn.

- Faith

**Confirm that you know Faith**

You are receiving Invitation to Connect emails. **Unsubscribe**
© 2014, LinkedIn Corporation. 2029 Stierlin Ct. Mountain View, CA 94043, USA



1

**CONFIDENTIAL**

MANI_008356

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Donghai Wang <dwang@engr.psu.edu> <dwang@engr.psu.edu> |
| **Sent:** | Monday, February 10, 2014 9:45 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: meeting today |

Dear Mani,

Thanks for your reply. It is great that we can meet to discuss the support to Mr. Faith Beck. I will be available this afternoon from 2:30-4pm. We can meet then.

See you then.

Donghai

From: Ayyakkannu Manivannan <Ayyakkannu.Manivannan@NETL.DOE.GOV>
Date: Monday, February 10, 2014 9:23 AM
To: Donghai Wang <dwang@engr.psu.edu>, "dwang@psu.edu" <dwang@psu.edu>
Subject: meeting today

Dear Donghai:

I will be pleased to honor your request to meet with you and Faith in conjunction with your weekly Monday evening group meeting. As you requested the purpose of this side meeting (before or after your group meeting) will be to confirm concurrence for how we shall support Faith in her desire to alter our original plan in her pursuit of an advanced degree at Penn State. Faith visited NETL this weekend and she has had extensive discussions with our staff and me regarding her goals. We will discuss options for her funding support considering both Penn State and DOE/NETL constraints and requirements as well as the implications for her change in plans.

We will follow up to document the final outcome on which we agree.
I will call you.

Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

CONFIDENTIAL MANI_008357

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Donghai Wang <dwang@engr.psu.edu> <dwang@engr.psu.edu> |
| **Sent:** | Monday, February 10, 2014 10:22 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | FW: Group meeting tomorrow |

From: Donghai Wang <dwang@engr.psu.edu>
Date: Monday, February 10, 2014 9:45 AM
To: Faith Beck <faith.r.beck@gmail.com>
Subject: Re: Group meeting tomorrow

Faith,

I would like to meet you this afternoon at 3 pm at Reber to discuss with you about the support. Dr. Mani is also on the way to come here and he may join the meeting too.

Thanks.

Donghai

From: Faith Beck <faith.r.beck@gmail.com>
Date: Sunday, February 9, 2014 7:34 PM
To: Donghai Wang <dwang@engr.psu.edu>
Subject: Group meeting tomorrow

Dear Professor Wang:

I wanted to let you know that I will be approx. 20 mins late to the group meeting tomorrow because I am required to proctor a midterm exam for my TA position. The exam should be over by 7:45 PM, and I will get back to the meeting as soon as possible

Thank you so much

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008358

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Alvin, Maryanne |
| **Sent:** | Monday, February 10, 2014 10:26 AM |
| **To:** | Beck, Faith;Torres-Castro, Lorraine;Abreu-Sepulveda, Maria A. (CONTR) |
| **Cc:** | Manivannan, Ayyakkannu;Powell, Cynthia A.;Alvin, Maryanne;Gemmen, Randall S. |
| **Subject:** | EERE Project |

February 10, 2014

Faith, Lorraine, and Maria:

The following is to inform you of the manner in which efforts on the EERE project entitled *Novel Chemistries: Development of High Capacity Electrodes* will be conducted through the remainder of 2014.  Mani will remain as your technical Point of Contact (POC) for the projects that you are conducting.  With respect to purchases of supplies and/or materials, please contact me, and I will address placement of appropriate Purchase Orders.

On any supervisory matter (e.g., for those of you under the ORISE program needing renewals), I am available to answer questions, and as your supervisor will be setting those appointments in place consistent with the plans for this work.  Please come to me on any supervisory need, and I will work with you to address it.  For those of you with ORISE appointments, as Mani may have already conveyed to you, the ORISE program is currently undergoing evaluation.  It is possible that it will end, and then decisions will need to be made as to how to continue those appointments on a viable alternate program.

The EERE project is expected to end by December 31, 2014.  Myself and Randy Gemmen will be working with each of you as we execute completion/closure of your efforts under the project by that date.  In the next weeks, I plan to schedule individual meetings or telecons to discuss your needs, expectations, and, as needed, current ORISE appointments as we move forward.  In advance, let me express appreciation of all of your efforts and services rendered to date.


MAAlvin (412.386.5498)
cc: R.Gemmen, C.Powell, A.Manivannan

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Donghai Wang <dwang@engr.psu.edu> <dwang@engr.psu.edu> |
| **Sent:** | Monday, February 10, 2014 1:36 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | FW: Meeting at 3 pm conflict |

From: Faith Beck <faith.r.beck@gmail.com>
Date: Monday, February 10, 2014 1:30 PM
To: Donghai Wang <dwang@engr.psu.edu>
Subject: Meeting at 3 pm conflict

Dear Dr. Wang

I am unable to make the meeting today as I overlooked an appointment for my TA proctoring this evening.

I also wanted to let you know that this exam conflicts with the group meeting time so I will be late or absent depending on what time I finish.

Please let me know any updates on what you and Dr. Mani discuss.

I'm sorry for the late notice

I hope all is well

Sincerely

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**CONFIDENTIAL**

**MANI_008360**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, February 12, 2014 4:18 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | your phone call |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Dear Faith:

It's now almost 24 hours since you called wanting to discuss summer work. As Professor Wang and I discussed, you should be focusing your current course work. Please do not make people wait. You are always timely and responsive for such things.
I hope all is well.

Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

CONFIDENTIAL

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, February 13, 2014 12:52 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: Work |

Dear Mani

I will call. Do not call orise until I secure another job.

I will discuss with you. Do not be hasty

Faith


On Thu, Feb 13, 2014 at 12:48 AM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov>
wrote:
 Dear Faith
 Since you indicated that you do not plan to work at Netl, shall I inform orise tomorrow. �Please confirm. It is
 confusing me. please do call and discuss.
 Man



--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008362

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, February 13, 2014 1:26 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: Work |

will talk tomorrow


On Thu, Feb 13, 2014 at 1:09 AM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov>
wrote:
 Also. Please explain how can you be on orise if you do not plan to work with me.
 -----Original Message-----
 From: Faith Beck <faith.r.beck@gmail.com>
 To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>

 Sent: 2/13/2014 12:50:36 AM
 Subject: Re: Work

 Dear Mani

 I will call. Do not call orise until I secure another job.

 I will discuss with you. Do not be hasty

 Faith


 On Thu, Feb 13, 2014 at 12:48 AM, Ayyakkannu Manivannan <
 Ayyakkannu.Manivannan@netl.doe.gov> wrote:

 > Dear Faith
 > Since you indicated that you do not plan to work at Netl, shall I inform
 > orise tomorrow. �Please confirm. It is confusing me. please do call and
 > discuss.
 > Man
 >


 --
 Faith Beck

 Graduate Student
 Department of Mechanical and Nuclear Engineering
 The Pennsylvania State University, University Park

1

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

CONFIDENTIAL  MANI_008364

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, February 13, 2014 12:59 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: Work |

Mani

Any discussions about ORISE, I will be having with Terry Howard.

I will send Maria an email about the pellets and copy you

Send me the information about the patent

My decision will come ◆very soon and it will be my own decision

Faith

On Thu, Feb 13, 2014 at 1:41 AM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
 Call early.
 -----Original Message-----
 From: Faith Beck <faith.r.beck@gmail.com>
 To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>

 Sent: 2/13/2014 1:24:32 AM
 Subject: Re: Work

 will talk tomorrow

On Thu, Feb 13, 2014 at 1:09 AM, Ayyakkannu Manivannan <
Ayyakkannu.Manivannan@netl.doe.gov> wrote:

> Also. Please explain how can you be on orise if you do not plan to work
> with me.
> -----Original Message-----
> From: Faith Beck <faith.r.beck@gmail.com>
> To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>
>
> Sent: 2/13/2014 12:50:36 AM
> Subject: Re: Work
>
> Dear Mani
>
> I will call. Do not call orise until I secure another job.

1

**CONFIDENTIAL**                                           **MANI_008365**

>
> I will discuss with you. Do not be hasty
>
> Faith
>
>
> On Thu, Feb 13, 2014 at 12:48 AM, Ayyakkannu Manivannan <
> Ayyakkannu.Manivannan@netl.doe.gov> wrote:
>
> > Dear Faith
> > Since you indicated that you do not plan to work at Netl, shall I inform
> > orise tomorrow. �Please confirm. It is confusing me. please do call and
> > discuss.
> > Man
> >
>
>
>
> --
> Faith Beck
>
> Graduate Student
> Department of Mechanical and Nuclear Engineering
> The Pennsylvania State University, University Park
>
>


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park




--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

CONFIDENTIAL

MANI_008366

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, February 13, 2014 1:04 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: Work |

You will receive a mail from Terry informing that you will be paid for the number of hours you work until May. After May it is your decision.
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 2/13/2014 12:58 PM >>>
Mani

Any discussions about ORISE, I will be having with Terry Howard.

I will send Maria an email about the pellets and copy you

Send me the information about the patent

My decision will come very soon and it will be my own decision


Faith


On Thu, Feb 13, 2014 at 1:41 AM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
 Call early.
 -----Original Message-----
 From: Faith Beck <faith.r.beck@gmail.com>
 To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>

 Sent: 2/13/2014 1:24:32 AM
 Subject: Re: Work

 will talk tomorrow


On Thu, Feb 13, 2014 at 1:09 AM, Ayyakkannu Manivannan <
Ayyakkannu.Manivannan@netl.doe.gov> wrote:

> Also. Please explain how can you be on orise if you do not plan to work
> with me.
> -----Original Message-----
> From: Faith Beck <faith.r.beck@gmail.com>
> To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>
>
> Sent: 2/13/2014 12:50:36 AM
> Subject: Re: Work
>
> Dear Mani

1

                                          MANI_008367

>
> I will call. Do not call orise until I secure another job.
>
> I will discuss with you. Do not be hasty
>
> Faith
>
>
> On Thu, Feb 13, 2014 at 12:48 AM, Ayyakkannu Manivannan <
> Ayyakkannu.Manivannan@netl.doe.gov> wrote:
>
> > Dear Faith
> > Since you indicated that you do not plan to work at Netl, shall I inform
> > orise tomorrow. Please confirm. It is confusing me. please do call and
> > discuss.
> > Man
> >
>
>
>
> --
> Faith Beck
>
> Graduate Student
> Department of Mechanical and Nuclear Engineering
> The Pennsylvania State University, University Park
>
>


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park




--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

CONFIDENTIAL
MANI_008368

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, February 13, 2014 1:10 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: Re: Work |

Also, Please get a permission letter from Prof. Wang that you can perform experiments during semester time since he indicated that you need to focus on the course work.
Mani

>>> Ayyakkannu Manivannan 2/13/2014 1:03 PM >>>
You will receive a mail from Terry informing that you will be paid for the number of hours you work until May. After May it is your decision.
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 2/13/2014 12:58 PM >>>
Mani

Any discussions about ORISE, I will be having with Terry Howard.

I will send Maria an email about the pellets and copy you

Send me the information about the patent

My decision will come very soon and it will be my own decision


Faith


On Thu, Feb 13, 2014 at 1:41 AM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
 Call early.
 -----Original Message-----
 From: Faith Beck <faith.r.beck@gmail.com>
 To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>

 Sent: 2/13/2014 1:24:32 AM
 Subject: Re: Work

 will talk tomorrow


 On Thu, Feb 13, 2014 at 1:09 AM, Ayyakkannu Manivannan <
 Ayyakkannu.Manivannan@netl.doe.gov> wrote:

 > Also. Please explain how can you be on orise if you do not plan to work
 > with me.
 > -----Original Message-----
 > From: Faith Beck <faith.r.beck@gmail.com>
 > To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>

1

> 
> Sent: 2/13/2014 12:50:36 AM
> Subject: Re: Work
> 
> Dear Mani
> 
> I will call. Do not call orise until I secure another job.
> 
> I will discuss with you. Do not be hasty
> 
> Faith
> 
> 
> On Thu, Feb 13, 2014 at 12:48 AM, Ayyakkannu Manivannan <
> Ayyakkannu.Manivannan@netl.doe.gov> wrote:
> 
> > Dear Faith
> > Since you indicated that you do not plan to work at Netl, shall I inform
> > orise tomorrow. Please confirm. It is confusing me. please do call and
> > discuss.
> > Man
> > 
> 
> 
> 
> --
> Faith Beck
> 
> Graduate Student
> Department of Mechanical and Nuclear Engineering
> The Pennsylvania State University, University Park
> 
> 


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park




--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

MANI_008370

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, February 13, 2014 2:59 PM |
| **To:** | Terry.Howard@orau.org |
| **Cc:** | faith.r.beck@gmail.com |
| **Subject:** | ORISE |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Terry:

Let me talk to Faith and let you know.
Thanks
Mani

Mani
---------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

**CONFIDENTIAL**

**MANI_008371**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, February 13, 2014 3:48 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: ORISE |

Dear Faith:

I need to discuss with you. It seems your are too excited. Please let me know the time to talk to. As I said, it is all for your good and it is the same as we discussed before.
We need to discuss soberly the method not your decision. Please do understand my constrains at NETL.
Please do that and talk nicely. I look forward to talk to you. You are a wonderful researcher.
I appreciate it.
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 2/13/2014 3:31 PM >>>
I will let you know my plan about orise

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Feb 13, 2014, at 2:58 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

Terry:

Let me talk to Faith and let you know.
Thanks
Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

<Manivannan, Ayyakkannu.vcf>

1

CONFIDENTIAL

MANI_008372

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Friday, February 14, 2014 1:10 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: Fw: ORISE |

will discuss during normal hours


On Fri, Feb 14, 2014 at 12:59 AM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
 No reply.

 ---------- Forwarded message ----------
 From:�"Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
 To:�"Faith Beck" <faith.r.beck@gmail.com>
 Cc:�
 Date:�Thu, 13 Feb 2014 15:48:20 -0500
 Subject:�Re: ORISE
 Dear Faith:
 �
 I need to discuss with you. It seems your are too excited. Please let me know the time to talk to. As I said, it is all for
 your good and it is the same as we discussed before.
 We need to discuss soberly the method not your decision. Please do understand my constrains at NETL.
 Please do that and talk nicely. I look forward to talk to you. You are a wonderful researcher.
 I appreciate it.
 Mani

 >>> Faith Beck <faith.r.beck@gmail.com> 2/13/2014 3:31 PM >>>
 I will let you know my plan about orise

 **Faith Beck**

 Graduate Student
 Department of Mechanical and Nuclear Engineering
 The Pennsylvania State University, University Park


 On Feb 13, 2014, at 2:58 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

 > Terry:
 > �
 > Let me talk to Faith and let you know.
 > Thanks
 > Mani
 > �
 > �

1

MANI_008373

Mani

-------------------------

A. Manivannan, Ph.D
US DOE/NETL
Materials Performance�Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV� 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

<Manivannan, Ayyakkannu.vcf>

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

CONFIDENTIAL

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Saturday, February 15, 2014 10:43 PM |
| **To:** | Layman, Craig;Terry.Howard@orau.org |
| **Subject:** | Faith Beck/ORISE |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Craig:

Ms. Faith Beck will not be able to work in lab until May due to her course work and her qualifying exams. Please put a hold on the ORISE payment until the end of May. Please call me to discuss.
Thanks
Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

**CONFIDENTIAL**                                                                 **MANI_008375**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Thursday, February 20, 2014 12:30 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | ORISE |

Mani

I will not be signing the amendment letter until you respond to me

Faith
--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008376

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | "Layman, Craig" <Craig.Layman@orau.org> <Craig.Layman@orau.org> |
| **Sent:** | Friday, February 21, 2014 11:32 AM |
| **To:** | Manivannan, Ayyakkannu;(faith.r.beck@gmail.com), Faith Beck |
| **Subject:** | FW: NETL_AMEND LTR_BECK |
| **Attachments:** | 2014_02_19_14_40_31.pdf |

Faith:

Please ignore the signature lines. The conditions do not change.

Thanks,
Craig

Craig T. Layman, Ed.D.
Group Manager
Science Education Programs, MS 36
Oak Ridge Institute for Science and Education
P.O. Box 117
Oak Ridge, Tennessee 37831-0117
Phone: (865) 574-1751
Facsimile: (865) 576-1609

The Oak Ridge Institute for Science and Education is a Department of Energy (DOE) Facility managed by Oak Ridge
Associated Universities.

**From:** Howard, Terry
**Sent:** Wednesday, February 19, 2014 2:48 PM
**To:** Layman, Craig; Terry, Cheryl
**Subject:** FW: NETL_AMEND LTR_BECK

Done.

Terry Howard
Phone: (865) 574-6912
Fax: (865) 574-2850
E-mail: terry.howard@orau.org

**From:** Howard, Terry
**Sent:** Wednesday, February 19, 2014 2:46 PM
**To:** ayyakkannu.manivannan@netl.doe.gov; Debra Smerkol; 'Tracy Giltner'; 'Nancy Andres'
**Subject:** FW: NETL_AMEND LTR_BECK

FYI -

Terry Howard
Phone: (865) 574-6912
Fax: (865) 574-2850
E-mail: terry.howard@orau.org

**From:** Howard, Terry
**Sent:** Wednesday, February 19, 2014 2:43 PM

1

CONFIDENTIAL                                        MANI_008377

**To:** 'Faith Beck' (faith.r.beck@gmail.com); Faith Beck (Faith.Beck@CONTR.NETL.DOE.GOV)
**Subject:** NETL_AMEND LTR_BECK

Faith,

A letter regarding your NETL appointment is attached.  Please sign and return at your earliest convenience.

Thank you,

Terry Howard
Science Education Programs
Oak Ridge Institute for Science and Education

## ORAU

Phone: (865) 574-6912
Fax: (865) 574-2850
terry.howard@orau.org

2

CONFIDENTIAL

MANI_008378

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Friday, February 21, 2014 6:53 PM |
| **To:** | Manivannan, Ayyakkannu;Manivannan, Mani |
| **Subject:** | your text |

Mani:

please email me what you want to discuss relating to HQ.

I will respond here

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Wednesday, March 12, 2014 12:18 AM |
| **To:** | Abreu-Sepulveda, Maria |
| **Cc:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: files |
| **Attachments:** | LLZO.opj; solid.opj; LLTO.opj; ECS2013_CA.opj; LLZTaO.opj |

Dear Maria:

These are all of the files that I have and I will send more as I find them

Hope you are well and thank you so much for the well wishes

Talk soon

Faith


On Tue, Mar 11, 2014 at 10:30 PM, Abreu-Sepulveda, Maria <m.abreu-sepulveda@rochester.edu> wrote:
 Hi Faith,

 Please remember to send me the files about the EIS.


 Have a nice flight!

 -
 Thank you,
 Maria



 --
 Faith Beck

 Graduate Student
 Department of Mechanical and Nuclear Engineering
 The Pennsylvania State University, University Park


1

**CONFIDENTIAL**                                                         **MANI_008380**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Friday, March 14, 2014 12:03 AM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | japan |

Thank you for including me in the presentation, Mani
--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008381

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Sunday, March 16, 2014 12:15 PM |
| **To:** | Beck, Faith;Brown, Marlene J. (CONTR) |
| **Cc:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: Confirm Property (NEW NETL) |
| **Attachments:** | photo.JPG |

Dear◆Marlene:

Currently I am offsite working at Penn State and cannot confirm the property number, but will ask my supervisor (A. Manivannan) to confirm that that is the correct information and have copied him on this email.

I have attached the signed form here for you

Thank you so much

Sincerely


Faith Beck



On Fri, Mar 14, 2014 at 1:20 PM, Faith Beck <Faith.Beck@contr.netl.doe.gov> wrote:


---------- Forwarded message ----------
From:◆"Marlene Brown" <Marlene.Brown@CONTR.NETL.DOE.GOV>
To:◆"Faith Beck" <Faith.Beck@CONTR.NETL.DOE.GOV>
Cc:◆
Date:◆Fri, 14 Mar 2014 13:20:36 -0400
Subject:◆Confirm Property
Faith, I am currently conducting a complete inventory on ITD property.◆ I believe your monitor is currently in ITD's name and I would like to reassign it to you.◆ Can you check your monitor and if the Property Number is:◆ 0000032152, can you please sign the attached Property Locator form and return back to me?
◆
If you have any questions, please let me know.
◆
Thanks.
◆
◆
Marlene
◆
◆
Marlene Brown, Asset Manager

1

**CONFIDENTIAL**

MANI_008382

Criterion Systems
Information Technology� Operations Maintenance Support (ITOMS)
Contractor to the U.S. Department of Energy
National Energy Technology Laboratory
626 Cochrans Mill Road
Pittsburgh, PA� 15263
Phone:��� (412) 386-6838
E-mail:���marlene.brown@contr.netl.doe.gov
�

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

CONFIDENTIAL

MANI_008383

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Sunday, March 16, 2014 10:38 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | follow the procedure and NETL regulation |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Dear Faith:

Please follow the NETL procedure and protocol. This is very important for professional operation. I need to get the XPS information and also I tried to contact you for many things similar to that and you are not answering/responding. You could also provide the XPS info. when I asked you before.

Please understand and follow.
Mani

Mani
---------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

MANI_008384

**Hunzeker, Mark T.**

| | |
|---|---|
| From: | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| Sent: | Monday, March 17, 2014 1:54 PM |
| To: | Manivannan, Ayyakkannu |
| Subject: | --------------------------------------------------------------------------------------- |

---------------------------------------------------------------------------------------

Answers for your questions:

1) Hydro-Quebec- yes or no
*No, I am in school currently and must focus on coursework*

2) forward the e-mail you sent me last week on XPS ( I did not receive it)

*Dated 3/6/2014*
*"Dear Mani:*

*I will be coming to DOE Monday (3/10/14) to make my pellets. Also, I will be bringing roughly 5 samples for XPS from Donghai's group. I can give them to Jim Poston. "*



3) need to discuss the office space or they might move it.
*Taken care of on Sunday 3/16/2014*

4) Orlando ECS-�yes or no
*Since I am on postponement, I cannot finish the work required to make the presentation*

5) your pellets have broken two times and we are remaking it.
*Unclear*
---------------------------------------------------------------------------------------

Mani,

As written in my previous email, the monitor issue has been addressed and resolved.

As per my recently updated employment letter, I am postponed of all work related duties until May, including email.

Please read what has been written to me by Craig on 3/11/14:�

"For the period of�February 8- May 31, 2014, Faith should not participant on or off-site"

It is not in agreement �with my updated appointment for me to receive continuous work emails and �I am not comfortable with this. If these guidelines are not respected, I will not be returning in May.

I have turned in all work data and updated Maria with the necessary information.�

Sincerely,

1

CONFIDENTIAL

MANI_008385



--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

CONFIDENTIAL                                          MANI_008386

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Monday, March 17, 2014 2:45 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: |

Mani:
I said that if you do not respect the guidelines, then I will not return.◆
I did not say I am not returning


Faith


On Mon, Mar 17, 2014 at 2:38 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
> I did not read the last part since I am using hand phone. Sorry. The questions were asked if you want to. Orise fellowship can be changed if you read it correctly.. Craig also sent you mail you can inform the dates you want to work.

> You have the Doe batch still. It is confusing if I write too many mails. I understand that you will not return in May and I will take care of orise. I understand I should not bother you anymore.
> Mani
> -----Original Message-----
> From: Faith Beck <faith.r.beck@gmail.com>
> To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>

> Sent: 3/17/2014 1:53:00 PM
> Subject:

> -----------------------------------------------------------------------------------------

> Answers for your questions:

> 1) Hydro-Quebec- yes or no
> *No, I am in school currently and must focus on coursework*

> 2) forward the e-mail you sent me last week on XPS ( I did not receive it)

> *Dated 3/6/2014*
> *"Dear Mani:*

> *I will be coming to DOE Monday (3/10/14) to make my pellets. Also, I will be bringing roughly 5 samples for XPS from Donghai's group. I can give them to Jim Poston. "*

> 3) need to discuss the office space or they might move it.
> *Taken care of on Sunday 3/16/2014*

1

CONFIDENTIAL

MANI_008387

4) Orlando ECS- yes or no
*Since I am on postponement, I cannot finish the work required to make the presentation*

5) your pellets have broken two times and we are remaking it.
*Unclear*
------------------------------------------------------------------------------------------------
Mani,

As written in my previous email, the monitor issue has been addressed and resolved.

As per my recently updated employment letter, I am postponed of all work related duties until May, including email.

Please read what has been written to me by Craig on 3/11/14:

"For the period of February 8- May 31, 2014, Faith should not participant on or off-site"

It is not in agreement �with my updated appointment for me to receive continuous work emails and �I am not comfortable with this. If these guidelines are not respected, I will not be returning in May.

I have turned in all work data and updated Maria with the necessary information.


Sincerely,


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park




--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

CONFIDENTIAL

MANI_008388

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Andres, Nancy J. |
| **Sent:** | Monday, March 17, 2014 4:15 PM |
| **To:** | Manivannan, Ayyakkannu;Tucker, David A. |
| **Cc:** | Beck, Faith |
| **Subject:** | Faith Beck |

I spoke to Faith last week and she had questions about the possibility of performing different research with Dave during the summer through her current ORISE appointment. I checked with ORISE and it is possible for us to have her switch mentors and research but it is something that you two as mentors would need to discuss amongst yourselves and work out the funding details. So we all are on the same page, the options are:

1) if no additional funding is provided for Faith's summer work, I would send ORISE an email saying that Faith will be mentored by Dave for a specific period of time this summer and provide a different work scope than the current one she has. Which means that Faith would be performing research with Dave on funding provided by Mani. Both of you would need to agree that this is possible.

2) provide additional funding to ORISE from Dave's area for a period of time this summer. In this scenario we send ORISE a funding letter saying that Faith will be mentored by Dave for X amount of time this summer performing X research and her stipend would be paid from a different type of funding than the funding that is currently placed on her appointment.

I am willing to help with the details if you decide to pursue this change.

Thanks,
Nancy

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, March 17, 2014 4:22 PM |
| **To:** | Andres, Nancy J. |
| **Subject:** | Re: Faith Beck |

Nancy
Please call me. Cancel that mail. They are twodifferent projects. I am in San francico this week. Call 304-685-8185.
Mani

-----Original Message-----
From: Nancy Andres
To: Tucker, David <David.Tucker@NETL.DOE.GOV>
To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>
Cc: Beck, Faith <Faith.Beck@CONTR.NETL.DOE.GOV>

Sent: 3/17/2014 4:14:47 PM
Subject: Faith Beck

I spoke to Faith last week and she had questions about the possibility of performing different research with Dave during the summer through her current ORISE appointment.  I checked with ORISE and it is possible for us to have her switch mentors and research but it is something that you two as mentors would need to discuss amongst yourselves and work out the funding details.   So we all are on the same page, the options are:

1) if no additional funding is provided for Faith's summer work, I would send ORISE an email saying that Faith will be mentored by Dave for a specific period of time this summer and provide a different work scope than the current one she has.  Which means that Faith would be performing research with Dave on funding provided by Mani.  Both of you would need to agree that this is possible.

2) provide additional funding to ORISE from Dave's area for a period of time this summer.  In this scenario we send ORISE a funding letter saying that Faith will be mentored by Dave for X amount of time this summer performing X research and her stipend would be paid from a different type of funding than the funding that is currently placed on her appointment.

I am willing to help with the details if you decide to pursue this change.

Thanks,
Nancy

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, March 17, 2014 4:16 PM |
| **To:** | Andres, Nancy J. |
| **Subject:** | Re: Faith Beck |

I wanted to talk to you before you copy faith. IT is late.
Mani
-----Original Message-----
From: Nancy Andres
To: Tucker, David <David.Tucker@NETL.DOE.GOV>
To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>
Cc: Beck, Faith <Faith.Beck@CONTR.NETL.DOE.GOV>

Sent: 3/17/2014 4:14:47 PM
Subject: Faith Beck

I spoke to Faith last week and she had questions about the possibility of performing different research with Dave during the summer through her current ORISE appointment. I checked with ORISE and it is possible for us to have her switch mentors and research but it is something that you two as mentors would need to discuss amongst yourselves and work out the funding details. So we all are on the same page, the options are:

1) if no additional funding is provided for Faith's summer work, I would send ORISE an email saying that Faith will be mentored by Dave for a specific period of time this summer and provide a different work scope than the current one she has. Which means that Faith would be performing research with Dave on funding provided by Mani. Both of you would need to agree that this is possible.

2) provide additional funding to ORISE from Dave's area for a period of time this summer. In this scenario we send ORISE a funding letter saying that Faith will be mentored by Dave for X amount of time this summer performing X research and her stipend would be paid from a different type of funding than the funding that is currently placed on her appointment.

I am willing to help with the details if you decide to pursue this change.

Thanks,
Nancy

1

CONFIDENTIAL

MANI_008391

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Andres, Nancy J. |
| **Sent:** | Monday, March 17, 2014 4:56 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: Faith Beck |

Mani,

Ok I pulled the email back. I've been out of my office and am leaving so just let me know if its something you want to try and do for Faith. We can talk about Maria and Lorraine's appointment when you get back.

Nancy

>>> Ayyakkannu Manivannan 3/17/2014 4:28 PM >>>
Nancy
I tried to call you few times. I need to decide before you send any mail to faith. This is eere funding. Dave's work is FE.
Mani

-----Original Message-----
From: Nancy Andres
To: Tucker, David <David.Tucker@NETL.DOE.GOV>
To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>
Cc: Beck, Faith <Faith.Beck@CONTR.NETL.DOE.GOV>

Sent: 3/17/2014 4:14:47 PM
Subject: Faith Beck

I spoke to Faith last week and she had questions about the possibility of performing different research with Dave during the summer through her current ORISE appointment. I checked with ORISE and it is possible for us to have her switch mentors and research but it is something that you two as mentors would need to discuss amongst yourselves and work out the funding details. So we all are on the same page, the options are:

1) if no additional funding is provided for Faith's summer work, I would send ORISE an email saying that Faith will be mentored by Dave for a specific period of time this summer and provide a different work scope than the current one she has. Which means that Faith would be performing research with Dave on funding provided by Mani. Both of you would need to agree that this is possible.

2) provide additional funding to ORISE from Dave's area for a period of time this summer. In this scenario we send ORISE a funding letter saying that Faith will be mentored by Dave for X amount of time this summer performing X research and her stipend would be paid from a different type of funding than the funding that is currently placed on her appointment.

I am willing to help with the details if you decide to pursue this change.

Thanks,
Nancy

1

CONFIDENTIAL

## Hunzeker, Mark T.

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, March 17, 2014 5:13 PM |
| **To:** | Andres, Nancy J. |
| **Subject:** | Re: Faith Beck |

Need to talkto youabout faith.
Mani
-----Original Message-----
From: Nancy Andres
To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>

Sent: 3/17/2014 4:55:28 PM
Subject: Re: Faith Beck

Mani,

Ok I pulled the email back. I've been out of my office and am leaving so just let me know if its something you want to try
and do for Faith. We can talk about Maria and Lorraine's appointment when you get back.

Nancy

>>> Ayyakkannu Manivannan 3/17/2014 4:28 PM >>>
Nancy
I tried to call you few times. I need to decide before you send any mail to faith. This is eere funding. Dave's work is FE.
Mani

-----Original Message-----
From: Nancy Andres
To: Tucker, David <David.Tucker@NETL.DOE.GOV>
To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>
Cc: Beck, Faith <Faith.Beck@CONTR.NETL.DOE.GOV>

Sent: 3/17/2014 4:14:47 PM
Subject: Faith Beck

I spoke to Faith last week and she had questions about the possibility of performing different research with Dave during
the summer through her current ORISE appointment. I checked with ORISE and it is possible for us to have her switch
mentors and research but it is something that you two as mentors would need to discuss amongst yourselves and work
out the funding details. So we all are on the same page, the options are:

1) if no additional funding is provided for Faith's summer work, I would send ORISE an email saying that Faith will be
mentored by Dave for a specific period of time this summer and provide a different work scope than the current one she
has. Which means that Faith would be performing research with Dave on funding provided by Mani. Both of you would
need to agree that this is possible.

2) provide additional funding to ORISE from Dave's area for a period of time this summer. In this scenario we send ORISE
a funding letter saying that Faith will be mentored by Dave for X amount of time this summer performing X research and
her stipend would be paid from a different type of funding than the funding that is currently placed on her appointment.

1

                                      MANI_008393

I am willing to help with the details if you decide to pursue this change.

Thanks,
Nancy

.

2

**MANI_008394**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, March 17, 2014 6:00 PM |
| **To:** | Tucker, David A. |
| **Subject:** | Fw: Faith Beck |
| **Attachments:** | Mail |

1

CONFIDENTIAL

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, March 17, 2014 6:59 PM |
| **To:** | Andres, Nancy J. |
| **Subject:** | Re: Faith Beck |

Faith always forward her email to gmail. She might have already read it. We will discuss.
Mani
-----Original Message-----
From: Nancy Andres
To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>

Sent: 3/17/2014 4:55:28 PM
Subject: Re: Faith Beck

Mani,

Ok I pulled the email back.  I've been out of my office and am leaving so just let me know if its something you want to try
and do for Faith.  We can talk about Maria and Lorraine's appointment when you get back.

Nancy

>>> Ayyakkannu Manivannan 3/17/2014 4:28 PM >>>
Nancy
I tried to call you few times. I need to decide before you send any mail to faith. This is eere funding. Dave's work is FE.
Mani

-----Original Message-----
From: Nancy Andres
To: Tucker, David <David.Tucker@NETL.DOE.GOV>
To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>
Cc: Beck, Faith <Faith.Beck@CONTR.NETL.DOE.GOV>

Sent: 3/17/2014 4:14:47 PM
Subject: Faith Beck

I spoke to Faith last week and she had questions about the possibility of performing different research with Dave during
the summer through her current ORISE appointment.  I checked with ORISE and it is possible for us to have her switch
mentors and research but it is something that you two as mentors would need to discuss amongst yourselves and work
out the funding details.  So we all are on the same page, the options are:

1) if no additional funding is provided for Faith's summer work, I would send ORISE an email saying that Faith will be
mentored by Dave for a specific period of time this summer and provide a different work scope than the current one she
has.  Which means that Faith would be performing research with Dave on funding provided by Mani.  Both of you would
need to agree that this is possible.

2) provide additional funding to ORISE from Dave's area for a period of time this summer.  In this scenario we send ORISE
a funding letter saying that Faith will be mentored by Dave for X amount of time this summer performing X research and
her stipend would be paid from a different type of funding than the funding that is currently placed on her appointment.

1

                                                           MANI_008396

I am willing to help with the details if you decide to pursue this change.

Thanks,
Nancy

2

MANI_008397

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Friday, March 21, 2014 1:56 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Dear Mani |

Dear Mani
I need to speak with Dave still and then I will decide

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Mar 20, 2014, at 8:20 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
wrote:

> Dear Faith
> It is up to you what you want to do. Please respond.
> Mani
> <mime-attachment>

1

CONFIDENTIAL                                                    MANI_008398

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Friday, March 21, 2014 3:59 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | Mani |

Mani

I called to check your Friday availability for the next three weeks for a meeting with Dave.?

Please let me know if you will be out of town or if one of those days will work better for you than another.

Thanks

Faith
--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008399

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, March 21, 2014 4:25 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: |

You need to talk to me before any of these discussions.
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 3/21/2014 3:57 PM >>>
Mani

I called to check your Friday availability for the next three weeks for a meeting with Dave.

Please let me know if you will be out of town or if one of those days will work better for you than another.


Thanks

Faith
--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008400

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Monday, March 24, 2014 4:56 PM |
| **To:** | Wang, Donghai |
| **Cc:** | Manivannan, Ayyakkannu;Beck, Faith |
| **Subject:** | Re: chat |

Dear Dr. Wang
I did not know ahead of time that Dr. Mani was coming and I have grading to finish by tonight.

Before receiving your mail I already spoke with Dr. Mani about my schedule and that I won't be able to discuss today.

I have plans to go to DOE after my exams finish and will discuss the fellowship with him at that time.

Thank you so much and I will see you in the meeting.


Faith

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park


On Mar 24, 2014, at 3:59 PM, Donghai Wang <dwang@engr.psu.edu> wrote:

> Faith,
>
> Just want to let you know that Dr. Mani is at PSU today. I wonder if you can come to the group meeting today earlier so that you can talk with him on the fellowship. Any time before 7:30 would be ok to Dr. Mani.
>
> Thanks.
>
> Donghai

1

**CONFIDENTIAL**

MANI_008401

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Faith Beck <faith.r.beck@gmail.com> <faith.r.beck@gmail.com> |
| **Sent:** | Wednesday, March 26, 2014 11:43 AM |
| **To:** | Tucker, David A. |
| **Cc:** | Manivannan, Ayyakkannu |
| **Subject:** | Meeting this Friday |

Dear Dave:

This coming week I have a midterm exam and unfortunately I cannot spare the time to drive to Morgantown and back .

My thought was to come after my exams are over. I have copied Mani on this email. Is?Friday April 18?suitable for everyone?


I ?greatly appreciate your consideration and thank you advance.



Thanks so much

Faith
--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

                                   MANI_008402

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Tucker, David A. |
| **Sent:** | Wednesday, March 26, 2014 5:56 PM |
| **To:** | Beck, Faith |
| **Cc:** | Manivannan, Ayyakkannu |
| **Subject:** | Re: Meeting this Friday |
| **Attachments:** | IMAGE.gif |

Dear Faith,

Thanks for the heads up.  I'll be going to Italy for Paolo's defense, so April 18th won't work for me.  Sorry about that.  Good luck with your exams.

Dave

>>> Faith Beck <faith.r.beck@gmail.com> 3/26/2014 11:42 AM >>>
Dear Dave:

This coming week I have a midterm exam and unfortunately I cannot spare the time to drive to Morgantown and back .

My thought was to come after my exams are over. I have copied Mani on this email. Is Friday April 18 suitable for everyone?

I greatly appreciate your consideration and thank you advance.



Thanks so much

Faith
--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, April 14, 2014 10:52 AM |
| **To:** | Layman, Craig |
| **Subject:** | Faith Beck |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Craig:

Please use this necessary:

Dear Faith:
Honoring your request to remain at Penn State and to be funded through alternative means (instead of returning to
NETL Morgantown): and in compliance with DOE/NETL rules (work must be executed at NETL Morgantown) we hereby
discontinue the ORISE funding.

We all wish you the very best of success in the new direction you have set for yourself. Please don't hesitate to call us if
you have any questions.

Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

CONFIDENTIAL                                                  MANI_008404

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Alvin, Maryanne |
| **Sent:** | Monday, April 21, 2014 10:52 AM |
| **To:** | Beck, Faith;Alvin, Maryanne;Andres, Nancy J. |
| **Cc:** | Manivannan, Ayyakkannu;Powell, Cynthia A.;Smerkol, Debra S. (CONTR);Gemmen, Randall S. |
| **Subject:** | Re: Teleconference (4/16/14) Faith Beck: FY14 EERE Project |

Faith -

Your comment below (4/15/14) was that you would not be returning to my ORISE appointment in June 2014.  As this is currently April 2014, I need to understand what your status is in relationship to the EERE work with Mani and your current ORISE position.  Are you still conducting work on the EERE project with Mani, and if so, is that at PSU or NETL?

Pls identify a time that is convenient for you to call me (412.386.5498) to discuss.  I would, however, appreciate a brief email re/the above questions which should not take much of your time.

Nancy A., can you pls follow-up with me on this issue.

MAA



>>> Faith Beck <faith.r.beck@gmail.com> 4/16/2014 8:21 AM >>>
Dear Mrs. Alvin:

I cannot speak about my experiences right now as I am at the end of my semester. Perhaps we can speak later.

Thank you for your interest

Sincerely

Faith Beck

Thank you so much


Faith Beck

---------- Forwarded message ----------
From: **Maryanne Alvin** <Maryanne.Alvin@netl.doe.gov>
Date: Wed, Apr 16, 2014 at 7:10 AM
Subject: Re: Teleconference (4/16/14) Faith Beck: FY14 EERE Project
To: Debra Smerkol <Debra.Smerkol@contr.netl.doe.gov>, Faith Beck <faith.r.beck@gmail.com>, Maryanne Alvin <Maryanne.Alvin@netl.doe.gov>
Cc: Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov>, Cynthia Powell <Cynthia.Powell@netl.doe.gov>, Randall Gemmen <Randall.Gemmen@netl.doe.gov>

1

**CONFIDENTIAL**

**MANI_008405**

Faith -
Thank you for at the least commenting to my email. I still will want to have a conversation with you with respect to the
EERE effort and experiences here at NETL.
MAA


>>> Faith Beck <faith.r.beck@gmail.com> 4/15/2014 8:54 AM >>>
Dear Mrs. Alvin:

I regret that I will not be able to participate in the teleconference since I will not be returning to my ORISE appointment
in June 2014.

I was given the opportunity to work here on my campus recently and I am taking this time to focus on my studies.

I appreciate the opportunity of having been part of the project.



Thank you

Sincerely

Faith
--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park




--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

**CONFIDENTIAL**

**MANI_008406**

## Hunzeker, Mark T.

| | |
|---|---|
| **From:** | "Howard, Terry" <Terry.Howard@orau.org> <Terry.Howard@orau.org> |
| **Sent:** | Monday, April 21, 2014 4:25 PM |
| **To:** | (faith.r.beck@gmail.com), 'Faith Beck' |
| **Cc:** | Manivannan, Ayyakkannu;Smerkol, Debra S. (CONTR);Andres, Nancy J.;Giltner, Tracy S. (CONTR) |
| **Subject:** | NETL_TERM LTR_BECK |
| **Attachments:** | 2014_04_17_17_06_02.pdf |

Faith,

Attached is a letter regarding the end of your appointment to the NETL Professional Internship Program.

Best regards,

Terry Howard
Science Education Programs
Oak Ridge Institute for Science and Education

**ORAU**
Phone: (865) 574-6912
Fax: (865) 574-2850
terry.howard@orau.org

1

MANI_008407

 

OAK RIDGE INSTITUTE FOR SCIENCE AND EDUCATION

April 17, 2014

Ms. Faith Beck
344 Oaklawn Drive
Pittsburgh, PA 15241

Dear Ms. Beck:

Your appointment to the Professional Internship Program (PIP) at the National Energy Technology Laboratory (NETL) was scheduled to end on December 31, 2014.  The Oak Ridge Institute for Science and Education has received notification to change your ending date to April 15, 2014.

In order to provide for continuing evaluation of this program, you are required to provide certain information as specified in your appointment letter and Terms of Appointment. Please submit the following to the Oak Ridge Institute for Science and Education (ORISE) within 2 weeks of receiving this letter:

☑ Post-Program Evaluation Survey – You will receive an email from Dr. Erin Burr with a link to this questionnaire. Please complete and submit upon receipt.

☑ Your contact information following your appointment – Please send me your preferred email address, and mailing address (for tax information that will be mailed to you in February).

☑ If you plan to request a return assignment in the PIP program, please complete the online application at https://netl.orau.gov/ THREE MONTHS prior to the requested start date.

☑ Requests for outstanding travel or any other payments.  Otherwise, you may be denied reimbursement for some or all of your expenses.

Stipends paid to you by ORISE are classified as income under the Tax Reform Act of 1986 and will be reported to the Internal Revenue Service as such by ORISE.  Refer to the Terms of Appointment you signed at the beginning of the internship appointment.  If you signed more than one version during your appointment, please refer to the one you signed most recently.  A Statement of Payments Form, detailing the taxable payments you received during the current calendar year, will be mailed to your permanent address in February. **To avoid delay, please let me know right away if your address changes, or if you want this document to be mailed to another address.**

During your appointment, you have participated in an educational program designed to provide you with practical experience and to help you develop career aspirations.  Because of the educational nature of the program, you did not enter into an employee/employer relationship with NETL, ORISE, DOE, or any other office or agency, and you are not eligible for unemployment compensation when your appointment ends.

Please continue to communicate with our office.  ORISE is required by the program guidelines to maintain a record of your current mailing address for five years following the termination date.

We hope that your participation in the program was an enriching experience and that you will let us know how your career has been impacted. We look forward to hearing from you, and offer our best wishes for your continued success.  If you need any assistance, please call me at (865) 574-6912.

Sincerely,

Terry Howard
Program Specialist

c:     Nancy J. Andres, NETL
       Ayyakkannu Manivannan, NETL

CONFIDENTIAL                                                      MANI_008408

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Giltner, Tracy S. (CONTR) |
| **Sent:** | Thursday, April 24, 2014 2:39 PM |
| **To:** | faith.r.beck@gmail.com |
| **Cc:** | Manivannan, Ayyakkannu;Andres, Nancy J. |
| **Subject:** | Exit procedure |

Faith,

I generally send this out when someone is still at NETL. I know you are no longer at NETL but if you can find time to return your badge and Main's books to the site security it would be greatly appreciated. Thank you for all your efforts and best of luck on your endeavors forward. Please let me know if I can help in any way.

1. Check with your NETL Host to discuss and determine whether there is information on your computer or on your network drive that needs to be transferred to your Host.
2. Return books/periodicals/lab note book to the library/mentor (2 books).
3. Keys that you may have used should be returned to NETL Security.
4. Return RSA tokens to the Infodesk.
5. Return any software that may have been purchased for you to your NETL Host.
6. If you were using lab coats, please drop them in the dirty clothes bin in the area where you got them.
7. Make sure the office that you were working in is neat and clean. Please remember to remove all of your belongings from the desk and take them with you.
8. **The badge you are wearing is the property of the U.S. DOE (470.4-21A Issuance, Use & Recovery of Security Badges)**; you must stop at the Security Building to return your badge and the parking tag (if you have one), prior to leaving the site on your last day.
9. As a reminder, you are cautioned that you should only access data that you are specifically authorized to access and that you must abide by any restrictive markings on any such data. In addition, any photocopy or reproduction of copyrighted material may not be "used for any purpose other than private study, scholarship, or research" without the permission of the copyright owner.  If you make a photocopy in violation of this restriction, you may be liable for copyright infringement.

Thank you,

Tracy Giltner
URS
Contractor to DOE
National Energy Technology Laboratory
Outreach Coordinator
O: 541-918-4479

1

CONFIDENTIAL                                                                    MANI_008409

C: 541-861-2288
E: tracy.giltner@contr.netl.doe.gov

CONFIDENTIAL                                                         MANI_008410

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | "Layman, Craig" <Craig.Layman@orau.org> <Craig.Layman@orau.org> |
| **Sent:** | Thursday, April 24, 2014 2:45 PM |
| **To:** | Manivannan, Ayyakkannu |
| **Subject:** | RE: Faith Beck |

Hi Mani:

I tried calling you but I must have written down the number wrong (1.304.865.8185). SEP travel has approved Maria registering for the training session.

Take care,
Craig

Craig T. Layman, Ed.D.
Group Manager
Oak Ridge Institute for Science and Education
P.O. Box 117, MS36
Oak Ridge, Tennessee 37831-0117

865.574.1751 ORAU
865.241.6459 ORNL
Craig.layman@orau.org

Oak Ridge Institute for Science and Education is a Department of Energy Institute managed by ORAU.

**From:** Ayyakkannu Manivannan [mailto:Ayyakkannu.Manivannan@NETL.DOE.GOV]
**Sent:** Monday, April 14, 2014 10:52 AM
**To:** Layman, Craig
**Subject:** Faith Beck

Craig:

Please use this necessary:

Dear Faith:
Honoring your request to remain at Penn State and to be funded through alternative means (instead of returning to NETL Morgantown): and in compliance with DOE/NETL rules (work must be executed at NETL Morgantown) we hereby discontinue the ORISE funding.

We all wish you the very best of success in the new direction you have set for yourself. Please don't hesitate to call us if you have any questions.

1

CONFIDENTIAL

MANI_008411

Mani

Mani

--------------------------

A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

2

MANI_008412

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 01, 2014 10:51 AM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | please read the paper |
| **Attachments:** | Manuscript_revised_final_3_highlighted corrections.docx; Manivannan, Ayyakkannu.vcf |

Dear Faith:

please read the paper carefully ASAP. Do not worry about the highlighted areas.
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

CONFIDENTIAL

MANI_008413

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 01, 2014 1:59 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | get these ASAP |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

V. Palomares et al, Energy Environ.Sci.5,5884(2012)
and 6, 2312 (2013)

Sung-Wook Kim et al Advanced Energy Mater.2012

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

CONFIDENTIAL

MANI_008414

## Hunzeker, Mark T.

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 01, 2014 2:45 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | check them carefully |
| **Attachments:** | Manivannan, Ayyakkannu.vcf; ElectrochemActa_Reviwer comments_12312013_1.docx; Manuscript_revised_final_4_highlighted corrections.docx |

Mani
-------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

**CONFIDENTIAL**

**MANI_008415**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 02, 2014 12:44 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Mat.Lett. pap |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Dear Faith:

Let me know if you have any corrections before I submit it this afternoon.
Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

CONFIDENTIAL

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 02, 2014 2:30 PM |
| **To:** | faith.r.beck@gmail.com;Abreu-Sepulveda, Maria |
| **Subject:** | paper attached |
| **Attachments:** | Mat.Lett_Doped LLZrO and LLTO_9.docx; Manivannan, Ayyakkannu.vcf |

I have attached the paper. Please take a final look.
Thanks
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

CONFIDENTIAL                                                    MANI_008417

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 02, 2014 2:38 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: FW: Electrochimica Acta - Your Submission (KR13-404) |

Dear faith:

Here is the other paper. take a look at the comments and let me know.
Mani

>>> "Kumta, Prashant N" <pkumta@pitt.edu> 1/2/2014 2:30 PM >>>
Dear Rigved,
The comments for the tin graphene paper have come.
Does not look too bad and we should be able to address them.
I also spoke with Dr. Manivannan about the review and he is willing to provide help with the revisions.
We can plan to submit it before the Jan 27th deadline provided.

-Prof. Kumta

*******************************************************
Dr. Prashant N. Kumta, PhD
Edward R. Weidlein Chair Professor
815 C Benedum Hall
Swanson School of Engineering and School of Dental Medicine,
Department of BioEngineering, Chemical and Petroleum Engineering,
Mechanical Engineering and Materials Science,
Department of Oral Biology ,
McGowan Institute of Regenerative Medicine,
University of Pittsburgh Pittsburgh,
PA 15261
Tel. (412)648-0223
Fax: (412)624-3699
E-mail: pkumta@pitt.edu
Editor-in-Chief, Materials Science and Engineering, B
http://www.ees.elsevier.com/msb/
Homepage
http://www.pitt.edu/~pkumta
*******************************************************


-----Original Message-----
From: ees.electacta.1c9.263534.326bf91c@eesmail.elsevier.com
[mailto:ees.electacta.1c9.263534.326bf91c@eesmail.elsevier.com] On Behalf Of Ruediger Koetz
Sent: Saturday, December 28, 2013 5:53 AM
To: Kumta, Prashant N
Subject: Electrochimica Acta - Your Submission (KR13-404)

Ms. Ref. No.: KR13-404

1

CONFIDENTIAL

MANI_008418

Title: Microwave Derived Facile Approach to Sn/Graphene Composite Anodes for  Lithium-Ion Batteries Electrochimica Acta

Dear Edward R. Weidlein Chair Professor P.N. Kumta,

The manuscript you submitted for publication was sent out to referees for review. Please find enclosed their reports. I am happy to tell you that the referees recommend publication of your paper, although with REVISIONS.

In the preparation of a revised manuscript, I would be grateful if you could try to comply with the referees' recommendations giving adequate reasons for your views where you may disagree with their criticisms. It would be helpful if you could enclose a detailed description of amendments in a separate WORD file (Replies to Referees - please provide separate replies to each referee) together with the electronic version (WORD or LATEX) of the revised manuscript (PLEASE HIGHLIGHT CHANGESWITH A YELLOW BACKGROUND).

Recommended date for resubmission: ON or BEFORE Jan 27, 2014

A PAPER UNDER REVISION NOT RETURNED AFTER TWO MONTHS OF THE DATE OF THIS LETTER WILL BE CONSIDERED AS WITHDRAWN.

To submit a revision, please go to http://ees.elsevier.com/electacta/ and login as an Author.
Your username is: pkumta

If you cannot remember your password, please click the "Send Username/Password" link on the Login page.

On your Main Menu page is a folder entitled "Submissions Needing Revision". You will find your submission record there.  Also, the reviewer(s) may have uploaded a file with detailed comments on your manuscript. Click on "View Reviewer Attachments" to access any detailed comments from the reviewer(s) that may have been included.

Please note that this journal offers a new, free service called AudioSlides: brief, webcast-style presentations that are shown next to published articles on ScienceDirect (see also http://www.elsevier.com/audioslides). If your paper is accepted for publication, you will automatically receive an invitation to create an AudioSlides presentation.

Yours sincerely,

Ruediger Koetz, Dr.
Associate Editor
Electrochimica Acta

Reviewers' comments:

Reviewer #1: The manuscript entitled "Microwave Derived Facile Approach to Sn/Graphene Composite Anodes for Lithium-Ion Batteries" describes synthesis and electrochemical characterization of Sn/graphene composite anode for Li-ion battery. $SnO_2$/graphene has been reported previously but pure Sn/graphene composite is more challenging due to melting of Sn during heat treatment making this composite difficulty to cycle. Current manuscript is interesting in terms of synthesis and performance. The manuscript is well written and characterized. Therefore, I recommend current manuscript to be published in Electrochimica Acta. Here are some comments.

1.   I recommend citing following paper which is related to the current manuscript.
Donghai Wang, Rong Kou, Daiwon Choi, Zhenguo Yang, Zimin Nie, Juan Li, Laxmikant V. Saraf, Jiguang Zhang, Gordon L. Graff, Jun Liu, Micheal A. Pope, Ilhan A. Aksay, "Ternary Self-assembly of Metal-Oxide-Graphene Nanocomposites for Electrochemical Energy Storage", ACS Nano, 4(3), p.1587-1595 (2010)

CONFIDENTIAL

MANI_008419

Reviewer #3: In the paper, the authors present the synthesis of Sn/graphene via a microwave process and subsequent annealing in argon. The composite electrode exhibits improved specific capacity and stability. However, there are several minor questions before the paper to be in publication.

(1)   The synthesis of graphene-SnO2 has been reported.  It would be helpful to explain the difference in mesostructure transition from graphene-SnO2 to graphene-Sn during the post microwave treatment. The author should cite the original paper of graphene-SnO2 nanocomposite (ACS Nano 2010, 4, 1587) to explain the transition.

(2)   In the abstract part, one minor error is that SnCl2 is totally different from SnCl2·2H2O. From the experimental part, the tin precursor is SnCl2·2H2O, thus SnCl2 should be changed to SnCl2·2H2O.

(3)   In Table 1, there are four samples: Sn-1(34 wt.%), Sn-2(43 wt.%), Sn-3(86 wt.%), Sn-1(90 wt.%), and their electrochemical performance. In order to examine the relationship between the first discharge capacity and the amount of Sn, the author should provide three more samples : Sn-5(50 wt.%), Sn-6(60 wt.%), Sn-7(70 wt.%) and their electrochemical performance. Then we will know the best amount of Sn to get highest first discharge capacity.

(4)   In Table 1, the difference in first discharge capacity between Sn-3(86 wt.%) and Sn-1(90 wt.%) is not clearly explained in the paper. In Line 14, Page 10, the authors explains that:
However, in the Sn-4 (90 wt.%Sn) sample, the composite can be realized to be mainly composed of spherical Sn droplets held loosely by a small fraction of graphene layers. We speculate that this could result in a scenario where some of the Sn droplets are isolated and thus not well connected electrically to the whole composite, resulting in a decreased overall first discharge capacity.
If the explanation is reasonable, how about first discharge capaicity of Sn-x(80 wt.%) and Sn-y(95 wt.%)?

CONFIDENTIAL

MANI_008420

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 02, 2014 3:47 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | request |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Dear Faith:

Please respond to the e-mails. I would appreciate that.

Thanks
Mani


Mani
-------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

**CONFIDENTIAL**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 02, 2014 4:24 PM |
| **To:** | Abreu-Sepulveda, Maria |
| **Cc:** | beck, faith r |
| **Subject:** | Re: paper attached |

Dear Maria:

Thanks for the call. The whites dots are the same compound and they will be removed after polishing. Your affiliation will be US DOE/NETL. You can also add Univ. of Rochester if you want.

Send me the next final copy after completing the reference titles.

Thanks
Mani

>>> "Abreu-Sepulveda, Maria" <m.abreu-sepulveda@rochester.edu> 1/2/2014 4:09 PM >>>
Hi Mani,

I have attached the latest version with some minor modifications... I noticed Figure 3 was replaced... What is the white dots on the surface of the new figure 3?

also, what will be my affiliation? :)

Maria

----- Original Message -----
From: "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
To: "faith r beck" <faith.r.beck@gmail.com>, "Maria Abreu-Sepulveda" <mabreuse@hse.rochester.edu>
Sent: Thursday, January 2, 2014 2:30:07 PM
Subject: paper attached

I have attached the paper. Please take a final look.
Thanks
Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880

1

**CONFIDENTIAL**

MANI_008422

Morgantown, WV 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

2

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 02, 2014 4:28 PM |
| **To:** | Abreu-Sepulveda, Maria |
| **Cc:** | beck, faith r |
| **Subject:** | Re: paper attached |

Dear Maria:

I forgot to mention. Faith will get back from her doctor appointment and take a final look at the manuscript.
Mani

>>> "Abreu-Sepulveda, Maria" <m.abreu-sepulveda@rochester.edu> 1/2/2014 4:09 PM >>>
Hi Mani,

I have attached the latest version with some minor modifications... I noticed Figure 3 was replaced... What is the white dots on the surface of the new figure 3?

also, what will be my affiliation? :)

Maria

----- Original Message -----
From: "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
To: "faith r beck" <faith.r.beck@gmail.com>, "Maria Abreu-Sepulveda" <mabreuse@hse.rochester.edu>
Sent: Thursday, January 2, 2014 2:30:07 PM
Subject: paper attached

I have attached the paper. Please take a final look.
Thanks
Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

CONFIDENTIAL

MANI_008424

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 02, 2014 8:33 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: paper attached |

No more changes has been made. Only the references has been fixed. waiting for your corrections.
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 1/2/2014 6:11 PM >>>
I will be calling this evening

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 2, 2014, at 4:27 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

> Dear Maria:
>
> I forgot to mention. Faith will get back from her doctor appointment and take a final look at the manuscript.
> Mani
>
> >>> "Abreu-Sepulveda, Maria" <m.abreu-sepulveda@rochester.edu> 1/2/2014 4:09 PM >>>
> Hi Mani,
>
> I have attached the latest version with some minor modifications... I noticed Figure 3 was replaced... What is the white dots on the surface of the new figure 3?
>
> also, what will be my affiliation? :)
>
> Maria
>
> ----- Original Message -----
> From: "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
> To: "faith r beck" <faith.r.beck@gmail.com>, "Maria Abreu-Sepulveda" <mabreuse@hse.rochester.edu>
> Sent: Thursday, January 2, 2014 2:30:07 PM
> Subject: paper attached
>
> I have attached the paper. Please take a final look.
> Thanks
> Mani

1

CONFIDENTIAL

MANI_008425

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

CONFIDENTIAL                                      MANI_008426

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 02, 2014 9:04 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: paper attached |
| **Attachments:** | Mat.Lett_Doped LLZrO and LLTO_11.docx |

with finalized references

>>> Faith Beck <faith.r.beck@gmail.com> 1/2/2014 6:11 PM >>>
I will be calling this evening

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 2, 2014, at 4:27 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

> Dear Maria:
>
> I forgot to mention. Faith will get back from her doctor appointment and take a final look at the manuscript.
> Mani
>
> >>> "Abreu-Sepulveda, Maria" <m.abreu-sepulveda@rochester.edu> 1/2/2014 4:09 PM >>>
> Hi Mani,
>
> I have attached the latest version with some minor modifications... I noticed Figure 3 was replaced... What is the white dots on the surface of the new figure 3?
>
> also, what will be my affiliation? :)
>
> Maria
>
> ----- Original Message -----
> From: "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
> To: "faith r beck" <faith.r.beck@gmail.com>, "Maria Abreu-Sepulveda"
> <mabreuse@hse.rochester.edu>
> Sent: Thursday, January 2, 2014 2:30:07 PM
> Subject: paper attached
>
> I have attached the paper. Please take a final look.
> Thanks
> Mani

1

CONFIDENTIAL

MANI_008427

Mani
-------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

2

CONFIDENTIAL

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 02, 2014 9:24 PM |
| **To:** | Abreu-Sepulveda, Maria |
| **Cc:** | faith.r.beck@gmail.com |
| **Subject:** | Re: paper |

Dear Maria:

Thanks. I will complete it with Faith's final corrections.
Mani

>>> "Abreu-Sepulveda, Maria" <m.abreu-sepulveda@rochester.edu> 1/2/2014 8:52 PM >>>
Hey Mani, I  believe I have finished the ref format. Please double check and let me know. current format is:


Lastname, A.B.; Title (italic), Journal, year(bold), vol, pages.


--
Maria A. Abreu Sepulveda
*Materials Science and Engineering Program*
*University of Rochester, NY.*

1

**CONFIDENTIAL**                                                              **MANI_008429**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 02, 2014 9:38 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: paper |
| **Attachments:** | Mat.Lett_Doped LLZrO and LLTO_10_1.docx; Mat.Lett_Doped LLZrO and LLTO_11.docx |

can you combine these two.
mani

>>> Faith Beck <faith.r.beck@gmail.com> 1/2/2014 9:26 PM >>>


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

MANI_008430

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 02, 2014 10:11 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | check this |
| **Attachments:** | Manivannan, Ayyakkannu.vcf; Mat.Lett_Doped LLZrO and LLTO_12.docx |

Dear Faith:
I went through your corrections. You have done an excellent JOb. Please combine this withthe version 11 to coordinate the references.
Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

CONFIDENTIAL

MANI_008431

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, January 03, 2014 12:45 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: Abstract Deadline Alert: IMLB 2014 abstracts due next week |
| **Attachments:** | IMAGE.gif; IMAGE.jpg; IMAGE.gif; IMAGE.png; IMAGE.gif; IMAGE.gif; IMAGE.jpg |

>>> "Dr. Bruno Scrosati, IMLB 2014" <imlbabstracts@electrochem.org> 1/3/2014 11:26 AM >>>

## Abstract Submission Deadline – January 10, 2014

Attendance is strictly limited to 1,200, so please submit your abstract early

The 17th International Meeting on Lithium Batteries (IMLB 2014), the premier international conference on the state of lithium battery science and technology, will include experts, researchers, and company representatives involved in the lithium battery field.

Abstracts are due by January 10, 2014 – this is a firm date!

- Call for Papers
- Abstracts must be submitted online by January 10, 2014 deadline
- For information about abstract scheduling and submissions, please contact imlbabstracts@electrochem.org

## We look forward to greeting you at IMLB 2014

**International Organizing Committee**
**Keynote and Invited Speakers**

1

CONFIDENTIAL

MANI_008432

**Scientific Information**
Dr. Bruno Scrosati
University Rome Sapienza, Italy
and Helmholtz Institute Ulm,
Germany
Tel: +390649913530;
        +49-731-50-34012
imlb@electrochem.org

**Abstract Information**
imlbabstracts@electrochem.org

**Sponsor/Exhibit Information**
imlbsponsor@electrochem.org

**General Information**
imlb@electrochem.org

**Conference Organizers**



Tel: +1 609.737.1902
imlb@electrochem.org

Centro Volta
(Local assistance and accommodation)
Tel: +39 031 579811
nadia.tansini@centrovolta.it

Elettrochimica ed Energia
(Financial support for students and
young scientists)
Tel: +39 06 4991 3530
sonia.cirinna@gmail.com
www.elettrochimicaenergia.com



If you have received this e-mail in error, have received multiple copies, or would like to update your contact information, please do not unsubscribe using the link below. Contact customerservice@electrochem.org for more information and assistance.

**Forward email**

This email was sent to ayyakkannu.manivannan@netl.doe.gov by imlbabstracts@electrochem.org
Instant removal with SafeUnsubscribe™   Privacy Policy.

The Electrochemical Society | 65 South Main Street | Building D | Pennington | NJ | 08534

CONFIDENTIAL

MANI_008433

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, January 03, 2014 9:48 PM |
| **To:** | faith.r.beck@gmail.com;Abreu-Sepulveda, Maria |
| **Subject:** | final copy |
| **Attachments:** | Mat.Lett_Doped LLZrO and LLTO_13.docx; Manivannan, Ayyakkannu.vcf |

Dear Faith:
Please take a look and fix the references and send back to me.
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

**CONFIDENTIAL**

**MANI_008434**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, January 03, 2014 10:15 PM |
| **To:** | faith.r.beck@gmail.com |
| **Cc:** | Abreu-Sepulveda, Maria |
| **Subject:** | corrected the references |
| **Attachments:** | Mat.Lett_Doped LLZrO and LLTO_14.docx; Manivannan, Ayyakkannu.vcf |

attached the copy. please check and let me know ASAP. I plan to submit tonight.
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

CONFIDENTIAL                                                                                        MANI_008435

**Hunzeker, Mark T.**

| | |
|---|---|
| From: | Manivannan, Ayyakkannu |
| Sent: | Friday, January 03, 2014 11:04 PM |
| To: | Abreu-Sepulveda, Maria |
| Cc: | faith.r.beck@gmail.com |
| Subject: | Re: corrected the references |
| Attachments: | Mat.Lett_Doped LLZrO and LLTO_16.docx; Manivannan, Ayyakkannu.vcf |

Thanks.
I have attached the next copy with all references along with your corrections. It should be good to submit now.
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> "Abreu-Sepulveda, Maria" <m.abreu-sepulveda@rochester.edu> 1/3/2014 10:56 PM >>>
Hey Mani,

I have corrected some words, spaces, commas and also accepted the changes you made in version 14.

Please update the references of this new document using version 11.



Maria

----- Original Message -----
From: "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV>
To: "faith r beck" <faith.r.beck@gmail.com>
Cc: "Maria Abreu-Sepulveda" <mabreuse@hse.rochester.edu>
Sent: Friday, January 3, 2014 10:15:17 PM
Subject: corrected the references


attached the copy. please check and let me know ASAP. I plan to submit tonight.
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.

1

CONFIDENTIAL                                                                 MANI_008436

P.O. Box 880
Morgantown, WV 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

2

CONFIDENTIAL                                            MANI_008437

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Saturday, January 04, 2014 12:01 AM |
| **To:** | faith.r.beck@gmail.com;Abreu-Sepulveda, Maria |
| **Subject:** | Fwd: Your PDF has been built and requires  approval |
| **Attachments:** | MLBLUE-S-14-00048.pdf |

Dear Faith & Maria:

I have attached the submitted file. Thanks for all the work and help.
Mani

>>> "Materials Letters" <matlet@elsevier.com> 1/3/2014 11:55 PM >>>

Materials Letters
Title: Phase Transitions in doped Lithium-ion Conducting Solid Electrolytes
Authors: ayyakkannu manivannan

Dear Prof. ayyakkannu manivannan,

The PDF for your submission, "Phase Transitions in doped Lithium-ion Conducting Solid Electrolytes" has now been built and is ready for your approval. Please view the submission before approving it, to be certain that it is free of any errors. If you have already approved the PDF of your submission, this e-mail can be ignored.

To approve the PDF please login to the Elsevier Editorial System as an Author:

http://ees.elsevier.com/mlblue/
Your username is: manivana@netl.doe.gov

Then click on the folder 'Submissions Waiting for Author's Approval' to view and approve the PDF of your submission. You may need to click on 'Action Links' to expand your Action Links menu.

You will also need to confirm that you have read and agree with the Elsevier Ethics in Publishing statement before the submission process can be completed. Once all of the above steps are done, you will receive an e-mail confirming receipt of your submission from the Editorial Office. For further information or if you have trouble completing these steps please go to: http://help.elsevier.com/app/answers/detail/a_id/88/p/7923.

Please note that you are required to ensure everything appears appropriately in PDF and no change can be made after approving a submission. If you have any trouble with the generated PDF or completing these steps please go to: http://help.elsevier.com/app/answers/detail/a_id/88/p/7923.

Your submission will be given a reference number once an Editor has been assigned to handle it.

Thank you for your time and patience.
Kind regards,
Editorial Office
Materials Letters

*******************************************
For further assistance, please visit our customer support site at http://help.elsevier.com/app/answers/list/p/7923. Here you can search for solutions on a range of topics, find answers to frequently asked questions and learn more about EES via interactive tutorials. You will also find our 24/7 support contact details should you need any further assistance from one of our customer support representatives.

1

CONFIDENTIAL                                                          MANI_008438

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Saturday, January 04, 2014 12:28 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | please respond to the e-mails I send |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Dear Faith:

Please, Please respond to the e-mails. Professionally it is important.
Thanks
Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

MANI_008439

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Sunday, January 05, 2014 9:22 AM |
| **To:** | Beck, Faith |
| **Subject:** | Re: please respond to the e-mails I send |

Dear DR. Faith:

will order that. Let Shimeng know today. Check with Dan also.
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 1/5/2014 1:05 AM >>>
Dear DR. Mani

PLEASE order:

LaNO3--------MW=433.01
and more titanium MW=294

On Sat, Jan 4, 2014 at 2:58 PM, Faith Beck <faith.r.beck@gmail.com> wrote:
 I will. havent been well

On Sat, Jan 4, 2014 at 12:27 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
 Dear Faith:
 Please, Please respond to the e-mails. Professionally it is important.
 Thanks
 Mani
 Mani
 --------------------------
 A. Manivannan, Ph.D
 US DOE/NETL
 Materials Performance Division
 3610 Collins Ferry Rd.
 P.O. Box 880
 Morgantown, WV 26507-0880

 Tel: (304) 285-2078
 Fax:(304) 285-0903
 e-mail: manivana@netl.doe.gov

Faith Beck

1

CONFIDENTIAL                                                          MANI_008440

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 08, 2014 9:55 AM |
| **To:** | Beck, Faith;Gagnon, Catherine [3] |
| **Subject:** | Re: DOE Brass & Copper powders - UPDATE |
| **Attachments:** | Manivannan, Ayyakkannu.vcf; IMAGE.gif |

Dear Catherine:

Thanks for the slides. Is the brass sample died after 60 cycles or still running? I see an abrupt finish at the 60th cycle.

Thanks
Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> "Gagnon, Catherine [3]" <Gagnon.Catherine@ireq.ca> 1/8/2014 9:03 AM >>>

Hi M.Mani,

Here is the update of the cycling stability.

Battery # 3309D is stopped.

Tell me if you have any questions, I could call you later.

Have a nice day,

Catherine



**Catherine Gagnon**
Tech. Chimie Analytique
Stockage Conversion D'énergie (SCE)
Institut de recherche d'Hydro-Québec (IREQ)
Tél. : 450 652-8499, poste 2034

1

CONFIDENTIAL

MANI_008442

www.hydroquebec.com
Courriel: Gagnon.Catherine@ireq.ca

**De :** Ayyakkannu Manivannan [mailto:Ayyakkannu.Manivannan@NETL.DOE.GOV]
**Envoyé :** December 23, 2013 4:45 PM
**À :** Gagnon, Catherine [3]
**Objet :** RE: DOE Brass & Copper powders - FILE...


Dear Catherine:
any update in cycles. let me know.
Thanks
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> "Gagnon, Catherine [3]" <Gagnon.Catherine@ireq.ca> 12/10/2013 3:53 PM >>>
Sorry,

Here is the file.


**From:** Gagnon, Catherine [3]
**Sent:** Tue 10/12/2013 1:21 PM
**To:** manivana@netl.doe.gov
**Cc:** Zaghib, Karim; Guerfi, Abdelbast; Barray, Francis
**Subject:** DOE Brass & Copper powders

Hi M. Mani,

Finally, here is the report of the electrochemistry made on the two last powders samples coated by Francis.
Cyclic voltammetry was done at 2 different speed for both samples and long term cycling is still running.

Have a nice day,
Catherine



**Catherine Gagnon**
Tech. Chimie Analytique
Stockage Conversion D'énergie (SCE)
Institut de recherche d'Hydro-Québec (IREQ)
Tél. : 450 652-8499, poste 2034
**www.hydroquebec.com**

CONFIDENTIAL

MANI_008443

**Courriel: Gagnon.Catherine@ireq.ca**

3

MANI_008444

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 08, 2014 12:23 PM |
| **To:** | Gagnon, Catherine [3] |
| **Cc:** | faith.r.beck@gmail.com |
| **Subject:** | RE: DOE Brass & Copper powders - UPDATE |
| **Attachments:** | IMAGE.gif |

Thanks. Catherine. that is good.
regards
Mani

>>> "Gagnon, Catherine [3]" <Gagnon.Catherine@ireq.ca> 1/8/2014 10:17 AM >>>

The battery is still running well, the last point is very bad because the capacity was calculated on an unfinished cycle (I treated the data when the battery is still running).

You must not take care of this last point.

Catherine


**Catherine Gagnon**
Tech. Chimie Analytique
Stockage Conversion D'énergie (SCE)
Institut de recherche d'Hydro-Québec (IREQ)
Tél. : 450 652-8499, poste 2034
**www.hydroquebec.com**

Courriel: **Gagnon.Catherine@ireq.ca**


**De :** Ayyakkannu Manivannan [mailto:Ayyakkannu.Manivannan@NETL.DOE.GOV]
**Envoyé :** January 8, 2014 9:54 AM
**À :** Beck, Faith; Gagnon, Catherine [3]
**Objet :** Re: DOE Brass & Copper powders - UPDATE


Dear Catherine:

Thanks for the slides. Is the brass sample died after 60 cycles or still running? I see an abrupt finish at the 60th cycle.

Thanks
Mani


Mani
--------------------------

1

CONFIDENTIAL

MANI_008445

A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> "Gagnon, Catherine [3]" <Gagnon.Catherine@ireq.ca> 1/8/2014 9:03 AM >>>

Hi M.Mani,

Here is the update of the cycling stability.

Battery # 3309D is stopped.

Tell me if you have any questions, I could call you later.


Have a nice day,

Catherine




**Catherine Gagnon**
Tech. Chimie Analytique
Stockage Conversion D'énergie (SCE)
Institut de recherche d'Hydro-Québec (IREQ)
Tél. : 450 652-8499, poste 2034
**www.hydroquebec.com**

Courriel: Gagnon.Catherine@ireq.ca

─────────────────────────────────────────────────────

**De :** Ayyakkannu Manivannan [mailto:Ayyakkannu.Manivannan@NETL.DOE.GOV]
**Envoyé :** December 23, 2013 4:45 PM
**À :** Gagnon, Catherine [3]
**Objet :** RE: DOE Brass & Copper powders - FILE...


Dear Catherine:
any update in cycles. let me know.
Thanks
Mani


Mani
---------------------------

CONFIDENTIAL

MANI_008446

A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> "Gagnon, Catherine [3]" <Gagnon.Catherine@ireq.ca> 12/10/2013 3:53 PM >>>
Sorry,

Here is the file.

---

**From:** Gagnon, Catherine [3]
**Sent:** Tue 10/12/2013 1:21 PM
**To:** manivana@netl.doe.gov
**Cc:** Zaghib, Karim; Guerfi, Abdelbast; Barray, Francis
**Subject:** DOE Brass & Copper powders

Hi M. Mani,

Finally, here is the report of the electrochemistry made on the two last powders samples coated by Francis.
Cyclic voltammetry was done at 2 different speed for both samples and long term cycling is still running.

Have a nice day,
Catherine



**Catherine Gagnon**
Tech. Chimie Analytique
Stockage Conversion D'énergie (SCE)
Institut de recherche d'Hydro-Québec (IREQ)
Tél. : 450 652-8499, poste 2034
**www.hydroquebec.com**

Courriel: Gagnon.Catherine@ireq.ca

CONFIDENTIAL

MANI_008447

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, January 10, 2014 2:20 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Emailing: The Ups Store in South Hills, Pennsylvania with Reviews & Ratings - YP.com.htm |
| **Attachments:** | IMAGE.xxx; IMAGE.xxx; IMAGE.xxx; IMAGE.xxx |

adv1
Home > South Hills, PA > The Ups Store

# South Hills, PA The ups store

Go to List ViewSearch This Area
Zoom to: street | city | region Drive: to | from
Hide Map
Filters Filters
Sort: Most Relevant Sort: Most Relevant

- o Most Relevant
- o Distance
- o Rating
- o Name (A-Z)

- Category
  [ ] Mail & Shipping Services
  [ ] Mailbox Rental
  [ ] Printing Services
  More »
- Features
  [ ] Coupons
- Neighborhoods
  [ ] Avalon - Bellevue - Ben Avon
  [ ] Downtown Pittsburgh
  [ ] First Side

Sponsored Links
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.

1

- <u>Also save and access **My Book** in our free YP app.</u>

# Added to My Book!

Now find this business in your **<u>Services</u>** collection

<u>Sign in now</u> to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **<u>Services</u>** collection





1.

## <u>The UPS Store</u>

2400 Oxford Dr, Bethel Park, PA 15102 (412) 833-5714

- <u>Mail & Shipping Services,</u>
- <u>Copying & Duplicating Service,</u>
- <u>Notaries Public</u>
- <u>» Website</u>
- <u>Directions</u>
- <u>» More Info</u>

40.343014 -80.052826 3.4641529656584464 organic false
<u>Inaccurate Result?</u>
<u>Remove from My Book</u> <u>Add to My Book</u>

# <u>My Book It!</u>

<u>Bookmark all your favorite businesses.</u>

- <u>Keep them organized in **My Book** collections.</u>
- <u>Post personal notes and to-dos on any of them.</u>

2

- Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection



2.

## The UPS Store

1597 Washington Pike Ste B14, Bridgeville, PA 15017 (412) 446-2777

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Transportation Consultants

- » Website
- Directions
- » More Info

40.382523 -80.09391 2.8283634944139653 organic false
Inaccurate Result?
Remove from My Book Add to My Book

## My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.

3

                                              MANI_008450

- Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection



3.

## The UPS Store

1739 E Carson St # A, Pittsburgh, PA 15203 (412) 381-7755

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Passport Photo & Visa Information & Services

- Directions
- » More Info

40.428818 -79.981445 3.7362120087167012 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

4

CONFIDENTIAL

MANI_008451

## Added to My Book!

Now find this business in your **<u>Services</u>** collection

<u>Sign in now</u> to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

## Removed From My Book!

We took this business out of your **<u>Services</u>** collection



*Rd*
4.

## <u>The UPS Store</u>

10 Old Clairton Rd. Ste 12A, Pittsburgh, PA 15236 (412) 653-8020

- <u>Mail & Shipping Services,</u>
- <u>Copying & Duplicating Service,</u>
- <u>Mailbox Rental</u>

- <u>» Website</u>
- <u>Directions</u>
- <u>» More Info</u>

40.340054 -79.96574 5.0160852522709 organic false
<u>Inaccurate Result?</u>
<u>Remove from My Book Add to My Book</u>

## <u>My Book It!</u>

<u>Bookmark all your favorite businesses.</u>

- <u>Keep them organized in **My Book** collections.</u>
- <u>Post personal notes and to-dos on any of them.</u>
- <u>Also save and access **My Book** in our free YP app.</u>

5

MANI_008452

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection



Mifflin
Junction

5.

## The UPS Store

3567 Mountain View Dr, West Mifflin, PA 15122 (412) 653-8020

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Transportation Consultants

- » Website
- Directions
- » More Info

40.346455 -79.951584 5.244800319160443 organic false
Inaccurate Result?
Remove from My Book Add to My Book

## My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

6

CONFIDENTIAL                                                    MANI_008453

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection



6.

## The UPS Store

1.0 stars

1. 1 stars
2. 2 stars
3. 3 stars
4. 4 stars
5. 5 stars

(2)

3945 Forbes Ave, Pittsburgh, PA 15213 (412) 621-6261

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Transportation Consultants

- Directions
- » More Info

7

CONFIDENTIAL

MANI_008454

40.44244 -79.95578 5.296917163452581 organic false
Inaccurate Result?
Remove from My Book Add to My Book

## My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

## Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

## Removed From My Book!

We took this business out of your **Services** collection



7.

## The UPS Store

1.0 stars

1. 1 stars
2. 2 stars
3. 3 stars
4. 4 stars
5. 5 stars

8

(1)

1525 Park Manor Blvd, Pittsburgh, PA 15205 (412) 787-5912

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Passport Photo & Visa Information & Services

- » Website
- Directions
- » More Info

40.452213 -80.164375 7.457132797614 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection





9

MANI_008456

8.

## The UPS Store - CLOSED

1.0 stars

1. 1 stars
2. 2 stars
3. 3 stars
4. 4 stars
5. 5 stars

(1)

159 E Bridge St, Homestead, PA 15120 (412) 462-2670

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Mailbox Rental

- » Website
- Directions
- » More Info

40.40909 -79.91513 6.091753407731701 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Shopping** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

10

CONFIDENTIAL

MANI_008457

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Shopping** collection



9.

## The UPS Store

5225 Library Rd, Bethel Park, PA 15102 (412) 854-5955

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Fax Service

- Directions
- » More Info

40.333042 -80.02381 4.126278302374395 organic false
Inaccurate Result?
Remove from My Book Add to My Book

## **My Book It!**

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

11

CONFIDENTIAL

MANI_008458

# Removed From My Book!

We took this business out of your **Services** collection



Bellevue

10.

## The UPS Store

515 Lincoln Ave, Bellevue, PA 15202 (412) 761-7303

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Mailbox Rental

- » Website
- Directions
- » More Info

40.495804 -80.056046 7.222336377560125 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

12

MANI_008459

# Removed From My Book!

We took this business out of your **Services** collection



11.

## The UPS Store

1151 Old Freeport Rd, Pittsburgh, PA 15238 (412) 782-4003

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Transportation Consultants

- » Website
- Directions
- » More Info

40.48798 -79.87798 10.226625609535049 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

13

MANI_008460

# Removed From My Book!

We took this business out of your **Services** collection



Ber

TRUCK
19

12.

## The UPS Store

4885 McKnight Rd Ste 3, Pittsburgh, PA 15237 (412) 369-9200

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Passport Photo & Visa Information & Services

- » Website
- Directions
- » More Info

40.52949 -80.008804 9.594672371718493 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

14

MANI_008461

# Removed From My Book!

We took this business out of your **Services** collection



13.

## The UPS Store

1151 Freeport Rd, Pittsburgh, PA 15238 (412) 782-4003

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Notaries Public

- » Website
- Directions
- » More Info

40.487675 -79.88168 10.075873746663426 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

15

CONFIDENTIAL

MANI_008462

# Removed From My Book!

We took this business out of your **Services** collection





14.

## The UPS Store

11632 Frankstown Rd, Pittsburgh, PA 15235 (412) 371-6783

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Transportation Consultants

- » Website
- Directions
- » More Info

40.46116 -79.87008 9.467649653088692 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

16

**CONFIDENTIAL**

**MANI_008463**

# Removed From My Book!

We took this business out of your **Services** collection



15.

## The UPS Store

1.0 stars

1. 1 stars
2. 2 stars
3. 3 stars
4. 4 stars
5. 5 stars

(1)

4017 Washington Rd, Canonsburg, PA 15317 (724) 941-9004

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Mailbox Rental

- » Website
- Directions
- » More Info

40.267216 -80.12897 9.703280343342689 organic false
Inaccurate Result?
Remove from My Book Add to My Book

## My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

17

CONFIDENTIAL

MANI_008464

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection



16.

## **The UPS Store**

5.0 stars

1. 1 stars
2. 2 stars
3. 3 stars
4. 4 stars
5. 5 stars

(1)

1985 Lincoln Way # 23, White Oak, PA 15131 (412) 664-1482

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Transportation Consultants

- » Website
- Directions
- » More Info

18

CONFIDENTIAL

MANI_008465

40.338356 -79.80953 11.732141163043286 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

## Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

## Removed From My Book!

We took this business out of your **Services** collection



ᶜʰ          M

17.

## The UPS Store

322 Mall Blvd, Monroeville, PA 15146 (412) 856-9818

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Transportation Consultants

- » Website
- Directions
- » More Info

19

40.43534 -79.7855 12.663561092745487 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

## Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

## Removed From My Book!

We took this business out of your **Services** collection



18.

## The UPS Store

10592 Perry Hwy, Wexford, PA 15090 (724) 934-1036

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Notaries Public

- » Website
- Directions
- » More Info

CONFIDENTIAL                                   MANI_008467

40.61265 -80.05446 15.25521176307412 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

## Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

## Removed From My Book!

We took this business out of your **Services** collection



19.

## The UPS Store

5990 University Blvd Ste 12, Coraopolis, PA 15108 (412) 264-9333

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Transportation Consultants

- » Website
- Directions
- » More Info

21

MANI_008468

40.519806 -80.217834 12.46218679416124 organic false

Inaccurate Result?

Remove from My Book Add to My Book

## My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

## Added to My Book!

Now find this business in your **Other** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

## Removed From My Book!

We took this business out of your **Other** collection



Branch
22

20.

## The UPS Store

322 Mall Plaza Blvd, Monroeville, PA 15146 (412) 856-9818

- Mail & Shipping Services,
- Air Cargo & Package Express Service,
- Courier & Delivery Service

- » Website
- Directions
- » More Info

22

MANI_008469

40.434586 -79.78683 12.588317746204284 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

## Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

## Removed From My Book!

We took this business out of your **Services** collection



286

21.

## The UPS Store

2366 Golden Mile Hwy, Pittsburgh, PA 15239 (724) 733-1111

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Mailbox Rental

- » Website
- Directions
- » More Info

23

CONFIDENTIAL

MANI_008470

40.462807 -79.70563 16.925593368806332 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

## Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

## Removed From My Book!

We took this business out of your **Services** collection



22.

## The UPS Store

2.5 stars

1. 1 stars
2. 2 stars
3. 3 stars
4. 4 stars
5. 5 stars

24

MANI_008471

<u>(3)</u>

5513 William Flynn Hwy Ste 400, Gibsonia, PA 15044 (724) 443-0381

- <u>Mail & Shipping Services,</u>
- <u>Copying & Duplicating Service,</u>
- <u>Mailbox Rental</u>

- <u>» Website</u>
- <u>Directions</u>
- <u>» More Info</u>

40.626923 -79.94188 16.877299576601686 organic false
<u>Inaccurate Result?</u>
<u>Remove from My Book</u> <u>Add to My Book</u>

# <u>My Book It!</u>

<u>Bookmark all your favorite businesses.</u>

- <u>Keep them organized in **My Book** collections.</u>
- <u>Post personal notes and to-dos on any of them.</u>
- <u>Also save and access **My Book** in our free YP app.</u>

# Added to My Book!

Now find this business in your <u>**Services**</u> collection

<u>Sign in now</u> to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your <u>**Services**</u> collection



25

**CONFIDENTIAL**

MANI_008472

23.

## The UPS Store

3000 Village Run Rd Ste 103, Wexford, PA 15090 (724) 934-1088

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Mailbox Rental

- » Website
- Directions
- » More Info

40.6339 -80.0577 16.728765427705774 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection





26

MANI_008473

24.

## The UPS Store

1.0 stars

1. 1 stars
2. 2 stars
3. 3 stars
4. 4 stars
5. 5 stars

(1)

8701 State Route 30, Irwin, PA 15642 (724) 864-4670

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Shipping Services

- Directions
- » More Info

40.318275 -79.68634 17.88595608406331 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

27

CONFIDENTIAL                                                    MANI_008474

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection



25.

## The UPS Store

20436 Route 19 # 620, Cranberry Twp, PA 16066 (724) 772-6250

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Notaries Public

- » Website
- Directions
- » More Info

40.696342 -80.10448 21.26338921174158 organic false
Inaccurate Result?
Remove from My Book Add to My Book

## My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

## Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

28

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection



Jack St

26.

## The UPS Store

645 E Pittsburgh St, Greensburg, PA 15601 (724) 850-6245

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Shipping Services

- » Website
- Directions
- » More Info

40.30281 -79.530235 25.52140157913867 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Shopping** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

29

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Shopping** collection



Beaver
Valley
Mail
27.

## The UPS Store

1.0 stars

1. 1 stars
2. 2 stars
3. 3 stars
4. 4 stars
5. 5 stars

(1)

204 Golfview Drive, Monaca, PA 15061 (724) 774-4942

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Blueprinting

- » Website
- Directions
- » More Info

40.674805 -80.31172 23.671507099592027 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.

30

MANI_008477

- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection



28.

## The UPS Store

117 S Hollywood Blvd, Steubenville, OH 43952 (740) 314-5278

- Mail & Shipping Services,
- Copying & Duplicating Service,
- Transportation Consultants

- » Website
- Directions
- » More Info

40.369225 -80.641235 29.513793901598557 organic false
Inaccurate Result?
Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.

31

- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

## Added to My Book!

Now find this business in your **Other** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

## Removed From My Book!

We took this business out of your **Other** collection



29.

## Cover UPS

1220 Cochran Rd, Pittsburgh, PA 15243 (412) 655-2242

- Directions
- » More Info

40.38688 -80.054565 0.9030853406543811 organic false
Inaccurate Result?
Remove from My Book Add to My Book

## My Book It!

Bookmark all your favorite businesses.

- Keep them organized in **My Book** collections.
- Post personal notes and to-dos on any of them.
- Also save and access **My Book** in our free YP app.

32

MANI_008479

# Added to My Book!

Now find this business in your **Other** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Other** collection





30.

## Papsb UPS

247 Fort Pitt Blvd, Pittsburgh, PA 15222 (412) 434-6574

- Directions
- » More Info

40.43771 -80.00352 3.565674663078412 organic false
Inaccurate Result?

# RELATED SEARCHES for South Hills, PA The ups store

- ups store
- ups

- mail shipping services
- mail boxes etc

- ups customer center
- mailbox rental

Showing 1-30 of 50 results

1. Previous
2. 1
3. 2

CONFIDENTIAL

MANI_008480

4.  <u>Next</u>

If we're missing a business and you'd like to make a suggestion, please do!  <u>Add a business</u>



CONFIDENTIAL                    MANI_008481



Map View

adv2

# FEATURED MAIL & SHIPPING SERVICES
# in South Hills, Pennsylvania

- Remove from My Book Add to My Book

  ## __My Book It!__

  Bookmark all your favorite businesses.

  - Keep them organized in **My Book** collections.
  - Post personal notes and to-dos on any of them.
  - Also save and access **My Book** in our free YP app.

35

MANI_008482

# Added to My Book!

Now find this business in your **<u>Services</u>** collection

<u>Sign in now</u> to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **<u>Services</u>** collection

<u>Enlarge</u>

### <u>FedEx Office Print & Ship Center</u>

962 Greentree Rd, Pittsburgh, PA 15220

- o <u>» Website</u>
- o <u>» Track a Package</u>
- o <u>Directions</u>
- o <u>» More Info</u>

40.419201 -80.046028 1.8723038 sponsored

- <u>Remove from My Book Add to My Book</u>

## <u>My Book It!</u>

<u>Bookmark all your favorite businesses.</u>

- o <u>Keep them organized in **My Book** collections.</u>
- o <u>Post personal notes and to-dos on any of them.</u>
- o <u>Also save and access **My Book** in our free YP app.</u>

# Added to My Book!

Now find this business in your **<u>Services</u>** collection

<u>Sign in now</u> to save My Book and access your favorites and notes in our free YP app!

36

**CONFIDENTIAL**

MANI_008483

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection

Enlarge

## FedEx Office Print & Ship Center

960 Penn Ave, Pittsburgh, PA 15222

- o  » Website
- o  » Track a Package
- o  Directions
- o  » More Info

40.444197 -79.996487 4.198329 sponsored

- Remove from My Book Add to My Book

## My Book It!

Bookmark all your favorite businesses.

- o  Keep them organized in **My Book** collections.
- o  Post personal notes and to-dos on any of them.
- o  Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection

37

Enlarge

## **FedEx Office Print & Ship Center** 🖵|

5000 Forbes Ave, Pittsburgh, PA 15213

- o » Website
- o » Track a Package
- o Directions
- o » More Info

40.444641 -79.942963 6.2497244 sponsored

- Remove from My Book Add to My Book

## **My Book It!**

Bookmark all your favorite businesses.

- o Keep them organized in **My Book** collections.
- o Post personal notes and to-dos on any of them.
- o Also save and access **My Book** in our free YP app.

## Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

## Removed From My Book!

We took this business out of your **Services** collection

Enlarge

## **FedEx Office Print & Ship Center** 🖵|

5996 Penn Cir S Suite D-102, Pittsburgh, PA 15206

- o » Website
- o » Track a Package

38

CONFIDENTIAL

MANI_008485

- o    Directions
- o    » More Info

40.459729 -79.925757 7.524318 sponsored

- Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- o    Keep them organized in **My Book** collections.
- o    Post personal notes and to-dos on any of them.
- o    Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection

Enlarge

# FedEx Office Print & Ship Center

5.0 stars

4. 1 stars
5. 2 stars
6. 3 stars
7. 4 stars
8. 5 stars

(1)

CONFIDENTIAL

MANI_008486

3710 Forbes Ave, Pittsburgh, PA 15213

- o  » Website
- o  » Track a Package
- o  Directions
- o  » More Info

40.44112 -79.957556 5.4629188 sponsored

- Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- o  Keep them organized in **My Book** collections.
- o  Post personal notes and to-dos on any of them.
- o  Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection

Enlarge

# FedEx Office Print & Ship Center

5.0 stars

4. 1 stars
5. 2 stars
6. 3 stars
7. 4 stars
8. 5 stars

40

MANI_008487

<u>(1)</u>

215 Summit Park Dr, Pittsburgh, PA 15275

- o    <u>» Website</u>
- o    <u>» Track a Package</u>
- o    <u>Directions</u>
- o    <u>» More Info</u>

40.447692 -80.180417 8.359896 sponsored

- <u>Remove from My Book Add to My Book</u>

# <u>My Book It!</u>

<u>Bookmark all your favorite businesses.</u>

- o    <u>Keep them organized in **My Book** collections.</u>
- o    <u>Post personal notes and to-dos on any of them.</u>
- o    <u>Also save and access **My Book** in our free YP app.</u>

# Added to My Book!

Now find this business in your **<u>Services</u>** collection

<u>Sign in now</u> to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **<u>Services</u>** collection

Enlarge

## **FedEx Office Print & Ship Center** |

2033 Lebanon Church Rd Suite A, West Mifflin, PA 15122

- o    <u>» Website</u>
- o    <u>» Track a Package</u>
- o    <u>Directions</u>

41

- o  » More Info

40.348176 -79.947891 5.6820946 sponsored

- Remove from My Book Add to My Book

## My Book It!

Bookmark all your favorite businesses.

- o  Keep them organized in **My Book** collections.
- o  Post personal notes and to-dos on any of them.
- o  Also save and access **My Book** in our free YP app.

## Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

## Removed From My Book!

We took this business out of your **Services** collection

Enlarge

## FedEx Office Print & Ship Center

210 Grant St, Pittsburgh, PA 15219

- o  » Website
- o  » Track a Package
- o  Directions
- o  » More Info

40.437114 -79.998364 3.7687273 sponsored

- Remove from My Book Add to My Book

## My Book It!

42

CONFIDENTIAL

MANI_008489

Bookmark all your favorite businesses.

- o   Keep them organized in **My Book** collections.
- o   Post personal notes and to-dos on any of them.
- o   Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection

Enlarge

## FedEx Office Print & Ship Center 🔲|

2638 Brandt School Rd, Wexford, PA 15090

- o   » Website
- o   » Track a Package
- o   Directions
- o   » More Info

40.614797 -80.092239 15.698053 sponsored

- Remove from My Book Add to My Book

## My Book It!

Bookmark all your favorite businesses.

- o   Keep them organized in **My Book** collections.
- o   Post personal notes and to-dos on any of them.
- o   Also save and access **My Book** in our free YP app.

43

# Added to My Book!

Now find this business in your **<u>Services</u>** collection

<u>Sign in now</u> to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **<u>Services</u>** collection

### **<u>Mail & More of Wexford</u>**

10900 Perry Hwy, Wexford, PA 15090 (724) 638-4143 Enlarge

- o    <u>» Website</u>
- o    <u>Directions</u>
- o    <u>» More Info</u>

40.617149 -80.055588 15.571609 sponsored

- <u>Remove from My Book Add to My Book</u>

# <u>My Book It!</u>

<u>Bookmark all your favorite businesses.</u>

- o    <u>Keep them organized in **My Book** collections.</u>
- o    <u>Post personal notes and to-dos on any of them.</u>
- o    <u>Also save and access **My Book** in our free YP app.</u>

# Added to My Book!

Now find this business in your **<u>Services</u>** collection

<u>Sign in now</u> to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

44

MANI_008491

We took this business out of your **Services** collection

Enlarge

### FedEx Office Print & Ship Center 🖳|

4771 McKnight Rd, Pittsburgh, PA 15237

- o » Website
- o » Track a Package
- o Directions
- o » More Info

40.52095 -80.005159 9.12636 sponsored

- Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- o Keep them organized in **My Book** collections.
- o Post personal notes and to-dos on any of them.
- o Also save and access **My Book** in our free YP app.

# Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your **Services** collection

Enlarge

### FedEx Office Print & Ship Center 🖳|

45

<u>3.0 stars</u>

4. <u>1 stars</u>
5. <u>2 stars</u>
6. <u>3 stars</u>
7. <u>4 stars</u>
8. <u>5 stars</u>

<u>(2)</u>

4010 William Penn Hwy, Monroeville, PA 15146

- o <u>» Website</u>
- o <u>» Track a Package</u>
- o <u>Directions</u>
- o <u>» More Info</u>

40.438556 -79.770738 14.43076 sponsored

- <u>Remove from My Book Add to My Book</u>

# <u>**My Book It!**</u>

<u>Bookmark all your favorite businesses.</u>

- o <u>Keep them organized in **My Book** collections.</u>
- o <u>Post personal notes and to-dos on any of them.</u>
- o <u>Also save and access **My Book** in our free YP app.</u>

## **Added to My Book!**

Now find this business in your <u>**Services**</u> collection

<u>Sign in now</u> to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

## **Removed From My Book!**

We took this business out of your <u>**Services**</u> collection

<u>Enlarge</u>

46

MANI_008493

## FedEx Office Print & Ship Center

6308 Forbes Ave, Pittsburgh, PA 15217

- o   » Website
- o   » Track a Package
- o   Directions
- o   » More Info

40.438078 -79.919197 7.027573 sponsored

- Remove from My Book Add to My Book

# My Book It!

Bookmark all your favorite businesses.

- o   Keep them organized in **My Book** collections.
- o   Post personal notes and to-dos on any of them.
- o   Also save and access **My Book** in our free YP app.

## Added to My Book!

Now find this business in your **Services** collection

Sign in now to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

## Removed From My Book!

We took this business out of your **Services** collection



## YP Digital Express

3.5 stars

- 4.   1 stars
- 5.   2 stars
- 6.   3 stars

47

CONFIDENTIAL

MANI_008494

7. <u>4 stars</u>
8. <u>5 stars</u>

<u>(3)</u>

Serving the South Hills Area. (800) 438-7325

o   <u>» Website</u>
o   <u>» More Info</u>

sponsored

- <u>Remove from My Book Add to My Book</u>

# <u>My Book It!</u>

<u>Bookmark all your favorite businesses.</u>

o   <u>Keep them organized in **My Book** collections.</u>
o   <u>Post personal notes and to-dos on any of them.</u>
o   <u>Also save and access **My Book** in our free YP app.</u>

## Added to My Book!

Now find this business in your <u>**Services**</u> collection

<u>Sign in now</u> to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

## Removed From My Book!

We took this business out of your <u>**Services**</u> collection

## **FedEx Office Print & Ship Center** 🖼|

<u>2.5 stars</u>

4. <u>1 stars</u>
5. <u>2 stars</u>
6. <u>3 stars</u>

48

MANI_008495

7. <u>4 stars</u>
8. <u>5 stars</u>

<u>(15)</u>

<u>Find a Location</u> <u>Enlarge</u>

- o <u>» Website</u>
- o <u>» Track a Package</u>
- o <u>» More Info</u>

sponsored

- <u>Remove from My Book Add to My Book</u>

# <u>My Book It!</u>

<u>Bookmark all your favorite businesses.</u>

- o <u>Keep them organized in **My Book** collections.</u>
- o <u>Post personal notes and to-dos on any of them.</u>
- o <u>Also save and access **My Book** in our free YP app.</u>

# Added to My Book!

Now find this business in your <u>**Services**</u> collection

<u>Sign in now</u> to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

# Removed From My Book!

We took this business out of your <u>**Services**</u> collection

<u>Enlarge</u>

## **FedEx Office Print & Ship Center**

1720 Washington Rd Norman Center, Pittsburgh, PA 15241

49

- o    [» Website](#)
- o    [» Track a Package](#)
- o    [» More Info](#)

sponsored

- [Remove from My Book Add to My Book](#)

# **My Book It!**

[Bookmark all your favorite businesses.](#)

- o    [Keep them organized in **My Book** collections.](#)
- o    [Post personal notes and to-dos on any of them.](#)
- o    [Also save and access **My Book** in our free YP app.](#)

## Added to My Book!

Now find this business in your **Services** collection

[Sign in now](#) to save My Book and access your favorites and notes in our free YP app!

**Oops!**

Sorry. We might have hit a little glitch. Please try again.

## Removed From My Book!

We took this business out of your **Services** collection

### **B & K Logistics LLC**

Serving the South Hills Area. (888) 502-2795 One goal, one passion - safe and secure!

- o    [» Contact Us](#)
- o    [» More Info](#)

sponsored

# Sponsored South Hills, PA The ups store

# About

- [About YP](#)
- [Site Feedback](#)
- [Contact Us](#)

50

CONFIDENTIAL

- Advertise with Us
- Careers - We're Hiring!
- Engineering Blog
- Legal | Terms of Service and Use
- Privacy Policy
- Small Business Advertising
- Advertising Choices

## Site Directory

- News & Articles
- Find a Business
- Maps & Directions
- White Pages
- Mobile Apps
- Reverse Phone Lookup
- Site Map
- Mobile YP

## City Guides More Cities »

- Atlanta
- Austin
- Baltimore
- Boston
- Charlotte
- Chicago
- Dallas
- Denver

- Detroit
- Houston
- Indianapolis
- Kansas City
- Las Vegas
- Los Angeles
- Louisville
- Memphis

- Miami
- Milwaukee
- New York
- Oklahoma City
- Orlando
- Philadelphia
- Phoenix
- Saint Louis

## YP Family

CONFIDENTIAL

MANI_008498

- Corporate Site
- Advertising Solutions
- AnyWho

# AT&T Family

- AT&T
- AT&T Wireless

- - -

© 2014 YP Intellectual Property LLC. All rights reserved.

YP, the YP logo and all other YP marks contained herein are trademarks of YP Intellectual Property LLC and/or YP affiliated companies.

AT&T, the AT&T Logo and all AT&T related marks are trademarks of AT&T Inc. or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

52

MANI_008499

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Saturday, January 11, 2014 2:25 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Elctrochem. Communications |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Dear Faith:

Let me know your plan on the ionic conductivity paper? target date?

Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

                                                                 MANI_008500

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Saturday, January 11, 2014 2:27 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: Fwd: Call for Papers: Materials for Energy |
| **Attachments:** | Manivannan, Ayyakkannu.vcf; IMAGE.png; IMAGE.gif; IMAGE.png; IMAGE.gif; IMAGE.png; IMAGE.gif; IMAGE.png; IMAGE.gif; IMAGE.png; IMAGE.png; IMAGE.png; IMAGE.png; IMAGE.png |

Dear Faith:
Explain what do you need for this.? WE can summarize the ionic conductivity results.
Mani

Mani
-------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> Faith Beck <faith.r.beck@gmail.com> 12/30/2013 9:48 PM >>>

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

Begin forwarded message:

> **From:** Donghai Wang <dwang@ENGR.PSU.EDU>
> **Date:** December 30, 2013 at 11:16:53 AM EST
> **To:** L-ENANO@LISTS.PSU.EDU
> **Subject: FW: Call for Papers: Materials for Energy**
> **Reply-To:** E-Nano Lab <L-ENANO@lists.psu.edu>

> Anyone interested at submitting it a paper to Scientific Reports?

> Donghai

> From: Nature Publising Group <nature@sci.scientific-direct.net>
> Reply-To: Nature Publising Group <a818b044.1151224.7ee7a937fd82a1db.2.n.3@sci.scientific-direct.net>

CONFIDENTIAL

MANI_008501

Date: Monday, December 30, 2013 10:16 AM
To: "dwang@psu.edu" <dwang@psu.edu>
Subject: Call for Papers: Materials for Energy

We are pleased to provide you with information on products and services that might be of interest to you. Want to keep receiving these valuable messages in your inbox? Click here to find out how.
Online version



## Materials for Energy

*Scientific Reports* has recently published its 3000th open access paper, so we've highlighted some articles we hope you find interesting.

Developing new materials for potential energy applications is vital for meeting our future energy demands. These articles all report innovative research into materials for energy storage and conversion; from a clay-enforced supercapacitor for powering devices in extreme environments to efficient 'self healing' solar cells.

Regenerable Photovoltaic Devices with a Hydrogel-Embedded Microvascular Network

Supercapacitor Operating At 200 Degrees Celsius

Rice husks as a sustainable source of nanostructured silicon for high performance Li-ion battery anodes

Facile, scalable synthesis of edge-halogenated graphene nanoplatelets as efficient metal-free eletrocatalysts for oxygen reduction reaction

Highly efficient and robust cathode materials for low-temperature solid oxide fuel cells: $PrBa_{0.5}Sr_{0.5}Co_2-xFexO_5+d$

**One of these articles has received over 10,000 page views.** Can your paper be the next most viewed in materials energy? Find out by submitting your next paper to *Scientific Reports*.

2

MANI_008502

Get Discovered. Publish in *Scientific Reports.*

**nature.com/scientificreports**

Submit          Facebook          Weekly e-alert

RSS          Twitter          Monthly e-alert



If you do not have a Nature.com account and wish to discontinue marketing e-mail services from Nature Publishing Group (not including Table of Content services) please click here. If you are a Nature.com registrant and no longer wish to receive these e-mails or wish to discontinue all e-mail services from Nature Publishing Group please update your online account. Modify My Account

For further information on technical assistance | print subscriptions | other enquiries.

Nature Publishing Group | Principal offices: London | New York and Tokyo, and offices in cities worldwide including Basingstoke | Barcelona | Boston | Buenos Aires | Cairo | Delhi | Heidelberg | Hong Kong | Madrid | Melbourne | Mexico City | Mumbai | Munich | Paris | San Francisco | Sao Paulo | Seoul and Washington DC. Macmillan Publishers Limited is a company incorporated in England & Wales under company number 785998 & whose registered office is located at Brunel Road, Houndmills, Basingstoke, Hampshire RG21 6XS. Nature Publishing Group | 75 Varick St Fl 9 | New York | NY 10013-1917 | USA

© 2013 Nature Publishing Group, a division of Macmillan Publishers Limited. All rights reserved.

Share:

You have received this e-mail in the genuine belief that its contents would be of interest to you. To not receive these messages from Scientific Direct or other carefully selected organizations, please go to our preference page.

Scientific Direct
1500 Spring Garden Street
4th Fl
Philadelphia, PA 19130
USA



3

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Saturday, January 11, 2014 2:30 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Electrochimica acta-Sn/graphene |

Dear Faith:

Please try to address these comments. They are pretty simple. Especially, #3 reviewer.
Mani

-----Original Message-----
From: ees.electacta.1c9.263534.326bf91c@eesmail.elsevier.com
[mailto:ees.electacta.1c9.263534.326bf91c@eesmail.elsevier.com] On Behalf Of Ruediger Koetz
Sent: Saturday, December 28, 2013 5:53 AM
To: Kumta, Prashant N
Subject: Electrochimica Acta - Your Submission (KR13-404)

Ms. Ref. No.: KR13-404
Title: Microwave Derived Facile Approach to Sn/Graphene Composite Anodes for  Lithium-Ion Batteries Electrochimica
Acta

Dear Edward R. Weidlein Chair Professor P.N. Kumta,

The manuscript you submitted for publication was sent out to referees for review. Please find enclosed their reports. I
am happy to tell you that the referees recommend publication of your paper, although with REVISIONS.

In the preparation of a revised manuscript, I would be grateful if you could try to comply with the referees'
recommendations giving adequate reasons for your views where you may disagree with their criticisms. It would be
helpful if you could enclose a detailed description of amendments in a separate WORD file (Replies to Referees - please
provide separate replies to each referee) together with the electronic version (WORD or LATEX) of the revised
manuscript (PLEASE HIGHLIGHT CHANGESWITH A YELLOW BACKGROUND).

Recommended date for resubmission: ON or BEFORE Jan 27, 2014

A PAPER UNDER REVISION NOT RETURNED AFTER TWO MONTHS OF THE DATE OF THIS LETTER WILL BE
CONSIDERED AS WITHDRAWN.

To submit a revision, please go to http://ees.elsevier.com/electacta/ and login as an Author.
Your username is: pkumta

If you cannot remember your password, please click the "Send Username/Password" link on the Login page.


On your Main Menu page is a folder entitled "Submissions Needing Revision". You will find your submission record
there.  Also, the reviewer(s) may have uploaded a file with detailed comments on your manuscript. Click on "View
Reviewer Attachments" to access any detailed comments from the reviewer(s) that may have been included.

Please note that this journal offers a new, free service called AudioSlides: brief, webcast-style presentations that are
shown next to published articles on ScienceDirect (see also http://www.elsevier.com/audioslides). If your paper is
accepted for publication, you will automatically receive an invitation to create an AudioSlides presentation.

Yours sincerely,

CONFIDENTIAL                                                                                  MANI_008504

Ruediger Koetz, Dr.
Associate Editor
Electrochimica Acta

Reviewers' comments:

Reviewer #1: The manuscript entitled "Microwave Derived Facile Approach to Sn/Graphene Composite Anodes for Lithium-Ion Batteries" describes synthesis and electrochemical characterization of Sn/graphene composite anode for Li-ion battery. SnO2/graphene has been reported previously but pure Sn/graphene composite is more challenging due to melting of Sn during heat treatment making this composite difficulty to cycle. Current manuscript is interesting in terms of synthesis and performance. The manuscript is well written and characterized. Therefore, I recommend current manuscript to be published in Electrochimica Acta. Here are some comments.

1. I recommend citing following paper which is related to the current manuscript.
Donghai Wang, Rong Kou, Daiwon Choi, Zhenguo Yang, Zimin Nie, Juan Li, Laxmikant V. Saraf, Jiguang Zhang, Gordon L. Graff, Jun Liu, Micheal A. Pope, Ilhan A. Aksay, "Ternary Self-assembly of Metal-Oxide-Graphene Nanocomposites for Electrochemical Energy Storage", ACS Nano, 4(3), p.1587-1595 (2010)

Reviewer #3: In the paper, the authors present the synthesis of Sn/graphene via a microwave process and subsequent annealing in argon. The composite electrode exhibits improved specific capacity and stability. However, there are several minor questions before the paper to be in publication.

(1) The synthesis of graphene-SnO2 has been reported.  It would be helpful to explain the difference in mesostructure transition from graphene-SnO2 to graphene-Sn during the post microwave treatment. The author should cite the original paper of graphene-SnO2 nanocomposite (ACS Nano 2010, 4, 1587) to explain the transition.

(2) In the abstract part, one minor error is that SnCl2 is totally different from SnCl2·2H2O. From the experimental part, the tin precursor is SnCl2·2H2O, thus SnCl2 should be changed to SnCl2·2H2O.

(3) In Table 1, there are four samples: Sn-1(34 wt.%), Sn-2(43 wt.%), Sn-3(86 wt.%), Sn-1(90 wt.%), and their electrochemical performance. In order to examine the relationship between the first discharge capacity and the amount of Sn, the author should provide three more samples : Sn-5(50 wt.%), Sn-6(60 wt.%), Sn-7(70 wt.%) and their electrochemical performance. Then we will know the best amount of Sn to get highest first discharge capacity.

(4) In Table 1, the difference in first discharge capacity between Sn-3(86 wt.%) and Sn-1(90 wt.%) is not clearly explained in the paper. In Line 14, Page 10, the authors explains that:
However, in the Sn-4 (90 wt.%Sn) sample, the composite can be realized to be mainly composed of spherical Sn droplets held loosely by a small fraction of graphene layers. We speculate that this could result in a scenario where some of the Sn droplets are isolated and thus not well connected electrically to the whole composite, resulting in a decreased overall first discharge capacity.
If the explanation is reasonable, how about first discharge capaicity of Sn-x(80 wt.%) and Sn-y(95 wt.%)?

CONFIDENTIAL

MANI_008505

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Saturday, January 11, 2014 2:46 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: Electrochimica acta-Sn/graphene |

Dear Faith:

Thanks. I understand. I just sent you as a reminder.
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 1/11/2014 2:36 PM >>>
Dear Mani:

I am busy today

Will check as soon as i can

On Sat, Jan 11, 2014 at 2:29 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
Dear Faith:
Please try to address these comments. They are pretty simple. Especially, #3 reviewer.
Mani
-----Original Message-----
From: ees.electacta.1c9.263534.326bf91c@eesmail.elsevier.com
[mailto:ees.electacta.1c9.263534.326bf91c@eesmail.elsevier.com] On Behalf Of Ruediger Koetz
Sent: Saturday, December 28, 2013 5:53 AM
To: Kumta, Prashant N
Subject: Electrochimica Acta - Your Submission (KR13-404)
Ms. Ref. No.: KR13-404
Title: Microwave Derived Facile Approach to Sn/Graphene Composite Anodes for Lithium-Ion Batteries Electrochimica
Acta
Dear Edward R. Weidlein Chair Professor P.N. Kumta,
The manuscript you submitted for publication was sent out to referees for review. Please find enclosed their reports. I
am happy to tell you that the referees recommend publication of your paper, although with REVISIONS.
In the preparation of a revised manuscript, I would be grateful if you could try to comply with the referees'
recommendations giving adequate reasons for your views where you may disagree with their criticisms. It would be
helpful if you could enclose a detailed description of amendments in a separate WORD file (Replies to Referees -
please provide separate replies to each referee) together with the electronic version (WORD or LATEX) of the revised
manuscript (PLEASE HIGHLIGHT CHANGESWITH A YELLOW BACKGROUND).
Recommended date for resubmission: ON or BEFORE Jan 27, 2014
A PAPER UNDER REVISION NOT RETURNED AFTER TWO MONTHS OF THE DATE OF THIS LETTER WILL BE
CONSIDERED AS WITHDRAWN.

To submit a revision, please go to http://ees.elsevier.com/electacta/ and login as an Author.
Your username is: pkumta
If you cannot remember your password, please click the "Send Username/Password" link on the Login page.

On your Main Menu page is a folder entitled "Submissions Needing Revision". You will find your submission record
there. Also, the reviewer(s) may have uploaded a file with detailed comments on your manuscript. Click on "View
Reviewer Attachments" to access any detailed comments from the reviewer(s) that may have been included.

Please note that this journal offers a new, free service called AudioSlides: brief, webcast-style presentations that are

1

CONFIDENTIAL

MANI_008506

shown next to published articles on ScienceDirect (see also http://www.elsevier.com/audioslides). If your paper is accepted for publication, you will automatically receive an invitation to create an AudioSlides presentation. Yours sincerely,

Ruediger Koetz, Dr.
Associate Editor
Electrochimica Acta

Reviewers' comments:
Reviewer #1: The manuscript entitled "Microwave Derived Facile Approach to Sn/Graphene Composite Anodes for Lithium-Ion Batteries" describes synthesis and electrochemical characterization of Sn/graphene composite anode for Li-ion battery. SnO2/graphene has been reported previously but pure Sn/graphene composite is more challenging due to melting of Sn during heat treatment making this composite difficulty to cycle. Current manuscript is interesting in terms of synthesis and performance. The manuscript is well written and characterized. Therefore, I recommend current manuscript to be published in Electrochimica Acta. Here are some comments.
1. I recommend citing following paper which is related to the current manuscript.
Donghai Wang, Rong Kou, Daiwon Choi, Zhenguo Yang, Zimin Nie, Juan Li, Laxmikant V. Saraf, Jiguang Zhang, Gordon L. Graff, Jun Liu, Micheal A. Pope, Ilhan A. Aksay, "Ternary Self-assembly of Metal-Oxide-Graphene Nanocomposites for Electrochemical Energy Storage", ACS Nano, 4(3), p.1587-1595 (2010)

Reviewer #3: In the paper, the authors present the synthesis of Sn/graphene via a microwave process and subsequent annealing in argon. The composite electrode exhibits improved specific capacity and stability. However, there are several minor questions before the paper to be in publication.
(1) The synthesis of graphene-SnO2 has been reported. It would be helpful to explain the difference in mesostructure transition from graphene-SnO2 to graphene-Sn during the post microwave treatment. The author should cite the original paper of graphene-SnO2 nanocomposite (ACS Nano 2010, 4, 1587) to explain the transition.
(2) In the abstract part, one minor error is that SnCl2 is totally different from SnCl2·2H2O. From the experimental part, the tin precursor is SnCl2·2H2O, thus SnCl2 should be changed to SnCl2·2H2O.
(3) In Table 1, there are four samples: Sn-1(34 wt.%), Sn-2(43 wt.%), Sn-3(86 wt.%), Sn-1(90 wt.%), and their electrochemical performance. In order to examine the relationship between the first discharge capacity and the amount of Sn, the author should provide three more samples : Sn-5(50 wt.%), Sn-6(60 wt.%), Sn-7(70 wt.%) and their electrochemical performance. Then we will know the best amount of Sn to get highest first discharge capacity.
(4) In Table 1, the difference in first discharge capacity between Sn-3(86 wt.%) and Sn-1(90 wt.%) is not clearly explained in the paper. In Line 14, Page 10, the authors explains that:
However, in the Sn-4 (90 wt.%Sn) sample, the composite can be realized to be mainly composed of spherical Sn droplets held loosely by a small fraction of graphene layers. We speculate that this could result in a scenario where some of the Sn droplets are isolated and thus not well connected electrically to the whole composite, resulting in a decreased overall first discharge capacity.
If the explanation is reasonable, how about first discharge capaicity of Sn-x(80 wt.%) and Sn-y(95 wt.%)?

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

CONFIDENTIAL

MANI_008507

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Saturday, January 11, 2014 4:48 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | CBT training |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Dear Faith:

Please check all the NETL CBT courses have been completed sometime this week.
Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

 MANI_008508

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Saturday, January 11, 2014 4:57 PM |
| **To:** | S. Komaba, Ph.D. |
| **Cc:** | faith.r.beck@gmail.com;mouad.dahbi@rs.tus.ac.jp |
| **Subject:** | RE: Happy new Year |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Dear Prof. Komaba:

Sorry, I could not write to you soon. Thanks for the nice abstract. Please send the four samples to me for additional ESR experiments. The sample quantity can be from 30mg or more. You can try to put the sample in a tiny vial so that we can use all the amount. Last time the samples were stuck to the plastic sheet.

As mentioned before, we will send some cathode materials for Na battery testing.
We would like to visit you this year a well and continue our collaboration.

with regards.
Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> "S. Komaba, Ph.D." <komaba@rs.kagu.tus.ac.jp> 1/7/2014 1:47 AM >>>
Dear Prof. Manivannan,

A happy, wonderful new year for you.
It is good to hear from you.

As Dr Dahbi informed you, we submitted a collaborative paper
to the ECEE meeting held in Mach 2014, Shanghai.
(see an attached abstract)

For ESR data, Dr Dahbi is going to write a full-length paper.
If possible, I and Dahbi are thinking to ask you to **measure ESR for additional four (4) samples.**
If additional 4 samples are OK for you, **how much sample (grams)** do you require for one sample.

Keep in touch.

Best wishes,
Shinichi
cc: Mouad DAHBI

1

CONFIDENTIAL                                                                    MANI_008509

---------------------------------------------------------
$BEl5~M{2JBg3XM}3Xlt1~MQ2=3X2J(B/$B65l?50l(B
$B")(B162-8601$B?7=I6h?@3Z:d(B1-3$B!$(Bphone/fax: 03-5228-8749
---------------------------------------------------------

2

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 15, 2014 1:43 PM |
| **To:** | Heafner, Jacob |
| **Cc:** | faith.r.beck@gmail.com |
| **Subject:** | Re: Information Disclosure Statement filing |
| **Attachments:** | Manivannan, Ayyakkannu.vcf; Silicon deposition from non-aq solvents.pdf; US4192720.pdf; US20130177820[1].pdf; Si electrodepositon and studies related to intial stages.pdf; US3990953.pdf; MS&EB_Electrodeposition.pdf |

Dear Jacob:

I have attached some more papers and patents.
Mani

Mani

--------------------------

A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> "Heafner, Jacob" <Jacob.Heafner@ch.doe.gov> 1/14/2014 5:55 PM >>>
Mani,
The application is approved by our office for filing.  The last step is to complete an Invention Disclosure Statement
(IDS).  This couldn't be completed until immediately before filing in the event we learned new information.  The IDS is
where we have to disclose to the USPTO any literature which may be material to patentability.  In effect, you, Faith, and
I must disclose any publication we know of which may affect whether this application should get a patent.  The material
can be nearly anything and in any language, e.g. US or foreign patent, journal article, or a trade journal.  We also have to
send to the USPTO a PDF of the reference unless it is a published US patent document.  Please note that we are not
required to do a search for literature, we must simply disclose what we already know.  The relevant regulations for this
are in 37 C.F.R. 1.97-1.98.

Attached is an IDS template.  I have already filled in some information I've gathered while drafting the
application.  Please speak with Faith and add proper citations to the IDS as needed then return the IDS to me.  The
citations must include the publisher, author (if any), title, relevant pages of the publication, date, and place of
publication  Please send to me a pdf of the article as well with the exception of when the reference is a U.S. patent or
U.S. patent application publication.  If the reference is in a language other than English and no translation is available,
please send an explanation of the relevance of the article.  You don't need to sign the form when you are finished; I will
take care of that.  Once we file the application, we are still obligated to tell the USPTO of new literature we come
across.  We would have to file a supplemental IDS in that case.

1

CONFIDENTIAL

MANI_008511

When I receive the form from you, the application will be filed.  If you have any questions, feel free to let me know.

Jake


JACOB HEAFNER
PATENT ATTORNEY
INTELLECTUAL PROPERTY LAW DIVISION
U.S. DEPT. OF ENERGY
INTEGRATED SUPPORT CENTER
9800 S. CASS AVE. ARGONNE, IL 60439
T: (630) 252-2883
F: (630) 252-2779
JACOB.HEAFNER@CH.DOE.GOV

**Our Service Excellence Pledge:**

We pledge to respect and value our partners and customers, communicate responsively and professionally, and build our reputation for delivering excellent professional services with each task performed.

2

CONFIDENTIAL

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 16, 2014 6:45 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Na paper |
| **Attachments:** | 10.1007_s10008-012-1977-z[1].pdf; Manuscript_revised_final_5_highlighted corrections.docx; Manivannan, Ayyakkannu.vcf |

Dear Faith:

We plan to submit to Journal of Solid State Electrochemistry. Please change the reference format into the attached pdf document.
Mani

Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

CONFIDENTIAL   MANI_008513

## Hunzeker, Mark T.

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, January 17, 2014 12:05 AM |
| **To:** | faith.r.beck@gmail.com;Paranthaman, Mariappan |
| **Subject:** | Fwd: JSEL: Submission Confirmation for Synthesis and Electrochemical Studies of Na0.79CoO2 and Na0.79Co0.7Mn0.3O2 Cathodes for Sodium-ion Batteries |

FYI

>>> "Editorial Office JOSSEC" <jossec@michael-hermes.com> 1/17/2014 12:00 AM >>>
Dear Dr Manivannan,

Your submission entitled "Synthesis and Electrochemical Studies of Na0.79CoO2 and Na0.79Co0.7Mn0.3O2 Cathodes for Sodium-ion Batteries" has been received by journal Journal of Solid State Electrochemistry

You will be able to check on the progress of your paper by logging on to Editorial Manager as an author. The URL is http://jsel.edmgr.com/.

Your manuscript will be given a reference number once an Editor has been assigned.

Thank you for submitting your work to this journal.

Kind regards,

Editorial Office
Journal of Solid State Electrochemistry

Now that your article will undergo the editorial and peer review process, it is the right time to think about publishing your article as open access. With open access your article will become freely available to anyone worldwide and you will easily comply with open access mandates. Springer's open access offering for this journal is called Open Choice (find more information on www.springer.com/openchoice). Once your article is accepted, you will be offered the option to publish through open access. So you might want to talk to your institution and funder now to see how payment could be organized; for an overview of available open access funding please go to www.springer.com/oafunding. Although for now you don't have to do anything, we would like to let you know about your upcoming options.

1

MANI_008514

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, January 17, 2014 11:22 AM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: JSEL: Manuscript entitled Synthesis and Electrochemical Studies of Na0.79CoO2 and Na0.79Co0.7Mn0.3O2 Cathodes for Sodium-ion Batteries returned to author |
| **Attachments:** | Manuscript.docx; Figures1-10_2.docx; Table 1-5.docx |

check this ASAP. files attached.

>>> "Editorial Office JOSSEC" <jossec@michael-hermes.com> 1/17/2014 11:09 AM >>>
*Dear Professor Manivannan,*

The manuscript cannot start the review process until the following corrections are made to meet the journal's requirements (see Instructions for authors and the MANUSCRIPT CHECK LIST (PDF), as well):

- Please write physical symbols IN ITALICS, and subscripts or superscripts - UPRIGHT! Correct the symbols theta, chi, M, H, Q, U, μ, x, S, G, r, I, V (potential), y, Z, please! (including in Figures, Tables)

- Please put a blank between number and unit, respectively, e.g. '900 °C', '18 h'! (exceptions: Y° for angles, X%)

- Please use the abbreviation 'h' for hours!

- Please re-write the references according to JOSSEC's rules: See format examples in the MANUSCRIPT CHECK LIST (PDF on the web site: "Instructions for authors")!

Please edit your submission and make the necessary changes by logging into the Editorial Manager at:
http://jsel.edmgr.com/
and clicking on "Submissions Waiting for Author's Approval".

You must then click on "Edit Submission", make the necessary changes, upload your revised manuscript, remove your old manuscript, and approve your submission.

If you have any questions, please do not hesitate to contact me.

Kind regards,

Michael Hermes
Editorial Office
Journal of Solid State Electrochemistry

CONFIDENTIAL                                                                  MANI_008515

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, January 17, 2014 12:18 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: JSEL: Manuscript entitled Synthesis and Electrochemical Studies of Na0.79CoO2 and Na0.79Co0.7Mn0.3O2 Cathodes for Sodium-ion Batteries returned to author |

you said you will give me a call.

>>> Faith Beck <faith.r.beck@gmail.com> 1/17/2014 12:01 PM >>>
will check when get back to room after professor appt

On Fri, Jan 17, 2014 at 11:22 AM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
check this ASAP. files attached.

>>> "Editorial Office JOSSEC" <jossec@michael-hermes.com> 1/17/2014 11:09 AM >>>
Dear Professor Manivannan,

The manuscript cannot start the review process until the following corrections are made to meet the journal's requirements (see Instructions for authors and the MANUSCRIPT CHECK LIST (PDF), as well):

- *Please write physical symbols IN ITALICS, and subscripts or superscripts - UPRIGHT! Correct the symbols theta, chi,* M, H, Q, U, μ, x, S, G, r, I, V (potential), y, Z, please! (including in Figures, Tables)

- Please put a blank between number and unit, respectively, e.g. '900 °C', '18 h'! (exceptions: Y° for angles, X%)

- Please use the abbreviation 'h' for hours!

- *Please re-write the references according to JOSSEC's rules: See format examples in the MANUSCRIPT CHECK LIST* (PDF on the web site: "Instructions for authors")!

Please edit your submission and make the necessary changes by logging into the Editorial Manager at:
http://jsel.edmgr.com/
and clicking on "Submissions Waiting for Author's Approval".

You must then click on "Edit Submission", make the necessary changes, upload your revised manuscript, remove your old manuscript, and approve your submission.

If you have any questions, please do not hesitate to contact me.

Kind regards,

Michael Hermes
Editorial Office
Journal of Solid State Electrochemistry

1

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, January 20, 2014 6:35 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: Accepted Abstract Notification |

Dear Faith:

FYI

>>> <ecs@confex.com> 1/20/2014 10:51 AM >>>
ECS – The Electrochemical Society

65 South Main Street
Pennington, NJ 08534

January 20, 2014

Dr A. Manivannan
U.S. Department of Energy
Collins Ferry Road

Morgantown, WV 26507
USA

Dear Dr A. Manivannan:

We are pleased to inform you that your abstract has been accepted for presentation at the 225th ECS Meeting, May 11-16, 2014, in Orlando, Florida as follows:

Abstract Number/Title: # 750: Effect of Doping and Preparation Methods in Solid Electrolyte for Lithium Batteries by Faith Beck, Martin Dontigny, Karim Zaghib, Donghai Wang, Mariappan Paranthaman, John Goodenough, A. Manivannan
Presentation Type: Oral
Date/Time/Location: May 15, 2014 / 9:00h - 9:20h / Jackson, Ground Level
Symposium: F4: Ionic and Mixed Conducting Ceramics 9

The entire technical program, including abstracts, for the meeting, as well as meeting registration and hotel reservations, is available on the meeting website:
http://www.electrochem.org/meetings/biannual/225/

MEETING REGISTRATION: All authors/presenters attending the Meeting, including invited speakers, must pay the registration fee in order to present their paper. Please register online or by downloading and faxing the completed registration form from the website **no later than April 11, 2014** to take advantage of discounted Early-Bird registration fees.

HOTEL RESERVATIONS: The meeting will be held at the Hilton Orlando Bonnet Creek Hotel (14100 Bonnet Creek Resort Lane, Orlando, FL, 32821 USA). Make your hotel reservation now at the meeting headquarters hotel. Discounted rates are available until April 11, 2014 or until the block sells out, so don't miss out! Make your reservation today!

CONFIDENTIAL                                    MANI_008518

PRESENTATION INFORMATION: Symposium Organizers reserve the right to determine the format of your presentation, whether oral or poster, and therefore may have changed your requested format to fit their symposium schedule. Poster presentations must be displayed in English, on a board approximately 3 feet 10 inches high by 3 feet 10 inches wide (1.17 meters high by 1.17 meters wide), and correspond to the abstract number and day of presentation as detailed in the final program. The Student Poster Session is combined with the General Poster Session on Tuesday from 1800h-2000h. Posters may be mounted 1300-1800h Tuesday, and judging of the student posters will begin at 1500h. The Student Poster Award Presentation will take place on Wednesday at 1800h along with the opening of General Poster Session. Posters in the Wednesday General Poster Session may be mounted 1300h – 1800h.

PROCEEDINGS: All authors who give a presentation at the meeting are eligible to submit a full-text manuscript to *ECS Transactions* (ECST), the proceedings publications of The Electrochemical Society. Please review the Call for Papers for your symposium to determine the deadline to submit your ECST manuscript.

VISA INFORMATION: Should you require a visa to enter the United States, we strongly encourage you to start the visa application process immediately. You may wish to request an electronic version of this letter which is frequently used by foreign travelers to obtain a visa. Please complete this online form to have a scanned image of your letter on ECS letterhead sent to you within three (3) business days.

ECS 5K ENERGY-RUN-FOR-FUN: Claim your space at the starting line of the inaugural ECS 5K Energy-Run-For-Fun and enjoy the scenery surrounding the Hilton Orlando Bonnet Creek during an invigorating morning run! The top three finishers will receive award medals. The Energy-Run-For-Fun is a ticketed event, with proceeds benefitting the ECS Publications Endowment. Bring your running shoes and join us on Monday, May 12th at 0730h. Early-bird registration rate for the 5K is $15 and can be purchased with your meeting registration.

Your paper represents an important contribution to the success of the 225th ECS Meeting and we appreciate your participation.

Sincerely,

Dr. Krishnan Rajeshwar
ECS 3rd Vice President
Chair, Symposium Planning Advisory Board
Chair, Meetings Subcommittee

CONFIDENTIAL

MANI_008519

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, January 20, 2014 11:13 PM |
| **To:** | faith.r.beck@gmail.com;Paranthaman, Mariappan |
| **Cc:** | Manivannan, Ayyakkannu |
| **Subject:** | JSSE paper |
| **Attachments:** | Manivannan, Ayyakkannu.vcf; JSEL-S-14-00059(2).pdf |

paper submitted.
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

CONFIDENTIAL

MANI_008520

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, January 20, 2014 11:17 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: OREBA 1.0 - Call for paper / Appel de communications - May 25-28 mai - Montréal,Canada |
| **Attachments:** | IMAGE.jpg; IMAGE.jpg |

>>> "Karim Zaghib, Ph.D, H.D.R." <info@oreba.org> 1/20/2014 10:48 PM >>>





----------------------------------------
To unsubscribe from this mailing list, please click here

1

**CONFIDENTIAL**                                                                                   **MANI_008521**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Tuesday, January 21, 2014 2:38 PM |
| **To:** | faith.r.beck@gmail.com;Paranthaman, Mariappan |
| **Subject:** | Fwd: JSEL: Manuscript entitled Synthesis and Electrochemical Studies of Na0.79CoO2 and Na0.79Co0.7Mn0.3O2 Cathodes for Sodium-ion Batteries returned to author |

Parns:

I get contradicting instructions from the Journal people. Please check it. I will call you.
Mani

>>> "Editorial Office JOSSEC" <jossec@michael-hermes.com> 1/21/2014 9:41 AM >>>
Dear Dr. Manivannan,

The manuscript cannot start the review process until the following corrections are made to meet the journal's requirements (see Instructions for authors, as well):

- Units of physical quantities (µA, Angström, V(olts), mAh, g..) should be written upright / not in italics.

- There should be NO blank between number and ° sign for angles, please revise!

- Subscripts of the symbols should be written upright / not in italics.

- References: Please do not cite 'et al.', but list all authors, resp.! Please rewrite references 16-29, the format isn't correct!

Please edit your submission and make the necessary changes by logging into the Editorial Manager at:
http://jsel.edmgr.com/
and clicking on "Submissions Waiting for Author's Approval".

You must then click on "Edit Submission", make the necessary changes, upload your revised manuscript, remove your old manuscript, and approve your submission.

If you have any questions, please do not hesitate to contact me.

Kind regards,

Michael Hermes
Editorial Office
Journal of Solid State Electrochemistry

1

MANI_008522

## Hunzeker, Mark T.

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 22, 2014 7:26 PM |
| **To:** | Rigved |
| **Cc:** | Hong, Daeho;Beck, Faith;Kumta, Prashant N |
| **Subject:** | Re: FW: Electrochimica Acta - Your Submission (KR13-404) |

Rigved:

As we discussed, please include the 3rd comment in the text and explain that in line 276.

"A systematic study has to be performed on several tin/graphene compositions with different amounts of carbon

coating and compared for performance."

We have included in the text that a systematic study will be performed in the future.

Let me know.
Mani

>>> Rigved <rigvi.iitr@gmail.com> 1/22/2014 11:18 AM >>>

Dear Dr. Mani,

Attached are the responses and the revised manuscript. Please let me know or call if you have any questions.

Thank you
Rigved

Dear Dr. Kumta,

I will work on responding to these comments and will send it to you and Dr. Mani for your feedback.

Thank you
Rigved

On Thu, Jan 2, 2014 at 2:30 PM, Kumta, Prashant N <pkumta@pitt.edu> wrote:
Dear Rigved,
The comments for the tin graphene paper have come.
Does not look too bad and we should be able to address them.
I also spoke with Dr. Manivannan about the review and he is willing to provide help with the revisions.
We can plan to submit it before the Jan 27th deadline provided.

-Prof. Kumta

*******************************************************
Dr. Prashant N. Kumta, PhD
Edward R. Weidlein Chair Professor
815 C Benedum Hall

1

CONFIDENTIAL                                    MANI_008523

Swanson School of Engineering and School of Dental Medicine,
Department of BioEngineering, Chemical and Petroleum Engineering,
Mechanical Engineering and Materials Science,
Department of Oral Biology ,
McGowan Institute of Regenerative Medicine,
University of Pittsburgh Pittsburgh,
PA 15261
Tel. (412)648-0223
Fax: (412)624-3699
E-mail: pkumta@pitt.edu
Editor-in-Chief, Materials Science and Engineering, B
http://www.ees.elsevier.com/msb/
Homepage
http://www.pitt.edu/~pkumta
********************************************************

-----Original Message-----
From: ees.electacta.1c9.263534.326bf91c@eesmail.elsevier.com
[mailto:ees.electacta.1c9.263534.326bf91c@eesmail.elsevier.com] On Behalf Of Ruediger Koetz
Sent: Saturday, December 28, 2013 5:53 AM
To: Kumta, Prashant N
Subject: Electrochimica Acta - Your Submission (KR13-404)

Ms. Ref. No.: KR13-404
Title: Microwave Derived Facile Approach to Sn/Graphene Composite Anodes for Lithium-Ion Batteries Electrochimica
Acta

Dear Edward R. Weidlein Chair Professor P.N. Kumta,

The manuscript you submitted for publication was sent out to referees for review. Please find enclosed their reports. I
am happy to tell you that the referees recommend publication of your paper, although with REVISIONS.

In the preparation of a revised manuscript, I would be grateful if you could try to comply with the referees'
recommendations giving adequate reasons for your views where you may disagree with their criticisms. It would be
helpful if you could enclose a detailed description of amendments in a separate WORD file (Replies to Referees -
please provide separate replies to each referee) together with the electronic version (WORD or LATEX) of the revised
manuscript (PLEASE HIGHLIGHT CHANGESWITH A YELLOW BACKGROUND).

Recommended date for resubmission: ON or BEFORE Jan 27, 2014

A PAPER UNDER REVISION NOT RETURNED AFTER TWO MONTHS OF THE DATE OF THIS LETTER WILL BE
CONSIDERED AS WITHDRAWN.

To submit a revision, please go to http://ees.elsevier.com/electacta/ and login as an Author.
Your username is: pkumta

If you cannot remember your password, please click the "Send Username/Password" link on the Login page.

On your Main Menu page is a folder entitled "Submissions Needing Revision". You will find your submission record
there. Also, the reviewer(s) may have uploaded a file with detailed comments on your manuscript. Click on "View
Reviewer Attachments" to access any detailed comments from the reviewer(s) that may have been included.

Please note that this journal offers a new, free service called AudioSlides: brief, webcast-style presentations that are
shown next to published articles on ScienceDirect (see also http://www.elsevier.com/audioslides). If your paper is
accepted for publication, you will automatically receive an invitation to create an AudioSlides presentation.

2

Yours sincerely,

Ruediger Koetz, Dr.
Associate Editor
Electrochimica Acta

Reviewers' comments:

Reviewer #1: The manuscript entitled "Microwave Derived Facile Approach to Sn/Graphene Composite Anodes for Lithium-Ion Batteries" describes synthesis and electrochemical characterization of Sn/graphene composite anode for Li-ion battery. $SnO_2$/graphene has been reported previously but pure Sn/graphene composite is more challenging due to melting of Sn during heat treatment making this composite difficulty to cycle. Current manuscript is interesting in terms of synthesis and performance. The manuscript is well written and characterized. Therefore, I recommend current manuscript to be published in Electrochimica Acta. Here are some comments.

1. I recommend citing following paper which is related to the current manuscript.
Donghai Wang, Rong Kou, Daiwon Choi, Zhenguo Yang, Zimin Nie, Juan Li, Laxmikant V. Saraf, Jiguang Zhang, Gordon L. Graff, Jun Liu, Micheal A. Pope, Ilhan A. Aksay, "Ternary Self-assembly of Metal-Oxide-Graphene Nanocomposites for Electrochemical Energy Storage", ACS Nano, 4(3), p.1587-1595 (2010)

Reviewer #3: In the paper, the authors present the synthesis of Sn/graphene via a microwave process and subsequent annealing in argon. The composite electrode exhibits improved specific capacity and stability. However, there are several minor questions before the paper to be in publication.

(1) The synthesis of graphene-$SnO_2$ has been reported. It would be helpful to explain the difference in mesostructure transition from graphene-$SnO_2$ to graphene-Sn during the post microwave treatment. The author should cite the original paper of graphene-$SnO_2$ nanocomposite (ACS Nano 2010, 4, 1587) to explain the transition.

(2) In the abstract part, one minor error is that $SnCl_2$ is totally different from $SnCl_2 \cdot 2H_2O$. From the experimental part, the tin precursor is $SnCl_2 \cdot 2H_2O$, thus $SnCl_2$ should be changed to $SnCl_2 \cdot 2H_2O$.

(3) In Table 1, there are four samples: Sn-1(34 wt.%), Sn-2(43 wt.%), Sn-3(86 wt.%), Sn-1(90 wt.%), and their electrochemical performance. In order to examine the relationship between the first discharge capacity and the amount of Sn, the author should provide three more samples : Sn-5(50 wt.%), Sn-6(60 wt.%), Sn-7(70 wt.%) and their electrochemical performance. Then we will know the best amount of Sn to get highest first discharge capacity.

(4) In Table 1, the difference in first discharge capacity between Sn-3(86 wt.%) and Sn-1(90 wt.%) is not clearly explained in the paper. In Line 14, Page 10, the authors explains that:
However, in the Sn-4 (90 wt.%Sn) sample, the composite can be realized to be mainly composed of spherical Sn droplets held loosely by a small fraction of graphene layers. We speculate that this could result in a scenario where some of the Sn droplets are isolated and thus not well connected electrically to the whole composite, resulting in a decreased overall first discharge capacity.
If the explanation is reasonable, how about first discharge capaicity of Sn-x(80 wt.%) and Sn-y(95 wt.%)?

3

CONFIDENTIAL

MANI_008525

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, January 27, 2014 3:44 PM |
| **To:** | Beck, Faith;Torres, Loraine;Abreu-Sepulveda, Maria |
| **Subject:** | Fwd: 12-Feb-14 Webinar: Electrochemical Impedance Spectroscopy and Its Applications to Battery Analysis |

>>> "Michelle Boyer" <do-not-reply@plugvolt.com> 1/27/2014 1:06 AM >>>
PlugVolt is presenting a webinar on:

--------------------------------------------------------------------------------
Electrochemical Impedance Spectroscopy and Its Applications to Battery Analysis

Wednesday, February 12, 2014 | 10:00 a.m. EST USA / 4:00 p.m. CET Europe / 11:00 p.m. China
Duration - 1 hour

--------------------------------------------------------------------------------
Abstract

Electrochemical Impedance Spectroscopy (EIS) is a well established experimental technique that has applications in coatings, corrosion, sensors, electrochemical double layer capacitors, batteries among others. The power of EIS partly comes from its ability to access a very wide range of frequencies (typically from MHz to μHz). For batteries, parameters such as the internal resistance, electrode surface capacitance and leakage are accessible at different frequencies across the spectrum. This allows EIS to gather all the relevant information with a single measurement. In this webinar, we will briefly introduce EIS and cover its application to batteries. We will talk about how to analyze typical data and how to gather the relevant information. We will further talk about available instrumentation and their limitations.

This webinar will focus on following key points:

- What is impedance spectroscopy?
- What can impedance spectroscopy do for Battery analysis?
- How can capacitance, internal resistance and leakage be determined using EIS?
- What are the instrumental requirements and limits?

--------------------------------------------------------------------------------
Presenter

Burak Ulgut - Gamry Instruments

Mr. Burak Ulgut got a BS in Chemistry from Bilkent University in 2002 and got a PhD in electrochemistry from Cornell University in 2007. His doctoral dissertation was on organic molecules/polymers and correlating their electrochemistry and electron transport properties. After a year-long postdoctoral appointment in Cambridge University working on organic electronics, he joined Gamry Instruments in 2008. At Gamry, Burak works on various aspects of gathering and analyzing impedance spectroscopy data including OptiEIS, a multisine EIS technique.

--------------------------------------------------------------------------------
Registration Information

1

CONFIDENTIAL

MANI_008526

https://student.gototraining.com/r/2254963463149789952

Cost of attendance is only US$99 per person, and payments can be made using all major credit and debit cards and also via PayPal. Please contact us today to inquire about special group discounts for multiple attendees from the same organization.

------------------------------------------------------------------------------

For advertising inquiries, sponsorship opportunities, or to purchase past presentations and recordings please contact us at info@plugvolt.com or 1-877-PLUGVOLT | www.plugvolt.com

Questions? Contact Michelle at michelleboyer@plugvolt.com. To unsubscribe from future announcements, send an e-mail to unsubscribe@plugvolt.com with 'Unsubscribe' in the subject line. Replies to this message are not monitored.

CONFIDENTIAL

MANI_008527

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Tuesday, January 28, 2014 10:31 AM |
| **To:** | Beck, Faith |
| **Subject:** | send a copy of your ionic conductivity paper ASAP |

1

MANI_008528

## Hunzeker, Mark T.

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Tuesday, January 28, 2014 11:32 AM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | attached your paper |
| **Attachments:** | Doped LLZrO and LLTO_electrochem2.docx |

Realized your are busy. I found the paper. I have attached the paper draft you sent me in November. You can check it and tell me. It should be ASAP.
SEM, XRD are same as the other paper. Include only ionic conductivity data that is available from the slides.
Please respond.
plan to submit this week.
Mani

1

CONFIDENTIAL

MANI_008529

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Tuesday, January 28, 2014 1:14 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Re: attached your paper |

You can give a simple reply. You can lead it but need to tell me. If you do not reply I will take it as "No" Maria will only help me.
Mani

>>> Ayyakkannu Manivannan 1/28/2014 11:32 AM >>>
Realized your are busy. I found the paper. I have attached the paper draft you sent me in November. You can check it and tell me. It should be ASAP.
SEM, XRD are same as the other paper. Include only ionic conductivity data that is available from the slides.
Please respond.
plan to submit this week.
Mani

1

CONFIDENTIAL                    MANI_008530

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Tuesday, January 28, 2014 2:46 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: attached your paper |

Please give me a clear answer how and when? My plan is to submit this week.
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 1/28/2014 1:17 PM >>>
I will

On Tue, Jan 28, 2014 at 1:13 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
You can give a simple reply. You can lead it but need to tell me. If you do not reply I will take it as "No" Maria will only help me.
Mani

>>> Ayyakkannu Manivannan 1/28/2014 11:32 AM >>>
Realized your are busy. I found the paper. I have attached the paper draft you sent me in November. You can check it and tell me. It should be ASAP.
SEM, XRD are same as the other paper. Include only ionic conductivity data that is available from the slides.
Please respond.
plan to submit this week.
Mani


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 29, 2014 3:36 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: attached your paper |

Bring my books and the computer when you come on Friday.

>>> Faith Beck <faith.r.beck@gmail.com> 1/28/2014 4:19 PM >>>
Tremendously busy today. Will give answer tonight when I get back to room

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 28, 2014, at 2:46 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

> Please give me a clear answer how and when? My plan is to submit this week.
> Mani
>
> >>> Faith Beck <faith.r.beck@gmail.com> 1/28/2014 1:17 PM >>>
> I will
>
> On Tue, Jan 28, 2014 at 1:13 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
>> You can give a simple reply. You can lead it but need to tell me. If you do not reply I will take it as "No" Maria will only help me.
>> Mani
>>
>> >>> Ayyakkannu Manivannan 1/28/2014 11:32 AM >>>
>> Realized your are busy. I found the paper. I have attached the paper draft you sent me in November. You can check it and tell me. It should be ASAP.
>> SEM, XRD are same as the other paper. Include only ionic conductivity data that is available from the slides.
>> Please respond.
>> plan to submit this week.
>> Mani
>>
>>
>> --
>> Faith Beck

1

                                                                          MANI_008532

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

MANI_008533

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, January 29, 2014 3:58 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: Re: attached your paper |

*if you do not use them. not delivering proper answers on time.*

>>> Ayyakkannu Manivannan 1/29/2014 3:36 PM >>>
*Bring my books and the computer when you come on Friday.*

>>> Faith Beck <faith.r.beck@gmail.com> 1/28/2014 4:19 PM >>>
*Tremendously busy today. Will give answer tonight when I get back to room*

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

On Jan 28, 2014, at 2:46 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

> Please give me a clear answer how and when? My plan is to submit this week.
> Mani
>
> >>> Faith Beck <faith.r.beck@gmail.com> 1/28/2014 1:17 PM >>>
> I will
>
> On Tue, Jan 28, 2014 at 1:13 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov>
> wrote:
>> You can give a simple reply. You can lead it but need to tell me. If you do not reply I will take it as
>> "No" Maria will only help me.
>> Mani
>>
>> >>> Ayyakkannu Manivannan 1/28/2014 11:32 AM >>>
>> Realized your are busy. I found the paper. I have attached the paper draft you sent me in November.
>> You can check it and tell me. It should be ASAP.
>> SEM, XRD are same as the other paper. Include only ionic conductivity data that is available from the
>> slides.
>> Please respond.
>> plan to submit this week.
>> Mani

1

CONFIDENTIAL

MANI_008534

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

MANI_008535

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, January 30, 2014 12:52 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | work |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Dear Faith:

I am not pushing you on the work. Please understand As you know I have to complete certain work on time, especially when we work with Hydro-Quebec and also completing the milestones for the project with EERE. If I do not do that I have answer a lot questions internally at NETL and Washington HQ. You will still be the main author. We can get help from other people like Maria, Dan and get it done.

Please try to discuss and help us. Call me this afternoon and I will explain.

Thanks for your understanding.
Mani


Mani
-------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

CONFIDENTIAL                                                        MANI_008536

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Sunday, February 16, 2014 10:02 PM |
| **To:** | Beck, Faith;komaba@rs.kagu.tus.ac.jp;DAHBI', 'Mouad |
| **Subject:** | RE: FW: RE: ESR samples |

Dear Prof. Komaba:

No problem. Please take your time. Let them finish all the measurements.
Thanks
Mani

>>> "S. Komaba, Ph.D." <komaba@rs.kagu.tus.ac.jp> 2/16/2014 7:42 PM >>>
Dear Mouad,

I see.

Shinichi

--------------------------------------------------------
東京理科大学理学部応用化学科/教授　駒場慎一
〒162-8601新宿区神楽坂1-3, phone/fax: 03-5228-8749
--------------------------------------------------------

-----Original Message-----
From: Mouad DAHBI [mailto:mouad.dahbi@rs.tus.ac.jp]
Sent: Monday, February 17, 2014 2:48 AM
To: S. Komaba, Ph.D.; 'Ayyakkannu Manivannan'
Subject: Re: FW: RE: Happy new Year

Dear Manivannan-seinsei and Komaba-seinsei,

Sorry, I could not write to you soon. Indeed, the student (Shimadzu-san) has
a limited amount of hard carbon (about 30 g) and she must finish all the
characterizations, before sending samples. Probably, we can send you the
samples on the end on this month.

Thank you for your understanding.

Best regard,

Mouad

----- Original Message -----
>> From: "S. Komaba, Ph.D." <komaba@rs.kagu.tus.ac.jp>
>> To: "'Ayyakkannu Manivannan'"
<Ayyakkannu.Manivannan@NETL.DOE.GOV>,<mouad.dahbi@rs.tus.ac.jp>
>> Date: 2014-02-16 20:47:55
>> Subject: FW: RE: Happy new Year
>>
>> Dear Mani,

1

CONFIDENTIAL

MANI_008537

>> Thank you for your notice.
>> I forward this mail to my colleagues, too.
>> Just moment, please.
>>
>>
>> >>Mouad
>> How about the additional ESR measurement to be asked Mani.
>>
>> Shinichi
>>
>>
>>
>>
>>
>> --------------------------------------------------------
>>
>>
&#26481;&#20140;&#29702;&#31185;&#22823;&#23398;&#29702;&#23398;&#37096;&#24540;&#29992;&#21270;&#23398;&#31185;/&#25945;&#25480;&#12288;&#39378;&#22580;&#24910;&#19968;
>>
>>
&#12306;162-8601&#26032;&#23487;&#21306;&#31070;&#27005;&#22338;1-3&#65292;phone/fax: 03-5228-8749
>>
>> --------------------------------------------------------
>>
>>
>>
>> From: Ayyakkannu Manivannan [mailto:Ayyakkannu.Manivannan@NETL.DOE.GOV]
>> Sent: Sunday, February 16, 2014 12:31 PM
>> To: komaba@rs.kagu.tus.ac.jp; mouad.dahbi
>> Subject: Fwd: RE: Happy new Year
>>
>>
>>
>> Dear Prof. komaba:
>>
>>
>>
>> Did you get my previous e-mail. I am not sure that you send me the samples.
>> Please let me know.
>>
>> Thanks
>>
>> Mani
>>
>>
>>
>>
>>
>> Mani
>> --------------------------
>> A. Manivannan, Ph.D
>> US DOE/NETL
>> Materials Performance Division
>>

2

MANI_008538

>> 3610 Collins Ferry Rd.
>> P.O. Box 880
>> Morgantown, WV  26507-0880
>>
>> Tel: (304) 285-2078
>>
>> Fax:(304) 285-0903
>> e-mail: manivana@netl.doe.gov
>>
>>
>>

******************************************************************************

  Mouad DAHBI, Ph.D
  Post-doc in KOMABA Laboratory,
  Department of Applied Chemistry,
  Tokyo University of Science,
  1-3 Kagurazaka, Shinjuku,
  Tokyo 162-8601, Japan
******************************************************************************

3

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Tuesday, February 18, 2014 12:58 PM |
| **To:** | Beck, Faith;Gagnon, Catherine [3] |
| **Subject:** | Re: Copper & Brass update |
| **Attachments:** | IMAGE.gif |

Dear Catherine:
Thanks for the data. I will discuss when I come next month.
with regards
Mani

>>> "Gagnon, Catherine [3]" <Gagnon.Catherine@ireq.ca> 2/17/2014 4:56 PM >>>
Here is the update, sorry for keeping you waiting.

Have a good evening,
Catherine



**Catherine Gagnon**
Tech. Chimie Analytique
Stockage Conversion D'énergie (SCE)
Institut de recherche d'Hydro-Québec (IREQ)
Tél. : 450 652-8499, poste 2034
**www.hydroquebec.com**

Courriel: Gagnon.Catherine@ireq.ca

1

CONFIDENTIAL

MANI_008540

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Tuesday, March 04, 2014 9:45 AM |
| **To:** | faith.r.beck@gmail.com;Abreu-Sepulveda, Maria |
| **Subject:** | Event Registration |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Check this course for Orlando meeting.

**Short Course #1**
**Advanced Impedance Spectroscopy**
Mark E. Orazem, Instructor

https://community.electrochem.org/eweb/ProfilePage.aspx?WebCode=CSCEventInfoSC&evt_key=2638f1a3-68b0-46c0-963e-892628d06638

Mani
-------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

CONFIDENTIAL     MANI_008541

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Tuesday, March 11, 2014 10:11 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: MLEF 2014 |

As per your decision, I have asked ORISE to Postpone your appointment. I still need to get some clarification from Nancy and others how this works after August.

Mani

>>> Faith Beck <faith.r.beck@gmail.com> 3/9/2014 11:20 PM >>>
Dear Mani and Dave:

I am reconfirming my acceptance of the MLEF 2014 program to work with Dave this summer.

This is a postponement of the ORISE appointment until Fall 2014.

Please contact me if there are any questions

Thanks so much


Faith


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

1

CONFIDENTIAL

MANI_008542

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, March 12, 2014 12:33 AM |
| **To:** | Beck, Faith;Abreu-Sepulveda, Maria |
| **Subject:** | Re: files |

Maria:

Let us meet in the morning before we go to Pittsburgh and I will help you to finalize it.
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 3/12/2014 12:16 AM >>>
Dear Maria:

These are all of the files that I have and I will send more as I find them

Hope you are well and thank you so much for the well wishes

Talk soon

Faith

On Tue, Mar 11, 2014 at 10:30 PM, Abreu-Sepulveda, Maria <m.abreu-sepulveda@rochester.edu> wrote:
  Hi Faith,

  Please remember to send me the files about the EIS.


  Have a nice flight!

  -
  Thank you,
  Maria



  --
  Faith Beck

  Graduate Student
  Department of Mechanical and Nuclear Engineering
  The Pennsylvania State University, University Park

1

CONFIDENTIAL

MANI_008543

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, March 14, 2014 12:09 AM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: Presentation at ECS Japan |
| **Attachments:** | 2014ECSJ_HC-kubotav5-2.pdf |

FYI

>>> Kei KUBOTA <keikubota@rs.tus.ac.jp> 3/13/2014 11:50 PM >>>
Dear Prof. Manivannan,

I would like to inform you of my presentation at 81st Spring Meeting of ECS Japan on March 31.
http://www.electrochem.jp/english/convention/index.html
I will also present the study on hard carbon in japanese at the conference.
Please let me add your name and Ms. Beck as co-authors. This attached file is the submitted abstract written in japanese.
The content of the presentation is almost same as Mouad's. But, I'm planning to add a new high energy XRD data to compare the pair distribution function.

Thank you for giving us good ESR data. We almost prepared the samples for next ESR measurement. We will send samples soon.

Sincerely,

-------------------------------
Kei KUBOTA
Komaba Laboratory
Research Institute for Science and Technology
Tokyo University of Science
1-3 Kagurazaka, Shinjuku-ku, Tokyo 162-8601, Japan
TEL: +81-3-3260-4272, ex. 5783
FAX: +81-3-5228-8749
E-mail: keikubota@rs.tus.ac.jp

1

CONFIDENTIAL

MANI_008544

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Sunday, March 16, 2014 7:42 PM |
| **To:** | mikhail.gordin@gmail.com |
| **Cc:** | Wang, Donghai;Beck, Faith |
| **Subject:** | XPS samples |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Dear Mikhail:

We received some XPS samples from Faith. Could you please send me the details on the nature of the samples and the specific oxidations states to examine.

regards
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Sunday, March 16, 2014 10:28 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: XPS samples |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Dear Faith:

You are not following NETL procedures. The samples have to go through me to Jim and Jim has to inform Maryanne. They have to account all the samples measured and I have to pay for it. Please do follow and do not make any trouble. I have sent a mail to Donghai separately.

Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> Faith Beck <faith.r.beck@gmail.com> 3/16/2014 10:19 PM >>>
Dear Mikhail:

I already provided Jim Poston (who runs the samples) with all of the information that I was given by Duhai and Zhaoxin

If Jim needs any other information, he will let me know.


Thanks,

Faith


On Sun, Mar 16, 2014 at 7:42 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
Dear Mikhail:
We received some XPS samples from Faith. Could you please send me the details on the nature of the samples and the specific oxidations states to examine.
regards
Mani
Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division

1

CONFIDENTIAL                                                    MANI_008546

3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov


--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

2

MANI_008547

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Sunday, March 16, 2014 10:31 PM |
| **To:** | Beck, Faith;mikhail.gordin@gmail.com |
| **Cc:** | Wang, Donghai |
| **Subject:** | Re: XPS samples |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Mikhail:

Please call me when you get a chance. You do please send the information I requested by mail.
Thanks
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov
>>> Faith Beck <faith.r.beck@gmail.com> 3/16/2014 10:19 PM >>>
Dear Mikhail:

I already provided Jim Poston (who runs the samples) with all of the information that I was given by Duhai and Zhaoxin

If Jim needs any other information, he will let me know.


Thanks,

Faith


On Sun, Mar 16, 2014 at 7:42 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
> Dear Mikhail:
> We received some XPS samples from Faith. Could you please send me the details on the nature of the samples and
> the specific oxidations states to examine.
> regards
> Mani
> Mani
> --------------------------
> A. Manivannan, Ph.D
> US DOE/NETL
> Materials Performance Division
> 3610 Collins Ferry Rd.
> P.O. Box 880

CONFIDENTIAL

MANI_008548

Morgantown, WV 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

CONFIDENTIAL

MANI_008549

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Sunday, March 16, 2014 11:08 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | respond simple answer |

need to respond for the following:

1) Hydro-Quebec- yes or no
2) forward the e-mail you sent me last week on XPS ( I did not receive it)
3) need to discuss the office space or they might move it.
4) Orlando ECS- yes or no
5) your pellets have broken two times and we are remaking it.

few others I forgot now. Let you know.
Mani

1

CONFIDENTIAL                                                      MANI_008550

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Monday, March 17, 2014 10:05 AM |
| **To:** | faith.r.beck@gmail.com;mikhail.gordin@gmail.com |
| **Cc:** | Wang, Donghai |
| **Subject:** | XPS samples |
| **Attachments:** | Manivannan, Ayyakkannu.vcf |

Mikhail:

Questions regarding XPS samples:

1) regarding SiC, are you looking into any shift in Si binding energy? in the case of boron are you looking into carbon-boron bonding?
2) regarding phosphorous/graphene, I assume that you are looking into the carbon peak shift with phosphorous bonding.

Can you send the XRD of both the samples.

let me know any specific measurements. Duhai and Zhaoxin can also contact me directly.

Thanks
Mani

Mani
-------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

CONFIDENTIAL

MANI_008551

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Saturday, March 22, 2014 11:38 PM |
| **To:** | faith.r.beck@gmail.com;mikhail.gordin@gmail.com |
| **Cc:** | Wang, Donghai |
| **Subject:** | XPS of three samples |
| **Attachments:** | Manivannan, Ayyakkannu.vcf; Red Phosphore-Graphene.xlsx |

Mikhail:

Attached are three XPS spectra. The C-P bonding should be around 285.5 eV. We need to deconvolute the C peak. refer to the attached paper as well.
Let me know. Will discuss when I come.
Mani

Mani
-------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Saturday, March 22, 2014 11:40 PM |
| **To:** | faith.r.beck@gmail.com;mikhail.gordin@gmail.com |
| **Cc:** | Wang, Donghai |
| **Subject:** | Re: XPS of three samples |
| **Attachments:** | graphene_Phosphorous.pdf |

forgot to attach the paper.
Mani

>>> Ayyakkannu Manivannan 3/22/2014 11:37 PM >>>
Mikhail:

Attached are three XPS spectra. The C-P bonding should be around 285.5 eV. We need to deconvolute the C peak. refer
to the attached paper as well.
Let me know. Will discuss when I come.
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, March 28, 2014 1:48 PM |
| **To:** | faith.r.beck@gmail.com;mikhail.gordin@gmail.com;YI, Ran;zxy122@psu.edu |
| **Cc:** | Wang, Donghai |
| **Subject:** | XPS data |
| **Attachments:** | Si-C Sample Set_1.xlsx; Manivannan, Ayyakkannu.vcf |

All:

SiC series of samples attached.  Sample 4 fell off the sample stage and I could not recover it. Can you provide a new sample. Is the same as similar to the one Ran gave me on Tuesday.
Boron with Si.

Ran please let me know.

Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

MANI_008554

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, March 28, 2014 2:02 PM |
| **To:** | YI, Ran |
| **Cc:** | Wang, Donghai;faith.r.beck@gmail.com;Gordin, Mikhail;zxy122@psu.edu |
| **Subject:** | Re: XPS data |

Dear Ran:
Thanks for the clarification.
Mani

>>> Ran YI <yiran@psu.edu> 3/28/2014 1:56 PM >>>
Hi Mani,

The sample 4 is totally different from what I gave you this Tuesday. Thanks very much for your kind help!

Ran

On Fri, Mar 28, 2014 at 1:48 PM, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:

All:
SiC series of samples attached. Sample 4 fell off the sample stage and I could not recover it. Can you provide a new sample. Is the same as similar to the one Ran gave me on Tuesday.
Boron with Si.
Ran please let me know.
Mani
Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV 26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

--
Ran YI
Ph.D. candidate
Department of Mechanical Engineering
217 Reber Building, The Pennsylvania State University
University Park, Pennsylvania 16802

1

CONFIDENTIAL

MANI_008555

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Sunday, March 30, 2014 12:49 PM |
| **To:** | faith.r.beck@gmail.com |
| **Subject:** | Fwd: ECS Journals: MS #JES-14-0679 Decision Letter |
| **Attachments:** | ManuscriptjesC.docx |

Please follow the reviewers suggestions and incorporate them in the attached the word document. Send to me ASAP.

>>> <nlw001@ntu.edu.tw> 3/29/2014 11:55 AM >>>

Dear Prof. Manivannan,

I am pleased to inform you that your manuscript, referenced below, has received a positive review.

"Synthesis and Electrochemical Studies of Na0.79CoO2 and Na0.79Co0.7Mn0.3O2 Cathodes for Sodium-ion Batteries"

The reviewers have suggested minor modifications which will render the work suitable for publication in the Batteries and Energy Storage (ES&T) section in the Journal of The Electrochemical Society.

Please submit within the next two weeks a separate list of changes and/or rebuttal comments reflecting each of the issues raised by the reviewer. In addition, please highlight or underline the changes made within the revised article file. After we receive your revised manuscript, we should be able to complete the evaluation, probably without further outside review.

FOR LETTERS-LENGTH JOURNALS ONLY: When making your revisions, please remember the length limitations for letters-length journals. Papers published ECS Electrochemistry Letters and ECS Solid State Letters are generally limited to four (4) printed journal pages. To ensure that your paper can be published upon acceptance, please limit the text length to no more than 2500 words, subtracting 220 words for each figure part and/or table to allow for the space these will occupy in the printed paper.

Please go to the URL below to login and then submit the revised manuscript, including figures.

http://ecsjournals.msubmit.net/cgi-bin/main.plex

Thank you for the opportunity to examine this work. If you have any questions, feel free to contact us at publications@electrochem.org.

Sincerely,

Nae-Lih Wu
Associate Editor
The Electrochemical Society Journals

-----------------------------------------------------------------------------

1

**CONFIDENTIAL**                                                                 **MANI_008556**

Manuscript #JES-14-0679:


Editor's Comments:

please edit the language carefully.


Reviewer Comments:

Reviewer #1 Evaluations:
Overall Rating: Publish with revision optional
Significance Level (4 = highest, 1 = lowest): 3

Reviewer #1 (Significance Level Comment):

The authors ensure that the Mn and Co will be homogeneously distributed in the host active material by using a Pechini method - a new approach to make layered Na TM oxides. Substitution with Mn has been analyzed with ND - also a new approach not yet discussed in the literature. These two new aspects add significance to the paper.

Reviewer #1 (Remarks):

Wasn't clear from the interpretation data analysis of ND: are the Mn and Co ordered in any special way?, or just randomly distributed? Any models used?

Capacity is a bit low for these types of materials typically seen in the literature? Any reasons why this is so?

Does the presence of Mn change the vacancy ordering of Na?

Consider not calling the Mn a doping effect, but a substitution effect.

The paper would benefit from some language/style editing.



Reviewer #2 Evaluations:
Overall Rating: Publish with revision optional
Significance Level (4 = highest, 1 = lowest): 3

Reviewer #2 (Significance Level Comment):

In the paper, the neutron diffraction was applied to provide reliable evidence for readers to understand the Mn doping on Co sites without forming Mn-Co ordering. It is a valuable work.

Reviewer #2 (Remarks):

The article entitled "Synthesis and Electrochemical Studies of $Na_{0.79}CoO_2$ and $Na_{0.79}Co_{0.7}Mn_{0.3}O_2$ Cathodes for Sodium-ion Batteries" employed x-ray diffraction (XRD) and neutron diffraction to probe composition and crystal structure changes after Mn doped in $Na_{0.79}CoO_2$ electrodes. More detail information about these electrodes was given by maganetic measurements, inductively coupled plasma (ICP), cyclic voltammetry (CV) and electrochemical charge-discharge cycling measurements. The neutron diffraction data provide reliable evidence for readers to understand the Mn doping on Co sites without forming Mn-Co ordering. The paper is well organized and the conclusion is meaningful,

2

CONFIDENTIAL                                                  MANI_008557

so I recommend its publication in the journal after the following minor revision:

1. The authors should provide all data about the cycle performance from the 1st to the 60th cycle in Figure 9 and Figure 10.

2. Spelling mistakes, such as "wouldassist" (Line 236), missing full stop (Line 241), please correct.

--------------------------------------------------------------------------------

3

CONFIDENTIAL

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, April 04, 2014 11:57 AM |
| **To:** | Poston, James A. |
| **Cc:** | Beck, Faith |
| **Subject:** | Re: Data |

Thanks, Jim
Mani
-----Original Message-----
From: James Poston
To: Manivannan, Ayyakkannu <Ayyakkannu.Manivannan@NETL.DOE.GOV>
Cc: Beck, Faith <Faith.Beck@CONTR.NETL.DOE.GOV>

Sent: 4/4/2014 11:54:50 AM
Subject: Data

Mani/Faith: enclosed is the data from samples  249-E & 249 F.  Sample 249-D had insufficient sample for analysis.

mani: I will be starting on Maria's samples soon

jp


James A. Poston Jr.
Physicist, Surface Science - Materials R&D Group U.S. Department of Energy National Energy Technology Laboratory
Phone: (304) 285-4635
Fax: (304) 285-4403
e-mail: James.Poston@netl.doe.gov


Of the 12 million animals who enter shelters yearly, 35-60% are euthanized.
65% of those are adoptable puppies & kittens.
PLEASE convince your friends & neighbors to spay & neuter!

1

MANI_008559

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, April 04, 2014 12:09 PM |
| **To:** | Poston, James A. |
| **Cc:** | Beck, Faith |
| **Subject:** | Re: Data |

Jim:
These samples are not related to PennState work. These are U.Pitt. project work. No Problem. We may have to sputter Maria's sample if necessary. Will talk with you next week since I am in Canada this week.
Mani

>>> James Poston 4/4/2014 11:54 AM >>>
Mani/Faith: enclosed is the data from samples  249-E & 249 F.  Sample 249-D had insufficient sample for analysis.

mani: I will be starting on Maria's samples soon

jp


James A. Poston Jr.
Physicist, Surface Science - Materials R&D Group
U.S. Department of Energy
National Energy Technology Laboratory
Phone: (304) 285-4635
Fax: (304) 285-4403
e-mail: James.Poston@netl.doe.gov


*Of the 12 million animals who enter shelters yearly, 35-60% are euthanized.*
*65% of those are adoptable puppies & kittens.*
*PLEASE convince your friends & neighbors to spay & neuter!*

1

MANI_008560

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, April 09, 2014 8:30 PM |
| **To:** | YI, Ran |
| **Cc:** | faith.r.beck@gmail.com;mikhail.gordin@gmail.com |
| **Subject:** | XPS samples |
| **Attachments:** | Dr Mani - Boron Doped SiO -1 - 0003_1.SPE; Dr Mani - Boron Doped SiO -1 - 0001_ |
| | 1.SPE; Manivannan, Ayyakkannu.vcf; Dr Mani - Boron Doped SiO -2 - Survey Scan.csv; |
| | Dr Mani - Boron Doped SiO -1 - Detail Scan.csv; Dr Mani - Boron Doped SiO -1 - 0002_ |
| | 1.SPE; Dr Mani - Boron Doped SiO -1 - 0004_1.SPE; Dr Mani - Boron Doped SiO -2 - |
| | Detail Scan.csv; Dr Mani - Boron Doped SiO -1 - Survey Scan.csv |

Dear Ran:

I have attached the XPS data for the Boron Si, C sample. Boron is not detectable in one of them. They are in excel as
well as SPE format. You use your XPSPEAK software to deconvolute.
Let me know.
regards
Mani


Mani
--------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

CONFIDENTIAL                                                                                     MANI_008561

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Wednesday, April 09, 2014 8:32 PM |
| **To:** | YI, Ran |
| **Cc:** | Wang, Donghai;faith.r.beck@gmail.com;mikhail.gordin@gmail.com |
| **Subject:** | XPS sample |
| **Attachments:** | Dr Mani - Boron Doped SiO -1 - 0004_1.SPE; Dr Mani - Boron Doped SiO -1 - Detail Scan.csv; Dr Mani - Boron Doped SiO -1 - 0001_1.SPE; Dr Mani - Boron Doped SiO -1 - Survey Scan.csv; Dr Mani - Boron Doped SiO -1 - 0003_1.SPE; Dr Mani - Boron Doped SiO -2 - Survey Scan.csv; Manivannan, Ayyakkannu.vcf; Dr Mani - Boron Doped SiO -1 - 0002_1.SPE; Dr Mani - Boron Doped SiO -2 - Detail Scan.csv |

Dear Ran:

I have attached the XPS data for the Boron Si, C sample. Boron is not detectable in one of them. They are in excel as well as SPE format. You use your XPSPEAK software to deconvolute.
Let me know.
regards
Mani


Mani
---------------------------
A. Manivannan, Ph.D
US DOE/NETL
Materials Performance Division
3610 Collins Ferry Rd.
P.O. Box 880
Morgantown, WV  26507-0880

Tel: (304) 285-2078
Fax:(304) 285-0903
e-mail: manivana@netl.doe.gov

1

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, April 10, 2014 11:05 PM |
| **To:** | Beck, Faith |
| **Subject:** | Re: Register Today for Orlando Short Courses |
| **Attachments:** | IMAGE.jpg; IMAGE.jpg; IMAGE.jpg; IMAGE.gif; IMAGE.jpg; IMAGE.jpg; IMAGE.jpg; IMAGE.jpg; IMAGE.jpg; IMAGE.jpg; IMAGE.jpg; IMAGE.png; IMAGE.jpg; IMAGE.gif |

need to submit a TAR form and OTR travel form soon ASAP if you want to take this course.

>>> Faith Beck <faith.r.beck@gmail.com> 3/20/2014 10:17 AM >>>
This course is 200 dollars I think

On Tuesday, March 18, 2014, Ayyakkannu Manivannan <Ayyakkannu.Manivannan@netl.doe.gov> wrote:
  Impedance course by Mark Orazem. free course.

>>> ECS Educational Services <ecs@electrochem.org> 3/18/2014 6:09 AM >>>



CONFIDENTIAL

MANI_008563

*Take an inside look at the four Short Courses available...*

- Grid-Scale Energy Storage introduces students to the concepts associated with the "smart grid" and the demands that intermittent renewable power sources place on the grid from the perspective of distribution. Instructor Jeremy P. Meyers, and his colleagues, received the George Mead Medal for engineering achievement | More

- More-than-Moore Technologies: Device, Circuit and System Perspectives, presented by the IBM Invention Achievement Award recipient Yiyu Shi, helps the attendee develop a basic understanding of fundamental mechanisms behind various More-than-Moore technologies, and their possible applications in computer circuit and system designs | More

- Advanced Impedance Spectroscopy, presented by recognized expert Mark E. Orazem, helps attendees develop a basic understanding of the technique, the sources of errors in impedance measurements, the manner in which experiments can be optimized to reduce these errors, and the use of graphical methods to interpret measurements in terms of meaningful physical properties | More

- Fundamentals of Electrochemistry - Basic Theory and Thermodynamic Methods presented by electrochemist and corrosion specialist Jamie Noël, covers the basic theory and application of electrochemical science. It is targeted toward people with a physical sciences or engineering background who have not been trained as electrochemists, but who want to add electrochemical methods to their repertoire of research approaches | More

- View all 225th ECS Meeting Short Courses; Space is limited for each Short Course and pre-registration is required - please sign-up today.



*Here's what past attendees have said about some ECS Short Courses...*

2

MANI_008564

- "Great opportunity to learn from someone at the forefront of the topic." — *Masters student*
- "The instructor did a good job of explaining complex ideas, while understanding that it is a difficult field for those not working in it." — *Postdoctoral fellow*
- "This course fulfilled my expectations." — *R&D scientist at electroplating company*
- "Gained a broad and fundamental knowledge of electrochemistry." — *Membrane scientist for electrolyzer company*
- "This topic was new to me... very valuable." — *Fuel cell researcher*

If you have any questions about ECS Short Courses
please click here or contact: education@electrochem.org

If you have any questions about the 225th ECS Meeting in Orlando
please click here or contact: meetings@electrochem.org

**Leading the world in electrochemistry and solid-state science and technology for more than 110 years**
Founded in 1902 as an international nonprofit, educational organization concerned with a broad range of phenomena relating to electrochemical and solid-state science and technology, The Electrochemical Society today has more than 9,000 members worldwide. ECS publishes *Journal of The Electrochemical Society*, the oldest peer-reviewed journal in electrochemistry, as well as other journals and books. ECS meetings are a forum for the latest scientific and technical developments in the field through a variety of formats, such as technical symposia, oral presentations, poster sessions, panel discussions, tutorial sessions, and special summits and professional development workshops. www.electrochem.org

3

CONFIDENTIAL

MANI_008565



If you have received this e-mail in error, have received multiple copies, or would like to update your contact information, please do not unsubscribe using the link below. Contact customerservice@electrochem.org for more information and assistance.

**Forward email**

This email was sent to manivana@netl.doe.gov by ecs@electrochem.org
Instant removal with SafeUnsubscribe™   Privacy Policy.

The Electrochemical Society | 65 South Main Street | Building D | Pennington | NJ | 08534

--
Faith Beck

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park

4

**CONFIDENTIAL**                                                   **MANI_008566**

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Thursday, April 10, 2014 11:52 PM |
| **To:** | faith.r.beck@gmail.com. |
| **Subject:** | Fwd: OREBA 1.0 - Registration now / Inscrivez-vous maintenant - May 25-28 mai - Montréal,Canada |
| **Attachments:** | IMAGE.jpg; IMAGE.jpg; IMAGE.jpg |

Dear Faith:
your choice to decide to work with HQ or not. I did send this mail before. We have NaFePO4 paper.
I leave all open to you.
Mani

>>> "OREBA@VIDEOTRON.CA" oreba@videotron.ca> 4/10/2014 6:45 PM >>
Dear Prof. Manivannan,
We are very pleased to confirm that your abstract *Structural studies on NaFePO4 as a cathode material for Na+/Li+ mixed-ion batteries* has been selected for presentation at the First International Conference on Olivines for Rechargeable Batteries (OREBA 1.0) that will be held in Montréal from May 25 to 28, 2014.
You will find the detailed program and all details on the Conference at www.oreba.org. You will also find all the information to process your registration, if you are not already registered. Please note that the early bird fee is available until **April 14, 2014.**
You will soon receive the technical guidelines for your poster presentation. Please do not hesitate to contact me for any question regarding your participation at OREBA 1.0.
We look forward to welcome you in Montreal next month.
Alain Brissette
For the OREBA 1.0 Organizing Committee
Alain Brissette
Consultant
**International Conference on Olivines for Rechargeable Batteries - OREBA 1.0**
Tel: 1-514-236-0087
Email: oreba@videotron.ca
www.oreba.org

## >>> "Karim Zaghib, Ph.D, H.D.R." <info@oreba.org> 4/8/2014 9:35 AM >>>
If you can not see this e-mail properly please visit our website
Si vous n'arrivez pas à voir correctement ce courriel, consultez notre site internet

1

CONFIDENTIAL                                    MANI_008567

This e-mail is sent by / Ce message vous a été envoyé par:

**International Conference on Olivines for Rechargeable Batteries – OREBA 1.0.**
May 25-28 mai 2014
Montreal, Quebec, Canada
www.oreba.org
---------------------------------------
To unsubscribe from this mailing list, please click here

2

MANI_008568

**Hunzeker, Mark T.**

| | |
|---|---|
| **From:** | Manivannan, Ayyakkannu |
| **Sent:** | Friday, April 11, 2014 8:55 AM |
| **To:** | Beck, Faith |
| **Subject:** | Re: ECS Journals: MS #JES-14-0679 Decision Letter |

Dear Faith:
Could you please tell me which Thursday?
Mani

>>> Faith Beck <faith.r.beck@gmail.com> 4/1/2014 4:57 PM >>>
I have exam. Will send Thursday morning

**Faith Beck**

Graduate Student
Department of Mechanical and Nuclear Engineering
The Pennsylvania State University, University Park


On Mar 30, 2014, at 12:48 PM, "Ayyakkannu Manivannan" <Ayyakkannu.Manivannan@NETL.DOE.GOV> wrote:

> Please follow the reviewers suggestions and incorporate them in the attached the word document. Send to me ASAP.
>
> >>> <nlw001@ntu.edu.tw> 3/29/2014 11:55 AM >>>
>
> Dear Prof. Manivannan,
>
> I am pleased to inform you that your manuscript, referenced below, has received a positive review.
>
> "Synthesis and Electrochemical Studies of Na0.79CoO2 and Na0.79Co0.7Mn0.3O2 Cathodes for Sodium-ion Batteries"
>
> The reviewers have suggested minor modifications which will render the work suitable for publication in the Batteries and Energy Storage (ES&T) section in the Journal of The Electrochemical Society.
>
> Please submit within the next two weeks a separate list of changes and/or rebuttal comments reflecting each of the issues raised by the reviewer. In addition, please highlight or underline the changes made within the revised article file. After we receive your revised manuscript, we should be able to complete the evaluation, probably without further outside review.
>
> FOR LETTERS-LENGTH JOURNALS ONLY: When making your revisions, please remember the length limitations for letters-length journals. Papers published ECS Electrochemistry Letters and ECS Solid State Letters are generally limited to four (4) printed journal pages. To ensure that your paper can be published upon acceptance, please limit the text length to no more than 2500 words, subtracting 220 words for each figure part and/or table to allow for the space these will occupy in the printed paper.

1

**CONFIDENTIAL**

**MANI_008569**

Please go to the URL below to login and then submit the revised manuscript, including figures.

http://ecsjournals.msubmit.net/cgi-bin/main.plex

Thank you for the opportunity to examine this work. If you have any questions, feel free to contact us at publications@electrochem.org.

Sincerely,

Nae-Lih Wu
Associate Editor
The Electrochemical Society Journals

--------------------------------------------------------------------------------

Manuscript #JES-14-0679:

Editor's Comments:

please edit the language carefully.

Reviewer Comments:

Reviewer #1 Evaluations:
Overall Rating: Publish with revision optional
Significance Level (4 = highest, 1 = lowest): 3

Reviewer #1 (Significance Level Comment):

The authors ensure that the Mn and Co will be homogeneously distributed in the host active material by using a Pechini method - a new approach to make layered Na TM oxides. Substitution with Mn has been analyzed with ND - also a new approach not yet discussed in the literature. These two new aspects add significance to the paper.

Reviewer #1 (Remarks):

Wasn't clear from the interpretation data analysis of ND: are the Mn and Co ordered in any special way?, or just randomly distributed? Any models used?

Capacity is a bit low for these types of materials typically seen in the literature? Any reasons why this is so?

Does the presence of Mn change the vacancy ordering of Na?

Consider not calling the Mn a doping effect, but a substitution effect.

The paper would benefit from some language/style editing.

CONFIDENTIAL

MANI_008570

Reviewer #2 Evaluations:
Overall Rating: *Publish with revision optional*
Significance Level (4 = highest, 1 = lowest): 3

Reviewer #2 (Significance Level Comment):

In the paper, the neutron diffraction was applied to provide reliable evidence for readers to understand the Mn doping on Co sites without forming Mn-Co ordering. It is a valuable work.

Reviewer #2 (Remarks):

The article entitled "Synthesis and Electrochemical Studies of Na0.79CoO2 and Na0.79Co0.7Mn0.3O2 Cathodes for Sodium-ion Batteries" employed x-ray diffraction (XRD) and neutron diffraction to probe composition and crystal structure changes after Mn doped in Na0.79CoO2 electrodes. More detail information about these electrodes was given by maganetic measurements, inductively coupled plasma (ICP), cyclic voltammetry (CV) and electrochemical charge-discharge cycling measurements. The neutron diffraction data provide reliable evidence for readers to understand the Mn doping on Co sites without forming Mn-Co ordering. The paper is well organized and the conclusion is meaningful, so I recommend its publication in the journal after the following minor revision:

1. The authors should provide all data about the cycle performance from the 1st to the 60th cycle in Figure 9 and Figure 10.

2. Spelling mistakes, such as "wouldassist" (Line 236), missing full stop (Line 241), please correct.

-------------------------------------------------------------------------------

<ManuscriptjesC.docx>

3

CONFIDENTIAL

MANI_008571